**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA (HAMMOND)**

| | |
|---|---|
| ASANTI RODGERS,<br>        Plaintiff, | CASE NO.  2:25-cv-00242-PPS-AZ |
| vs. | Judge Philip P. Simon<br>Magistrate Abizer Zanzi |
| TRANS UNION, LLC; EQUIFAX, INC.;<br>and EQUIFAX INFORMATION<br>SERVICES, LLC;<br>        Defendants. | |

**TRANS UNION LLC'S**
**FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

Defendant Trans Union LLC ("Trans Union"), by counsel, requests Plaintiff to serve a written response and to produce and permit the inspection and copying of the following designated documents (including, without limitation, writings, drawings, graphs, charts, photographs, phone records and other data compilations from which intelligence can be perceived, with or without the use of detection devices) which are in the possession, custody or control of Plaintiff at the offices of Trans Union's Counsel within thirty (30) days after the service of this Request.

**Definitions and Instructions**

1.      "**Plaintiff**," "**you**" and "**yours**" are defined as **Asanti Rodgers** and Plaintiff's attorney of record, any of Plaintiff's present or former agents, employees, attorneys, representatives, and any other person or entity purporting to act on Plaintiff's behalf.

2.      "**Defendant**" or "**Trans Union**" means Trans Union LLC and its attorney(s) of record, its parents, subsidiaries, any entity with which it is affiliated or any of its present or former administrators, directors, officers, employees, agents, attorneys, representatives and any other person or entity acting or purporting to act on its behalf.

3.    "**Possession, custody or control**" means any documents that Plaintiff can direct anyone to produce, including but not limited to its attorneys or other agents.

4.    "**Document**" shall be broadly construed and means and includes, without limitation, every writing or record of any type and description that is in Plaintiff's possession, control, or custody, including any and all records kept by electronic, photographic, or mechanical means, any drafts or revisions pertaining to any of the foregoing, and any other data compilations from which information can be obtained.  For the purposes of this Request, any document that contains any note, comment, addition, deletion, insertion, annotation, or otherwise comprises a non-identical copy of another document shall be treated as a separate document subject to identification.  A document is deemed to be within Plaintiff's control if Plaintiff has ownership, possession, or custody of the document or a copy, or the right to secure the document or a copy from any person or public or private entity having physical possession of it.

5.    "**And**" means and/or and "**or**" means and/or.

6.    "**Relate to**" and "**relating to**" mean having any possible connection within the broadest sense of those terms.

7.    "**Knowledge**" means and includes both firsthand information and information derived from any other source.

8.    All terms in this Request are to be defined in the broadest sense to include and require rather than limit the production sought.

9.    If any documents are withheld, state the date, author, recipients, nature of intelligence which can be perceived therein and the grounds for withholding.

10.    Documents produced shall be organized and labeled to correspond with the categories in the request.

11.     Request is hereby made for an Affidavit from a person with knowledge indicating that the response to this request is true, correct and complete.

12.     **IF YOU OBJECT TO ANY REQUEST, PROVIDE ALL DOCUMENTS RESPONSIVE TO UNOBJECTED OR LIMITED PORTIONS AND IDENTIFY THE LIMITATION, AND, IF PRIVILEGED, PRODUCE A LOG.**

### Categories of Requested Documents

All documents relating to any of the matters involved in this suit or which you intend to offer into evidence at trial, including but not limited to:

1.     All documents relating to your credit file or any accounts contained therein, including but not limited to documents you created, sent to or received from Trans Union or any other defendant, consumer reporting agency, creditor, person or entity.

**RESPONSE**:

2.     All documents relating to the claims, assertions or defenses in this matter, including but not limited to documents reflecting the knowledge of any party or third-party relating to your credit file, your claims, and Trans Union's or any other party's defenses.

**RESPONSE**:

3.     All documents sent to or received by you (or anyone on your behalf) from and to any of your creditors, entities reported to be your creditor, debt collectors, or persons or entities with whom you have applied for credit in the last seven (7) years.

