# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ASANTI RODGERS | ) |
| | )    CASE NO. 2:25-cv-00242-PPS-AZ |
|     Plaintiff, | ) |
|     V. | ) |
| TRANSUNION, LLC | ) |
| EQUIFAX, INC | ) |
| EQUIFAX INFORMATION SERVICES, LLC | ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF'S RESPONSE TO TRANS UNION LLC'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF**

Request No. 1: Admit you never have had a personal relationship with any person

known to you to be a Trans Union employee.

RESPONSE: ADMIT

Request No. 2: Admit you never have personally met anyone known to you to be a

Trans Union employee.

RESPONSE: After reasonable inquiry, Plaintiff lacks sufficient information to admit or deny this request and therefore denies.

Request No. 3: Admit you know of no reason why any Trans Union employee would

want to cause you harm.

RESPONSE: After reasonable inquiry, Plaintiff lacks sufficient information to admit or deny this request and therefore denies.

Request No. 4: Admit that you are not aware of and have no evidence that any Trans

Union employee ever misrepresented anything to you.

RESPONSE: After reasonable inquiry, Plaintiff lacks sufficient information to admit or deny this request and therefore denies.

Request No. 5: Admit that you are not aware of and have no evidence that any Trans

Union employee ever concealed anything from you.

RESPONSE: After reasonable inquiry, Plaintiff lacks sufficient information to admit or deny this request and therefore denies.

Request No. 6: Admit the actions of Trans Union in handling your credit file and in

dealing with you were not done with the intent to harm you.

RESPONSE: DENY

Request No. 7: Admit that no creditor has told you that you were denied credit or had

terms changed based on a consumer report from Trans Union.

RESPONSE: DENY

Request No. 8: Admit that no creditor has told you that you were denied credit or had

terms changed based on information you claim is inaccurate on a consumer report from Trans

Union.

RESPONSE: DENY

Request No. 9: Admit that you have never had any oral communications with anyone at

Trans Union.

RESPONSE: After reasonable inquiry, Plaintiff lacks sufficient information to admit or deny this request and therefore denies.

Request No. 10: Admit that you never had any written communications with Trans Union.

RESPONSE: DENY

Request No. 11: Admit that no one at Trans Union made a false statement in any oral communication to you.

RESPONSE: ADMIT

Request No. 12: Admit that no one at Trans Union made a false statement in any written communication to you.

RESPONSE: DENY

Request No. 13: Admit that no one at Trans Union made a false statement to you.

RESPONSE: DENY

Request No. 14: Admit that you have not been examined by a medical doctor as a result of the events which form the basis of this litigation.

RESPONSE: ADMIT

Request No. 15: Admit that you have not been examined by a psychologist as a result of the events which form the basis of this litigation.

RESPONSE: ADMIT

Request No. 16: Admit that you have not met with a psychiatrist as a result of the events which form the basis of this litigation.

RESPONSE: ADMIT

Request No. 17: Admit that you have not been examined by any mental health professional as a result of the events which form the basis of this litigation.

RESPONSE: ADMIT

Request No. 18: Admit that you have not been examined by any spiritual advisor as a result of the events which form the basis of this litigation.

RESPONSE: ADMIT

Request No. 19: Admit that you have not been examined by any counselor as a result of the events which form the basis of this litigation.

RESPONSE: ADMIT

Request No. 20: Admit that no medical professional has examined you to treat or diagnose any condition caused by the events which form the basis of this litigation.

RESPONSE: ADMIT

Request No. 21: Admit that you have not incurred any expenses in connection with medical, spiritual or counseling treatment resulting from the events which form the basis of this litigation.

RESPONSE: ADMIT

Request No. 22: Admit that Trans Union followed reasonable procedures to assure maximum possible accuracy of the information Trans Union reported with respect to you.

RESPONSE: DENY

Request No. 23: Admit that Trans Union has not violated any provision of the Fair Credit Reporting Act, codified at 15 U.S.C. § 1681a, et seq., with respect to you.

RESPONSE: DENY

Request No. 24: Admit that you were not damaged as a result of any act or omission on the part of Trans Union.

RESPONSE: DENY

Request No. 25: Admit that you were not denied credit or had terms changed as a result of the information Trans Union reported with respect to you.

RESPONSE: DENY

Request No. 26: Admit that prior to filing the Complaint in this case, all allegedly inaccurate information Trans Union had reported with respect to you had been corrected.

RESPONSE: DENY

Request No. 27: Admit that you have not suffered any emotional distress, humiliation, embarrassment or mental anguish as a result of Trans Union's conduct.

RESPONSE: DENY

Request No. 28: Admit that you have not suffered any out-of-pocket loss as a result of any inaccurate information Trans Union has reported with respect to you.

RESPONSE: DENY

Request No. 29: Admit you took no actions to mitigate the damages you claim, including but not limited to those you claim were caused by Trans Union.

RESPONSE: DENY

Request No. 30: Admit that if the furnishers of the credit information you claim is inaccurate had not provided inaccurate information and/or not verified inaccurate information to Trans Union, you would not have suffered any damages.

RESPONSE: DENY

Request No. 31: Admit that Trans Union never furnished inaccurate information about you in a credit report to any third party.

RESPONSE: DENY

Request No. 32: Admit that Trans Union never furnished your credit report to any third party.

RESPONSE: DENY

Request No. 33: Admit that Trans Union's reinvestigation(s) of your dispute(s) regarding the information Trans Union reported with respect to you were reasonable.

RESPONSE: DENY

Request No. 34: Admit that no allegedly inaccurate information Trans Union reported with respect to you was a factor that brought about any denial or change of terms of credit to you.

RESPONSE: DENY

Request No. 35: Admit that Trans Union did not knowingly commit any act or omission in conscious disregard for your rights.

RESPONSE: DENY

Request No. 36: Admit that Trans Union did not intentionally commit any act or omission in conscious disregard for your rights.

RESPONSE: DENY

Request No. 37: Admit that Trans Union did not recklessly commit any act or omission in conscious disregard for your rights.

RESPONSE: DENY

Request No. 38: Admit that you are not asserting any state or common law claims against Trans Union regarding the basis for this lawsuit.

RESPONSE: DENY

Respectfully submitted,

**DATE:** 02/27/2026

Asanti Rodgers, Pro Se
1128 Burr St
Gary, IN 46406
Email: 24princesslove@gmail.com