**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| ASANTI RODGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 2:25-CV-242-PPS-AZ |
| | ) |
| TRANSUNION LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## <u>ORDER</u>

Defendant, Equifax, Inc., filed a motion to dismiss [DE 20] and Plaintiff filed a motion for leave to file a first amended complaint [DE 46]. Pursuant to 28 U.S.C. § 636(b), I referred the matter to Magistrate Judge Abizer Zanzi for report and recommendation. [DE 52.]

Judge Zanzi recommended that the court deny as moot Equifax's motion to dismiss and grant in part Plaintiff's motion for leave to file a first amended complaint, allowing her to plead her individual claims but prohibiting her from bringing class action claims because she is a pro se litigant. [DE 67.]  He also warned the parties that failure to file a timely objection would result in a waiver of the right to challenge the recommendations before either the District Court or Court of Appeals. [*Id.* at 10.]  *See Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989).

To date, no party has filed a timely objection.

**ACCORDINGLY:**

Having reviewed Magistrate Judge Zanzi's findings and recommendation concerning Defendant, Equifax, Inc.'s motion to dismiss [DE 20] and Plaintiff's motion for leave to file a first amended complaint [DE 46], to which no objection has been filed, the Court hereby ADOPTS the findings and recommendations [DE 67] in their entirety.

Defendant Equifax Inc.'s motion to dismiss [DE 20] is DENIED AS MOOT. Plaintiff's motion for leave to file a first amended complaint [DE 46] is GRANTED IN PART: as outlined in Judge Zanzi's order, she may file a first amended complaint pleading her individual claims (Counts I-X), but she is prohibited from bringing class action claims (Counts XI-XVIII) because she is a pro se litigant.  Plaintiff is granted up until **June 24, 2026**, to file an amended complaint consistent with this ruling.

ENTERED: May 27, 2026.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

2