UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

ASANTI RODGERS,

        Plaintiff,

    v.

TRANSUNION, LLC and EQUIFAX, INC. and
EQUIFAX INFORMATION SERVICES, LLC,

        Defendants.

Case No. 2:25-cv-00242-PPS-AZ

**JOINT STATUS REPORT**

Defendants Equifax Information Services LLC and Equifax Inc., ("Equifax Defendants")

and Trans Union, LLC ("Trans Union") (collectively referred to herein as the "Defendants"), by

and through undersigned counsel, hereby file this joint Status Report.

DEFENDANT ONLY STATUS REPORT:

1.      On June 4, 2026 the Defendants reached out to Plaintiff regarding the preparation

of a Joint Status Report.  Plaintiff advised she would not be available until June 8, 2026.

2.      On June 8, 2026 Plaintiff circulated a proposed Joint Status Report at approximately

8:00 AM.  Due to prior commitments on the morning of June 8, 2026, Equifax circulated additions

to Plaintiff at 3:04 PM.  Plaintiff did not incorporate Equifax's additions into the version filed by

Plaintiff.  Counsel for Trans Union was traveling on June 8, 2026, and did not have internet/email

access, hence counsels' attempt to prepare the Joint Status Reports on June 4, 2026, days before it

was due.

PLAINTIFF'S STATUS REPORT:

1.    Plaintiff attached Exhibit D to Plaintiff's Status Report.  This document was not produced to Equifax until 4:02 PM on June 8, 2026, after Plaintiff advised that she filed a unilateral Status Report.

2.    Plaintiff has made no efforts to meet and confer with counsel for Trans Union regarding any "deficient" discovery responses and merely served Trans Union with a vague letter allowing only 7-days for a response.

PROCEDURAL HISTORY:

1.    The Parties have worked diligently to complete discovery by the July 22, 2026 discovery deadline. Specifically, the Parties have exchanged document productions, written discovery requests, and responses. However, Defendants believe further fact discovery will be necessary to assess Plaintiff's alleged damages claims as a result of Plaintiff's intent to amend the Complaint, which the Court granted her leave to file by or before June 24, 2026. *See* Dkt. No. 74.

2.    The Defendants anticipate filing a Motion to Extend Discovery by 90 days.  On June 4, 2026, Defendants conferred with *Pro Se* Plaintiff regarding this request to extend the discovery deadline.  Plaintiff is opposed to the requested extension without providing any basis for the opposition.

3.     Equifax Inc. intends to file a Motion to Dismiss when Plaintiff files the Amended Complaint because Equifax Inc. is not a proper party.

DATED:  June 9, 2026

Respectfully submitted,
TAFT STETTINIUS & HOLLISTER LLP


By: */s/ Neil R. Peluchette*

Neil R. Peluchette (#35577-82)
npeluchette@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana  46204
Telephone:  (317) 713-3447
Facsimile:  (317) 713-3699

*Counsel for Defendants*
*Equifax Information Services LLC*
*and Equifax, Inc.*


QUILLING,    SELANDER,    LOWNDS,
WINSLETT & MOSER, P.C.


By: */s/ Nermy J. Winner*

Nermy J. Winner (#38591-49)
Nermy.winner@qslwm.com
QUILLING,   SELANDER,   LOWNDS,
WINSLETT & MOSER, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, Indiana  46290
Telephone:  (317) 497-5600 x 605
Facsimile:  (317) 899-9348

*Counsel for Defendant*
*Trans Union LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2026, I presented the foregoing DEFENDANTS' JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via electronic mail to Pro Se Plaintiff at 24princesslove@gmail.com and mailed to pro se Plaintiff at the following address.

Asanti Rodgers
1128 Burr Street
Gary, IN  46406


*/s/ Neil R. Peluchette*
Neil R. Peluchette
*Counsel for Defendant*
*Equifax Information Services LLC*