**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

ASANTI RODGERS,

      Plaintiff,

    v.

TRANSUNION, LLC and EQUIFAX, INC. and
EQUIFAX INFORMATION SERVICES, LLC,

      Defendants.

Case No. 2:25-cv-00242-PPS-AZ

**JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE – OPPOSED**

Defendants Equifax Information Services LLC ("Equifax") and Trans Union, LLC ("Trans Union") (collectively referred to herein as the "Defendants"), by and through undersigned counsel, hereby file this Motion to Extend Discovery Deadlines (the "Motion"), requesting an extension of the fact and expert discovery deadline by ninety (90) days until October 20, 2026 and, in support thereof, state the following:

1.      On May 28, 2026, Plaintiff brought the above-referenced and numbered actions against Equifax and Trans Union for alleged violations of the Fair Credit Reporting Act ("FCRA") *See* ECF No. 1.

2.      On November 25, 2025, the Court held a Rule 16 Preliminary Pretrial Conference before Magistrate Judge Abizer Zanzi, and the Court ordered the Parties to conduct both fact and expert discovery by July 22, 2026. *See* ECF No. 41.

3.      The Parties have worked diligently to complete discovery by the July 22, 2026 discovery deadline. Specifically, the Parties have exchanged document productions, written discovery requests, and responses. However, Defendants believe further fact discovery will be

1

necessary to assess Plaintiff's alleged damages claims as a result of Plaintiff's intent to amend the Complaint, which the Court granted her leave to file by or before June 24, 2026. *See* ECF No. 74.

4.    As a result of the anticipated filing of an Amended Complaint, Defendants expect additional time to conduct discovery is necessary, based on the new allegations in the proposed Amended Complaint and respectfully request an extension to complete fact and expert discovery by October 20, 2026.

5.    Good cause exists to extend all pending deadlines for ninety (90) days. The Parties have been diligently pursuing discovery in this matter, but additional time is needed in light of the anticipated filing of an Amended Complaint. This additional time also should allow Defendants the opportunity to investigate Plaintiff's amended claims and take Plaintiff's deposition. This extension is not requested for delay but rather so that justice can be done.

6.    On June 4, 2026, Defendants conferred with *Pro Se* Plaintiff regarding this request to extend the discovery deadline. Plaintiff is opposed to the requested extension.

WHEREFORE, the parties respectfully request the Court grant this motion and extend the deadline for completing discovery from July 22, 2026, to October 20, 2026.

DATED:  June 9, 2026

Respectfully submitted,
TAFT STETTINIUS & HOLLISTER LLP


By: */s/ Neil R. Peluchette*

Neil R. Peluchette (#35577-82)
npeluchette@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana  46204
Telephone:  (317) 713-3447
Facsimile:  (317) 713-3699

*Counsel for Defendants*
*Equifax Information Services LLC*
*and Equifax, Inc.*


QUILLING,    SELANDER,    LOWNDS,
WINSLETT & MOSER, P.C.


By: */s/ Nermy J. Winner*

Nermy J. Winner (#38591-49)
Nermy.winner@qslwm.com
QUILLING,    SELANDER,    LOWNDS,
WINSLETT & MOSER, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, Indiana  46290
Telephone:  (317) 497-5600 x 605
Facsimile:  (317) 899-9348

*Counsel for Defendant*
*Trans Union LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2026, I presented the foregoing JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE – OPPOSED with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via electronic mail to Pro Se Plaintiff at 24princesslove@gmail.com and mailed to pro se Plaintiff at the following address.

Asanti Rodgers
1128 Burr Street
Gary, IN  46406

*/s/ Neil R. Peluchette*
Neil R. Peluchette