# PART 1

# EQUIFAX'S DOCUMENT PRODUCTION

# BATES NOS. 1-264

**Asanti Rodgers**



01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

## Fraudulent Addresses:

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

## Demand for Compliance:

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**

This serves as **final notice before legal action.** Govern yourselves accordingly.

**Sincerely,**
**Asanti Rodgers**

**EIS-RODGERS-000001**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0447



**Asanti Rodgers**

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

---

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
2. Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry
3. Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
4. Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
5. Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report
6. Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
7. Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry
8. Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
9. Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry
10. Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report
11. Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report
12. Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry

**EIS-RODGERS-000002**

13. Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report
14. Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report
15. Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report
16. Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
17. Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report
18. Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
19. Aug 09, 2024 COMCAST - CHICAGO Credit Report
20. Aug 09, 2024 COMCAST-ATLANTA ID Report
21. Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
22. Aug 06, 2024 CREDIT KARMA, INC. Credit Report
23. Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
24. Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report
25. Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
26. Jul 23, 2024 COMCAST Account Review Inquiry
27. Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report
28. Jul 02, 2024 CREDIT KARMA, INC. Credit Report

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

**I demand the following actions be taken within 15 days:**

1. **Immediate removal of all unauthorized and fraudulent inquiries listed above.**
2. **Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.**
3. **Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.**

EIS-RODGERS-000003

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0449

4.  A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.

Please issue the compensation check payable to:

Asanti Rodgers

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000004**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0450

**Asanti Rodgers**



01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts – Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the following accounts from my credit file, as they represent clear violations of my consumer rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act (12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028), and other applicable laws. Additionally, I am demanding compensation for Equifax's violations and data breach, which have resulted in financial loss, employment setbacks, emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy and integrity of my credit report.

---

## I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May 2024.
- On May 28, 2024, I received an official letter from the Department of Education confirming the discharge and directing all credit bureaus, including Equifax, to remove these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating 15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to these accounts, further violating 15 U.S.C. § 1681e(b)

**EIS-RODGERS-000005**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0451

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

**EIS-RODGERS-000006**

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000007**

**DEMAND:**

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

**DEMAND:**

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- FCRA (15 U.S.C. § 1681n & § 1681o)
- Fair Debt Collection Practices Act (15 U.S.C. § 1692)
- Financial Privacy Act (12 U.S.C. § 3401 et seq.)
- Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000008**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0454

**Asanti Rodgers**

█████████

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000009**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0455

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan..
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

**EIS-RODGERS-000010**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0456

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

**5. Emotional Distress & Human Trafficking**

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

## IV. Legal Violations Committed by Equifax

**Federal Violations:**

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

**State Violations (Illinois Laws):**

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

## V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
  - **$24,000** – Housing denial damages.
  - **$25,630** – Auto loan denial damages.
  - **$8,214.51** – Unfair rental car fees due to loan denial.
  - **$12,537.89** – Credit repair & identity theft damages.

**EIS-RODGERS-000011**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0457

- - $10,000 – Emotional distress & human trafficking
  - Total: $80,382.40

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**

███████████████

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000012**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0458

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
175724060

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Last Name: |
|---|---|
| Asanti | Rodgers |

| Address: | Phone: | Email: |
|---|---|---|
| ██████████ | 832-622-5147 | hello@asantirodgers.com |

## Personal Statement

Victim of several counts of identity theft. reporting the names, addresses, phone numbers, and accounts mentioned below as well as these addresses 7218 hillside ave apt 207 Los Angeles ca 90046, 753 e 79th st Chicago IL 60619, 1128 N 1st gary in 46406 and these collection accounts that resulted from Identity theft NCB Management services, Caine Weiner, Credit Control Services INC, Credit Collection Service. I demand all fraudulent items be removed from each credit report permanently, all collection activities cease pursuant to my rights.

## Accounts Affected by the Crime

### Credit Card Opened by the Thief

| Company or Organization: | Discover Bank |
|---|---|
| Account Number: | ███████ |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 3000 |

### Fraudulent Auto Loan or Lease

| Company or Organization: | Credit Acceptance |
|---|---|
| Account Number: | ████████ |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 4/2022 | 4/2023 | $ 56856 |

EIS-RODGERS-000013

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0459

### Fraudulent Insurance

| Company or Organization: | Credit Collections Liberty Mutual |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 573 |

### Fraudulent Insurance

| Company or Organization: | Caine & Weiner Progressive |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 383 |

### Fraudulent Insurance

| Company or Organization: | CREDIT COLLECTIONs All State |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 252 |

### Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Personal Information | Names: Asanti rodgels,asanti rogers<br>Addresses: 1705 HARBOR DR SHREVEPORT LA and more<br>Phone numbers: 3124339010,3122416008<br>Employment Information: black tie formal wear,rodgers transportation |
| Credit Inquiries | all credit karma inquiries, discover bank, bank of america |

### Suspect Information

| Name | kani mckinley |
|---|---|
| Contact Information | Address: 18505 torrence ave apt lansing IL 60438 USA |
| Relationship | Other |
| Additional Details | breach |

EIS-RODGERS-000014

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0460

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Asanti Rodgers**                                    **8/2/2024**
Asanti Rodgers                                         Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

8/2/24, 2:16 AM
**EIS-RODGERS-000015**
Page 3 of 3

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0461

U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND, IN 46322
FEB 04, 2025

**Retail**

$11.26

30309

S2322W500336-71

RDC 99

9589 0710 5270 1031 8919 16

Asanti Rodgers

Equifax
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30004

EIS-RODGERS-000016

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462



EIS-RODGERS-000017

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462

USDC IN/ND case 2:25-cv-00242-PPS-AZ　　document 85　　filed 06/14/26　　page 19 of 265

An official website of the United States Government

## cfpb

Consumer Financial
Protection Bureau

‹ Active complaints

# 250204-18559418

## Primary consumer information

**FULL NAME**
Asanti Rodgers

**PHONE**
8326225147

**EMAIL ADDRESS**
hello@asantirodgers.com

**ADDRESS**

## Product information

**PRODUCT OR SERVICE**
Credit reporting or other personal
consumer reports (Credit reporting)

**CONSUMER IDENTIFIED COMPANY
NAME**
EQUIFAX

**ISSUE**
Problem with a company's investigation
into an existing problem
Their investigation did not fix an error
on your report

**EIS-RODGERS-000018**

## What happened

Equifax has failed to correct inaccuracies on my credit report, despite multiple disputes, violating FCRA (15 U.S.C. § 1681 et seq.) and Illinois/Indiana consumer protection laws. Equifax's failure to secure my personal data in the 2017 data breach has directly led to identity theft, fraudulent accounts, and severe financial damages. Harm Suffered: Denied housing (lease valued at $24,000). Loss of employment and income (previously earning $120,000/year, now reduced to $50,000-$60,000). Denied an auto loan ($25,630), forcing me to rent a car at $405-$407 per week. Fraudulent Exeter Finance auto loan ($5,665) and Discover credit card ($2,676 lawsuit) due to identity theft. $4,196 lost on credit repair services, which failed to remove inaccurate information. Emotional distress, loss of sleep, and exposure to human trafficking due to housing/Job instability. I have provided a detailed breakdown and additional information in the attached the attached supporting documents.

**ALREADY ATTEMPTED TO FIX THIS ISSUE WITH THE COMPANY?**

Yes

**ATTACHMENTS**

NCB Daily Harassment.PNG (554.6 KB)

Equifax Data Breach Confimation.PNG (595.9 KB)

_Equifax Accounts.pdf (98 KB)

ExpressDriveExpenses.jpg (36.3 KB)

Department of Education Letter.jpg (4.9 MB)

Equifax2025creditReport.pdf (260.8 KB)

Equifax Personal Info.pdf (59.5 KB)

Equifax Personal Loss.pdf (101.7 KB)

Equifax Inquiries.pdf (80.2 KB)

## Download all attachments

# Desired resolution

Requested Resolution: Immediate removal of fraudulent accounts and credit inaccuracies. Written confirmation of compliance. Financial compensation $80,382.40 for damages and $60,000 for violations. Investigation into Equifax's continued failure to protect consumer data and maintain reporting accuracy. Equifax's ongoing negligence and willful FCRA violations have caused me significant financial harm. I request an immediate resolution or will pursue further legal action. I have provided detailed breakdown and information in the attached the attached supporting documents.

# Response recipients

**SUBMITTED BY**

Primary consumer

**WHO WILL RECEIVE RESPONSES?**

Primary consumer

# What is the company's response?    Response categories

○ In progress

○ Closed with explanation

○ Closed with monetary relief

○ Closed with non-monetary relief

○ Alerted CFPB

○ Duplicate CFPB complaint reported

○ Incorrect company

○ Sent to regulator

EIS-RODGERS-000020

USDC IN/ND case 2:25-cv-00242-PPS-AZ     document 85     filed 06/14/26     page 22 of 265

## COMPLAINT STATUS

### ALERTS

📄 Files attached

### COMPLAINT STATUS

Pending Action By Company

### SENT TO COMPANY

02/04/2025 15:57 ET

### DUE DATE

02/19/2025

### ACTIONS

✎ Respond

🖨 Print

Terms of service (terms-of-service)

🇺🇸  An official website of the United States Government

**EIS-RODGERS-000021**

Asanti Rodgers



01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts –
Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other
Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the
following accounts from my credit file, as they represent clear violations of my consumer rights
under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act
(12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. §
1028), and other applicable laws.Additionally, I am demanding compensation for Equifax's
violations and data breach, which have resulted in financial loss, employment setbacks,
emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes
willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy
and integrity of my credit report.

---

## I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May
  2024.
- On May 28, 2024, I received an official letter from the Department of Education
  confirming the discharge and directing all credit bureaus, including Equifax, to remove
  these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating
  15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable
  reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to
  these accounts, further violating 15 U.S.C. § 1681e(b)

EIS-RODGERS-000022

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

EIS-RODGERS-000023

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000024**

DEMAND:

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

DEMAND:

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- FCRA (15 U.S.C. § 1681n & § 1681o)
- Fair Debt Collection Practices Act (15 U.S.C. § 1692)
- Financial Privacy Act (12 U.S.C. § 3401 et seq.)
- Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers

████████████████

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000025**







000455303    000791    **********AUTO**MIXED AADC 200
ASANTI I RODGERS



May 28, 2024

ACCOUNT #: ▮▮▮▮▮▮

Subject:  Discharge Based on Borrower Defense Evidence

Dear ASANTI I RODGERS,

The U.S. Department of Education (ED) recently determined that your loans to attend Art Institutes will be discharged.

## WHAT YOU NEED TO KNOW

We discharged 100% of the loans listed below. As a result, these loans have no remaining balance to be paid.

**Note:** This discharge notice applies only to the loans identified below. Any payments made that are determined to be eligible for refund will be refunded to you once that determination is made. You may still have a remaining balance to be paid on other federal loans you borrowed to attend a different institution of higher education. This notice also does not affect any private loans you took out to pay for your (or your child's) education. You can review your federal student loan and servicer information on StudentAid.gov by logging in using your FSAID.



| Loan Type or Program | First Disbursement Date | Original Principal Balance |
|---|---|---|
| Direct Stafford Unsubsidized | 11/18/2016 | $ 2,000.00 |
| Direct Stafford Subsidized | 12/09/2016 | $ 1,523.00 |

**Credit Reporting**

Within 45 days of this notification, we will request credit reporting agencies to remove any credit status previously reported for the identified loans.

**Potential Tax Consequences**
With respect to any tax consequences relating to your borrower defense discharge, the IRS says borrower defense discharges are "not considered gross income as a result of the discharge, and the taxpayer should not report the amount of the discharged loan in gross income on his or her Federal income tax return." https://www.irs.gov/pub/irs-drop/rp-20-11.pdf. You may wish to contact a tax advisor about how this might affect your state taxes.

## WHAT YOU NEED TO DO

You do not need to do anything else at this time. We recommend you keep this notification for your records and watch for other communications from us. Those communications will provide you with information about the loans we service for you on ED's behalf and inform you when action is needed. In the event you wish to reinstate your loan balance(s) contact us at the information below.

L7NNDV01                                  myeddebt.ed.gov                                  000791

EIS-RODGERS-000026

USDC IN/ND case 3:25-cv-00242-PPS-AZ document 85 filed 06/14/26 page 28 of 265



# Thank You

Based on the information you provided, our records indicate your personal information was impacted by this incident.

For more information, visit the FAQ page.

**FILE A CLAIM**

For Assisted Identity Restoration Services, please call Experian at 1-888-397-0079 and provide engagement number B023677.

EIS-RODGERS-000027

**Asanti Rodgers**



01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. **Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report**
2. **Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry**
3. **Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report**
4. **Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report**
5. **Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report**
6. **Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report**
7. **Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry**
8. **Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report**
9. **Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry**
10. **Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report**
11. **Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report**
12. **Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry**

EIS-RODGERS-000028

13. Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report
14. Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report
15. Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report
16. Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
17. Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report
18. Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
19. Aug 09, 2024 COMCAST - CHICAGO Credit Report
20. Aug 09, 2024 COMCAST-ATLANTA ID Report
21. Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
22. Aug 06, 2024 CREDIT KARMA, INC. Credit Report
23. Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
24. Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report
25. Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
26. Jul 23, 2024 COMCAST Account Review Inquiry
27. Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report
28. Jul 02, 2024 CREDIT KARMA, INC. Credit Report

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

**I demand the following actions be taken within 15 days:**

1. **Immediate removal of all unauthorized and fraudulent inquiries listed above.**
2. **Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.**
3. **Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.**

**EIS-RODGERS-000029**

4. A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.

Please issue the compensation check payable to:

Asanti Rodgers

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**Asanti Rodgers**



01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

**Fraudulent Addresses:**

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

**Demand for Compliance:**

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**

This serves as **final notice before legal action.** Govern yourselves accordingly.

**Sincerely,**
**Asanti Rodgers**

**EIS-RODGERS-000031**

**Asanti Rodgers**



01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000032**

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan.
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

**EIS-RODGERS-000033**

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

## 5. Emotional Distress & Human Trafficking

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

# IV. Legal Violations Committed by Equifax

## Federal Violations:

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

## State Violations (Illinois Laws):

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

# V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
  - **$24,000** – Housing denial damages.
  - **$25,630** – Auto loan denial damages.
  - **$8,214.51** – Unfair rental car fees due to loan denial.
  - **$12,537.89** – Credit repair & identity theft damages.

EIS-RODGERS-000034

- $10,000 – Emotional distress & human trafficking
- **Total: $80,382.40**

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000035



## CREDIT REPORT

---

**ASANTI RODGERS**

Report Confirmation

**5535457672**

**EIS-RODGERS-000036**



## Dear ASANTI RODGERS:

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at:
  **https://www.equifax.com/personal/credit-report-services/credit-dispute/**

- Please mail the dispute information to:
  **Equifax Information Services LLC
  P.O. Box 740241
  Atlanta, GA 30374**

- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

EIS-RODGERS-000037

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Feb 04, 2025 |
| **Credit File Status** | Fraud Victim (associated with trade) |
| | File Blocked For Promotional Purposes |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 4 Years, 5 Months |
| **Length of Credit History** | 8 Years, 3 Months |
| **Accounts with Negative Information** | 7 |
| **Oldest Account** | MOHELA/DEPT OF ED (Opened Nov 18, 2016) |
| **Most Recent Account** | FINGERHUT (Opened Apr 12, 2022) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 0 | 0 | | | | | |
| Mortgage | | | | | | | |
| Installment | 0 | 0 | | | | | |
| Other | 0 | 0 | | | | | |
| Total | 0 | 0 | | | | | |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 5 Items Found |
| **Inquiries** | 32 Inquiries Found |
| **Most Recent Inquiry** | EQUIFAX INC (0100) Feb 03, 2025 |
| **Public Records** | 0 Records Found |
| **Collections** | 4 Collections Found |

**EIS-RODGERS-000038**

# 2. Revolving Accounts

Revolving accounts are those that generally include a credit limit and require a minimum monthly payment, such as credit cards.

## 2.1 DISCOVER BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxx xxx xxxx xx 6762 | Reported Balance | $2,676 |
|---|---|---|---|
| Account Status | CHARGE_OFF | Available Credit | -$676 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $2,024 | $2,097 | $2,188 | $2,280 | $2,376 | $2,472 | $2,573 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2024 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2025 | $2,676 | | | | | | | | | | | |

Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $64 | $148 | $88 | $92 | $96 | $99 | $103 | $108 | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Credit Limit

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000039**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| 2024 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| 2025 | $2,000 | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | $148 | $236 | $328 | $424 | $523 | $626 | $2,676 | $2,676 | $2,676 |
| 2024 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2025 | $2,676 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | 60 | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 |
| 2021 | ⠿ | ⠿ | ⠿ | ⠿ | ⠿ | ⠿ | ⠿ | ⠿ | ✓ | ✓ | ✓ | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $2,000 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $2,676 | Date Opened | Sep 09, 2021 |
| Amount Past Due | $2,676 | Date Reported | Jan 22, 2025 |
| Actual Payment Amount | | Date of Last Payment | Feb 2023 |

EIS-RODGERS-000040

| | | | |
|---|---|---|---|
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 40 | Delinquency First Reported | Oct 2023 |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | $2,676 |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | |
| Date of First Delinquency | Mar 22, 2023 | | |

## Comments

Charged off account
Credit card

## Contact

DISCOVER BANK
PO BOX 30939
SALT LAKE CITY, UT  84130-0939
(800) 347-7000

**EIS-RODGERS-000041**

## 2.2 LEAD BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 8223 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $386 | $397 | $408 | $407 | $366 | $451 | $462 | $426 | $436 | $486 | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $55 | $28 | $26 | $26 | $26 | $26 | $26 | $52 | $26 | $52 | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $55 | $50 | $40 | $26 | $50 | $50 | | $83 | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | |
| 2024 | | | | | | | | | | | | |

**EIS-RODGERS-000042**

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 |     |     |     |     |     |     |     |     |     |     | $26 |     |
| 2024 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2025 |     |     |     |     |     |     |     |     |     |     |     |     |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✗ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | >⟨⟩⟨ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $501 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 08, 2020 |
| Amount Past Due | | Date Reported | Dec 29, 2023 |
| Actual Payment Amount | $501 | Date of Last Payment | Dec 2023 |
| Date of Last Activity | Dec 2023 | Scheduled Payment Amount | |
| Months Reviewed | 37 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |

EQUIFAX                 ASANTI RODGERS | Feb 04, 2025                 Page 8 of 46

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

**EIS-RODGERS-000043**

| | |
|---|---|
| Deferred Payment Start Date | Charge Off Amount |
| Balloon Payment Date | Balloon Payment Amount |
| Loan Type    Secured Credit Card | Date Closed    Dec 2023 |
| Date of First Delinquency | |

## Comments

Account closed at consumer's request

Closed or paid account/zero balance

Secured credit card

## Contact

LEAD BANK
515 CONGRESS AVE SUITE 2200
AUSTIN, TX 78723
(877) 883-0999

**EIS-RODGERS-000044**

## 2.3 FINGERHUT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxxxx 7847 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $0 | $0 | $0 | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $400 | $400 | $400 | | | | | | | | |
| 2024 | | | | | | | | | | | | |

EQUIFAX                    ASANTI RODGERS | Feb 04, 2025                    Page 10 of 46

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

**EIS-RODGERS-000045**

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | ✔ | | | | | | | | |
| 2022 | | | | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |



| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $0 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Apr 12, 2022 |
| Amount Past Due | | Date Reported | May 12, 2023 |
| Actual Payment Amount | | Date of Last Payment | |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 13 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |

**EIS-RODGERS-000046**

| Loan Type | Charge Account | Date Closed | Jan 2023 |
|---|---|---|---|

**Date of First Delinquency**

## Comments

Closed or paid account/zero balance

Account closed by credit grantor

Charge

## Contact

FINGERHUT
6250 Ridgewood Ro
St. Cloud, MN  56303
(866) 734-0342

**EIS-RODGERS-000047**

## 2.4 FINGERHUT/WEBBANK (CLOSED)

## Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxx xxx xxxx xx 9947 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | |
| 2021 | | | | | | | | | | | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $109 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 19, 2021 |
| Amount Past Due | | Date Reported | Jun 13, 2022 |
| Actual Payment Amount | | Date of Last Payment | Mar 2022 |
| Date of Last Activity | Mar 2022 | Scheduled Payment Amount | |
| Months Reviewed | 7 | Delinquency First Reported | |

Summary    Revolving    Mortgage    Installment    Other    Statements    Personal Info    Inquiries    Public Records    Collections

**EIS-RODGERS-000048**

| | | | |
|---|---|---|---|
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Charge Account | Date Closed | Apr 2022 |
| Date of First Delinquency | | | |

## Comments

Closed or paid account/zero balance

Account closed by credit grantor

## Contact

FINGERHUT/WEBBANK
6250 Ridgewood Ro
St. Cloud, MN 56303
(866) 734-0342

EIS-RODGERS-000049

# 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

You currently do not have any Mortgage Accounts in your file.

**EIS-RODGERS-000050**

# 4. Installment Accounts

Installment accounts are loans that require payment on a monthly basis until the loan is paid off, such as auto or student loans.