**RESPONSE**:

4.      All documents relating to documents sent to or received from any consumer reporting agency, including but not limited to, Trans Union.

**RESPONSE**:

5.      Each and every consumer report or other disclosure, as those terms are defined in 15 U.S.C. § 1681, et seq., made about you, obtained from any source in the seven (7) years prior to the filing of the complaint in this action.

**RESPONSE**:

6.      All documents which relate to or support any monetary damages claims including but not limited to all documents which reflect any denials, rate changes, charges or expenses incurred by you, for which you are seeking remuneration in this lawsuit.

**RESPONSE**:

7.      All documents relating to any physical damages claimed, including any relating to pre-existing or prior health, physical or psychological problems.

**RESPONSE**:

8.      All documents evidencing, referring or relating in any way to the amount and calculation of attorney's fees and costs incurred by you in this action, and attributable to Trans Union's or others' alleged violation of 15 U.S.C. § 1681, et seq., or other law.

**RESPONSE**:

9.      All documents identified or requested to be identified in response to Trans Union LLC's First Set of Interrogatories to Plaintiff.

**RESPONSE**:

10.     All documents by and between the parties.

**RESPONSE**:

11.     All documents provided to, received from or prepared by any expert relating to this matter, considered or relied upon to formulate each of the opinions in any report prepared by the expert, and all documents relating to such expert's activities in other credit reporting matters for the last ten years, including, but not limited to work papers, correspondence, reports, and testimony.

**RESPONSE**:

12.     All documents relating to statements made by any party, witness or other person relating to any of the matters involved in this suit.

**RESPONSE**:

13.     Your financial statements and federal and state tax returns for the last five (5) years.

**RESPONSE**:

14.     All documents relating to requests made by you upon any person or entity for payments or benefits of any kind or character sought in connection with, as a result of, or relating to matters relating to the matters involved in this suit.

**RESPONSE**:

15.     All documents reflecting any criminal conviction of any party to this case or of any person identified by any person or entity as having knowledge of relevant facts or as having knowledge of discoverable information.

**RESPONSE**:

16.     Provide copies of complete monthly statements for each and every bank account, credit card account or other financial account that you have used to pay bills, including but not

limited to utility bills, credit card bills, mortgage or rent payments, auto loans or loan payments of any kind, at any time during the past five (5) years.

**RESPONSE**:

17.    All documents relating to insurance, indemnity or payment which may cover any damages sought.

**RESPONSE**:

18.    All documents reviewed for pleadings, filings and discovery responses.

**RESPONSE**:

19.    All documents relating to claims or suits relating to credit or credit reporting which have been made by or against you in the last ten (10) years.

**RESPONSE**:

Respectfully submitted,

_____
Scott E. Brady, Esq. (30534-49)
Nermy J. Winner, Esq. (38591-49)
Quilling, Selander, Lownds, Winslett &
  Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  317-497-5600, Ext. 602 & 605
Fax:  317-899-9348
E-Mail:  sbrady@qslwm.com
E-Mail:  nermy.winner@qslwm.com

*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or email, on the **31st day of December, 2025**, properly addressed as follows:

| **Pro Se Plaintiff** | **for Defendant Equifax, Inc and Equifax Information Services, LLC** |
|---|---|
| Asanti Rodgers<br>1128 Burr Street<br>Gary, IN  46406<br>24princesslove@gmail.com | Neil R. Peluchette, Esq.<br>Taft Stettinius & Hollister, LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN  46204<br>npeluchette@taftlaw.com |

Scott E. Brady, Esq. (30534-49)
Nermy J. Winner, Esq. (38591-49)
Quilling, Selander, Lownds, Winslett &
 Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  317-497-5600, Ext. 602 & 605
Fax:  317-899-9348
E-Mail:  sbrady@qslwm.com
E-Mail:  nermy.winner@qslwm.com

*Counsel for Defendant Trans Union LLC*