## 4.1 CREDIT ACCEPTANCE CORPORAT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 2990 | Reported Balance | $23,400 |
|---|---|---|---|
| Account Status | REPOSSESSION | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $28,969 | $28,744 | $28,513 | $28,323 | $28,128 | $27,927 | $28,476 | $29,021 | $28,949 | $29,453 | $29,950 |
| 2024 | $30,442 | $31,382 | $32,590 | $22,560 | $22,644 | $22,739 | $22,832 | $22,928 | $23,023 | $23,116 | $23,211 | $23,304 |
| 2025 | $23,400 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 |
| 2024 | $754 | $754 | $754 | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $754 | $800 | $800 | $754 | $754 | $754 | | | $1,080 | | |
| 2024 | | | | $8,900 | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

**EIS-RODGERS-000051**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | $1,623 | $853 | $1,593 | $1,623 | $1,653 | $1,683 | $2,468 | $3,253 | $3,258 | $4,013 | $4,768 |
| 2024 | $5,523 | $6,279 | $7,034 | $22,560 | $22,644 | $22,739 | $22,832 | $22,928 | $23,023 | $23,116 | $23,211 | $23,304 |
| 2025 | $23,400 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | R | R | R | R | R | R | R | R | R | R | R | R |
| 2023 | 60 | 60 | 30 | 30 | 60 | 60 | 60 | 90 | 120 | 120 | 150 | 180 |
| 2022 | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $29,355 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 72 MONTHS |
| Balance | $23,400 | Date Opened | Apr 02, 2022 |
| Amount Past Due | $23,400 | Date Reported | Jan 15, 2025 |
| Actual Payment Amount | | Date of Last Payment | Mar 2024 |
| Date of Last Activity | | Scheduled Payment Amount | |

EQUIFAX     ASANTI RODGERS | Feb 04, 2025     Page 17 of 46

Summary > Revolving > Mortgage > Installment > Other > Statements > Personal Info > Inquiries > Public Records > Collections

**EIS-RODGERS-000052**

| | | | |
|---|---|---|---|
| Months Reviewed | 32 | Delinquency First Reported | Feb 2024 |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Auto | Date Closed | |
| Date of First Delinquency | Nov 01, 2022 | | |

## Comments

Involuntary repossession
Auto
Fixed rate

## Contact

CREDIT ACCEPTANCE CORPORAT
PO BOX 5070
Southfield, MI  48086-5070
(800) 634-1506

Summary   Revolving   Mortgage   Installment   Other   Statements   Personal Info   Inquiries   Public Records   Collections

**EIS-RODGERS-000053**

## 4.2 AUSTIN CAPITAL BANK SSB (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxx 9174 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | | | | | | | | |
| 2021 | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $1,000 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 12 MONTHS |
| Balance | $0 | Date Opened | May 11, 2021 |
| Amount Past Due | | Date Reported | May 31, 2022 |
| Actual Payment Amount | | Date of Last Payment | May 2022 |
| Date of Last Activity | May 2022 | Scheduled Payment Amount | |
| Months Reviewed | 12 | Delinquency First Reported | |

Summary  Revolving  Mortgage  **Installment**  Other  Statements  Personal Info  Inquiries  Public Records  Collections

EIS-RODGERS-000054

| | | | |
|---|---|---|---|
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Secured | Date Closed | May 2022 |
| Date of First Delinquency | | | |

## Comments

Closed or paid account/zero balance

Secured

Fixed rate

## Contact

AUSTIN CAPITAL BANK SSB
8100 Shoal Creek Blvd
Austin, TX  78757-8041
(512) 693-3600

EIS-RODGERS-000055

## 4.3 SUNRISE BANKS C/O SELF FINANCIAL INC (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxx 19 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | | | | | | | | | | |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $520 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 24 MONTHS |
| Balance | $0 | Date Opened | Apr 19, 2020 |
| Amount Past Due | | Date Reported | Mar 31, 2022 |
| Actual Payment Amount | $50 | Date of Last Payment | Mar 2022 |
| Date of Last Activity | Mar 2022 | Scheduled Payment Amount | |

Summary 〉 Revolving 〉 Mortgage 〉 **Installment** 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

**EIS-RODGERS-000056**

| | | | |
|---|---|---|---|
| Months Reviewed | 23 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Secured | Date Closed | Mar 2022 |
| Date of First Delinquency | | | |

## Comments

Closed or paid account/zero balance

Secured

Fixed rate

## Contact

SUNRISE BANKS C/O SELF FINANCIAL INC
515 CONGRESS AVE SUITE 2200
SIOUX FALLS, SD  57108
(877) 883-0999

EIS-RODGERS-000057

## 4.4 CREDIT ACCEPTANCE CORPORAT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxx 54 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✔ | ✔ | | | | | | | | | | |
| 2021 | 30 | 60 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | | | | | | | | ✔ | ✔ | ✔ | 30 | 30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due | | |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account | | |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available | | |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $14,739 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 72 MONTHS |
| Balance | $0 | Date Opened | Jul 17, 2020 |
| Amount Past Due | | Date Reported | Mar 31, 2022 |
| Actual Payment Amount | | Date of Last Payment | Feb 2022 |
| Date of Last Activity | Feb 2022 | Scheduled Payment Amount | |

Summary 〉 Revolving 〉 Mortgage 〉 **Installment** 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

EIS-RODGERS-000058

| | | | |
|---|---|---|---|
| Months Reviewed | 19 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Auto | Date Closed | Mar 2022 |
| Date of First Delinquency | | | |

## Comments

Closed or paid account/zero balance

Auto

Fixed rate

## Contact

CREDIT ACCEPTANCE CORPORAT
PO BOX 5070
Southfield, MI  48086-5070
(800) 634-1506

**EIS-RODGERS-000059**

## 4.5 MOHELA/DEPT OF ED (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxx xxx xxxx xx 0001 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | OVER_120_DAYS_PAST_DUE | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | ✔ | | | | | | | | |
| 2018 | | | | | | | 90 | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V  Voluntary Surrender | F  Foreclosure | C  Collection Account |
| CO Charge-Off | B  Included in Bankruptcy | R  Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $2,000 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 18, 2016 |

**EIS-RODGERS-000060**

| | | | |
|---|---|---|---|
| Amount Past Due | | Date Reported | Dec 23, 2021 |
| Actual Payment Amount | $2,185 | Date of Last Payment | Apr 2019 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 33 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Education Loan | Date Closed | Sep 2019 |
| Date of First Delinquency | Oct 2018 | | |

## Comments

## Contact

MOHELA/DEPT OF ED
633 Spirit Dr
Chesterfield, MO  63005-1243
(888) 866-4352

**EIS-RODGERS-000061**

## 4.6 MOHELA/DEPT OF ED (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxx xxx xxxx xx 0002 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | OVER_120_DAYS_PAST_DUE | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | ✔ | | | | | | | | |
| 2018 | | | | | | | 90 | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $1,523 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Dec 09, 2016 |

Summary  Revolving  Mortgage  **Installment**  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000062**

| | | | | |
|---|---|---|---|---|
| Amount Past Due | | Date Reported | | Dec 23, 2021 |
| Actual Payment Amount | $1,621 | Date of Last Payment | | Apr 2019 |
| Date of Last Activity | | Scheduled Payment Amount | | |
| Months Reviewed | 32 | Delinquency First Reported | | |
| Activity Designator | | Creditor Classification | | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | | |
| Balloon Payment Date | | Balloon Payment Amount | | |
| Loan Type | Education Loan | Date Closed | | Sep 2019 |
| Date of First Delinquency | Oct 2018 | | | |

**Comments**

**Contact**

MOHELA/DEPT OF ED
633 Spirit Dr
Chesterfield, MO 63005-1243
(888) 866-4352

**EIS-RODGERS-000063**

# 5. Other Accounts

Other accounts are those that are not already identified as Revolving, Mortgage or Installment Accounts such as child support obligations or rental agreements.

## 5.1 NCB MANAGEMENT SERVICES, I (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 41 | Reported Balance | $5,665 |
|---|---|---|---|
| Account Status | COLLECTION | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 |
| 2024 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 |
| 2025 | $5,665 | | | | | | | | | | | |

Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Credit Limit

EIS-RODGERS-000064

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | $5,665 | $5,665 | $5,665 | $5,665 |
| 2025 | $5,665 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 | | | | C | C | C | C | C | C | C | C | C |
| 2022 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | 30  30 Days Past Due | 60  60 Days Past Due | 90  90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V  Voluntary Surrender | F  Foreclosure | C  Collection Account |
| CO Charge-Off | B  Included in Bankruptcy | R  Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $5,665 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | OTHER |
| Terms Frequency | UNKNOWN | Term Duration | |
| Balance | $5,665 | Date Opened | Oct 06, 2021 |
| Amount Past Due | $5,665 | Date Reported | Jan 07, 2025 |
| Actual Payment Amount | | Date of Last Payment | |

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000065**

| | | | |
|---|---|---|---|
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 38 | Delinquency First Reported | Nov 2021 |
| Activity Designator | | Creditor Classification | AUTOMOTIVE |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Debt Buyer Account | Date Closed | |
| Date of First Delinquency | Jan 08, 2020 | | |

## Comments

Collection account

## Contact

NCB MANAGEMENT SERVICES, I
1 Allied Dr
Trevose, PA  19053-6945
(215) 244-4200

EIS-RODGERS-000066

# 6. Consumer Statements

Consumer Statements are explanations of up to 100 words you can attach to your credit file to provide more information on an item you may disagree with or would like to provide details on. Consumer statements are voluntary and have no impact on your credit score.

You currently do not have any Consumer Statements in your file.

**EIS-RODGERS-000067**

# 7. Personal Information

Creditors use your personal information primarily to identify you. This information has no impact on your credit score.

## Identification

Identification is the information in your credit file that indicates your current identification as reported to Equifax. It does not affect your credit score or rating.

| | |
|---|---|
| **Name** | ASANTI I RODGERS |
| **Formerly known as** | |
| **Social Security Number** | xxxxx ▮ |
| **Age or Date of Birth** | ▮ |

## Other Identification

You currently do not have any Other Identifications in your file.

## Alert Contact Information

You currently do not have any Alert Contacts in your file.

## Contact Information

Contact information is the information in your credit file that indicates your former and current addresses as reported to Equifax. It does not affect your credit score or rating.

| Address | Status | Date Reported |
|---|---|---|
| 807 S POST OAK LN APT 2114 HOUSTON, TX 77056 | Current | Jan 18, 2025 |
| ▮ | Former | Feb 01, 2025 |

## Employment History

Employment history is the information in your credit file that indicates your current and former employment as reported to Equifax. It does not affect your credit score or rating.

| Company | Occupation |
|---|---|
| RODGERS TRANSPORTATI | |
| BLACK TIE FORMALWEAR | |

EQUIFAX    ASANTI RODGERS | Feb 04, 2025    Page 33 of 46

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

**EIS-RODGERS-000068**

# 8. Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

## Hard Inquiries

Inquiries that may impact your credit rating/score

These are inquiries made by companies with whom you have applied for a loan or credit. They may remain on your file up to 2 years.

You currently do not have any Hard Inquiries in your file.

## Soft Inquiries

Inquiries that do not impact your credit rating/score

These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

| Date | Company | Request Originator | Description |
|------|---------|--------------------|-------------|
| Feb 03, 2025 | EQUIFAX INC (0100) | | ID Report |
| Sep 13, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 10, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Sep 10, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 08, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 07, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 06, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 03, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 30, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 27, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 23, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 22, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 20, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 20, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 16, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 15, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 13, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |

**EIS-RODGERS-000069**

| Aug 13, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 12, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 10, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 09, 2024 | COMCAST - CHICAGO | Credit Report |
| Aug 09, 2024 | COMCAST-ATLANTA | ID Report |
| Aug 08, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 06, 2024 | CREDIT KARMA, INC. | Credit Report |
| Aug 06, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 05, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 01, 2024 | EQUIFAX | Direct to Consumer Report |
| Jul 30, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 23, 2024 | COMCAST | Account Review Inquiry |
| Jul 18, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 02, 2024 | CREDIT KARMA, INC. | Credit Report |
| Mar 26, 2024 | EQUIFAX | Credit Report |

EIS-RODGERS-000070

# 9. Public Records

This section includes public record items Equifax obtained from local, state and federal courts through a third party vendor, LexisNexis. They can be contacted at: https://equifaxconsumers.lexisnexis.com

LexisNexis Consumer Center
P.O. Box 105615
Atlanta, GA 30348-5108

## Bankruptcies

Bankruptcies are a legal status granted by a federal court that indicates you are unable to pay off outstanding debt. Bankruptcies stay on your credit report for up to 10 years, depending on the chapter of bankruptcy you file for. They generally have a negative impact on your credit score.

You currently do not have any Bankruptcies in your file.

## Judgments

Judgments are a legal status granted by a court that indicates you must pay back an outstanding debt. Judgments stay on your credit report up to 7 years from the date filed and generally have a negative impact on your credit score.

You currently do not have any Judgments in your file.

## Liens

A lien is a legal claim on an asset, and Equifax only collects tax related liens. Liens stay on your credit report up to 10 years and generally have a negative impact on your credit score.

You currently do not have any Liens in your file.

**EIS-RODGERS-000071**

# 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

## Date Reported: Jan 28, 2025

| | | | |
|---|---|---|---|
| Collection Agency | CREDIT COLLECTIONS | Balance Date | Jan 28, 2025 |
| Original Creditor Name | LIBERTY MUTUAL IN CO | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Jan 11, 2023 | Account Number | xxxxx 14 |
| Original Amount Owed | $573 | Creditor Classification | Insurance |
| Amount | $573 | Last Payment Date | |
| Status Date | Jan 28, 2025 | Date of First Delinquency | |
| Status | UNPAID | | |

## Comments

## Contact

CREDIT COLLECTIONS
725 Canton St
Norwood, MA  02062-2679
(603) 570-4784

**EIS-RODGERS-000072**

**Date Reported: Jan 28, 2025**

| | | | |
|---|---|---|---|
| Collection Agency | CREDIT COLLECTIONS | Balance Date | Jan 28, 2025 |
| Original Creditor Name | ALLSTATE PROP CASUALTY CO | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Oct 17, 2023 | Account Number | xxxxxx 07 |
| Original Amount Owed | $252 | Creditor Classification | Insurance |
| Amount | $252 | Last Payment Date | |
| Status Date | Jan 28, 2025 | Date of First Delinquency | |
| Status | UNPAID | | |

**Comments**

**Contact**

CREDIT COLLECTIONS
725 CANTON ST
NORWOOD, MA  02062-2679
(617) 965-2000

**EIS-RODGERS-000073**

**Date Reported: Dec 26, 2024**

| | | | |
|---|---|---|---|
| Collection Agency | CAINE & WEINER COMPANY INC | Balance Date | Dec 26, 2024 |
| Original Creditor Name | PROGRESSIVE | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Dec 28, 2020 | Account Number | xxxxxx 58 |
| Original Amount Owed | $383 | Creditor Classification | Insurance |
| Amount | $383 | Last Payment Date | |
| Status Date | Dec 26, 2024 | Date of First Delinquency | |
| Status | UNPAID | | |

## Comments

Consumer disputes this account information

## Contact

CAINE & WEINER COMPANY INC
5805 SEPULVEDA BLVD FL 4
VAN NUYS, CA 91411-2532
(877) 495-5603

**EIS-RODGERS-000074**

**Date Reported: Oct 08, 2024**

| | | | |
|---|---|---|---|
| Collection Agency | SEQUIUM ASSET SOLUTIONS, L | Balance Date | Oct 08, 2024 |
| Original Creditor Name | COMCAST | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Jul 22, 2024 | Account Number | xxxxxx 87 |
| Original Amount Owed | $127 | Creditor Classification | Cable or Cellular |
| Amount | $127 | Last Payment Date | |
| Status Date | Oct 08, 2024 | Date of First Delinquency | |
| Status | UNPAID | | |

## Comments

## Contact

SEQUIUM ASSET SOLUTIONS, L
1130 NCHASE PKWY SE STE 150
MARIETTA, GA 30067-6429
(678) 228-3054

**EIS-RODGERS-000075**

# 11. Dispute File Information

If you believe that any of the information found on this report is incorrect, there are 3 ways to launch an investigation about the information in this report.

When you file a dispute, the credit bureau you contact is required to investigate your dispute within 30 days. They will not remove accurate data unless it is outdated or cannot be verified.

To initiate a dispute online please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

To check the status or view the results of your dispute please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

EIS-RODGERS-000076

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la*

*Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

# 12. A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to** www.consumerfinance.gov/learnmore **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  o   a person has taken adverse action against you because of information in your credit report;

  o   you are the victim of identity theft and place a fraud alert in your file;

  o   your file contains inaccurate information as a result of fraud;

  o   you are on public assistance;

  o   you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

**EIS-RODGERS-000077**

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, www.consumerfinance.gov/learnmore

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact (see next page):**

EIS-RODGERS-000078

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over \$10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a.Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552<br><br>b.Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2.To the extent not included in item 1 above:<br>a.National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b.State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c.Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d.Federal Credit Unions | a.Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b.Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c.Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d.National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3.Air carriers | Asst. General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4.Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street, SW<br>Washington, DC 20423 |
| 5.Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6.Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7.Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8.Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |

EIS-RODGERS-000079

| 9.Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
|---|---|

EIS-RODGERS-000080

# Your Rights Under State Law

## State of Texas - Notice to Texas Consumers

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year security alert. To obtain a copy of your credit file from Equifax call 1-800-685-1111 or write to PO Box 740241, Atlanta, Georgia, 30374-0241.

You have a right to place a "security alert" in your credit file. This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in the your name. Placement or removal of a security alert may be requested by calling 1-800-525-6285 or, you may send a written request to Equifax Information Services, PO Box 105069, Atlanta, GA 30348. With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after the you have followed all dispute procedures in Section 20.06 of the Texas Business and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

EIS-RODGERS-000081

EIS-RODGERS-000082

+1 (346) 601-6044
NCB MGT Srv INC
8:15 AM ⓘ

(877) 322-8228
↗ unknown
Yesterday ⓘ

+1 (346) 601-6180
NCB MGT Srv INC
Yesterday ⓘ

**Mom**
↗ phone
Yesterday ⓘ

**Mom**
↗ phone
Sunday ⓘ

**+1 (415) 704-4709**
San Francisco, CA
Sunday ⓘ

**+1 (312) 922-2206**
↗ Chicago, IL
Sunday ⓘ

**1 (415) 523-9131**
↗ San Francisco, CA
Sunday ⓘ

| COLLECTION | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Control Number | 99995041531569039 | | Dispute 1 | [ 020 ] CLAIMS TRUE IDENTITY FRAUD - ACCOUNT FRAUDULENTLY OPENED INITIATE INVESTIGATION. |
|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 | |
| Date Created | 02/11/2025 | Response Due | 02/28/2025 | Dispute 2 |
| Subscriber Code | 180YC16345 | | | |
| Account Number | ▮▮▮▮ | | | |
| Grantor Name | Caine & Weiner | | FCRA Relevant Information | IMAGE ATTACHEDContact Equifax for additional images at: equifax.eoscar@equifax.com.There may be additional images.Contact Equifax for additional images at: 866-464-7425.There may be additional images. |
| Responder Name | jCaine2454 | | | |
| Responder Phone | | Response Date | 02/14/2025 | |

| Response Code | ☐ Verified As Reported | ☐ Modified as Shown | ☑ Delete Account | ☐ Delete Fraud |
|---|---|---|---|---|

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | RODGERS ASANTI I | ☐ | Name | RODGERS ASANTI |
| AKA/FN | | ☐ | AKA/FN | |
| Address | 807 S POST OAK LN APT 2114, HOUSTON, TX 77056 | ☐ | Address | ▮▮▮▮▮▮ |
| Previous | ▮▮▮▮▮▮ | ☑ | Previous | ▮▮▮▮▮▮ |
| SSN | ▮▮▮▮ | ☑ | SSN | ▮▮▮▮ |
| DOB | ▮▮▮▮ | ☑ | DOB | ▮▮▮▮ |
| Phone | | ☐ | Phone | 773-762-9282 |

| Date Of Account Info | ECOA | Date Assigned | Collection status | Narratives |
|---|---|---|---|---|
| 01/30/2025 | I | 12/2020 | D | [ 166 ] CONSUMER DISPUTES THIS ACCOUNT INFORMATION |

| Last Payment Date | Purge Key / DOFD | Original Amount | Current Balance | |
|---|---|---|---|---|
| | 02/2025 | | $383 | |

| Original Creditor Name | Creditor Classification |
|---|---|
| PROGRESSIVE | [ 06 ] INSURANCE |

| Consumer Info Indicator | |
|---|---|
| Compliance Condition Code | [ XB ] Account information disputed by consumer |
| Special Comment Code | |
| Account Status | [ 93 ] Account seriously past due and/or assigned to internal or external collections |
| Payment Rating | |

**EIS-RODGERS-000084**

| COLLECTION | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Images Sent |
|---|
| CB00291602042501221.TIFF |
|  |
|  |
|  |
|  |
|  |

EIS-RODGERS-000085

| COLLECTION | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| | | | |
|---|---|---|---|
| Control Number | 99995041531569040 | Dispute 1 | [ 020 ] CLAIMS TRUE IDENTITY FRAUD - ACCOUNT FRAUDULENTLY OPENED INITIATE INVESTIGATION. |
| Origin NCRA | EFX | Bureau Code | 9999 |
| Date Created | 02/11/2025 | Response Due | 02/28/2025 |
| Subscriber Code | 178YC12959 | Dispute 2 | |
| Account Number | ▮▮▮▮ | | |
| Grantor Name | The CCS Companies | FCRA Relevant Information | IMAGE ATTACHEDContact Equifax for additional images at: equifax.eoscar@equifax.com.There may be additional images.Contact Equifax for additional images at: 866-464-7425.There may be additional images. |
| Responder Name | THE CCS COMPANIES | | |
| Responder Phone | Response Date  02/18/2025 | | |

| Response Code | ✔ Verified As Reported | ☐ Modified as Shown | ☐ Delete Account | ☐ Delete Fraud |
|---|---|---|---|---|

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | RODGERS ASANTI I | ☐ | Name | RODGERS ASANTI |
| AKA/FN | | ☐ | AKA/FN | |
| Address | 807 S POST OAK LN APT 2114, HOUSTON, TX 77056 | ☐ | Address | ▮▮▮▮ |
| Previous | ▮▮▮▮ | ☐ | Previous | |
| SSN | ▮▮▮▮ | ☐ | SSN | |
| DOB | ▮▮▮▮ | ✔ | DOB | ▮▮▮▮ |
| Phone | | ☐ | Phone | 708-910-4129 |

| Date Of Account Info | ECOA | Date Assigned | Collection status | Narratives |
|---|---|---|---|---|
| 02/04/2025 | I | 01/2023 | D | |
| Last Payment Date | Purge Key / DOFD | Original Amount | Current Balance | |
| | 02/2025 | | $573 | |
| Original Creditor Name | | Creditor Classification | | |
| LIBERTY MUTUAL IN CO | | [ 06 ] INSURANCE | | |

| Consumer Info Indicator | |
|---|---|
| Compliance Condition Code | |
| Special Comment Code | |
| Account Status | [ 93 ] Account seriously past due and/or assigned to internal or external collections |
| Payment Rating | |

EIS-RODGERS-000086

| COLLECTION | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Images Sent |
|---|
| CB00291602042501221.TIFF |
| |
| |
| |
| |
| |

EIS-RODGERS-000087

| COLLECTION | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| | | | |
|---|---|---|---|
| Control Number | 99995041531569041 | Dispute 1 | [ 020 ] CLAIMS TRUE IDENTITY FRAUD - ACCOUNT FRAUDULENTLY OPENED INITIATE INVESTIGATION. |
| Origin NCRA | EFX | Bureau Code | 9999 |
| Date Created | 02/11/2025 | Response Due | 02/28/2025 |
| Subscriber Code | 178YC13039 | Dispute 2 | |
| Account Number | ▮▮▮▮ | | |
| Grantor Name | The CCS Companies | FCRA Relevant Information | IMAGE ATTACHEDContact Equifax for additional images at: equifax.eoscar@equifax.com.There may be additional images.Contact Equifax for additional images at: 866-464-7425.There may be additional images. |
| Responder Name | THE CCS COMPANIES | | |
| Responder Phone | Response Date 02/14/2025 | | |

| Response Code | ☑ Verified As Reported | ☐ Modified as Shown | ☐ Delete Account | ☐ Delete Fraud |
|---|---|---|---|---|

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | RODGERS ASANTI I | ☐ | Name | RODGERS ASANTI |
| AKA/FN | | ☐ | AKA/FN | |
| Address | 807 S POST OAK LN APT 2114, HOUSTON, TX 77056 | ☐ | Address | ▮▮▮▮ |
| Previous | ▮▮▮▮ | ☐ | Previous | |
| SSN | ▮▮▮▮ | ☐ | SSN | |
| DOB | ▮▮▮▮ | ☑ | DOB | ▮▮▮▮ |
| Phone | | ☐ | Phone | 832-622-5147 |

| Date Of Account Info | ECOA | Date Assigned | Collection status | Narratives |
|---|---|---|---|---|
| 02/04/2025 | I | 10/2023 | D | |
| | | | | |
| Last Payment Date | Purge Key / DOFD | Original Amount | Current Balance | |
| | 02/2025 | | $252 | |
| | | | | |
| Original Creditor Name | | Creditor Classification | | |
| ALLSTATE PROP CASUALTY CO | | [ 06 ] INSURANCE | | |

| Consumer Info Indicator | |
|---|---|
| Compliance Condition Code | |
| Special Comment Code | |
| Account Status | [ 93 ] Account seriously past due and/or assigned to internal or external collections |
| Payment Rating | |

EIS-RODGERS-000088

| COLLECTION | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Images Sent |
|---|
| CB00291602042501221.TIFF |
|  |
|  |
|  |
|  |
|  |

**EIS-RODGERS-000089**

| COLLECTION | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Control Number | 99995041531569042 | | | Dispute 1 | | [ 020 ] CLAIMS TRUE IDENTITY FRAUD - ACCOUNT FRAUDULENTLY OPENED INITIATE INVESTIGATION. |
|---|---|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 | | | |
| Date Created | 02/11/2025 | Response Due | 02/28/2025 | Dispute 2 | | |
| Subscriber Code | 401YC16680 | | | | | |
| Account Number | ▮▮▮▮ | | | | | |
| Grantor Name | Sequium Asset Solutions, LLC | | | FCRA Relevant Information | | IMAGE ATTACHEDContact Equifax for additional images at: equifax.eoscar@equifax.com.There may be additional images.Contact Equifax for additional images at: 866-464-7425.There may be additional images. |
| Responder Name | sarora | | | | | |
| Responder Phone | | Response Date | 02/14/2025 | | | |
| Response Code | ☐ Verified As Reported | ☐ Modified as Shown | ☐ Delete Account | | | ☐ Delete Fraud |

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | RODGERS ASANTI I | ☐ | Name | RODGERS ASANTI |
| AKA/FN | | ☐ | AKA/FN | |
| Address | 807 S POST OAK LN APT 2114, HOUSTON, TX 77056 | ☐ | Address | |
| Previous | ▮▮▮▮▮▮▮ | ☐ | Previous | |
| SSN | ▮▮▮▮ | ☐ | SSN | |
| DOB | ▮▮▮ | ☐ | DOB | |
| Phone | | ☐ | Phone | |

| Date Of Account Info | ECOA | Date Assigned | Collection status | Narratives |
|---|---|---|---|---|
| 10/08/2024 | I | 07/2024 | D | |

| Last Payment Date | Purge Key / DOFD | Original Amount | Current Balance | |
|---|---|---|---|---|
| | 02/2025 | | $127 | |

| Original Creditor Name | Creditor Classification |
|---|---|
| COMCAST | [ 11 ] CABLE/CELULLAR |

| Consumer Info Indicator | |
|---|---|
| | |

| Compliance Condition Code | |
|---|---|
| | |

| Special Comment Code | |
|---|---|
| | |

| Account Status | [ 93 ] Account seriously past due and/or assigned to internal or external collections |
|---|---|
| | |

| Payment Rating | |
|---|---|
| | |

EIS-RODGERS-000090

| COLLECTION | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Images Sent |
|---|
| CB00291602042501221.TIFF |
| |
| |
| |
| |
| |

EIS-RODGERS-000091

| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Control Number | 99995041531569034 | | Dispute 1 | [ 020 ] CLAIMS TRUE IDENTITY FRAUD - ACCOUNT FRAUDULENTLY OPENED INITIATE INVESTIGATION. |
|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 | |
| Date Created | 02/11/2025 | Response Due | 02/28/2025 | Dispute 2 |
| Subscriber Code | 654FZ13214 | | | |
| Account Number | ███████████ | | FCRA Relevant Information | IMAGE ATTACHEDContact Equifax for additional images at: equifax.eoscar@equifax.com.There may be additional images.Contact Equifax for additional images at: 866-464-7425.There may be additional images. |
| Grantor Name | MOHELA | | | |
| Responder Name | Jerika Wright | | | |
| Responder Phone | 636-733-3700 | Response Date | 02/21/2025 | |

| Response Code | ☐ Verified As Reported | ☑ Disputed Info accurate. Updtd Acct info unrelated to dispute | ☐ Delete Account | ☐ Delete Fraud |
|---|---|---|---|---|

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | RODGERS ASANTI I | ☑ | Name | RODGERS ASANTI I |
| AKA/FN | | ☐ | AKA/FN | |
| Address | 807 S POST OAK LN APT 2114, HOUSTON, TX 77056 | ☐ | Address | ████████████████ |
| Previous | ███████████ | ☑ | Previous | ████████████ |
| SSN | ██████ | ☑ | SSN | ██████ |
| DOB | ██████ | ☑ | DOB | ██████ |
| Phone | | ☐ | Phone | 773-762-9282 |

| Account Type | ECOA | Date Open | Type & Rate | Narratives |
|---|---|---|---|---|
| 12 | I | 11/2016 | I5 | |
| 12 | I | | I5 | |

| Credit Limit | High Credit | Current Balance | Past Due | |
|---|---|---|---|---|
| | $2000 | $0 | | |
| | $2000 | $0 | | |

| Original Charge Off | Date Ist Delinquency | Last Payment Date | Date Closed | |
|---|---|---|---|---|
| | 10/01/2018 | 04/01/2019 | 09/01/2019 | [ 304 ] A TEMPORARY UPDATE FREEZE ON FILE |
| | | | 09/01/2019 | [ 123 ] ACCOUNT TRANSFERRED OR SOLD |
| | | | | [ 248 ] STUDENT LOAN |
| | | | | [ 264 ] 180 DAYS OR MORE PAST DUE |

| Activity Designator | Creditor Classification | Purchased/Sold To Name/Original Creditor | Purchase Indicator | Mortgage Id Number |
|---|---|---|---|---|
| [T] TRANSFER/SOLD | | | | |

| Terms Duration | Term Frequency | Monthly Payment | Actual Payment | Defered Pay Start Date | Ballon Payment | Ballon Payment Due |
|---|---|---|---|---|---|---|
| | [M] MONTHLY | | $2185 | | | |
| | [M] MONTHLY | $NaN | $2185 | | | |

| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
|---|---|---|---|---|---|---|---|
| 12/23/2021 | ************ | ************ | ************ | ************ | ************ | ************ | ************ |
| 09/01/2019 | ************ | ************ | ************ | ************ | ************ | 666E******** | DD0003456666 |

| Consumer Info Indicator | |
|---|---|
| | |

| Compliance Condition Code | |
|---|---|
| | |

| Special Comment Code | |
|---|---|
| | [ AT ] Account closed due to transfer |

| Account Status | [ 82 ] Account 120 days past the due date |
|---|---|
| | [ 84 ] Account 180 days or more past the due date |

| Payment Rating | |
|---|---|
| | |

| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

EIS-RODGERS-000092

| Images Sent |
| --- |
| CB00291602042501221.TIFF |
| |
| |
| |
| |
| |

**EIS-RODGERS-000093**

| HISTORICAL ACCOUNT DATA | AUTOMATED DISPUTE CONSUMER VERIFICATION | EQUIFAX |
|---|---|---|

**No Historical Data.**

**EIS-RODGERS-000094**

| HISTORICAL ACCOUNT DISPUTE REASON | AUTOMATED DISPUTE CONSUMER VERIFICATION | EQUIFAX |
|---|---|---|

**No Historical Account Information was disputed.**

EIS-RODGERS-000095

| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Control Number | 99995041531569035 | | | Dispute 1 | [ 020 ] CLAIMS TRUE IDENTITY FRAUD - ACCOUNT FRAUDULENTLY OPENED INITIATE INVESTIGATION. |
|---|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 | | |
| Date Created | 02/11/2025 | Response Due | 02/28/2025 | Dispute 2 | |
| Subscriber Code | 654FZ13214 | | | | |
| Account Number | ▮▮▮▮▮▮▮ | | | FCRA Relevant Information | IMAGE ATTACHEDContact Equifax for additional images at: equifax.eoscar@equifax.com.There may be additional images.Contact Equifax for additional images at: 866-464-7425.There may be additional images. |
| Grantor Name | MOHELA | | | | |
| Responder Name | Rebekah White | | | | |
| Responder Phone | 636-733-3700 | Response Date | 02/21/2025 | | |

| Response Code | ☐ Verified As Reported | ☑ Disputed Info accurate. Updtd Acct info unrelated to dispute | ☐ Delete Account | ☐ Delete Fraud |
|---|---|---|---|---|

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | RODGERS ASANTI I | ☑ | Name | RODGERS ASANTI I |
| AKA/FN | | ☐ | AKA/FN | |
| Address | 807 S POST OAK LN APT 2114, HOUSTON, TX 77056 | ☐ | Address | ▮▮▮▮▮▮▮ |
| Previous | ▮▮▮▮▮▮▮ | ☐ | Previous | |
| SSN | ▮▮▮▮ | ☑ | SSN | ▮▮▮ |
| DOB | ▮▮▮ | ☑ | DOB | ▮▮▮ |
| Phone | | ☐ | Phone | 773-762-9282 |

| Account Type | ECOA | Date Open | Type & Rate | Narratives |
|---|---|---|---|---|
| 12 | I | 12/2016 | I5 | |
| **12** | I | | **I5** | |
| Credit Limit | High Credit | Current Balance | Past Due | |
| | $1523 | $0 | | |
| | **$1523** | **$0** | | |
| Original Charge Off | Date Ist Delinquency | Last Payment Date | Date Closed | [ 304 ] A TEMPORARY UPDATE FREEZE ON FILE |
| | 10/01/2018 | 04/01/2019 | 09/01/2019 | [ 123 ] ACCOUNT TRANSFERRED OR SOLD |
| | | | **09/01/2019** | [ 248 ] STUDENT LOAN |
| | | | | [ 264 ] 180 DAYS OR MORE PAST DUE |
| Activity Designator | Creditor Classification | Purchased/Sold To Name/Original Creditor | Purchase Indicator | Mortgage Id Number |
| | | | | |
| **[T] TRANSFER/SOLD** | | | | |

| Terms Duration | Term Frequency | Monthly Payment | Actual Payment | Defered Pay Start Date | Ballon Payment | Ballon Payment Due |
|---|---|---|---|---|---|---|
| | [M] MONTHLY | | $1621 | | | |
| **120M** | **[M] MONTHLY** | **$NaN** | **$1621** | | | |

| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
|---|---|---|---|---|---|---|---|
| 12/23/2021 | ************ | ************ | ************ | ************ | ************ | ************ | ************ |
| 09/01/2019 | ************ | ************ | ************ | ************ | ************ | 666D******** | DD0003456666 |

| Consumer Info Indicator | |
|---|---|
| | |
| Compliance Condition Code | |
| | |
| Special Comment Code | |
| | [ AT ] Account closed due to transfer |
| Account Status | [ 82 ] Account 120 days past the due date |
| | [ 84 ] Account 180 days or more past the due date |
| Payment Rating | |
| | |

| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

Printed 07/18/2025        Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction        Page 1 of 4

EIS-RODGERS-000096

| Images Sent |
| --- |
| CB00291602042501221.TIFF |
| |
| |
| |
| |
| |

EIS-RODGERS-000097

| HISTORICAL ACCOUNT DATA | AUTOMATED DISPUTE CONSUMER VERIFICATION | EQUIFAX |
|---|---|---|

**No Historical Data.**

**EIS-RODGERS-000098**

HISTORICAL ACCOUNT DISPUTE REASON     AUTOMATED DISPUTE CONSUMER VERIFICATION     EQUIFAX

**No Historical Account Information was disputed.**

**EIS-RODGERS-000099**

| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Control Number | 99995041531569036 | | Dispute 1 | [ 020 ] CLAIMS TRUE IDENTITY FRAUD - ACCOUNT FRAUDULENTLY OPENED INITIATE INVESTIGATION. |
|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 | |
| Date Created | 02/11/2025 | Response Due | 02/28/2025 | Dispute 2 |
| Subscriber Code | 496FY00202 | | | |
| Account Number | ▉ | | FCRA Relevant Information | IMAGE ATTACHEDContact Equifax for additional images at: equifax.eoscar@equifax.com.There may be additional images.Contact Equifax for additional images at: 866-464-7425.There may be additional images. |
| Grantor Name | NCB Management Services Inc | | | |
| Responder Name | MONICA ROMER | | | |
| Responder Phone | | Response Date | 02/25/2025 | |

| Response Code | ☐ Verified As Reported  ☑ Disputed Info accurate. Updtd Acct info unrelated to dispute | ☐ Delete Account | ☐ Delete Fraud |
|---|---|---|---|

### Reported Consumer Identity / Modified Consumer Identity

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | RODGERS ASANTI I | ☐ | Name | RODGERS ASANTI |
| AKA/FN | | ☐ | AKA/FN | |
| Address | 807 S POST OAK LN APT 2114, HOUSTON, TX 77056 | ☐ | Address | ▉ |
| Previous | ▉ | ☐ | Previous | |
| SSN | ▉ | ☑ | SSN | ▉ |
| DOB | ▉ | ☑ | DOB | ▉ |
| Phone | | ☐ | Phone | 773-762-9282 |

| Account Type | ECOA | Date Open | Type & Rate | Narratives |
|---|---|---|---|---|
| 0C | I | 10/2021 | O6 | [ 057 ] COLLECTION ACCOUNT |
| **0C** | **I** | | **O6** | |
| Credit Limit | High Credit | Current Balance | Past Due | |
| | $5665 | $5665 | $5665 | |
| | **$5665** | **$5665** | **$5665** | |
| Original Charge Off | Date Ist Delinquency | Last Payment Date | Date Closed | [ 167 ] CONSUMER DISPUTES AFTER RESOLUTION |
| | 01/08/2020 | | | [ 057 ] COLLECTION ACCOUNT |
| Activity Designator | Creditor Classification | Purchased/Sold To Name/Original Creditor | Purchase Indicator | Mortgage Id Number |
| | [14] AUTOMOTIVE | | | |
| | **[14] AUTOMOTIVE** | **EXETER FINANCE LLC** | **[O] ORIGINAL CREDITOR** | |

| Terms Duration | Term Frequency | Monthly Payment | Actual Payment | Defered Pay Start Date | Ballon Payment | Ballon Payment Due |
|---|---|---|---|---|---|---|
| | | | | | | |

| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
|---|---|---|---|---|---|---|---|
| 02/03/2025 | G*********** | GGGGGGGGGGGG | **BGGGGGGGGG | *********** | *********** | *********** | *********** |
| 02/01/2025 | G*********** | GGGGGGGGGGGG | **GGGGGGGGGG | *********** | *********** | *********** | *********** |

| Consumer Info Indicator | |
|---|---|
| | |
| Compliance Condition Code | |
| | [ XC ] Completed investigation of FCRA dispute - consumer disagrees |
| Special Comment Code | |
| | |
| Account Status | [ 93 ] Account seriously past due and/or assigned to internal or external collections |
| | **[ 93 ] Account seriously past due and/or assigned to internal or external collections** |
| Payment Rating | |
| | |

| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

EIS-RODGERS-000100

| Images Sent |
| --- |
| CB00291602042501221.TIFF |
| |
| |
| |
| |
| |

EIS-RODGERS-000101

| HISTORICAL ACCOUNT DATA | AUTOMATED DISPUTE CONSUMER VERIFICATION | EQUIFAX |
|---|---|---|

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JAN-2025 | $5665 | | | | $5665 | | $5665 | Debt Buyer Account | |

[ 057 ] COLLECTION ACCOUNT

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| DEC-2024 | $5665 | | | | $5665 | | $5665 | Debt Buyer Account | |

[ 057 ] COLLECTION ACCOUNT

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| NOV-2024 | $5665 | | | | $5665 | | $5665 | Debt Buyer Account | |

[ 057 ] COLLECTION ACCOUNT

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| OCT-2024 | $5665 | | | | $5665 | | $5665 | Debt Buyer Account | |

[ 057 ] COLLECTION ACCOUNT

EIS-RODGERS-000102

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| SEP-2024 | $5665 | | | | $5665 | | $5665 | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| AUG-2024 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUL-2024 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUN-2024 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

EIS-RODGERS-000103

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **MAY-2024** | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **APR-2024** | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **MAR-2024** | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **FEB-2024** | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

EIS-RODGERS-000104

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|-------|---------|-------------------|----------------|------------------|-------------|--------------|-----------------|--------------|---------------------|
| JAN-2024 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|-------|---------|-------------------|----------------|------------------|-------------|--------------|-----------------|--------------|---------------------|
| DEC-2023 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|-------|---------|-------------------|----------------|------------------|-------------|--------------|-----------------|--------------|---------------------|
| NOV-2023 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|-------|---------|-------------------|----------------|------------------|-------------|--------------|-----------------|--------------|---------------------|
| OCT-2023 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

EIS-RODGERS-000105

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| SEP-2023 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| AUG-2023 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUL-2023 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUN-2023 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

EIS-RODGERS-000106

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAY-2023 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| APR-2023 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAR-2023 | $5665 | | | | $5665 | | | Debt Buyer Account | |
| | [ 057 ] COLLECTION ACCOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| FEB-2023 | | | | | | | | | |

EIS-RODGERS-000107

HISTORICAL ACCOUNT DISPUTE REASON       AUTOMATED DISPUTE CONSUMER VERIFICATION                EQUIFAX

**No Historical Account Information was disputed.**

EIS-RODGERS-000108

| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Control Number | 99995041531569037 | | | Dispute 1 | [ 020 ] CLAIMS TRUE IDENTITY FRAUD - ACCOUNT FRAUDULENTLY OPENED INITIATE INVESTIGATION. |
|---|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 | | |
| Date Created | 02/11/2025 | Response Due | 02/28/2025 | Dispute 2 | |
| Subscriber Code | 654FA11802 | | | | |
| Account Number | ▮ | | | FCRA Relevant Information | IMAGE ATTACHEDContact Equifax for additional images at: equifax.eoscar@equifax.com.There may be additional images.Contact Equifax for additional images at: 866-464-7425.There may be additional images. |
| Grantor Name | Credit Acceptance Corporation | | | | |
| Responder Name | Robert Gary | | | | |
| Responder Phone | 248-353-2700 | Response Date | 02/21/2025 | | |
| Response Code | ☑ Verified As Reported ☐ Modified as Shown | | | ☐ Delete Account ☐ Delete Fraud | |

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | RODGERS ASANTI I | ☑ | Name | RODGERS ASANTI I |
| AKA/FN | | ☐ | AKA/FN | |
| Address | 807 S POST OAK LN APT 2114, HOUSTON, TX 77056 | ☑ | Address | 807 S POST OAK LN APT 2114, HOUSTON, TX 77056 |
| Previous | ▮ | ☑ | Previous | ▮ |
| SSN | ▮ | ☑ | SSN | ▮ |
| DOB | ▮ | ☑ | DOB | ▮ |
| Phone | | ☐ | Phone | |

| Account Type | ECOA | Date Open | Type & Rate | Narratives |
|---|---|---|---|---|
| 00 | I | 04/2022 | I8 | [ 213 ] INVOLUNTARY REPOSSESSION |
| | I | | | [ 214 ] AUTO |
| **Credit Limit** | **High Credit** | **Current Balance** | **Past Due** | [ 132 ] FIXED RATE |
| | $29355 | $23400 | $23400 | |
| **Original Charge Off** | **Date Ist Delinquency** | **Last Payment Date** | **Date Closed** | |
| | 11/01/2022 | 03/20/2024 | | |
| **Activity Designator** | **Creditor Classification** | **Purchased/Sold To Name/Original Creditor** | **Purchase Indicator** | **Mortgage Id Number** |
| | | | | |

| Terms Duration | Term Frequency | Monthly Payment | Actual Payment | Defered Pay Start Date | Ballon Payment | Ballon Payment Due |
|---|---|---|---|---|---|---|
| | [M] MONTHLY | | | | | |

| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
|---|---|---|---|---|---|---|---|
| 01/15/2025 | *********** | KKKKKKKKKKK* | 21122234456K | **B000000122 | *********** | *********** | *********** |

| Consumer Info Indicator | |
|---|---|
| Compliance Condition Code | |
| Special Comment Code | [ BI ] |
| Account Status | [ 96 ] Merchandise was repossessed by credit grantor; there may be a balance due |
| Payment Rating | |

| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

EIS-RODGERS-000109

| Images Sent |
|---|
| CB00291602042501221.TIFF |
| |
| |
| |
| |
| |

EIS-RODGERS-000110

**HISTORICAL ACCOUNT DATA**        **AUTOMATED DISPUTE CONSUMER VERIFICATION**                        **EQUIFAX**

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JAN-2025 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| DEC-2024 | $23304 | | | 03-01-2024 | $29355 | | $23304 | Auto | |

[ 213 ] INVOLUNTARY REPOSSESSION
[ 214 ] AUTO
[ 132 ] FIXED RATE

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| NOV-2024 | $23211 | | | 03-01-2024 | $29355 | | $23211 | Auto | |

[ 213 ] INVOLUNTARY REPOSSESSION
[ 214 ] AUTO
[ 132 ] FIXED RATE

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| OCT-2024 | $23116 | | | 03-01-2024 | $29355 | | $23116 | Auto | |

[ 213 ] INVOLUNTARY REPOSSESSION
[ 214 ] AUTO
[ 132 ] FIXED RATE

EIS-RODGERS-000111

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **SEP-2024** | $23023 | | | 03-01-2024 | $29355 | | $23023 | Auto | |
| | [ 213 ] INVOLUNTARY REPOSSESSION | | | | | | | | |
| | [ 214 ] AUTO | | | | | | | | |
| | [ 132 ] FIXED RATE | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **AUG-2024** | $22928 | | | 03-01-2024 | $29355 | | $22928 | Auto | |
| | [ 213 ] INVOLUNTARY REPOSSESSION | | | | | | | | |
| | [ 214 ] AUTO | | | | | | | | |
| | [ 132 ] FIXED RATE | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **JUL-2024** | $22832 | | | 03-01-2024 | $29355 | | $22832 | Auto | |
| | [ 213 ] INVOLUNTARY REPOSSESSION | | | | | | | | |
| | [ 214 ] AUTO | | | | | | | | |
| | [ 132 ] FIXED RATE | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **JUN-2024** | $22739 | | | 03-01-2024 | $29355 | | $22739 | Auto | |
| | [ 213 ] INVOLUNTARY REPOSSESSION | | | | | | | | |
| | [ 214 ] AUTO | | | | | | | | |
| | [ 132 ] FIXED RATE | | | | | | | | |

EIS-RODGERS-000112

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **MAY-2024** | $22644 | | | 03-01-2024 | $29355 | | $22644 | Auto | |
| | | | | | | | | | |
| | [ 213 ] INVOLUNTARY REPOSSESSION | | | | | | | | |
| | [ 214 ] AUTO | | | | | | | | |
| | [ 132 ] FIXED RATE | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **APR-2024** | $22560 | | $8900 | 03-01-2024 | $29355 | | $22560 | Auto | |
| | | | | | | | | | |
| | [ 213 ] INVOLUNTARY REPOSSESSION | | | | | | | | |
| | [ 214 ] AUTO | | | | | | | | |
| | [ 132 ] FIXED RATE | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **MAR-2024** | $32590 | $754 | | 10-01-2023 | $29355 | | $7034 | Auto | |
| | | | | | | | | | |
| | [ 213 ] INVOLUNTARY REPOSSESSION | | | | | | | | |
| | [ 214 ] AUTO | | | | | | | | |
| | [ 132 ] FIXED RATE | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **FEB-2024** | $31382 | $754 | | 10-01-2023 | $29355 | | $6279 | Auto | |
| | | | | | | | | | |
| | [ 213 ] INVOLUNTARY REPOSSESSION | | | | | | | | |
| | [ 214 ] AUTO | | | | | | | | |
| | [ 132 ] FIXED RATE | | | | | | | | |

EIS-RODGERS-000113

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JAN-2024 | $30442 | $754 | | 10-01-2023 | $29355 | | $5523 | Auto | |

[ 214 ] AUTO
[ 264 ] 180 DAYS OR MORE PAST DUE
[ 132 ] FIXED RATE

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| DEC-2023 | $29950 | $754 | | 10-01-2023 | $29355 | | $4768 | Auto | |

[ 214 ] AUTO
[ 264 ] 180 DAYS OR MORE PAST DUE
[ 132 ] FIXED RATE

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| NOV-2023 | $29453 | $754 | | 10-01-2023 | $29355 | | $4013 | Auto | |

[ 214 ] AUTO
[ 263 ] 150 DAYS PAST DUE
[ 132 ] FIXED RATE

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| OCT-2023 | $28949 | $754 | $1080 | 10-01-2023 | $29355 | | $3258 | Auto | |

[ 214 ] AUTO
[ 262 ] 120 DAYS PAST DUE
[ 132 ] FIXED RATE

EIS-RODGERS-000114

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| SEP-2023 | $29021 | $754 | | 06-01-2023 | $29355 | | $3253 | Auto | |

[ 214 ] AUTO
[ 262 ] 120 DAYS PAST DUE
[ 132 ] FIXED RATE

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| AUG-2023 | $28476 | $754 | | 06-01-2023 | $29355 | | $2468 | Auto | |

[ 214 ] AUTO
[ 132 ] FIXED RATE

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUL-2023 | $27927 | $754 | $754 | 06-01-2023 | $29355 | | $1683 | Auto | |

[ 214 ] AUTO
[ 132 ] FIXED RATE

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUN-2023 | $28128 | $754 | $754 | 05-01-2023 | $29355 | | $1653 | Auto | |

[ 214 ] AUTO
[ 132 ] FIXED RATE

EIS-RODGERS-000115

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAY-2023 | $28323 | $754 | $754 | 04-01-2023 | $29355 | | $1623 | Auto | |
| | [ 214 ] AUTO | | | | | | | | |
| | [ 132 ] FIXED RATE | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| APR-2023 | $28513 | $754 | $800 | 03-01-2023 | $29355 | | $1593 | Auto | |
| | [ 214 ] AUTO | | | | | | | | |
| | [ 132 ] FIXED RATE | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAR-2023 | $28744 | $754 | $800 | 02-01-2023 | $29355 | | $853 | Auto | |
| | [ 214 ] AUTO | | | | | | | | |
| | [ 132 ] FIXED RATE | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| FEB-2023 | $28969 | $754 | $754 | 01-01-2023 | $29355 | | $1623 | Auto | |
| | [ 132 ] FIXED RATE | | | | | | | | |

EIS-RODGERS-000116

| HISTORICAL ACCOUNT DISPUTE REASON | AUTOMATED DISPUTE CONSUMER VERIFICATION | EQUIFAX |
|---|---|---|

**No Historical Account Information was disputed.**

EIS-RODGERS-000117

| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Control Number | 99995041531569038 | | Dispute 1 | [ 020 ] CLAIMS TRUE IDENTITY FRAUD - ACCOUNT FRAUDULENTLY OPENED INITIATE INVESTIGATION. |
|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code 9999 | | |
| Date Created | 02/11/2025 | Response Due 02/28/2025 | Dispute 2 | |
| Subscriber Code | 155BB03747 | | | |
| Account Number | ████████ | | FCRA Relevant Information | IMAGE ATTACHEDContact Equifax for additional images at: equifax.eoscar@equifax.com.There may be additional images.Contact Equifax for additional images at: 866-464-7425.There may be additional images. |
| Grantor Name | Discover Financial Services | | | |
| Responder Name | Saranya PS | | | |
| Responder Phone | | Response Date 02/12/2025 | | |

| Response Code | ☑ Verified As Reported  ☐ Modified as Shown | ☐ Delete Account  ☐ Delete Fraud |
|---|---|---|

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | RODGERS ASANTI I | ☐ | Name | RODGERS ASANTI |
| AKA/FN | | ☐ | AKA/FN | |
| Address | 807 S POST OAK LN APT 2114, HOUSTON, TX 77056 | ☐ | Address | ████████ |
| Previous | ████████ | ☐ | Previous | |
| SSN | ████ | ☑ | SSN | ████ |
| DOB | ████ | ☑ | DOB | ████ |
| Phone | | ☐ | Phone | |

| Account Type | ECOA | Date Open | Type & Rate | Narratives |
|---|---|---|---|---|
| 18 | I | 09/2021 | R9 | [ 067 ] CHARGED OFF ACCOUNT |
| | I | | | [ 002 ] CREDIT CARD |

| Credit Limit | High Credit | Current Balance | Past Due | |
|---|---|---|---|---|
| $2000 | $2676 | $2676 | $2676 | |

| Original Charge Off | Date Ist Delinquency | Last Payment Date | Date Closed | |
|---|---|---|---|---|
| | 03/22/2023 | 02/09/2023 | | |

| Activity Designator | Creditor Classification | Purchased/Sold To Name/Original Creditor | Purchase Indicator | Mortgage Id Number |
|---|---|---|---|---|
| | | | | |

| Terms Duration | Term Frequency | Monthly Payment | Actual Payment | Defered Pay Start Date | Ballon Payment | Ballon Payment Due |
|---|---|---|---|---|---|---|
| | [M] MONTHLY | | | | | |

| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
|---|---|---|---|---|---|---|---|
| 01/22/2025 | ************ | LLLLLLLLLLL* | 00123456LLLL | 000000000012 | *******B0000 | ************ | ************ |

| Consumer Info Indicator | |
|---|---|
| | |

| Compliance Condition Code | |
|---|---|
| | |

| Special Comment Code | |
|---|---|
| | |

| Account Status | [ 97 ] Unpaid balance reported as a loss by credit grantor (charge-off) |
|---|---|

| Payment Rating | |
|---|---|

| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

EIS-RODGERS-000118

| Images Sent |
| --- |
| CB00291602042501221.TIFF |
| |
| |
| |
| |
| |

EIS-RODGERS-000119

| HISTORICAL ACCOUNT DATA | AUTOMATED DISPUTE CONSUMER VERIFICATION | EQUIFAX |
|---|---|---|

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JAN-2025 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| DEC-2024 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |

[ 067 ] CHARGED OFF ACCOUNT
[ 002 ] CREDIT CARD
[ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT
[ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| NOV-2024 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |

[ 067 ] CHARGED OFF ACCOUNT
[ 002 ] CREDIT CARD
[ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT
[ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| OCT-2024 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |

[ 067 ] CHARGED OFF ACCOUNT
[ 002 ] CREDIT CARD
[ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT
[ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT

EIS-RODGERS-000120

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| SEP-2024 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |
| | [ 067 ] CHARGED OFF ACCOUNT | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |
| | [ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| AUG-2024 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |
| | [ 067 ] CHARGED OFF ACCOUNT | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |
| | [ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUL-2024 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |
| | [ 067 ] CHARGED OFF ACCOUNT | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |
| | [ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUN-2024 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |
| | [ 067 ] CHARGED OFF ACCOUNT | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |
| | [ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT | | | | | | | | |

EIS-RODGERS-000121

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAY-2024 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |

[ 067 ] CHARGED OFF ACCOUNT
[ 002 ] CREDIT CARD
[ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT
[ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| APR-2024 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |

[ 067 ] CHARGED OFF ACCOUNT
[ 002 ] CREDIT CARD
[ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT
[ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAR-2024 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |

[ 067 ] CHARGED OFF ACCOUNT
[ 002 ] CREDIT CARD
[ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT
[ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| FEB-2024 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |

[ 067 ] CHARGED OFF ACCOUNT
[ 002 ] CREDIT CARD
[ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT
[ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT

EIS-RODGERS-000122

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JAN-2024 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |
| | [ 067 ] CHARGED OFF ACCOUNT | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |
| | [ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| DEC-2023 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |
| | [ 067 ] CHARGED OFF ACCOUNT | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |
| | [ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| NOV-2023 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |
| | [ 067 ] CHARGED OFF ACCOUNT | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |
| | [ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| OCT-2023 | $2676 | | | 02-01-2023 | $2676 | $2000 | $2676 | Credit Card | |
| | [ 067 ] CHARGED OFF ACCOUNT | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |
| | [ 174 ] AMOUNT IN HIGH CREDIT IS ORIGINAL CHARGE-OFF AMOUNT | | | | | | | | |

EIS-RODGERS-000123

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **SEP-2023** | $2676 | $108 | | 02-01-2023 | $2676 | $2000 | $626 | Credit Card | Closed |
| | [ 065 ] ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |
| | [ 264 ] 180 DAYS OR MORE PAST DUE | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **AUG-2023** | $2573 | $103 | | 02-01-2023 | $2573 | $2000 | $523 | Credit Card | Closed |
| | [ 065 ] ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |
| | [ 263 ] 150 DAYS PAST DUE | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **JUL-2023** | $2472 | $99 | | 02-01-2023 | $2472 | $2000 | $424 | Credit Card | Closed |
| | [ 065 ] ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |
| | [ 262 ] 120 DAYS PAST DUE | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| **JUN-2023** | $2376 | $96 | | 02-01-2023 | $2376 | $2000 | $328 | Credit Card | Closed |
| | [ 065 ] ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |

EIS-RODGERS-000124

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAY-2023 | $2280 | $92 | | 02-01-2023 | $2316 | $2000 | $236 | Credit Card | Closed |
| | [ 065 ] ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| APR-2023 | $2188 | $88 | | 02-01-2023 | $2316 | $2000 | $148 | Credit Card | Closed |
| | [ 065 ] ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAR-2023 | $2097 | $148 | | 02-01-2023 | $2316 | $2000 | | Credit Card | Closed |
| | [ 065 ] ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | |
| | [ 002 ] CREDIT CARD | | | | | | | | |
| | [ 233 ] AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| FEB-2023 | $2024 | $64 | | 02-01-2023 | $2316 | $2000 | | Credit Card | Closed |
| | [ 065 ] ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | |

EIS-RODGERS-000125

| HISTORICAL ACCOUNT DISPUTE REASON | AUTOMATED DISPUTE CONSUMER VERIFICATION | EQUIFAX |
|---|---|---|

**No Historical Account Information was disputed.**

EIS-RODGERS-000126

SSN  :  ████████

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|---|---|---|---|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID  :  5041531569**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|---|---|---|---|---|
| 02/26/2025 | 5041531569-999 | I5X | MAINTENANCE | 999-DNC EXIST// NO  PERP FILE FOUND |
| 02/26/2025 | 5041531569-999 | I5X | MAINTENANCE | 999-DNC EXIST// NO  PERP FILE FOUND |
| 02/26/2025 | 5041531569-33 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-32 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-31 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-30 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-29 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-28 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-24 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-27 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-26 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-25 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-23 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-22 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-20 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-21 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-18 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-17 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-19 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-16 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-14 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-13 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-15 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-10 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-12 | | MAINTENANCE | 999-DEL |
| 02/26/2025 | 5041531569-11 | | MAINTENANCE | 999-DEL |
| 02/10/2025 | 5041531569-999 | YE3 | CREATION | 700-FRD - TEAM 44 |
| 02/10/2025 | 5041531569-999 | YE3 | CREATION | 999-CONSUMER DISPUTE CURRENT ADDRESS AND STATE THIS ADDRESS ████ |
| 02/10/2025 | 5041531569-999 | YE3 | CREATION | 999-ID SCAN EXIST / NO DOC RCVD /DNC EXIST /CFPB NO 250204-18559418 |

EIS-RODGERS-000127

US DC IN ND case 2:25-cv-00242-PPS-AZ   document 85   filed 06/14/26   page 129 of 265

# EQUIFAX

CREDIT FILE : February 26, 2025

Confirmation # 5041531569

P.O. Box 740518
Atlanta, GA 30348

000005146- DISC
ASANTI RODGERS

Dear ASANTI RODGERS:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words to your credit report.  If you provide a consumer statement that contains medical information related to

(End of Report)
000005146-DISC

5041531569-I5X-0e7e015c00000573-02262025

**EIS-RODGERS-000128**

services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://equifax.com/personal/disputes.  You may also mail your documents to P.O. Box 740256,  Atlanta, GA 30374-0256 or contact us by calling us at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 85    filed 06/14/26    page 130 of 265

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at equifax.com/personal/help/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| The Results Of Our Reinvestigation |
| --- |

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/06/2024    nd    credit karma, inc.s  eis*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/13/2024    prm    credit karma, inc.s*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/08/2024    cons rptcredit karma, incs 29 eis/credit karma*

EIS-RODGERS-000130

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/10/2024   cons rptcredit karma, incs 29 credit karma*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/12/2024   cons rptcredit karma, incs 29 credit karma*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/13/2024   cons rptcredit karma, incs 29 credit karma*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/15/2024   cons rptcredit karma, incs 29 credit karma*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/16/2024   cons rptcredit karma, incs 29 credit karma*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/09/2024   id    comcast-atlantas  equifax*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/09/2024   nd    comcast - chicagos  eis/equifax*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 07/23/2024   ar    comcasts  eis*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/20/2024   prm    credit karma, inc.s*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/27/2024   prm    credit karma, inc.s*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 09/03/2024   prm    credit karma, inc.s*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 09/10/2024   prm    credit karma, inc.s*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/20/2024   cons rptcredit karma, incs 29 credit karma*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/22/2024   cons rptcredit karma, incs 29 credit karma*

EIS-RODGERS-000131

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/23/2024    cons rptcredit karma, incs 29 credit karma*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/30/2024    cons rptcredit karma, incs 29 credit karma*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 09/06/2024    cons rptcredit karma, incs 29 credit karma*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 09/07/2024    cons rptcredit karma, incs 29 credit karma*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 09/08/2024    cons rptcredit karma, incs 29 credit karma*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 09/10/2024    cons rptcredit karma, incs 29 credit karma*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 09/13/2024    cons rptcredit karma, incs 29 credit karma*

>>>  THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Company Name: US DEPARTMENT OF EDUCATION; Account Number: *2703*

>>>  THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Company Name: EXETER FINANCE AUTO LOAN; Account Number: NA*

>>>  THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: CREDIT KARMA; Date: 08/05/2024*

>>>  THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: CREDIT KARMA; Date: 07/30/2024*

>>>  THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: CREDIT KARMA; Date: 07/18/2024*

>>>  THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: CREDIT KARMA INC; Date: 07/02/2024*

**Collection Agency Information**        *(This section includes accounts that have been placed for collection with a collection agency.)*

>>>  *We have researched the collection account. Account # - *7858 The results are:*  THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE.  If you have additional questions about this item please contact:   *CAINE & WEINER COMPANY INC, 5805 SEPULVEDA BLVD FL 4, VAN NUYS, CA 91411-2532 Phone: (877) 495-5603*

>>>  *We have researched the collection account. Account # - *5614 The results are:*  WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE DATE *STATUS DATE.  If you have additional questions about this item please

EIS-RODGERS-000132

contact:  **CCS COLLEC, 725 Canton St, Norwood, MA 02062-2679 Phone: (603) 570-4784**

### CREDIT COLLECTIONS  *725 Canton St Norwood MA 020622679 : (603) 570-4784*

| Account Number | Date Reported | Date Assigned | Creditor Class | Client Name | Original Amount |
|---|---|---|---|---|---|
| *5614 | 02/26/2025 | 01/11/2023 | Insurance | CREDIT COLLECTIONS | $573 |

| Status Date | Status | Date of 1st Delinquency | Balance Date | Balance Amount | Last Payment Date | Whose Account |
|---|---|---|---|---|---|---|
| 02/26/2025 | Unpaid | 11/30/2022 | 02/26/2025 | $573 | | Individual Account |

**ADDITIONAL INFORMATION:**

*Consumer Disputes This Account Information*

>>>  *We have researched the collection account. Account # - *1107 The results are:*  WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE DATE *STATUS DATE.   If you have additional questions about this item please contact:  **CCS COLLEC, 725 CANTON ST, NORWOOD, MA 02062-2679 Phone: (617) 965-2000**

### CREDIT COLLECTIONS  *725 CANTON ST NORWOOD MA 020622679 : (617) 965-2000*

| Account Number | Date Reported | Date Assigned | Creditor Class | Client Name | Original Amount |
|---|---|---|---|---|---|
| *1107 | 02/26/2025 | 10/17/2023 | Insurance | CREDIT COLLECTIONS | $252 |

| Status Date | Status | Date of 1st Delinquency | Balance Date | Balance Amount | Last Payment Date | Whose Account |
|---|---|---|---|---|---|---|
| 02/26/2025 | Unpaid | 07/23/2023 | 02/26/2025 | $252 | | Individual Account |

**ADDITIONAL INFORMATION:**

*Consumer Disputes This Account Information*

>>>  *We have researched the collection account. Account # - *1087 The results are:*  THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE.   If you have additional questions about this item please contact:  **SEQUIUM ASSET SOLUTIONS, L, 1130 NCHASE PKWY SE STE 150, MARIETTA, GA 30067-6429 Phone: (678) 228-3054**

| *Credit Account Information* | | | |
|---|---|---|---|
| *(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by   credit grantors)* | | | |
| ***Account History Status Code Descriptions*** | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5  : 150-179 Days Past Due<br>6  : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |

>>>  *We have researched the credit account. Account # - *2990 The results are:*   WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *DATE OF MAJOR DELINQUENCY 1ST REPORTED *HISTORICAL ACCOUNT INFORMATION.   If you have additional questions about this item please contact:  **CREDIT ACCEPTANCE CORPORAT, PO BOX 5070, SOUTHFIELD, MI 48086-5070 Phone: (800) 634-1506**

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 85   filed 06/14/26   page 134 of 265

EIS-RODGERS-000133

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 85   filed 06/14/26   page 135 of 265

**CREDIT ACCEPTANCE CORPORAT**      PO BOX 5070 SOUTHFIELD MI 480865070 : 8006341506

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *2990 | 04/02/2022 | $29,355 | | 72 Months | Monthly | 32 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $23,400 | $23,400 | 03/20/2024 | | | 11/01/2022 | | | | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Repossession | Installment | Auto | Individual Account | | |

ADDITIONAL INFORMATION:

*Involuntary Repossession*

*Auto*

*Fixed Rate*

Account History with Status Codes

| 12/2024 K | 11/2024 K | 10/2024 K | 09/2024 K | 08/2024 K | 07/2024 K | 06/2024 K | 05/2024 K | 04/2024 K | 03/2024 K |
|---|---|---|---|---|---|---|---|---|---|
| 02/2024 K | 01/2024 K | 12/2023 6 | 11/2023 5 | 10/2023 4 | 09/2023 4 | 08/2023 3 | 07/2023 2 | 06/2023 2 | 05/2023 2 |
| 04/2023 1 | 03/2023 1 | 02/2023 2 | 01/2023 2 | 12/2022 2 | 11/2022 1 | | | | |

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | | | | *03/20/2024* | *$29,355* | | | Auto | |
| 12/24 | $23,304 | | | *03/20/2024* | $29,355 | | $23,304 | Auto | |
| 11/24 | $23,211 | | | *03/20/2024* | $29,355 | | $23,211 | Auto | |
| 10/24 | $23,116 | | | *03/20/2024* | $29,355 | | $23,116 | Auto | |
| 09/24 | $23,023 | | | *03/20/2024* | $29,355 | | $23,023 | Auto | |
| 08/24 | $22,928 | | | *03/20/2024* | $29,355 | | $22,928 | Auto | |
| 07/24 | $22,832 | | | *03/20/2024* | $29,355 | | $22,832 | Auto | |
| 06/24 | $22,739 | | | *03/20/2024* | $29,355 | | $22,739 | Auto | |
| 05/24 | $22,644 | | | *03/20/2024* | $29,355 | | $22,644 | Auto | |
| 04/24 | $22,560 | | $8,900 | *03/20/2024* | $29,355 | | $22,560 | Auto | |

(End of Report)
000005146-DISC

5041531569-I5X-0e7e015c00000573-02262025

EIS-RODGERS-000134

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/24 | $32,590 | $754 | | *10/02/2023* | $29,355 | | $7,034 | Auto | | |
| 02/24 | $31,382 | $754 | | *10/02/2023* | $29,355 | | $6,279 | Auto | | |
| 01/24 | $30,442 | $754 | | *10/02/2023* | $29,355 | | $5,523 | Auto | | |
| 12/23 | $29,950 | $754 | | *10/02/2023* | $29,355 | | $4,768 | Auto | | |
| 11/23 | $29,453 | $754 | | *10/02/2023* | $29,355 | | $4,013 | Auto | | |
| 10/23 | $28,949 | $754 | $1,080 | *10/02/2023* | $29,355 | | $3,258 | Auto | | |
| 09/23 | $29,021 | $754 | | *06/17/2023* | $29,355 | | $3,253 | Auto | | |
| 08/23 | $28,476 | $754 | | *06/17/2023* | $29,355 | | $2,468 | Auto | | |
| 07/23 | $27,927 | $754 | $754 | *06/17/2023* | $29,355 | | $1,683 | Auto | | |
| 06/23 | $28,128 | $754 | $754 | *05/20/2023* | $29,355 | | $1,653 | Auto | | |
| 05/23 | $28,323 | $754 | $754 | *04/22/2023* | $29,355 | | $1,623 | Auto | | |
| 04/23 | $28,513 | $754 | $800 | 03/01/2023 | $29,355 | | $1,593 | Auto | | |
| 03/23 | $28,744 | $754 | $800 | *02/18/2023* | $29,355 | | $853 | Auto | | |
| 02/23 | $28,969 | $754 | $754 | 01/01/2023 | $29,355 | | $1,623 | Auto | | |

**>>> *We have researched the credit account. Account # - \*6762 The results are:*** WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: \*ADDITIONAL INFORMATION \*DATE OF MAJOR DELINQUENCY 1ST REPORTED \*HISTORICAL ACCOUNT INFORMATION. *If you have additional questions about this item please contact:* ***DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 Phone: (800) 347-7000***

**DISCOVER BANK**     PO BOX 30939 SALT LAKE CITY UT 841300939 : 8003477000

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *6762 | | 09/09/2021 | $2,676 | $2,000 | | Monthly | 40 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $2,676 | $2,676 | 02/09/2023 | | | | 03/22/2023 | | $2,676 | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Revolving | Credit Card | Individual Account | | |

(End of Report)
000005146-DISC

5041531569-I5X-0e7e015c00000573-02262025

EIS-RODGERS-000135

**ADDITIONAL INFORMATION:**
*Charged Off Account*

*Credit Card*

Account History with Status Codes

| 12/2024 L | 11/2024 L | 10/2024 L | 09/2024 L | 08/2024 L | 07/2024 L | 06/2024 L | 05/2024 L | 04/2024 L | 03/2024 L |
| 02/2024 L | 01/2024 L | 12/2023 L | 11/2023 L | 10/2023 L | 09/2023 6 | 08/2023 5 | 07/2023 4 | 06/2023 3 | 05/2023 2 |
| 04/2023 1 | 01/2023 2 | 12/2022 1 | | | | | | | |

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | *$2,676* | | | *02/09/2023* | *$2,676* | *$2,000* | *$2,676* | Credit Card | |
| 12/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 11/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 10/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 09/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 08/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 07/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 06/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 05/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 04/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 03/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 02/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 01/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |

EIS-RODGERS-000136

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 11/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 10/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 09/23 | $2,676 | $108 | | 02/09/2023 | $2,676 | $2,000 | $626 | Credit Card | Closed |
| 08/23 | $2,573 | $103 | | 02/09/2023 | $2,573 | $2,000 | $523 | Credit Card | Closed |
| 07/23 | $2,472 | $99 | | 02/09/2023 | $2,472 | $2,000 | $424 | Credit Card | Closed |
| 06/23 | $2,376 | $96 | | 02/09/2023 | $2,376 | $2,000 | $328 | Credit Card | Closed |
| 05/23 | $2,280 | $92 | | 02/09/2023 | $2,316 | $2,000 | $236 | Credit Card | Closed |
| 04/23 | $2,188 | $88 | | 02/01/2023 | $2,316 | $2,000 | $148 | Credit Card | Closed |
| 03/23 | $2,097 | $148 | | 02/09/2023 | $2,316 | $2,000 | | Credit Card | Closed |
| 02/23 | $2,024 | $64 | | 02/01/2023 | $2,316 | $2,000 | | Credit Card | Closed |

>>> **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Account # - *0001 The results are:** WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *CLOSED DATE *ACTIVITY DESIGNATOR. If you have additional questions about this item please contact: **MOHELA/DEP, 633 Spirit Dr, Chesterfield, MO 63005-1243 Phone: (888) 866-4352**

**MOHELA/DEPT OF ED**     **633 Spirit Dr Chesterfield MO 630051243 : 8888664352**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *0001 | 11/18/2016 | $2,000 | | | Monthly | 33 | *Transfer/Sold* | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $0 | | 04/01/2019 | $2,185 | | 10/01/2018 | | | | | | | *09/30/2019* |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Account closed; was over 120 Days Past Due | Installment | Education Loan | Individual Account | | |

ADDITIONAL INFORMATION:

>>> **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Account # -**

EIS-RODGERS-000137

*0002 The results are:  WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *CLOSED DATE *TERMS DURATION *ACTIVITY DESIGNATOR.  If you have additional questions about this item please contact:  *MOHELA/DEP, 633 Spirit Dr, Chesterfield, MO 63005-1243 Phone: (888) 866-4352*

**MOHELA/DEPT OF ED**  *633 Spirit Dr Chesterfield MO 630051243 : 8888664352*

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *0002 | 12/09/2016 | $1,523 | | **120 Months** | Monthly | 32 | **Transfer/Sold** | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $0 | | 04/01/2019 | $1,621 | | 10/01/2018 | | | | | | | **09/30/2019** |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Account closed; was over 120 Days Past Due | Installment | Education Loan | Individual Account | | |

ADDITIONAL INFORMATION:

---

>>>  *The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Account # - *1241 The results are:*  WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *DATE OF MAJOR DELINQUENCY 1ST REPORTED *ACCOUNT HISTORY.  If you have additional questions about this item please contact:  *NCB MANAGE, 1 Allied Dr, Trevose, PA 19053-6945 Phone: (215) 244-4200*

**NCB MANAGEMENT SERVICES, I**  *1 Allied Dr Trevose PA 190536945 : 2152444200*

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *1241 | 10/06/2021 | $5,665 | | | | 39 | | Automotive |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $5,665 | $5,665 | | | | 01/08/2020 | | | | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Open | Debt Buyer Account | Individual Account | Original Creditor | EXETER FINANCE LLC | |

ADDITIONAL INFORMATION:
*Collection Account*

Account History with Status Codes

| 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 |
|---|---|---|---|---|---|---|---|---|---|
| G | G | G | G | G | G | G | G | G | G |

| 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
|---|---|---|---|---|---|---|---|---|---|
| G | G | G | G | G | G | G | G | G | G |

| 05/2023 | 04/2023 | 03/2023 |
|---|---|---|
| G | G | *G* |

EIS-RODGERS-000138

# Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 12/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 11/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 10/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 09/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 08/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 07/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 06/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 05/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 04/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 03/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 02/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 01/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 12/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 11/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 10/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 09/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 08/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 07/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 06/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 05/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 04/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |

EIS-RODGERS-000139

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |

EIS-RODGERS-000140

*Answers To Your Questions*

- In reference to your question regarding the investigation process:

Upon receipt of your dispute, we first review and consider any relevant information you submitted regarding the nature of your dispute. Often, Equifax will then transmit your dispute to the furnisher of the information (ie. the bank associated with a disputed credit card) for review and investigation. Equifax electronically sends a notification of your dispute, including a summary of the relevant information submitted, to the respective furnisher. The furnisher reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us electronically.

In the case of a public record item such as a judgment, tax lien or bankruptcy, Equifax seeks the most recent filing associated with the disputed information. This information is often obtained from a medium (ie. paper records or computer database) prescribed by the source of the information (ie. courthouse or other government entity). Equifax may use a business vendor to obtain the most recent filing from the public record source.

As appropriate, Equifax then makes deletions or changes to your credit file. The name, address and, if reasonably available, the telephone number of the furnisher(s)/source(s) of the information contacted while processing your dispute(s) is shown under the "Results of your investigation" section on the cover letter that accompanies the copy of your revised credit file.

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.equifax.com/personal/disputes.

Thank you for giving Equifax the opportunity to serve you.

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 85   filed 06/14/26   page 142 of 265

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year  security alert. To obtain a copy of your credit file from Equifax call 1-800-685-1111 or write to PO Box 740241, Atlanta, Georgia, 30374-0241.

You have a right to place a "security alert" in your credit file.  This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in the your name.  Placement or removal of a security alert may be requested by calling 1-800-525-6285 or, you may send a written request to Equifax Information Services, PO Box 105069, Atlanta, GA 30348.  With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after the you have followed all dispute procedures in Section 20.06 of the Texas Business and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 85   filed 06/14/26   page 143 of 265

EIS-RODGERS-000142

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account.  Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

(End of Report)
000005146-DISC

5041531569-I5X-0e7e015c00000573-02262025

**EIS-RODGERS-000143**

## State of Texas- Notice to Texas Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 85    filed 06/14/26    page 145 of 265

(End of Report)
000005146-DISC

5041531569-I5X-0e7e015c00000573-02262025

EIS-RODGERS-000144

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 85   filed 06/14/26   page 146 of 265

# EQUIFAX

**Confirmation # 5041531569**

## Personal Identification Information    *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

| | |
|---|---|
| Name On File: | ASANTI I RODGERS |
| Social Security # | XXX-XX-6010    Date of Birth: |
| Current Address: | 807 S POST OAK LN APT 2114, Houston, TX 77056  Reported: 02/2025 |

**Please address all future correspondence to:**

www.equifax.com/personal/disputes

Equifax Information Services LLC
P.O. Box 105518
Atlanta, GA 30348

Phone: (888) EQUIFAX, (888) 378-4329
M - F 9:00am to 5:00pm in your time zone.

**ALERT(s):**       ID Theft Victim - Information Blocked Due To Police Or DMV Report
                    File Blocked For Promotional Purposes

## Collection Agency Information       *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

CREDIT COLLECTIONS;  Collection Reported 02/26/2025; Assigned 10/17/2023; Creditor Class - Insurance; Original Creditor - ALLSTATE PROP CASUALTY CO; Amount - $252; Status as of 02/26/2025- Unpaid; Date of 1st Delinquency 07/23/2023; Balance as of 02/26/2025 - $252; Individual Account; Account # - *1107; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; **Address:** 725 CANTON ST NORWOOD MA 020622679: (617)965-2000

CREDIT COLLECTIONS;  Collection Reported 02/26/2025; Assigned 01/11/2023; Creditor Class - Insurance; Original Creditor - LIBERTY MUTUAL IN CO; Amount - $573; Status as of 02/26/2025- Unpaid; Date of 1st Delinquency 11/30/2022; Balance as of 02/26/2025 - $573; Individual Account; Account # - *5614; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; **Address:** 725 Canton St Norwood MA 020622679: (603)570-4784

## Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

### Account Column Title Descriptions:

| | | | | | |
|---|---|---|---|---|---|
| Account Number | - | The Account number reported by credit grantor | Amount Past Due | - | The Amount Past Due as of the Date Reported |
| Date Acct. Opened | - | The Date that the credit grantor opened the account | Date of Last Paymnt | - | The Date of Last Payment |
| | | | Actual Pay Amt | - | The Actual Amount of Last Payment |
| High Credit | - | The Highest Amount Charged | Sched Pay Amt | - | The Requested Amount of Last Payment |
| Credit Limit | - | The Highest Amount Permitted | Date of 1st Delinquency | - | The Date of First Delinquency |
| Terms Duration | - | The Number of Installments or Payments | Date of Last Actvty | - | The Date of the Last Account Activity |
| Terms Frequency | - | The Scheduled Time Between Payments | Date Maj Delq Rptd | - | The Date the 1st Major Delinquency Was Reported |
| Months Reviewed | - | The Number of Months Reviewed | | | |
| Activity Designator | - | The Most Recent Account Activity | Charge Off Amt | - | The Amount Charged Off by Creditor |
| Creditor Class | - | The Type of Company Reporting The Account | Deferred Pay Date | - | The 1st Payment Due Date for Deferred Loans |
| Date Reported | - | Date of Last Reported Update | Balloon Pay Amt | - | The Amount of Final(Balloon) Payment |
| Balance Amount | - | The Total Amount Owed as of the Date Reported | Balloon Pay Date | - | The Date of Final(Balloon) Payment |
| | | | Date Closed | - | The Date the Account was Closed |
| Status | - | Condition of Account When Last Updated by Creditor  or Otherwise | | | |

EIS-RODGERS-000145

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G: Collection Account<br>H: Foreclosure | J: Voluntary Surrender<br>K: Repossession<br>L: Charge Off |
|---|---|---|---|

**DISCOVER BANK   PO BOX 30939 SALT LAKE CITY UT 841300939 : 8003477000**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *6762 | 09/09/2021 | $2,676 | $2,000 | | Monthly | 40 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $2,676 | $2,676 | 02/09/2023 | | | 03/22/2023 | | | $2,676 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Credit Card;

**Account History with Status Codes**

| 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | 6 | 5 | 4 | 3 | 2 |

| 04/2023 | 01/2023 | 12/2022 |
|---|---|---|
| 1 | 2 | 1 |

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 12/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 11/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 10/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 09/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 08/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 07/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 06/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 05/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 04/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |

(End of Report)
000005146-DISC

5041531569-I5X-0e7e015c00000573-02262025

EIS-RODGERS-000146

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 85   filed 06/14/26   page 148 of 265

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 02/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 01/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 12/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 11/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 10/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 09/23 | $2,676 | $108 | | 02/09/2023 | $2,676 | $2,000 | $626 | Credit Card | Closed |
| 08/23 | $2,573 | $103 | | 02/09/2023 | $2,573 | $2,000 | $523 | Credit Card | Closed |
| 07/23 | $2,472 | $99 | | 02/09/2023 | $2,472 | $2,000 | $424 | Credit Card | Closed |
| 06/23 | $2,376 | $96 | | 02/09/2023 | $2,376 | $2,000 | $328 | Credit Card | Closed |
| 05/23 | $2,280 | $92 | | 02/09/2023 | $2,316 | $2,000 | $236 | Credit Card | Closed |
| 04/23 | $2,188 | $88 | | 02/01/2023 | $2,316 | $2,000 | $148 | Credit Card | Closed |
| 03/23 | $2,097 | $148 | | 02/09/2023 | $2,316 | $2,000 | | Credit Card | Closed |
| 02/23 | $2,024 | $64 | | 02/01/2023 | $2,316 | $2,000 | | Credit Card | Closed |

**CREDIT ACCEPTANCE CORPORAT     PO BOX 5070 SOUTHFIELD MI 480865070 : 8006341506**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *2990 | 04/02/2022 | $29,355 | | 72 Months | Monthly | 32 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $23,400 | $23,400 | 03/20/2024 | | | 11/01/2022 | | | | | | | |

Status - Repossession; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Involuntary Repossession; Auto; Fixed Rate;

(End of Report)
000005146-DISC

5041531569-I5X-0e7e015c00000573-02262025

USDC IN/ND case 2:25-cv-00242-PPS-AZ   265   document 85   filed 06/14/26   page 148 of

EIS-RODGERS-000147

**Account History with Status Codes**

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | K | K | K | K | K | K | K | K | K | K | K | K | 6 | 5 | 4 | 4 | 3 | 2 | 2 | 2 |

| | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 |
|---|---|---|---|---|---|---|
| | 1 | 1 | 2 | 2 | 2 | 1 |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | | | | 03/20/2024 | $29,355 | | | Auto | |
| 12/24 | $23,304 | | | 03/20/2024 | $29,355 | | $23,304 | Auto | |
| 11/24 | $23,211 | | | 03/20/2024 | $29,355 | | $23,211 | Auto | |
| 10/24 | $23,116 | | | 03/20/2024 | $29,355 | | $23,116 | Auto | |
| 09/24 | $23,023 | | | 03/20/2024 | $29,355 | | $23,023 | Auto | |
| 08/24 | $22,928 | | | 03/20/2024 | $29,355 | | $22,928 | Auto | |
| 07/24 | $22,832 | | | 03/20/2024 | $29,355 | | $22,832 | Auto | |
| 06/24 | $22,739 | | | 03/20/2024 | $29,355 | | $22,739 | Auto | |
| 05/24 | $22,644 | | | 03/20/2024 | $29,355 | | $22,644 | Auto | |
| 04/24 | $22,560 | | $8,900 | 03/20/2024 | $29,355 | | $22,560 | Auto | |
| 03/24 | $32,590 | $754 | | 10/02/2023 | $29,355 | | $7,034 | Auto | |
| 02/24 | $31,382 | $754 | | 10/02/2023 | $29,355 | | $6,279 | Auto | |
| 01/24 | $30,442 | $754 | | 10/02/2023 | $29,355 | | $5,523 | Auto | |
| 12/23 | $29,950 | $754 | | 10/02/2023 | $29,355 | | $4,768 | Auto | |
| 11/23 | $29,453 | $754 | | 10/02/2023 | $29,355 | | $4,013 | Auto | |
| 10/23 | $28,949 | $754 | $1,080 | 10/02/2023 | $29,355 | | $3,258 | Auto | |

EIS-RODGERS-000148

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/23 | $29,021 | $754 | | 06/17/2023 | $29,355 | | $3,253 | Auto | | |
| 08/23 | $28,476 | $754 | | 06/17/2023 | $29,355 | | $2,468 | Auto | | |
| 07/23 | $27,927 | $754 | $754 | 06/17/2023 | $29,355 | | $1,683 | Auto | | |
| 06/23 | $28,128 | $754 | $754 | 05/20/2023 | $29,355 | | $1,653 | Auto | | |
| 05/23 | $28,323 | $754 | $754 | 04/22/2023 | $29,355 | | $1,623 | Auto | | |
| 04/23 | $28,513 | $754 | $800 | 03/01/2023 | $29,355 | | $1,593 | Auto | | |
| 03/23 | $28,744 | $754 | $800 | 02/18/2023 | $29,355 | | $853 | Auto | | |
| 02/23 | $28,969 | $754 | $754 | 01/01/2023 | $29,355 | | $1,623 | Auto | | |

### NCB MANAGEMENT SERVICES, I      1 Allied Dr Trevose PA 190536945 : 2152444200

| Account Number | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *1241 | | 10/06/2021 | $5,665 | | | | | | 39 | | | Automotive |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $5,665 | $5,665 | | | | 01/08/2020 | | | | | | | |

Type of Account - Open; Type of Loan - Debt Buyer Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Collection Account;

| Account History with Status Codes | 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G |
| | 05/2023 | 04/2023 | 03/2023 |
| | G | G | G |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/25 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | | |
| 12/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | | |

EIS-RODGERS-000149

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 10/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 09/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 08/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 07/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 06/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 05/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 04/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 03/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 02/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 01/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 12/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 11/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 10/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 09/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 08/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 07/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 06/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 05/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |

(End of Report)
000005146-DISC

5041531569-I5X-0e7e015c00000573-02262025

EIS-RODGERS-000150

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 03/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |

### MOHELA/DEPT OF ED       633 Spirit Dr Chesterfield MO 630051243 : 8888664352

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *0001 | | 11/18/2016 | $2,000 | | | Monthly | 33 | Transfer/Sold | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $0 | | 04/01/2019 | $2,185 | | 10/01/2018 | | | | | | | 09/30/2019 |

Status - Account closed; was over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;

### MOHELA/DEPT OF ED       633 Spirit Dr Chesterfield MO 630051243 : 8888664352

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *0002 | | 12/09/2016 | $1,523 | | 120 Months | Monthly | 32 | Transfer/Sold | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $0 | | 04/01/2019 | $1,621 | | 10/01/2018 | | | | | | | 09/30/2019 |

Status - Account closed; was over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;

### LEAD BANK       515 CONGRESS AVE SUITE 2200 AUSTIN TX 78723 : 8778830999

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *8223 | | 11/08/2020 | $501 | $400 | | Monthly | 37 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/2023 | $0 | | 12/21/2023 | $501 | | | 12/21/2023 | | | | | | 12/20/2023 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Secured Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance; Secured Credit Card;

**Account History with Status Codes**

| 11/2023 | 01/2021 |
|---|---|
| 1 | 1 |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | No Data Available | | | | | | | | |

EIS-RODGERS-000151

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/24 | No Data Available | | | | | | | | |
| 11/24 | No Data Available | | | | | | | | |
| 10/24 | No Data Available | | | | | | | | |
| 09/24 | No Data Available | | | | | | | | |
| 08/24 | No Data Available | | | | | | | | |
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | No Data Available | | | | | | | | |
| 05/24 | No Data Available | | | | | | | | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | No Data Available | | | | | | | | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | $486 | $52 | | 09/05/2023 | $498 | $400 | $26 | Secured Credit Card | |
| 10/23 | $436 | $26 | | 09/05/2023 | $498 | $400 | | Secured Credit Card | |
| 09/23 | $426 | $52 | $83 | 09/05/2023 | $498 | $400 | | Secured Credit Card | |
| 08/23 | $462 | $26 | | 07/25/2023 | $498 | $400 | | Secured Credit Card | |
| 07/23 | $451 | $26 | $50 | 07/25/2023 | $498 | $400 | | Secured Credit Card | |
| 06/23 | $366 | $26 | $50 | 06/24/2023 | $498 | $400 | | Secured Credit Card | |

EIS-RODGERS-000152

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 85   filed 06/14/26   page 154 of 265

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/23 | $407 | $26 | $26 | 05/08/2023 | $498 | $400 | | Secured Credit Card | |
| 04/23 | $408 | $26 | $40 | 04/24/2023 | $498 | $400 | | Secured Credit Card | |
| 03/23 | $397 | $28 | $50 | 03/01/2023 | $498 | $400 | | Secured Credit Card | |
| 02/23 | $386 | $55 | $55 | 02/01/2023 | $498 | $400 | | Secured Credit Card | |

### FINGERHUT    6250 RIDGEWOOD RD SAINT CLOUD MN 563030820 : 3206543800

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *7847 | | 04/12/2022 | $0 | $400 | | Monthly | 13 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/2023 | $0 | | | | | | | | | | | | 01/01/2023 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor; Charge;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | No Data Available | | | | | | | | |
| 12/24 | No Data Available | | | | | | | | |
| 11/24 | No Data Available | | | | | | | | |
| 10/24 | No Data Available | | | | | | | | |
| 09/24 | No Data Available | | | | | | | | |
| 08/24 | No Data Available | | | | | | | | |
| 07/24 | No Data Available | | | | | | | | |

EIS-RODGERS-000153

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/24 | No Data Available | | | | | | | | |
| 05/24 | No Data Available | | | | | | | | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | No Data Available | | | | | | | | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | No Data Available | | | | | | | | |
| 10/23 | No Data Available | | | | | | | | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | No Data Available | | | | | | | | |
| 07/23 | No Data Available | | | | | | | | |
| 06/23 | No Data Available | | | | | | | | |
| 05/23 | No Data Available | | | | | | | | |
| 04/23 | $0 | | | | $0 | $400 | | Charge Account | Paid and Closed |
| 03/23 | $0 | | | | $0 | $400 | | Charge Account | Paid and Closed |
| 02/23 | $0 | | | | $0 | $400 | | Charge Account | Paid and Closed |

**FINGERHUT/WEBBANK**   *6250 Ridgewood Rd Saint Cloud MN 563030820 : 3206543800*

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|

(End of Report)
000005146-DISC

5041531569-I5X-0e7e015c00000573-02262025

EIS-RODGERS-000154

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *9947 | | 11/19/2021 $109 | $400 | | | Monthly | 7 | | Paid and Closed |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/13/2022 | $0 | | 03/01/2022 | | | | 03/01/2022 | | | | | | 04/01/2022 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

### AUSTIN CAPITAL BANK SSB     8100 Shoal Creek Blvd Austin TX 787578041 : 5126933600

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *9174 | | 05/11/2021 | $1,000 | | 12 Months | Monthly | 12 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2022 | $0 | | 05/01/2022 | | | | 05/01/2022 | | | | | | 05/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured; Fixed Rate;

### SUNRISE LA     515 CONGRESS AVE SUITE 2200 SIOUX FALLS SD 57108 : 8778830999

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *5819 | | 04/19/2020 | $520 | | 24 Months | Monthly | 23 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | $0 | | 03/01/2022 | $50 | | | 03/01/2022 | | | | | | 03/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured; Fixed Rate;

### CREDIT ACCEPTANCE CORPORAT     PO BOX 5070 SOUTHFIELD MI 480865070 : 8006341506

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *7654 | | 07/17/2020 | $14,739 | | 72 Months | Monthly | 19 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | $0 | | 02/01/2022 | | | | 02/01/2022 | | | | | | 03/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Auto; Fixed Rate;

**Account History with Status Codes**

| 02/2021 | 01/2021 | 12/2020 | 11/2020 |
|---|---|---|---|
| 2 | 1 | 1 | 1 |

*A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.*

*Inquiries that do not impact your credit rating/score.*
*These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.*

**Company Information - Prefix Descriptions:**

AM OR AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.
CAR RENT - Inquiries with this prefix are from rental car companies regarding debit card payment acceptance.

EIS-RODGERS-000155

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 85   filed 06/14/26   page 157 of 265

COLLECT - Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt.

CONS RPT - Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product.

DDA - Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account.

EMPL OR ND EMPL - Inquiries with this prefix indicate an employment inquiry.

EQUIFAX OR EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request.

FIN PLAN - Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning.

INS - Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes.

MEDICAL - Inquiries with this prefix are from medical service providers.

ND - Inquiries with this prefix are general inquiries that do not display to creditor grantors.

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.

NON APPL - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.

PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.

PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.

PREQCOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.

PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.

PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.

PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.

PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.

PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.

PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.

PRM - Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance.

REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) |
|---|---|
| EQUIFAX IN<br>1550 PEACHTREE ST NW ATLANTA GA 303092468  Phone: 4048858000 | 02/03/2025 |
| EQUIFAX<br>PO BOX 740250 ATLANTA GA 30374-0250  Phone: 6787957622 | 02/03/2025 08/01/2024 03/26/2024 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 02/26/2025 02/23/2025 02/23/2025 |
| EQUIFAX<br>PO Box 105069 Atlanta GA 303485069  Phone: 8006851111 | 02/22/2025 02/22/2025 02/10/2025 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 02/26/2025 02/23/2025 |
| EQUIFAX UP<br>1550 PEACHTREE ST NW ATLANTA GA 303092402  Phone: 8006851111 | 02/23/2025 |

EIS-RODGERS-000156

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;

  - you are the victim of identity theft and place a fraud alert in your file;

  - your file contains inaccurate information as a result of fraud;

  - you are on public assistance;

  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

EIS-RODGERS-000157

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

EIS-RODGERS-000158

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

EIS-RODGERS-000159

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Association<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

**EIS-RODGERS-000160**

## Commonly Asked Questions About Credit Files

**Q.** *How can I correct a mistake in my credit file ?*
**A.** Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.** *If I do have credit problems, is there someplace where I can get advice and assistance ?*
**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

**Q.** *Once the fraud alert is added to my credit file, who will contact me to verify if an application is legitimate ?*
**A.** When the credit grantor accesses your credit file, they should contact you as a part of their credit application approval process.

### Facts You Should Know

❍ The length of time an account or record remains in your credit file is shown below:
Collection Agency Accounts: Remain for up to 7 years from the Date of 1st Delinquency.

Credit or Other Reported Accounts:    Accounts paid as agreed remain for up to 10 years from the Date  Reported. Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

Public Records:    Remain for up to 7 years from the date filed, except:
Bankruptcy - Chapter 7 and 11 remain for up to 10 years from the date filed.
Bankruptcy - Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
Unpaid tax liens remain for up to 10 years from the date filed.
Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

New York State Residents Only:    Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

Payment history and Historical Account Information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship. This history is included on both open accounts and accounts that have already been closed.

The historical account information reflects a broader view of your credit behavior over a 24 month period. This history is also included on both open accounts and closed accounts.

Payment in full does not remove your payment history or historical account information. If you have always paid an account as agreed, the account should not have payment history status information. Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

❍ Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

❍ To protect your information from misuse, you should monitor any change in mail receipt patterns. Ensure that documents containing personal data or account numbers are destroyed or made illegible before disposing of them. Do not preprint checks or other documents with unique identifiers such as your driver's license or social security number. Never give out your account number or identifying information on phone calls in which you did not initiate the contact.

❍ To have a fraud alert removed from your credit file, identification information, such as, a copy of your driver's license or utility bill reflecting your current address along with a copy of your social security card must be provided.

---

**Additional Notice to Consumer:**

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

---

**EIS-RODGERS-000161**

**EIS-RODGERS-000162**

**EQUIFAX**  *RESEARCH REQUEST FORM*

**You may initiate an investigation request via the internet at  www.equifax.com/personal/disputes . To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.**

Or, mail this document to the following address:

Equifax Information Services LLC
P.O. Box 105518
Atlanta, GA 30348
(888) EQUIFAX, (888) 378-4329

**Email Address** (please print clearly): _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?  **Circle:**     Yes          No

| *Confirmation Number:  5041531569* |
|---|

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:** ASANTI I RODGERS                                        **SSN #:** XXX-XX-6010
                                                                 **DOB:** ▮▮▮▮▮▮▮▮

**Current Address:** 807 S POST OAK LN APT 2114, Houston, TX 77056

_____

**Daytime Phone Number**                                         **Evening Phone Number**

_____

**List other names which you have used for credit in the past**

_____

## Collection Agency Information

**Collection Agency Name** _____  **Account Number** _____

Reason for investigation:    ❑ Not Mine          ❑ Collection Paid in Full          ❑ Paid Before Collection Status
❑ Other (Please explain)  _____

**Collection Agency Name** _____  **Account Number** _____

Reason for investigation:    ❑ Not Mine          ❑ Collection Paid in Full          ❑ Paid Before Collection Status
❑ Other (Please explain)  _____

## Credit Account Information

**Company Name** _____  **Account Number** _____

Reason for investigation:    ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain)  _____

**Company Name** _____  **Account Number** _____

Reason for investigation:    ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain)  _____

## Credit Account Information

**Company Name** _____  **Account Number** _____

Reason for investigation:    ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain)  _____

**Company Name** _____  **Account Number** _____

Reason for investigation:    ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain)  _____

**EIS-RODGERS-000163**

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

ASANTI RODGERS

██████████

██████████████

**EIS-RODGERS-000164**

ASANTI RODGERS

████████████

██████████████

February 26, 2025

Hi ASANTI RODGERS,

You recently contacted us because you may have been a victim of fraud or identity theft. We have included a copy of "Remedying the Effects of Identity Theft" prepared by the Consumer Financial Protection Bureau (CFPB) that contains important information that may be helpful to you.

**EIS-RODGERS-000165**

*Para infomacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1. You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Equifax:       1-800-525-6285     www.equifax.com
- Experian:      1-888-397-3742     www.experian.com
- TransUnion:    1-800-680-7289     www.transunion.com

An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinanace.gov/learnmore.

**2. You have the right to free copies of the information in your file (your "file disclosure")**. An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information**. A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

EIS-RODGERS-000166

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file**. An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7.** The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**
**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

000002541-FLT                                         5057556009-I5X-0e7e01060000003f-02272025

EIS-RODGERS-000167

```
============================================================
= TIMESTAMP: 26-Feb-2025 01:46
= ACIS FUNCTION: CCMS
============================================================
*****************************************************************************
*********
RODGERS, ASANTI, I, , SINCE 05/23/2016, FAD 02/26/2025
807 S POST OAK LN APT 2114, HOUSTON TX, 77056, , , 06/2022, , 02/2025,
18505 TORRENCE AVE APT, LANSING IL, 60438, , C, 02/2025, M, 02/2025,
7211 OHIO AVE, HAMMOND IN, 46323, , C, 06/2021, M, 02/2025,
1029 E 156TH ST, DOLTON IL, 60419, , C, 05/2021, M, 02/2025,
905 CIRCLE AVE, FOREST PARK IL, 60130, , C, 05/2021, M, 02/2025,
1919 JOFFRE AVE, TOLEDO OH, 43607, , C, 05/2021, M, 02/2025,
███████████████████████████, , , 08/2018, M, 02/2025,
, ,BDS-██████████, SSN-███████████ ,
FN-MCKINLEY, KANI
----------------------------------------------------------------------------
---------
 Consumer Referral Location-1
   EQUIFAX INFORMATION SERVICES LLC
   PO BOX 740241, ATLANTA, GA, 303740241, 8006851111
----------------------------------------------------------------------------
---------
*****************************************************************************
*********
06/2020,  SPECL 915AA00133, ID THEFT VICTIM - INFORMATION BLOCKED DUE TO POLICE OR
DMV REPORT
06/2020,  SPECL 915AA00133, FRAUD FILE
06/2021,  SPECL 915AA01222, PROMOTIONAL BLOCK(5 YR)

F- OPERATOR ADVICE-DO NOT COMBINE
F- FILE UNAVAILABLE ONLINE-(H.O.) CONTACT BUREAU
F- TELEPHONE NUMBER BLOCKED PER CONSUMER REQUEST

PUBLIC RECORDS OR OTHER INFORMATION
  02/2025 COLL 07/2024 401YC16680 FOR COMCAST, $127, 02/2025 SUPPRESS COLL
      BAL- BAL- $127, PURGE: 05/2023, I, ████████
 11
  02/2025 COLL 10/2023 178YC13039 FOR ALLSTATE PROP CASUALTY CO, $252, 02/2025
UNPAID
      BAL- BAL- $252, PURGE: 07/2023, I, ████████
 06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION
  02/2025 COLL 01/2023 178YC12959 FOR LIBERTY MUTUAL IN CO, $573, 02/2025 UNPAID
      BAL- BAL- $573, PURGE: 11/2022, I, ██████
 06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION
  02/2025 COLL 12/2020 180YC16345 FOR PROGRESSIVE, $383, 02/2025 SUPPRESS COLL
      BAL- BAL- $383, PURGE: 10/2020, I, ████████
 06
```

**EIS-RODGERS-000168**

CONSUMER DISPUTES THIS ACCOUNT INFORMATION

 INQS-SUBJECT SHOWS 12 INQUIRIES SINCE 03/2024

```
    ACIS        TX5041531569        915AA00034   EQUIFAX UPDATE        02/26/2025
TX          MTNCUPD
    ACIS        TX5053571883D       915AA00018   EQUIFAX               02/23/2025
TX          REVISED
    ACIS        TX5053571411D       915AA00018   EQUIFAX               02/23/2025
TX          REVISED
    ACIS        TX5053571411        915AA00034   EQUIFAX UPDATE        02/23/2025
TX          MTNCUPD
    ND          EIS                 915AA01065   EQUIFAX UPDATE        02/23/2025
EI          MTNCUPD
    ACIS        5053571883          915AA00133   EQUIFAX               02/22/2025
            DISPUTE
    ACIS        5053571411          915AA00133   EQUIFAX               02/22/2025
            DISPUTE
    ACIS        TX5041531569        915AA00133   EQUIFAX               02/10/2025
TX          DISPUTE
    CONS RPT    5535457672          915AA01826   EQUIFAX               02/03/2025
            ANNUALF
    ID          EQUIFAX             092ZD18051   EQUIFAX INC (0100)    02/03/2025
EQ
    CONS RPT    4714612277          915AA01826   EQUIFAX               08/01/2024
            ANNUALF
    ND          EQUIFAX   /          4586386671915AA01826   EQUIFAX
03/26/2024 EQ              ANNUALF
1, ID SCAN: UNABLE TO PERFORM SSN VALIDATION DUE TO INSUFFICIENT SSN INPUT
```

```
 FIRM/              RPTD/   OPND/   HI CREDIT CRED LIM/ BAL/      PAST DUE  CS MR
ECOA DLP
 MORTGAGE ID #      CLOSED  MAJ RPT /ACT PAY  SCHD PAY  CHRG OFF  /TERMS    TP ACT
-----------------------------------------------------------------------------
-------------

 DISCOVER BANK      02/2025 09/2021 2676      2000      2676      2676      R9 40
I   02/2023
                                                        2676                M  18
X
         DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR       AUI
         03/2023
         BAL AMT    BAL PAY DT  DEF PAY DT CC
```

                                        ACCT#█████████████

         CHARGED OFF ACCOUNT
         CREDIT CARD
DEROG TRADE HISTORY
01/2025-D12/2024-L11/2024-L10/2024-L09/2024-L08/2024-L07/2024-L06/2024-L
05/2024-L04/2024-L03/2024-L02/2024-L01/2024-L12/2023-L11/2023-L10/2023-L

EIS-RODGERS-000169

```
09/2023-608/2023-507/2023-406/2023-305/2023-204/2023-103/2023-002/2023-0
01/2023-212/2022-111/2022-010/2022-009/2022-008/2022-007/2022-006/2022-0
05/2022-004/2022-003/2022-002/2022-001/2022-012/2021-011/2021-010/2021-0
09/2021-B
```

| TRENDED DATA DATE | ACCT BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT | ACCT TYPE | ACCT DESIG |
|---|---|---|---|---|---|---|---|---|---|
| 01/2025 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 12/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 11/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 10/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 09/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 08/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 07/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 06/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 05/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 04/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 03/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 02/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 01/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 12/2023 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 11/2023 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 10/2023 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 09/2023 | 2676 | 108 | | 02/2023 | 2676 | 2000 | 626 | 18 | C |
| 08/2023 | 2573 | 103 | | 02/2023 | 2573 | 2000 | 523 | 18 | C |
| 07/2023 | 2472 | 99 | | 02/2023 | 2472 | 2000 | 424 | 18 | C |
| 06/2023 | 2376 | 96 | | 02/2023 | 2376 | 2000 | 328 | 18 | C |
| 05/2023 | 2280 | 92 | | 02/2023 | 2316 | 2000 | 236 | 18 | C |

EIS-RODGERS-000170

```
04/2023   2188        88                02/2023   2316   2000        148
   18  C
03/2023   2097        148               02/2023   2316   2000
   18  C
02/2023   2024        64                02/2023   2316   2000
   18  C


--------------------------------------------------------------------------------
 CREDIT ACCEPTANCE CORPORAT 02/2025 04/2022 29355             23400   23400
I8 32 I    03/2024
                                                             72M      M  00
X
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
        11/2022
        BAL AMT    BAL PAY DT  DEF PAY DT CC
                                         ACCT#██████████
        INVOLUNTARY REPOSSESSION
        AUTO
        FIXED RATE
DEROG TRADE HISTORY
01/2025-D12/2024-K11/2024-K10/2024-K09/2024-K08/2024-K07/2024-K06/2024-K
05/2024-K04/2024-K03/2024-K02/2024-K01/2024-K12/2023-611/2023-510/2023-4
09/2023-408/2023-307/2023-206/2023-205/2023-204/2023-103/2023-102/2023-2
01/2023-212/2022-211/2022-110/2022-009/2022-008/2022-007/2022-006/2022-0
05/2022-004/2022-B
```

| TRENDED DATA | SCHED | ACTUAL | LAST | HIGH | CREDIT | PAST | ACCT ACCT |
|---|---|---|---|---|---|---|---|
| DATE | BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT | TYPE DESIG |
| 01/2025 | | | | 03/2024 | 29355 | | | 00 X |
| 12/2024 | 23304 | | | 03/2024 | 29355 | | 23304 | 00 X |
| 11/2024 | 23211 | | | 03/2024 | 29355 | | 23211 | 00 X |
| 10/2024 | 23116 | | | 03/2024 | 29355 | | 23116 | 00 X |
| 09/2024 | 23023 | | | 03/2024 | 29355 | | 23023 | 00 X |
| 08/2024 | 22928 | | | 03/2024 | 29355 | | 22928 | 00 X |
| 07/2024 | 22832 | | | 03/2024 | 29355 | | 22832 | 00 X |
| 06/2024 | 22739 | | | 03/2024 | 29355 | | 22739 | 00 X |
| 05/2024 | 22644 | | | 03/2024 | 29355 | | 22644 | 00 X |
| 04/2024 | 22560 | | 8900 | 03/2024 | 29355 | | 22560 | 00 X |

EIS-RODGERS-000171

```
03/2024   32590    754                 10/2023   29355             7034
   00  X
02/2024   31382    754                 10/2023   29355             6279
   00  X
01/2024   30442    754                 10/2023   29355             5523
   00  X
12/2023   29950    754                 10/2023   29355             4768
   00  X
11/2023   29453    754                 10/2023   29355             4013
   00  X
10/2023   28949    754     1080        10/2023   29355             3258
   00  X
09/2023   29021    754                 06/2023   29355             3253
   00  X
08/2023   28476    754                 06/2023   29355             2468
   00  X
07/2023   27927    754     754         06/2023   29355             1683
   00  X
06/2023   28128    754     754         05/2023   29355             1653
   00  X
05/2023   28323    754     754         04/2023   29355             1623
   00  X
04/2023   28513    754     800         03/2023   29355             1593
   00  X
03/2023   28744    754     800         02/2023   29355              853
   00  X
02/2023   28969    754     754         01/2023   29355             1623
   00
```

--------------------------------------------------------------------------------

```
 NCB MANAGEMENT SERVICES, I 02/2025 10/2021 5665              5665      5665
06 39 I
                                                                      0C
X
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
        01/2020      O EXETER FINANCE LLC
        BAL AMT    BAL PAY DT  DEF PAY DT CC
                                        14
                                    ACCT#████████
        COLLECTION ACCOUNT
DEROG TRADE HISTORY
01/2025-G12/2024-G11/2024-G10/2024-G09/2024-G08/2024-G07/2024-G06/2024-G
05/2024-G04/2024-G03/2024-G02/2024-G01/2024-G12/2023-G11/2023-G10/2023-G
09/2023-G08/2023-G07/2023-G06/2023-G05/2023-G04/2023-G03/2023-G02/2023-B
```

| TRENDED DATA | SCHED | ACTUAL | LAST | HIGH | CREDIT | PAST |
| --- | --- | --- | --- | --- | --- | --- |
| ACCT ACCT | | | | | | |
| DATE    BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT |
| TYPE DESIG | | | | | | |
| 01/2025   5665 | | | 5665 | | 5665 | 0C |

EIS-RODGERS-000172

X
12/2024    5665                                    5665                5665        0C
X
11/2024    5665                                    5665                5665        0C
X
10/2024    5665                                    5665                5665        0C
X
09/2024    5665                                    5665                5665        0C
X
08/2024    5665                                    5665                            0C
X
07/2024    5665                                    5665                            0C
X
06/2024    5665                                    5665                            0C
X
05/2024    5665                                    5665                            0C
X
04/2024    5665                                    5665                            0C
X
03/2024    5665                                    5665                            0C
X
02/2024    5665                                    5665                            0C
X
01/2024    5665                                    5665                            0C
X
12/2023    5665                                    5665                            0C
X
11/2023    5665                                    5665                            0C
X
10/2023    5665                                    5665                            0C
X
09/2023    5665                                    5665                            0C
X
08/2023    5665                                    5665                            0C
X
07/2023    5665                                    5665                            0C
X
06/2023    5665                                    5665                            0C
X
05/2023    5665                                    5665                            0C
X
04/2023    5665                                    5665                            0C
X
03/2023    5665                                    5665                            0C

02/2023

------------------------------------------------------------------------------

MOHELA/DEPT OF ED    02/2025 11/2016 2000                    0                I5 33

EIS-RODGERS-000173

```
I    04/2019
                        09/2019          2185                                        M  12
T
        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR        AUI
        10/2018
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

ACCT# █████████████

DEROG TRADE HISTORY
01/2025-D12/2024-D11/2024-D10/2024-D09/2024-D08/2024-D07/2024-D06/2024-D
05/2024-D04/2024-D03/2024-D02/2024-D01/2024-D12/2023-D11/2023-D10/2023-D
09/2023-D08/2023-D07/2023-D06/2023-D05/2023-D04/2023-D03/2023-D02/2023-D
01/2023-D12/2022-D11/2022-D10/2022-D09/2022-D08/2022-D07/2022-D06/2022-D
05/2022-D04/2022-D03/2022-D02/2022-D01/2022-D12/2021-D11/2021-D10/2021-D
09/2021-D08/2021-D07/2021-D06/2021-D05/2021-D04/2021-D03/2021-D02/2021-D
01/2021-D12/2020-D11/2020-D10/2020-D09/2020-D08/2020-D07/2020-D06/2020-D
05/2020-D04/2020-D03/2020-D02/2020-D01/2020-D12/2019-D11/2019-D10/2019-D
09/2019-D08/2019-D07/2019-D06/2019-D05/2019-D04/2019-003/2019-B

```
TRENDED DATA          SCHED      ACTUAL        LAST      HIGH      CREDIT        PAST
ACCT ACCT
 DATE      BALANCE    PMT AMT    PMT AMT    PMT DATE    CREDIT     LIMIT      DUE AMT
   TYPE DESIG
01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023
```

EIS-RODGERS-000174

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

02/2023

```
-------------------------------------------------------------------------------
 MOHELA/DEPT OF ED    02/2025 12/2016 1523            0                I5 32
I   04/2019
                      09/2019        1621                      120M    M  12
T
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
        10/2018
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

ACCT# ██████████████

DEROG TRADE HISTORY
01/2025-D12/2024-D11/2024-D10/2024-D09/2024-D08/2024-D07/2024-D06/2024-D
05/2024-D04/2024-D03/2024-D02/2024-D01/2024-D12/2023-D11/2023-D10/2023-D
09/2023-D08/2023-D07/2023-D06/2023-D05/2023-D04/2023-D03/2023-D02/2023-D
01/2023-D12/2022-D11/2022-D10/2022-D09/2022-D08/2022-D07/2022-D06/2022-D
05/2022-D04/2022-D03/2022-D02/2022-D01/2022-D12/2021-D11/2021-D10/2021-D
09/2021-D08/2021-D07/2021-D06/2021-D05/2021-D04/2021-D03/2021-D02/2021-D
01/2021-D12/2020-D11/2020-D10/2020-D09/2020-D08/2020-D07/2020-D06/2020-D
05/2020-D04/2020-D03/2020-D02/2020-D01/2020-D12/2019-D11/2019-D10/2019-D
09/2019-D08/2019-D07/2019-D06/2019-D05/2019-D04/2019-003/2019-B

| TRENDED DATA | SCHED | ACTUAL | LAST | HIGH | CREDIT | PAST | ACCT ACCT |
|---|---|---|---|---|---|---|---|
| DATE | BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT | TYPE DESIG |

01/2025

12/2024

11/2024

EIS-RODGERS-000175

```
10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

02/2023


-------------------------------------------------------------------------------
 LEAD BANK              12/2023 11/2020 501         400         0                          R1 37
I    12/2023
                        12/2023         501                                              M  2A
B
       DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR         AUI
```

EIS-RODGERS-000176

```
                                                          *
          BAL AMT     BAL PAY DT  DEF PAY DT CC

                                      ACCT#█████████
          ACCOUNT CLOSED AT CONSUMER'S REQUEST
          CLOSED OR PAID ACCOUNT/ZERO BALANCE
          SECURED CREDIT CARD
DEROG TRADE HISTORY
11/2023-110/2023-009/2023-008/2023-007/2023-006/2023-005/2023-004/2023-0
03/2023-002/2023-001/2023-012/2022-011/2022-010/2022-009/2022-008/2022-0
07/2022-006/2022-E05/2022-004/2022-003/2022-002/2022-001/2022-012/2021-0
11/2021-010/2021-009/2021-008/2021-007/2021-006/2021-005/2021-004/2021-0
03/2021-E02/2021-001/2021-112/2020-011/2020-B
```

| TRENDED DATA DATE | SCHED BALANCE | ACTUAL PMT AMT | LAST PMT AMT | HIGH PMT DATE | CREDIT CREDIT | PAST LIMIT | ACCT ACCT DUE AMT TYPE DESIG |
|---|---|---|---|---|---|---|---|
| 01/2025 | | | | | | | |
| 12/2024 | | | | | | | |
| 11/2024 | | | | | | | |
| 10/2024 | | | | | | | |
| 09/2024 | | | | | | | |
| 08/2024 | | | | | | | |
| 07/2024 | | | | | | | |
| 06/2024 | | | | | | | |
| 05/2024 | | | | | | | |
| 04/2024 | | | | | | | |
| 03/2024 | | | | | | | |
| 02/2024 | | | | | | | |
| 01/2024 | | | | | | | |
| 12/2023 | | | | | | | |
| 11/2023 | 486 | 52 | | 09/2023 | 498 | 400 | 26   2A  X |
| 10/2023 | 436 | 26 | | 09/2023 | 498 | 400 | 2A  X |
| 09/2023 | 426 | 52 | 83 | 09/2023 | 498 | 400 | |

EIS-RODGERS-000177

```
    2A  X
08/2023   462         26                      07/2023   498       400
    2A  X
07/2023   451         26         50           07/2023   498       400
    2A  X
06/2023   366         26         50           06/2023   498       400
    2A  X
05/2023   407         26         26           05/2023   498       400
    2A  X
04/2023   408         26         40           04/2023   498       400
    2A  X
03/2023   397         28         50           03/2023   498       400
    2A  X
02/2023   386         55         55           02/2023   498       400
    2A
```

----------------------------------------------------------------------------

```
 FINGERHUT           05/2023 04/2022 0        400       0                  R1 13
I
                     01/2023                                               M  07
B
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
                                                        *
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

ACCT# ███████████

```
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        ACCOUNT CLOSED BY CREDIT GRANTOR
        CHARGE
DEROG TRADE HISTORY
04/2023-E03/2023-D02/2023-D01/2023-D12/2022-E11/2022-E10/2022-E09/2022-E
08/2022-E07/2022-E06/2022-E05/2022-E04/2022-B
```

| TRENDED DATA | SCHED | ACTUAL | LAST | HIGH | CREDIT | PAST |
| ACCT ACCT | | | | | | |
| DATE BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT |
| TYPE DESIG | | | | | | |

```
01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024
```

EIS-RODGERS-000178

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

| 04/2023 | 0 | | 0 | 400 | | 07 |
| B | | | | | | |
| 03/2023 | 0 | | 0 | 400 | | 07 |
| B | | | | | | |
| 02/2023 | 0 | | 0 | 400 | | 07 |
| B | | | | | | |

--------------------------------------------------------------------------------

| FINGERHUT/WEBBANK | 06/2022 11/2021 109 | 400 | 0 | | R1 7 |
| I    03/2022 | | | | | |
| | 04/2022 | | | | M  07 |
| B | | | | | |

        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                          *

        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                    ACCT#██████████

        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        ACCOUNT CLOSED BY CREDIT GRANTOR
DEROG TRADE HISTORY
05/2022-E04/2022-E03/2022-002/2022-001/2022-012/2021-011/2021-B
TRENDED DATA          SCHED      ACTUAL        LAST      HIGH    CREDIT        PAST

**EIS-RODGERS-000179**

| ACCT DATE | ACCT TYPE DESIG | BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT |
|-----------|-----------------|---------|---------|---------|----------|--------|-------|---------|
| 01/2025 | | | | | | | | |
| 12/2024 | | | | | | | | |
| 11/2024 | | | | | | | | |
| 10/2024 | | | | | | | | |
| 09/2024 | | | | | | | | |
| 08/2024 | | | | | | | | |
| 07/2024 | | | | | | | | |
| 06/2024 | | | | | | | | |
| 05/2024 | | | | | | | | |
| 04/2024 | | | | | | | | |
| 03/2024 | | | | | | | | |
| 02/2024 | | | | | | | | |
| 01/2024 | | | | | | | | |
| 12/2023 | | | | | | | | |
| 11/2023 | | | | | | | | |
| 10/2023 | | | | | | | | |
| 09/2023 | | | | | | | | |
| 08/2023 | | | | | | | | |
| 07/2023 | | | | | | | | |
| 06/2023 | | | | | | | | |
| 05/2023 | | | | | | | | |
| 04/2023 | | | | | | | | |
| 03/2023 | | | | | | | | |
| 02/2023 | | | | | | | | |

EIS-RODGERS-000180

```
-------------------------------------------------------------------------------
 AUSTIN CAPITAL BANK SSB 05/2022 05/2021 1000                0                    I1
12 I    05/2022
                        05/2022                                      12M      M 02
B
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                         *

        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                      ACCT#████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED
        FIXED RATE
DEROG TRADE HISTORY
04/2022-003/2022-002/2022-001/2022-012/2021-011/2021-010/2021-009/2021-0
08/2021-007/2021-006/2021-005/2021-B
TRENDED DATA          SCHED     ACTUAL      LAST     HIGH    CREDIT      PAST
ACCT ACCT
 DATE    BALANCE    PMT AMT    PMT AMT   PMT DATE   CREDIT    LIMIT    DUE AMT
  TYPE DESIG
01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023
```

EIS-RODGERS-000181

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

02/2023

--------------------------------------------------------------------------------
 SUNRISE BANKS C/O SELF FINANCIAL  INC 03/2022 04/2020 520                     0
        I1 23 I    03/2022
                   03/2022          50                              24M      M  02
B
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                          *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                        ACCT#█████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED
        FIXED RATE
DEROG TRADE HISTORY
02/2022-001/2022-012/2021-011/2021-010/2021-009/2021-008/2021-007/2021-0
06/2021-005/2021-004/2021-003/2021-002/2021-001/2021-012/2020-011/2020-0
10/2020-009/2020-008/2020-007/2020-006/2020-005/2020-004/2020-B
TRENDED DATA         SCHED      ACTUAL        LAST     HIGH     CREDIT       PAST
ACCT ACCT
 DATE      BALANCE    PMT AMT    PMT AMT    PMT DATE   CREDIT    LIMIT      DUE AMT
  TYPE DESIG
01/2025

12/2024

11/2024

10/2024

EIS-RODGERS-000182

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

02/2023

--------------------------------------------------------------------------------
 CREDIT ACCEPTANCE CORPORAT 03/2022 07/2020 14739                 0
I1 19 I    02/2022
                    03/2022                                  72M       M  00
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                         *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

**EIS-RODGERS-000183**

```
                                        ACCT#████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        AUTO
        FIXED RATE
DEROG TRADE HISTORY
02/2022-001/2022-012/2021-011/2021-010/2021-009/2021-008/2021-007/2021-0
06/2021-005/2021-004/2021-003/2021-002/2021-201/2021-112/2020-111/2020-1
10/2020-009/2020-008/2020-007/2020-B
TRENDED DATA          SCHED      ACTUAL       LAST      HIGH      CREDIT       PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT    PMT AMT    PMT DATE    CREDIT     LIMIT      DUE AMT
   TYPE DESIG
01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023
```

**EIS-RODGERS-000184**

06/2023

05/2023

04/2023

03/2023

02/2023

--------------------------------------------------------------------------------
 US DEPARTMENT OF EDUCATION 06/2020 09/2019
IP 245 I

     DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR     AUI

     BAL AMT    BAL PAY DT  DEF PAY DT CC

                   ACCT#███████
     NO RESPONSE

--------------------------------------------------------------------------------
 US DEPARTMENT OF EDUCATION 06/2020 09/2019
IP 245 I

     DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR     AUI

     BAL AMT    BAL PAY DT  DEF PAY DT CC

                   ACCT#███████
     NO RESPONSE

--------------------------------------------------------------------------------
 EXETER            06/2020 01/2017                         P 249
I

     DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR     AUI
     01/2020
     BAL AMT    BAL PAY DT  DEF PAY DT CC

                   ACCT#██████████
     DUE TO POLICE REPORT

--------------------------------------------------------------------------------
*********         End Of ACRO FILE      **********

MAINTENANCE SHEET SUMMARY
Date Received: 02/04/2025  Date to Mtnc:   Priority: No Priority Assigned
Consumer: RODGERS, ASANTI  Team ID: FRD  Case ID: 5041531569

EIS-RODGERS-000185

```
ORG NM- RODGERS, ASANTI, I,.
ORG ID- ███████, ██████, .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG CL- 01/2025, 180YC16345, 12/2020, PROGRESSIVE, 383, 01/2025, D, 383, 01/2025,
10/2020, 17467858, I, 166 , , 06
UPD CL- 02/2025, 180YC16345, 12/2020, PROGRESSIVE, 383, 01/2025, Y, 383, 01/2025,
10/2020, 17467858, I, 166 , , 06
Comments-
Maintenance Action: UPDATE This Segment
Consumer Comments-
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., EOS, 02/14/2025
Credit Grantor Response: DeletePerGrantor

ORG CL- 02/2025, 178YC12959, 01/2023, LIBERTY MUTUAL IN CO, 573, 02/2025, D, 573,
02/2025, 11/2022, 2725614, I,  , , 06
UPD CL- 02/2025, 178YC12959, 01/2023, LIBERTY MUTUAL IN CO, 573, 02/2025, D, 573,
02/2025, 11/2022, 2725614, I,  , , 06
Comments-
Maintenance Action: UPDATE This Segment
Consumer Comments-
WE VERIFIED THAT THIS ITEM BELONGS TO YOU., B25, 02/21/2025
Credit Grantor Response: UpdatePerGrantor

ORG CL- 02/2025, 178YC13039, 10/2023, ALLSTATE PROP CASUALTY CO, 252, 02/2025, D,
252, 02/2025, 07/2023, 23841107, I,  , , 06
UPD CL- 02/2025, 178YC13039, 10/2023, ALLSTATE PROP CASUALTY CO, 252, 02/2025, D,
252, 02/2025, 07/2023, 23841107, I,  , , 06
Comments-
Maintenance Action: UPDATE This Segment
Consumer Comments-
WE VERIFIED THAT THIS ITEM BELONGS TO YOU., B31, 02/18/2025
Credit Grantor Response: UpdatePerGrantor

ORG CL- 10/2024, 401YC16680, 07/2024, COMCAST, 127, 10/2024, D, 127, 10/2024,
05/2023, 59921087, I,  , , 11
UPD CL- 02/2025, 401YC16680, 07/2024, COMCAST, 127, 10/2024, Y, 127, 10/2024,
05/2023, 59921087, I,  ***, , 11
Comments-
Maintenance Action: UPDATE This Segment
Consumer Comments-
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., EOS, 02/14/2025
Credit Grantor Response: FraudDeletePerGrantor

ORG TC- 01/2025, 155BB03747, 9, , 40, I, 09/2021, 067, 2676    , 2676    , , 2676
    , 03/2023, 6011002063416762
UPD TC- 02/2025, 155BB03747, 9, , 40, I, 09/2021, 067, 2676    , 2676    , , 2676
```

**EIS-RODGERS-000186**

```
    , , 6011002063416762
Comments-
Maintenance Action: UPDATE This Segment
Consumer Comments-
WE VERIFIED THAT THIS ITEM BELONGS TO YOU., BT1, 02/18/2025
Credit Grantor Response: UpdatePerGrantor


ORG TC- 02/2025, 496FY00202, 6, , 39, I, 10/2021, 057, 5665    , 5665    , , 5665
    , 01/2020, 7181241
UPD TC- 02/2025, 496FY00202, 6, , 39, I, 10/2021, 057, 5665    , 5665    , , 5665
    , , 7181241
Comments-
Maintenance Action: UPDATE This Segment
Consumer Comments-
WE VERIFIED THAT THIS ITEM BELONGS TO YOU., B12, 02/25/2025
Credit Grantor Response: UpdatePerGrantorUnrelatedAccount


ORG TC- 12/2021, 654FZ13214, 5, , 32, I, 12/2016, , 1523    , 0        , , , ,
10/2018, 1120616289KM00002
UPD TC- 02/2025, 654FZ13214, 5, , 32, I, 12/2016, , 1523    , 0        , 120M, , ,
1120616289KM00002
Comments-
Maintenance Action: UPDATE This Segment
Consumer Comments-
WE VERIFIED THAT THIS ITEM BELONGS TO YOU., B25, 02/22/2025
Credit Grantor Response: UpdatePerGrantorUnrelatedAccount


ORG TC- 01/2025, 654FA11802, 8, , 32, I, 04/2022, 213, 29355    , 23400    , 72M ,
23400    , 11/2022, 105212990
UPD TC- 02/2025, 654FA11802, 8, , 32, I, 04/2022, 213, 29355    , 23400    , 72M ,
23400    , , 105212990
Comments-
Maintenance Action: UPDATE This Segment
Consumer Comments-
WE VERIFIED THAT THIS ITEM BELONGS TO YOU., B12, 02/22/2025
Credit Grantor Response: UpdatePerGrantor


ORG TC- 12/2021, 654FZ13214, 5, , 33, I, 11/2016, , 2000    , 0        , , , ,
10/2018, 1120616289KM00001
UPD TC- 02/2025, 654FZ13214, 5, , 33, I, 11/2016, , 2000    , 0        , , , , ,
1120616289KM00001
Comments-
Maintenance Action: UPDATE This Segment
Consumer Comments-
WE VERIFIED THAT THIS ITEM BELONGS TO YOU., B24, 02/22/2025
Credit Grantor Response: UpdatePerGrantorUnrelatedAccount


ORG FI- 08/06/2024, ND     , CREDIT KARMA, INC., S ,
Comments-
Maintenance Action: DELETE This Segment
```

EIS-RODGERS-000187

Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/13/2024, PRM     , CREDIT KARMA, INC., S ,
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/08/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/10/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/12/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/13/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/15/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/16/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-

EIS-RODGERS-000188

THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/09/2024, ID      , COMCAST-ATLANTA, S ,
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/09/2024, ND      , COMCAST - CHICAGO, S ,
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 07/23/2024, AR      , COMCAST, S ,
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/20/2024, PRM     , CREDIT KARMA, INC., S ,
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/27/2024, PRM     , CREDIT KARMA, INC., S ,
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 09/03/2024, PRM     , CREDIT KARMA, INC., S ,
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 09/10/2024, PRM     , CREDIT KARMA, INC., S ,
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025

EIS-RODGERS-000189

THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/20/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/22/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/23/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 08/30/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 09/06/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 09/07/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 09/08/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

EIS-RODGERS-000190

ORG FI- 09/10/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025

ORG FI- 09/13/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., YE3, 02/10/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., YE3, 02/10/2025


*************** END OF SUMMARY ***************

EIS-RODGERS-000191



An official website of the United States Government

**cfpb** Consumer Financial Protection Bureau

❮ Active complaints

# 250204-18559418

## Primary consumer information

**FULL NAME**
Asanti Rodgers

**PHONE**
8326225147

**EMAIL ADDRESS**
hello@asantirodgers.com

**ADDRESS**

## Product information

**PRODUCT OR SERVICE**
Credit reporting or other personal consumer reports (Credit reporting)

**CONSUMER IDENTIFIED COMPANY NAME**
EQUIFAX

**ISSUE**
Problem with a company's investigation into an existing problem
Their investigation did not fix an error on your report

EIS-RODGERS-000192

# What happened

Equifax has failed to correct inaccuracies on my credit report, despite multiple disputes, violating FCRA (15 U.S.C. § 1681 et seq.) and Illinois/Indiana consumer protection laws. Equifax's failure to secure my personal data in the 2017 data breach has directly led to identity theft, fraudulent accounts, and severe financial damages. Harm Suffered: Denied housing (lease valued at $24,000). Loss of employment and income (previously earning $120,000/year, now reduced to $50,000-$60,000). Denied an auto loan ($25,630), forcing me to rent a car at $405-$407 per week. Fraudulent Exeter Finance auto loan ($5,665) and Discover credit card ($2,676 lawsuit) due to identity theft. $4,196 lost on credit repair services, which failed to remove inaccurate information. Emotional distress, loss of sleep, and exposure to human trafficking due to housing/Job instability. I have provided a detailed breakdown and additional information in the attached the attached supporting documents.

**ALREADY ATTEMPTED TO FIX THIS ISSUE WITH THE COMPANY?**

Yes

**ATTACHMENTS**

NCB Daily Harassment.PNG (554.6 KB)

Equifax Data Breach Confimation.PNG (595.9 KB)

_Equifax Accounts.pdf (98 KB)

ExpressDriveExpenses.jpg (36.3 KB)

Department of Education Letter.jpg (4.9 MB)

Equifax2025creditReport.pdf (260.8 KB)

Equifax Personal Info.pdf (59.5 KB)

Equifax Personal Loss.pdf (101.7 KB)

Equifax Inquiries.pdf (80.2 KB)

Download all attachments

EIS-RODGERS-000193

# Desired resolution

Requested Resolution: Immediate removal of fraudulent accounts and credit inaccuracies. Written confirmation of compliance. Financial compensation $80,382.40 for damages and $60,000 for violations. Investigation into Equifax's continued failure to protect consumer data and maintain reporting accuracy. Equifax's ongoing negligence and willful FCRA violations have caused me significant financial harm. I request an immediate resolution or will pursue further legal action. I have provided detailed breakdown and information in the attached the attached supporting documents.

# Response recipients

**SUBMITTED BY**

Primary consumer

**WHO WILL RECEIVE RESPONSES?**

Primary consumer

# What is the company's response?

Response categories

○ In progress

○ Closed with explanation

○ Closed with monetary relief

○ Closed with non-monetary relief

○ Alerted CFPB

○ Duplicate CFPB complaint reported

○ Incorrect company

○ Sent to regulator

**EIS-RODGERS-000194**

## COMPLAINT STATUS

### ALERTS

📄 Files attached

### COMPLAINT STATUS

Pending Action By Company

### SENT TO COMPANY

02/04/2025 15:57 ET

### DUE DATE

02/19/2025

## ACTIONS

✎ Respond

🖶 Print

Terms of service (terms-of-service)

🏴 An official website of the United States Government

**EIS-RODGERS-000195**

**Asanti Rodgers**



01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts – Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the following accounts from my credit file, as they represent clear violations of my consumer rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act (12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028), and other applicable laws.Additionally, I am demanding compensation for Equifax's violations and data breach, which have resulted in financial loss, employment setbacks, emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy and integrity of my credit report.

---

## I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May 2024.
- On May 28, 2024, I received an official letter from the Department of Education confirming the discharge and directing all credit bureaus, including Equifax, to remove these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating 15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to these accounts, further violating 15 U.S.C. § 1681e(b)

**EIS-RODGERS-000196**

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

EIS-RODGERS-000197

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000198**

DEMAND:

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

DEMAND:

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- FCRA (15 U.S.C. § 1681n & § 1681o)
- Fair Debt Collection Practices Act (15 U.S.C. § 1692)
- Financial Privacy Act (12 U.S.C. § 3401 et seq.)
- Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000199




000455303 000791 **********AUTO**MIXED AADC 200
ASANTI I RODGERS



May 28, 2024

ACCOUNT #: ▮▮▮▮▮▮▮

Subject: Discharge Based on Borrower Defense Evidence

Dear ASANTI I RODGERS,

The U.S. Department of Education (ED) recently determined that your loans to attend Art Institutes will be discharged.

## WHAT YOU NEED TO KNOW

We discharged 100% of the loans listed below. As a result, these loans have no remaining balance to be paid.

**Note:** This discharge notice applies only to the loans identified below. Any payments made that are determined to be eligible for refund will be refunded to you once that determination is made. You may still have a remaining balance to be paid on other federal loans you borrowed to attend a different institution of higher education. This notice also does not affect any private loans you took out to pay for your (or your child's) education. You can review your federal student loan and servicer information on StudentAid.gov by logging in using your FSAID.



| Loan Type or Program | First Disbursement Date | Original Principal Balance |
|---|---|---|
| Direct Stafford Unsubsidized | 11/18/2016 | $ 2,000.00 |
| Direct Stafford Subsidized | 12/09/2016 | $ 1,523.00 |

**Credit Reporting**

Within 45 days of this notification, we will request credit reporting agencies to remove any credit status previously reported for the identified loans.

**Potential Tax Consequences**
With respect to any tax consequences relating to your borrower defense discharge, the IRS says borrower defense discharges are "not considered gross income as a result of the discharge, and the taxpayer should not report the amount of the discharged loan in gross income on his or her Federal income tax return." https://www.irs.gov/pub/irs-drop/rp-20-11.pdf. You may wish to contact a tax advisor about how this might affect your state taxes.

## WHAT YOU NEED TO DO

You do not need to do anything else at this time. We recommend you keep this notification for your records and watch for other communications from us. Those communications will provide you with information about the loans we service for you on ED's behalf and inform you when action is needed. In the event you wish to reinstate your loan balance(s) contact us at the information below.

EIS-RODGERS-000200

# Thank You

Based on the information you provided, our records indicate your personal information was impacted by this incident.

For more information, visit the **FAQ page**.

**FILE A CLAIM**

For Assisted Identity Restoration Services, please call Experian at **1-888-397-0079** and provide engagement number B023677.

EIS-RODGERS-000201

**Asanti Rodgers**

███████████████

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

---

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. **Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report**
2. **Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry**
3. **Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report**
4. **Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report**
5. **Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report**
6. **Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report**
7. **Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry**
8. **Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report**
9. **Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry**
10. **Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report**
11. **Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report**
12. **Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry**

EIS-RODGERS-000202

13. **Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report**
14. **Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report**
15. **Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report**
16. **Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report**
17. **Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report**
18. **Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report**
19. **Aug 09, 2024 COMCAST - CHICAGO Credit Report**
20. **Aug 09, 2024 COMCAST-ATLANTA ID Report**
21. **Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report**
22. **Aug 06, 2024 CREDIT KARMA, INC. Credit Report**
23. **Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report**
24. **Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report**
25. **Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report**
26. **Jul 23, 2024 COMCAST Account Review Inquiry**
27. **Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report**
28. **Jul 02, 2024 CREDIT KARMA, INC. Credit Report**

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

**I demand the following actions be taken within 15 days:**

1. **Immediate removal of all unauthorized and fraudulent inquiries listed above.**
2. **Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.**
3. **Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.**

**EIS-RODGERS-000203**

4.  A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.

Please issue the compensation check payable to:

Asanti Rodgers

████████████

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000204

**Asanti Rodgers**



01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

**Fraudulent Addresses:**

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

**Demand for Compliance:**

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**

This serves as **final notice before legal action.** Govern yourselves accordingly.

**Sincerely,**
**Asanti Rodgers**

EIS-RODGERS-000205

**Asanti Rodgers**



01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000206**

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan.
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

EIS-RODGERS-000207

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

### 5. Emotional Distress & Human Trafficking

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

## IV. Legal Violations Committed by Equifax

### Federal Violations:

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

### State Violations (Illinois Laws):

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

## V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
    - **$24,000** – Housing denial damages.
    - **$25,630** – Auto loan denial damages.
    - **$8,214.51** – Unfair rental car fees due to loan denial.
    - **$12,537.89** – Credit repair & identity theft damages.

EIS-RODGERS-000208

- $10,000 – Emotional distress & human trafficking
- **Total: $80,382.40**

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000209**



## CREDIT REPORT

---

**ASANTI RODGERS**

Report Confirmation

**5535457672**

EIS-RODGERS-000210



## Dear ASANTI RODGERS:

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at:
  **https://www.equifax.com/personal/credit-report-services/credit-dispute/**

- Please mail the dispute information to:
  **Equifax Information Services LLC**
  **P.O. Box 740241**
  **Atlanta, GA 30374**

- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

EIS-RODGERS-000211

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Feb 04, 2025 |
| **Credit File Status** | Fraud Victim (associated with trade) |
| | File Blocked For Promotional Purposes |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 4 Years, 5 Months |
| **Length of Credit History** | 8 Years, 3 Months |
| **Accounts with Negative Information** | 7 |
| **Oldest Account** | MOHELA/DEPT OF ED (Opened Nov 18, 2016) |
| **Most Recent Account** | FINGERHUT (Opened Apr 12, 2022) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 0 | 0 | | | | | |
| Mortgage | | | | | | | |
| Installment | 0 | 0 | | | | | |
| Other | 0 | 0 | | | | | |
| Total | 0 | 0 | | | | | |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 5 Items Found |
| **Inquiries** | 32 Inquiries Found |
| **Most Recent Inquiry** | EQUIFAX INC (0100) Feb 03, 2025 |
| **Public Records** | 0 Records Found |
| **Collections** | 4 Collections Found |

EQUIFAX    ASANTI RODGERS | Feb 04, 2025    Page 3 of 46

Summary &gt; Revolving &gt; Mortgage &gt; Installment &gt; Other &gt; Statements &gt; Personal Info &gt; Inquiries &gt; Public Records &gt; Collections

**EIS-RODGERS-000212**

# 2. Revolving Accounts

Revolving accounts are those that generally include a credit limit and require a minimum monthly payment, such as credit cards.

## 2.1 DISCOVER BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxx xxx xxxx xx 6762 | Reported Balance | $2,676 |
|---|---|---|---|
| Account Status | CHARGE_OFF | Available Credit | -$676 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $2,024 | $2,097 | $2,188 | $2,280 | $2,376 | $2,472 | $2,573 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2024 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2025 | $2,676 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $64 | $148 | $88 | $92 | $96 | $99 | $103 | $108 | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

**EIS-RODGERS-000213**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| 2024 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| 2025 | $2,000 | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | $148 | $236 | $328 | $424 | $523 | $626 | $2,676 | $2,676 | $2,676 |
| 2024 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2025 | $2,676 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | 60 | ✔ | ✔ | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 |
| 2021 | | | | | | | | | ✔ | ✔ | ✔ | ✔ |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $2,000 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $2,676 | Date Opened | Sep 09, 2021 |
| Amount Past Due | $2,676 | Date Reported | Jan 22, 2025 |
| Actual Payment Amount | | Date of Last Payment | Feb 2023 |

EIS-RODGERS-000214

| | | | |
|---|---|---|---|
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 40 | Delinquency First Reported | Oct 2023 |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | $2,676 |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | |
| Date of First Delinquency | Mar 22, 2023 | | |

## Comments

Charged off account

Credit card

## Contact

DISCOVER BANK
PO BOX 30939
SALT LAKE CITY, UT  84130-0939
(800) 347-7000

EIS-RODGERS-000215

## 2.2 LEAD BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 8223 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $386 | $397 | $408 | $407 | $366 | $451 | $462 | $426 | $436 | $486 | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $55 | $28 | $26 | $26 | $26 | $26 | $26 | $52 | $26 | $52 | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $55 | $50 | $40 | $26 | $50 | $50 | | $83 | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | |
| 2024 | | | | | | | | | | | | |

EQUIFAX          ASANTI RODGERS | Feb 04, 2025          Page 7 of 46

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

EIS-RODGERS-000216

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 |     |     |     |     |     |     |     |     |     |     | $26 |     |
| 2024 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2025 |     |     |     |     |     |     |     |     |     |     |     |     |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✗ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | >∷< No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $501 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 08, 2020 |
| Amount Past Due | | Date Reported | Dec 29, 2023 |
| Actual Payment Amount | $501 | Date of Last Payment | Dec 2023 |
| Date of Last Activity | Dec 2023 | Scheduled Payment Amount | |
| Months Reviewed | 37 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000217**

| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Secured Credit Card | Date Closed | Dec 2023 |
| Date of First Delinquency | | | |

## Comments

Account closed at consumer's request

Closed or paid account/zero balance

Secured credit card

## Contact

LEAD BANK
515 CONGRESS AVE SUITE 2200
AUSTIN, TX 78723
(877) 883-0999

EQUIFAX     ASANTI RODGERS | Feb 04, 2025     Page 9 of 46

Summary › Revolving › Mortgage › Installment › Other › Statements › Personal Info › Inquiries › Public Records › Collections

EIS-RODGERS-000218

## 2.3 FINGERHUT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxx xxx xxxx xx 7847 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $0 | $0 | $0 | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $400 | $400 | $400 | | | | | | | | |
| 2024 | | | | | | | | | | | | |

**EIS-RODGERS-000219**

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | ✓ | | | | | | | | |
| 2022 | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $0 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Apr 12, 2022 |
| Amount Past Due | | Date Reported | May 12, 2023 |
| Actual Payment Amount | | Date of Last Payment | |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 13 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000220**

| Loan Type | Charge Account | Date Closed | Jan 2023 |
|---|---|---|---|

**Date of First Delinquency**

## Comments

Closed or paid account/zero balance

Account closed by credit grantor

Charge

## Contact

FINGERHUT
6250 Ridgewood Ro
St. Cloud, MN  56303
(866) 734-0342

EIS-RODGERS-000221

## 2.4 FINGERHUT/WEBBANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxx xxx xxxx xx 9947 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | |
| 2021 | | | | | | | | | | | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $109 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 19, 2021 |
| Amount Past Due | | Date Reported | Jun 13, 2022 |
| Actual Payment Amount | | Date of Last Payment | Mar 2022 |
| Date of Last Activity | Mar 2022 | Scheduled Payment Amount | |
| Months Reviewed | 7 | Delinquency First Reported | |

EIS-RODGERS-000222

| | | | |
|---|---|---|---|
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Charge Account | **Date Closed** | Apr 2022 |
| **Date of First Delinquency** | | | |

## Comments

Closed or paid account/zero balance

Account closed by credit grantor

## Contact

FINGERHUT/WEBBANK
6250 Ridgewood Ro
St. Cloud, MN 56303
(866) 734-0342

EIS-RODGERS-000223

## 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

You currently do not have any Mortgage Accounts in your file.

**EIS-RODGERS-000224**

# 4. Installment Accounts

Installment accounts are loans that require payment on a monthly basis until the loan is paid off, such as auto or student loans.

## 4.1 CREDIT ACCEPTANCE CORPORAT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 2990 | Reported Balance | $23,400 |
|---|---|---|---|
| Account Status | REPOSSESSION | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $28,969 | $28,744 | $28,513 | $28,323 | $28,128 | $27,927 | $28,476 | $29,021 | $28,949 | $29,453 | $29,950 |
| 2024 | $30,442 | $31,382 | $32,590 | $22,560 | $22,644 | $22,739 | $22,832 | $22,928 | $23,023 | $23,116 | $23,211 | $23,304 |
| 2025 | $23,400 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 |
| 2024 | $754 | $754 | $754 | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $754 | $800 | $800 | $754 | $754 | $754 | | | $1,080 | | |
| 2024 | | | | $8,900 | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

EIS-RODGERS-000225

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | $1,623 | $853 | $1,593 | $1,623 | $1,653 | $1,683 | $2,468 | $3,253 | $3,258 | $4,013 | $4,768 |
| 2024 | $5,523 | $6,279 | $7,034 | $22,560 | $22,644 | $22,739 | $22,832 | $22,928 | $23,023 | $23,116 | $23,211 | $23,304 |
| 2025 | $23,400 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | R | R | R | R | R | R | R | R | R | R | R | R |
| 2023 | 60 | 60 | 30 | 30 | 60 | 60 | 60 | 90 | 120 | 120 | 150 | 180 |
| 2022 | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | 30  30 Days Past Due | 60  60 Days Past Due | 90  90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V  Voluntary Surrender | F  Foreclosure | C  Collection Account |
| CO Charge-Off | B  Included in Bankruptcy | R  Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $29,355 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 72 MONTHS |
| Balance | $23,400 | Date Opened | Apr 02, 2022 |
| Amount Past Due | $23,400 | Date Reported | Jan 15, 2025 |
| Actual Payment Amount | | Date of Last Payment | Mar 2024 |
| Date of Last Activity | | Scheduled Payment Amount | |

Summary  Revolving  Mortgage  **Installment**  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000226**

| | | | |
|---|---|---|---|
| Months Reviewed | 32 | Delinquency First Reported | Feb 2024 |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Auto | Date Closed | |
| Date of First Delinquency | Nov 01, 2022 | | |

## Comments

Involuntary repossession
Auto
Fixed rate

## Contact

CREDIT ACCEPTANCE CORPORAT
PO BOX 5070
Southfield, MI 48086-5070
(800) 634-1506

**EIS-RODGERS-000227**

## 4.2 AUSTIN CAPITAL BANK SSB (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxx 9174 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2021 | ✗ | ✗ | ✗ | ✗ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $1,000 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 12 MONTHS |
| Balance | $0 | Date Opened | May 11, 2021 |
| Amount Past Due | | Date Reported | May 31, 2022 |
| Actual Payment Amount | | Date of Last Payment | May 2022 |
| Date of Last Activity | May 2022 | Scheduled Payment Amount | |
| Months Reviewed | 12 | Delinquency First Reported | |

Summary  Revolving  Mortgage  **Installment**  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000228**

| | | | |
|---|---|---|---|
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Secured | **Date Closed** | May 2022 |
| **Date of First Delinquency** | | | |

## Comments

Closed or paid account/zero balance

Secured

Fixed rate

## Contact

AUSTIN CAPITAL BANK SSB
8100 Shoal Creek Blvd
Austin, TX  78757-8041
(512) 693-3600

EQUIFAX    ASANTI RODGERS | Feb 04, 2025    Page 20 of 46

Summary > Revolving > Mortgage > Installment > Other > Statements > Personal Info > Inquiries > Public Records > Collections

**EIS-RODGERS-000229**

## 4.3 SUNRISE BANKS C/O SELF FINANCIAL INC (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxx 19 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | | | | | | | | | | |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | |
|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $520 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 24 MONTHS |
| Balance | $0 | Date Opened | Apr 19, 2020 |
| Amount Past Due | | Date Reported | Mar 31, 2022 |
| Actual Payment Amount | $50 | Date of Last Payment | Mar 2022 |
| Date of Last Activity | Mar 2022 | Scheduled Payment Amount | |

EIS-RODGERS-000230

| | | | |
|---|---|---|---|
| Months Reviewed | 23 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Secured | Date Closed | Mar 2022 |
| Date of First Delinquency | | | |

## Comments

Closed or paid account/zero balance

Secured

Fixed rate

## Contact

SUNRISE BANKS C/O SELF FINANCIAL INC
515 CONGRESS AVE SUITE 2200
SIOUX FALLS, SD 57108
(877) 883-0999

**EIS-RODGERS-000231**

## 4.4 CREDIT ACCEPTANCE CORPORAT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxx 54 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | | | | | | | | | | |
| 2021 | 30 | 60 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | | | | | | | | ✓ | ✓ | ✓ | 30 | 30 |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $14,739 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 72 MONTHS |
| Balance | $0 | Date Opened | Jul 17, 2020 |
| Amount Past Due | | Date Reported | Mar 31, 2022 |
| Actual Payment Amount | | Date of Last Payment | Feb 2022 |
| Date of Last Activity | Feb 2022 | Scheduled Payment Amount | |

Summary 〉 Revolving 〉 Mortgage 〉 **Installment** 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

**EIS-RODGERS-000232**

| | | | |
|---|---|---|---|
| Months Reviewed | 19 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Auto | Date Closed | Mar 2022 |
| Date of First Delinquency | | | |

## Comments

Closed or paid account/zero balance

Auto

Fixed rate

## Contact

CREDIT ACCEPTANCE CORPORAT
PO BOX 5070
Southfield, MI 48086-5070
(800) 634-1506

EIS-RODGERS-000233

## 4.5 MOHELA/DEPT OF ED (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxx xxx xxxx xx 0001 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | OVER_120_DAYS_PAST_DUE | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | ✓ | | | | | | | | |
| 2018 | | | | | | | 90 | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $2,000 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 18, 2016 |

**EIS-RODGERS-000234**

| | | | |
|---|---|---|---|
| Amount Past Due | | Date Reported | Dec 23, 2021 |
| Actual Payment Amount | $2,185 | Date of Last Payment | Apr 2019 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 33 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Education Loan | Date Closed | Sep 2019 |
| Date of First Delinquency | Oct 2018 | | |

## Comments

## Contact

MOHELA/DEPT OF ED
633 Spirit Dr
Chesterfield, MO  63005-1243
(888) 866-4352

EQUIFAX          ASANTI RODGERS | Feb 04, 2025          Page 26 of 46

Summary 〉 Revolving 〉 Mortgage 〉 **Installment** 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

**EIS-RODGERS-000235**

## 4.6 MOHELA/DEPT OF ED (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxx xxx xxxx xx 0002 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | OVER_120_DAYS_PAST_DUE | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | ✓ | | | | | | | | |
| 2018 | | | | | | | 90 | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $1,523 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Dec 09, 2016 |

Summary 〉 Revolving 〉 Mortgage 〉 **Installment** 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

**EIS-RODGERS-000236**

| | | | |
|---|---|---|---|
| Amount Past Due | | Date Reported | Dec 23, 2021 |
| Actual Payment Amount | $1,621 | Date of Last Payment | Apr 2019 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 32 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Education Loan | Date Closed | Sep 2019 |
| Date of First Delinquency | Oct 2018 | | |

## Comments

## Contact

MOHELA/DEPT OF ED
633 Spirit Dr
Chesterfield, MO  63005-1243
(888) 866-4352

EQUIFAX          ASANTI RODGERS | Feb 04, 2025          Page 28 of 46

Summary  〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

EIS-RODGERS-000237

# 5. Other Accounts

Other accounts are those that are not already identified as Revolving, Mortgage or Installment Accounts such as child support obligations or rental agreements.

## 5.1 NCB MANAGEMENT SERVICES, I (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 41 | Reported Balance | $5,665 |
|---|---|---|---|
| Account Status | COLLECTION | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 |
| 2024 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 |
| 2025 | $5,665 | | | | | | | | | | | |

Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Credit Limit

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000238**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|---------|---------|---------|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | $5,665 | $5,665 | $5,665 | $5,665 |
| 2025 | $5,665 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 | | | | C | C | C | C | C | C | C | C | C |
| 2022 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | 30  30 Days Past Due | 60  60 Days Past Due | 90  90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V  Voluntary Surrender | F  Foreclosure | C  Collection Account |
| CO Charge-Off | B  Included in Bankruptcy | R  Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $5,665 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | OTHER |
| Terms Frequency | UNKNOWN | Term Duration | |
| Balance | $5,665 | Date Opened | Oct 06, 2021 |
| Amount Past Due | $5,665 | Date Reported | Jan 07, 2025 |
| Actual Payment Amount | | Date of Last Payment | |

**EIS-RODGERS-000239**

| | | | |
|---|---|---|---|
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 38 | Delinquency First Reported | Nov 2021 |
| Activity Designator | | Creditor Classification | AUTOMOTIVE |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Debt Buyer Account | Date Closed | |
| Date of First Delinquency | Jan 08, 2020 | | |

## Comments

Collection account

## Contact

NCB MANAGEMENT SERVICES, I
1 Allied Dr
Trevose, PA  19053-6945
(215) 244-4200

EQUIFAX          ASANTI RODGERS | Feb 04, 2025          Page 31 of 46

Summary  ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

**EIS-RODGERS-000240**

# 6. Consumer Statements

Consumer Statements are explanations of up to 100 words you can attach to your credit file to provide more information on an item you may disagree with or would like to provide details on. Consumer statements are voluntary and have no impact on your credit score.

You currently do not have any Consumer Statements in your file.

**EIS-RODGERS-000241**

# 7. Personal Information

Creditors use your personal information primarily to identify you. This information has no impact on your credit score.

## Identification

Identification is the information in your credit file that indicates your current identification as reported to Equifax. It does not affect your credit score or rating.

| | |
|---|---|
| Name | ASANTI I RODGERS |
| Formerly known as | |
| Social Security Number | xxxxx 6010 |
| Age or Date of Birth | Sep 24, 1997 |

## Other Identification

You currently do not have any Other Identifications in your file.

## Alert Contact Information

You currently do not have any Alert Contacts in your file.

## Contact Information

Contact information is the information in your credit file that indicates your former and current addresses as reported to Equifax. It does not affect your credit score or rating.

| Address | Status | Date Reported |
|---|---|---|
| 807 S POST OAK LN APT 2114 HOUSTON, TX 77056 | Current | Jan 18, 2025 |
| 1128 BURR ST GARY, IN 46406 | Former | Feb 01, 2025 |

## Employment History

Employment history is the information in your credit file that indicates your current and former employment as reported to Equifax. It does not affect your credit score or rating.

| Company | Occupation |
|---|---|
| RODGERS TRANSPORTATI | |
| BLACK TIE FORMALWEAR | |

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000242**

# 8. Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

## Hard Inquiries

Inquiries that may impact your credit rating/score

These are inquiries made by companies with whom you have applied for a loan or credit. They may remain on your file up to 2 years.

You currently do not have any Hard Inquiries in your file.

## Soft Inquiries

Inquiries that do not impact your credit rating/score

These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

| Date | Company | Request Originator | Description |
|------|---------|--------------------|-------------|
| Feb 03, 2025 | EQUIFAX INC (0100) | | ID Report |
| Sep 13, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 10, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Sep 10, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 08, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 07, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 06, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 03, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 30, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 27, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 23, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 22, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 20, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 20, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 16, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 15, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 13, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |

EIS-RODGERS-000243

| Aug 13, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
|---|---|---|
| Aug 12, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 10, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 09, 2024 | COMCAST - CHICAGO | Credit Report |
| Aug 09, 2024 | COMCAST-ATLANTA | ID Report |
| Aug 08, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 06, 2024 | CREDIT KARMA, INC. | Credit Report |
| Aug 06, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 05, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 01, 2024 | EQUIFAX | Direct to Consumer Report |
| Jul 30, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 23, 2024 | COMCAST | Account Review Inquiry |
| Jul 18, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 02, 2024 | CREDIT KARMA, INC. | Credit Report |
| Mar 26, 2024 | EQUIFAX | Credit Report |

EIS-RODGERS-000244

# 9. Public Records

This section includes public record items Equifax obtained from local, state and federal courts through a third party vendor, LexisNexis. They can be contacted at: https://equifaxconsumers.lexisnexis.com

LexisNexis Consumer Center
P.O. Box 105615
Atlanta, GA 30348-5108

## Bankruptcies

Bankruptcies are a legal status granted by a federal court that indicates you are unable to pay off outstanding debt. Bankruptcies stay on your credit report for up to 10 years, depending on the chapter of bankruptcy you file for. They generally have a negative impact on your credit score.

You currently do not have any Bankruptcies in your file.

## Judgments

Judgments are a legal status granted by a court that indicates you must pay back an outstanding debt. Judgments stay on your credit report up to 7 years from the date filed and generally have a negative impact on your credit score.

You currently do not have any Judgments in your file.

## Liens

A lien is a legal claim on an asset, and Equifax only collects tax related liens. Liens stay on your credit report up to 10 years and generally have a negative impact on your credit score.

You currently do not have any Liens in your file.

EQUIFAX                ASANTI RODGERS | Feb 04, 2025                Page 36 of 46

Summary  >  Revolving  >  Mortgage  >  Installment  >  Other  >  Statements  >  Personal Info  >  Inquiries  >  Public Records  >  Collections

**EIS-RODGERS-000245**

# 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

**Date Reported: Jan 28, 2025**

| | | | |
|---|---|---|---|
| **Collection Agency** | CREDIT COLLECTIONS | **Balance Date** | Jan 28, 2025 |
| **Original Creditor Name** | LIBERTY MUTUAL IN CO | **Account Designator Code** | INDIVIDUAL_ACCOUNT |
| **Date Assigned** | Jan 11, 2023 | **Account Number** | xxxxx 14 |
| **Original Amount Owed** | $573 | **Creditor Classification** | Insurance |
| **Amount** | $573 | **Last Payment Date** | |
| **Status Date** | Jan 28, 2025 | **Date of First Delinquency** | |
| **Status** | UNPAID | | |

**Comments**

**Contact**

CREDIT COLLECTIONS
725 Canton St
Norwood, MA 02062-2679
(603) 570-4784

EQUIFAX     ASANTI RODGERS | Feb 04, 2025     Page 37 of 46

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

**EIS-RODGERS-000246**

**Date Reported: Jan 28, 2025**

| | | | |
|---|---|---|---|
| Collection Agency | CREDIT COLLECTIONS | Balance Date | Jan 28, 2025 |
| Original Creditor Name | ALLSTATE PROP CASUALTY CO | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Oct 17, 2023 | Account Number | xxxxxx 07 |
| Original Amount Owed | $252 | Creditor Classification | Insurance |
| Amount | $252 | Last Payment Date | |
| Status Date | Jan 28, 2025 | Date of First Delinquency | |
| Status | UNPAID | | |

**Comments**

**Contact**

CREDIT COLLECTIONS
725 CANTON ST
NORWOOD, MA  02062-2679
(617) 965-2000

EQUIFAX                ASANTI RODGERS | Feb 04, 2025                Page 38 of 46

Summary  >  Revolving  >  Mortgage  >  Installment  >  Other  >  Statements  >  Personal Info  >  Inquiries  >  Public Records  >  Collections

**EIS-RODGERS-000247**

**Date Reported: Dec 26, 2024**

| | | | |
|---|---|---|---|
| Collection Agency | CAINE & WEINER COMPANY INC | Balance Date | Dec 26, 2024 |
| Original Creditor Name | PROGRESSIVE | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Dec 28, 2020 | Account Number | xxxxxx 58 |
| Original Amount Owed | $383 | Creditor Classification | Insurance |
| Amount | $383 | Last Payment Date | |
| Status Date | Dec 26, 2024 | Date of First Delinquency | |
| Status | UNPAID | | |

## Comments

Consumer disputes this account information

## Contact

CAINE & WEINER COMPANY INC
5805 SEPULVEDA BLVD FL 4
VAN NUYS, CA 91411-2532
(877) 495-5603

**EIS-RODGERS-000248**

**Date Reported: Oct 08, 2024**

| | | | |
|---|---|---|---|
| Collection Agency | SEQUIUM ASSET SOLUTIONS, L | Balance Date | Oct 08, 2024 |
| Original Creditor Name | COMCAST | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Jul 22, 2024 | Account Number | xxxxxx 87 |
| Original Amount Owed | $127 | Creditor Classification | Cable or Cellular |
| Amount | $127 | Last Payment Date | |
| Status Date | Oct 08, 2024 | Date of First Delinquency | |
| Status | UNPAID | | |

**Comments**

**Contact**

SEQUIUM ASSET SOLUTIONS, L
1130 NCHASE PKWY SE STE 150
MARIETTA, GA 30067-6429
(678) 228-3054

**EIS-RODGERS-000249**

# 11. Dispute File Information

If you believe that any of the information found on this report is incorrect, there are 3 ways to launch an investigation about the information in this report.

When you file a dispute, the credit bureau you contact is required to investigate your dispute within 30 days. They will not remove accurate data unless it is outdated or cannot be verified.

To initiate a dispute online please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

To check the status or view the results of your dispute please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

**EIS-RODGERS-000250**

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la*

*Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

# 12. A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to** www.consumerfinance.gov/learnmore **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  o  a person has taken adverse action against you because of information in your credit report;

  o  you are the victim of identity theft and place a fraud alert in your file;

  o  your file contains inaccurate information as a result of fraud;

  o  you are on public assistance;

  o  you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

EIS-RODGERS-000251

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, www.consumerfinance.gov/learnmore

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact (see next page):**

EIS-RODGERS-000252

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a.Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552<br><br>b.Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2.To the extent not included in item 1 above:<br>a.National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b.State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c.Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d.Federal Credit Unions | a.Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b.Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c.Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d.National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3.Air carriers | Asst. General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4.Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street, SW<br>Washington, DC 20423 |
| 5.Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6.Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7.Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8.Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |

**EIS-RODGERS-000253**

| 9.Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
|---|---|

EIS-RODGERS-000254

# Your Rights Under State Law

## State of Texas - Notice to Texas Consumers

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year security alert. To obtain a copy of your credit file from Equifax call 1-800-685-1111 or write to PO Box 740241, Atlanta, Georgia, 30374-0241.

You have a right to place a "security alert" in your credit file. This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in the your name. Placement or removal of a security alert may be requested by calling 1-800-525-6285 or, you may send a written request to Equifax Information Services, PO Box 105069, Atlanta, GA 30348. With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after the you have followed all dispute procedures in Section 20.06 of the Texas Business and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

**EIS-RODGERS-000255**

EIS-RODGERS-000256

+1 (346) 601-6044
NCB MGT Srv INC — 8:15 AM ⓘ

**(877) 322-8228**
↗ unknown — Yesterday ⓘ

**+1 (346) 601-6180**
NCB MGT Srv INC — Yesterday ⓘ

**Mom**
↗ phone — Yesterday ⓘ

**Mom**
↗ phone — Sunday ⓘ

**+1 (415) 704-4709**
San Francisco, CA — Sunday ⓘ

**+1 (312) 922-2206**
↗ Chicago, IL — Sunday ⓘ

**1 (415) 523-9131**
↗ San Francisco, CA — Sunday ⓘ

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

## Fraudulent Addresses:

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

## Demand for Compliance:

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This serves as **final notice before legal action.** Govern yourselves accordingly.

**Sincerely,**
**Asanti Rodgers**

**EIS-RODGERS-000258**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0447

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

---

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
2. Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry
3. Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
4. Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
5. Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report
6. Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
7. Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry
8. Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
9. Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry
10. Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report
11. Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report
12. Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry

**EIS-RODGERS-000259**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0448

13. Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report
14. Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report
15. Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report
16. Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
17. Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report
18. Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
19. Aug 09, 2024 COMCAST - CHICAGO Credit Report
20. Aug 09, 2024 COMCAST-ATLANTA ID Report
21. Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
22. Aug 06, 2024 CREDIT KARMA, INC. Credit Report
23. Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
24. Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report
25. Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
26. Jul 23, 2024 COMCAST Account Review Inquiry
27. Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report
28. Jul 02, 2024 CREDIT KARMA, INC. Credit Report

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

I demand the following actions be taken within 15 days:

1. Immediate removal of all unauthorized and fraudulent inquiries listed above.
2. Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.
3. Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.

**EIS-RODGERS-000260**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0449

4. **A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.**

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000261

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0450

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts – Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the following accounts from my credit file, as they represent clear violations of my consumer rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act (12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028), and other applicable laws.Additionally, I am demanding compensation for Equifax's violations and data breach, which have resulted in financial loss, employment setbacks, emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy and integrity of my credit report.

---

## I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May 2024.
- On May 28, 2024, I received an official letter from the Department of Education confirming the discharge and directing all credit bureaus, including Equifax, to remove these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating 15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to these accounts, further violating 15 U.S.C. § 1681e(b)

**EIS-RODGERS-000262**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0451

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

**EIS-RODGERS-000263**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0452

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000264**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0453