# PART 2

# EQUIFAX'S DOCUMENT PRODUCTION

# BATES NOS. 265-529

DEMAND:

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

DEMAND:

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- FCRA (15 U.S.C. § 1681n & § 1681o)
- Fair Debt Collection Practices Act (15 U.S.C. § 1692)
- Financial Privacy Act (12 U.S.C. § 3401 et seq.)
- Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000265**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0454

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000266**

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan..
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

**EIS-RODGERS-000267**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0456

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

**5. Emotional Distress & Human Trafficking**

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

## IV. Legal Violations Committed by Equifax

**Federal Violations:**

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

**State Violations (Illinois Laws):**

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

## V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
    - **$24,000** – Housing denial damages.
    - **$25,630** – Auto loan denial damages.
    - **$8,214.51** – Unfair rental car fees due to loan denial.
    - **$12,537.89** – Credit repair & identity theft damages.

**EIS-RODGERS-000268**

- $10,000 – Emotional distress & human trafficking
- Total: $80,382.40

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000269**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0458

## FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
175724060

I am a victim of identity theft. This is my official statement about the crime.

### Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Asanti | | Rodgers | |

| Address: | Phone: | Email: |
|---|---|---|
| 1128 burr st<br>gary , IN 46406<br>USA | 832-622-5147 | hello@asantirodgers.com |

### Personal Statement

Victim of several counts of identity theft. reporting the names, addresses, phone numbers, and accounts mentioned below as well as these addresses 7218 hillside ave apt 207 Los Angeles ca 90046, 753 e 79th st Chicago IL 60619, 1128 N 1st gary in 46406 and these collection accounts that resulted from Identity theft NCB Management services, Caine Weiner, Credit Control Services INC, Credit Collection Service. I demand all fraudulent items be removed from each credit report permanently, all collection activities cease pursuant to my rights.

### Accounts Affected by the Crime

**Credit Card Opened by the Thief**

| Company or Organization: | Discover Bank | |
|---|---|---|
| Account Number: | 6762 | |

| Date that I discovered it: | Total fraudulent amount: | |
|---|---|---|
| 4/2023 | $ 3000 | |

**Fraudulent Auto Loan or Lease**

| Company or Organization: | Credit Acceptance | |
|---|---|---|
| Account Number: | 105212990 | |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 4/2022 | 4/2023 | $ 56856 |

EIS-RODGERS-000270

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0459

| Fraudulent Insurance | |
|---|---|
| Company or Organization: | Credit Collections Liberty Mutual |
| Date that I discovered it: | Total fraudulent amount: |
| 4/2023 | $ 573 |

| Fraudulent Insurance | |
|---|---|
| Company or Organization: | Caine & Weiner Progressive |
| Date that I discovered it: | Total fraudulent amount: |
| 4/2023 | $ 383 |

| Fraudulent Insurance | |
|---|---|
| Company or Organization: | CREDIT COLLECTIONs All State |
| Date that I discovered it: | Total fraudulent amount: |
| 4/2023 | $ 252 |

## Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Personal Information | Names: Asanti rodgels,asanti rogers<br>Addresses: 1705 HARBOR DR SHREVEPORT LA and more<br>Phone numbers: 3124339010,3122416008<br>Employment Information: black tie formal wear,rodgers transportation |
| Credit Inquiries | all credit karma inquiries, discover bank, bank of america |

## Suspect Information

| Name | kani mckinley |
|---|---|
| Contact Information | Address: 18505 torrence ave apt lansing IL 60438 USA |
| Relationship | Other |
| Additional Details | breach |

EIS-RODGERS-000271

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0460

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Asanti Rodgers**                                              **8/2/2024**

Asanti Rodgers                                                   Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

8/2/24, 2:16 AM

**EIS-RODGERS-000272** Page 3 of 3

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0461





Equifax
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND, IN 46322
FEB 04, 2025
$11.26
S2322W500336-71

Retail
UNITED STATES POSTAL SERVICE
30309
RDC 99

9589 0710 5270 1031 8919 16

Asanti Rodgers
1125 Bum St,
Gary, IN 41406



EIS-RODGERS-000273

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462



EIS-RODGERS-000274

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462

SSN : ███████

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|------|-------------|----------|--------|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID : 5053571411**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|------|----------------|-------------|-------|---------|
| 02/23/2025 | 5053571411-24 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-25 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-26 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-27 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-23 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-22 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-21 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-19 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-18 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-20 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-15 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-16 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-17 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-14 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-13 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-12 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-10 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-11 | | MAINTENANCE | 999-DLT |
| 02/23/2025 | 5053571411-999 | I52 | MAINTENANCE | 999-DNC EXIST//NO PERP FOUND |
| 02/22/2025 | 5053571411-999 | A1U | CREATION | 999-FTC RECEIVE, REF NO :- 162907793 , DATE :- 02/20/2025 , INVALID DUE TO SUPPORTING CA & SSN DOCS NOT RECEIVED |
| 02/22/2025 | 5053571411-999 | A1U | CREATION | 999-FORM LETTER SENT FOR CA & SSN DOCS REQUEST #5053571248 |
| 02/22/2025 | 5053571411-999 | A1U | CREATION | 999-FORM LETTER SENT FOR BLOCK REJECTION #5053571430 |
| 02/22/2025 | 5053571411-999 | A1U | CREATION | 700-FRD - TEAM 44 |
| 02/22/2025 | 5053571411-999 | A1U | CREATION | 999-CONSUMER DISPUTED CURRENT ADDRESS |
| 02/22/2025 | 5053571411-999 | A1U | CREATION | 999-DNC EXIST |
| 02/22/2025 | 5053571411-999 | A1U | CREATION | 999-NO ID SCAN ALERT ON FILE // NOT PROVIDED ANY DOCS |

EIS-RODGERS-000275

**EQUIFAX**

CREDIT FILE : February 23, 2025

Confirmation # 5053571411

Dear ASANTI RODGERS:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words to your credit report.  If you provide a consumer statement that contains medical information related to

(End of Report)
000004943-DISC

5053571411-I52-0e7b013900000295-02232025

P. Box 105518
Atlanta, GA 30348

00000004943- DISC
ASANTI RODGERS
1128 BURR ST
GARY, IN 46406-2158

USDC IN/ND case 2:25-cv-00242-PPS-AZ     document 86     filed 06/14/26     page 13 of 266

**EIS-RODGERS-000276**

services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://equifax.com/personal/disputes.  You may also mail your documents to P.O. Box 740256,  Atlanta, GA 30374-0256 or contact us by calling us at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 14 of 266

EIS-RODGERS-000277

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 15 of 266

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may  request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at equifax.com/personal/help/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| *The Results Of Our Reinvestigation* |
| --- |

>>> *We have reviewed the former employment information. The results are:* THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE.  *Black tie formalwear; First reported:  03/2022    last reported:  03/2022*

>>> *We have reviewed the employment information. The results are:* THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE.  *Rodgers transportati; First reported:  03/2022    last reported:  03/2022*

>>> *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE.  *Inquiry date:  08/06/2024    nd      credit karma, inc.s  eis*

EIS-RODGERS-000278

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 08/13/2024    prm     credit karma, inc.s**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 08/20/2024    prm     credit karma, inc.s**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 08/27/2024    prm     credit karma, inc.s**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 09/03/2024    prm     credit karma, inc.s**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 09/10/2024    prm     credit karma, inc.s**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 08/08/2024    cons rptcredit karma, incs 29 eis/credit karma**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 08/22/2024    cons rptcredit karma, incs 29 credit karma**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 08/23/2024    cons rptcredit karma, incs 29 credit karma**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 08/30/2024    cons rptcredit karma, incs 29 credit karma**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 09/06/2024    cons rptcredit karma, incs 29 credit karma**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 09/07/2024    cons rptcredit karma, incs 29 credit karma**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 09/08/2024    cons rptcredit karma, incs 29 credit karma**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 09/10/2024    cons rptcredit karma, incs 29 credit karma**

---

>>> **The information you disputed has been received. The results are:** THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. **Inquiry date: 09/13/2024    cons rptcredit karma, incs 29 credit karma**

---

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 16 of 266

EIS-RODGERS-000279

**>>>** *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/09/2024    id    comcast-atlantas  equifax*

**>>>** *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 08/09/2024    nd    comcast - chicagos  eis/equifax*

**>>>** *The information you disputed has been received. The results are:* THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED. THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. *Inquiry date: 07/23/2024    ar    comcasts  eis*

**>>>** THE DISPUTED NAME IS CURRENTLY NOT REPORTING ON EQUIFAX CREDIT FILE. *Name:  ASANTI RODGELS*

**>>>** THE DISPUTED NAME IS CURRENTLY NOT REPORTING ON EQUIFAX CREDIT FILE. *Name:  ASANTI ROGERS*

**>>>** THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Company Name:CAINE & WEINER PROGRESSIVE; Account Number: NA*

**>>>** THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Company Name: CAINE WEINER; Account Number: NA*

**>>>** THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Company Name: CREDIT CONTROL SERVICES INC; Account Number: NA*

**>>>** THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Company Name: SEQUIUM ASSET SOLUTIONS L; Account Number: 87*

**>>>** THE DISPUTED ADDRESS IS CURRENTLY NOT REPORTING ON EQUIFAX CREDIT FILE. *7218 HILLSIDE AVE APT 207; LOS ANGELES CA 90046*

**>>>** THE DISPUTED ADDRESS IS CURRENTLY NOT REPORTING ON EQUIFAX CREDIT FILE. *753 E 79TH ST; CHICAGO IL 60619*

**>>>** THE DISPUTED ADDRESS IS CURRENTLY NOT REPORTING ON EQUIFAX CREDIT FILE. *1128 N 1ST; GARY IN 46406*

**>>>** THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: DISCOVER BANK*

**>>>** THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: BANK OF AMERICA*

**>>>** THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: CREDIT KARMA INC; Date: 08/16/2024*

**>>>** THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: CREDIT KARMA INC; Date: 08/15/2024*

**>>>** THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: CREDIT KARMA INC; Date: 08/13/2024*

EIS-RODGERS-000280

>>> THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: CREDIT KARMA INC; Date: 08/12/2024*

>>> THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: CREDIT KARMA INC; Date: 08/10/2024*

>>> THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: CREDIT KARMA INC; Date: 08/05/2024*

>>> THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. *Name: CREDIT KARMA INC; Date: 07/30/2024*

>>> THE DISPUTED TELEPHONE NUMBER IS CURRENTLY NOT REPORTING ON EQUIFAX CREDIT FILE. *(312) 433-9010*

>>> THE DISPUTED TELEPHONE NUMBER IS CURRENTLY NOT REPORTING ON EQUIFAX CREDIT FILE. *(312) 241-6008*

| Collection Agency Information | *(This section includes accounts that have been placed for collection with a collection agency.)* |
|---|---|

>>> *We have researched the collection account. Account # - \*5614 The results are:* - THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION. If you have additional questions about this item please contact: **CCS COLLEC, 725 Canton St, Norwood, MA 02062-2679 Phone: (603) 570-4784***

**CREDIT COLLECTIONS** *725 Canton St Norwood MA 020622679 : (603) 570-4784*

| Account Number | | Date Reported | Date Assigned | Creditor Class | Client Name | Original Amount |
|---|---|---|---|---|---|---|
| *5614 | | 02/18/2025 | 01/11/2023 | Insurance | CREDIT COLLECTIONS | $573 |

| Status Date | Status | Date of 1st Delinquency | Balance Date | Balance Amount | Last Payment Date | Whose Account |
|---|---|---|---|---|---|---|
| 02/18/2025 | Unpaid | 11/30/2022 | 02/18/2025 | $573 | | Individual Account |

ADDITIONAL INFORMATION:

*Consumer Disputes - Reinvestigation in Process*
*Consumer Disputes This Account Information*

>>> *We have researched the collection account. Account # - \*1107 The results are:* - THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION. If you have additional questions about this item please contact: **CCS COLLEC, 725 CANTON ST, NORWOOD, MA 02062-2679 Phone: (617) 965-2000***

**CREDIT COLLECTIONS** *725 CANTON ST NORWOOD MA 020622679 : (617) 965-2000*

| Account Number | | Date Reported | Date Assigned | Creditor Class | Client Name | Original Amount |
|---|---|---|---|---|---|---|
| *1107 | | 02/18/2025 | 10/17/2023 | Insurance | CREDIT COLLECTIONS | $252 |

| Status Date | Status | Date of 1st Delinquency | Balance Date | Balance Amount | Last Payment Date | Whose Account |
|---|---|---|---|---|---|---|
| 02/18/2025 | Unpaid | 07/23/2023 | 02/18/2025 | $252 | | Individual Account |

ADDITIONAL INFORMATION:

*Consumer Disputes - Reinvestigation in Process*
*Consumer Disputes This Account Information*

| Credit Account Information |
|---|

EIS-RODGERS-000281

| *(For your security, the last 4 digits of account number(s) have been replaced by \*) (This section includes open and closed accounts reported by   credit grantors)* | | |
|---|---|---|
| ***Account History Status Code Descriptions*** | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |

>>>  ***We have researched the credit account. Account # - \*2990 The results are:***  - THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *HISTORICAL ACCOUNT INFORMATION.   If you have additional questions about this item please contact:  ***CREDIT ACCEPTANCE CORPORAT, PO BOX 5070, SOUTHFIELD, MI 48086-5070 Phone: (800) 634-1506***

***CREDIT ACCEPTANCE CORPORAT***      PO BOX 5070 SOUTHFIELD MI 480865070 : 8006341506

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *2990 | 04/02/2022 | $29,355 | | 72 Months | Monthly | 33 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15/2025 | $23,495 | $23,495 | 03/20/2024 | | | 11/01/2022 | | 02/15/2025 | | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Repossession | Installment | Auto | Individual Account | | |

ADDITIONAL INFORMATION:
***Consumer Disputes - Reinvestigation in Process***

***Involuntary Repossession***

***Auto***

***Fixed Rate***

Account History with Status Codes

| 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 |
|---|---|---|---|---|---|---|---|---|---|
| K | K | K | K | K | K | K | K | K | K |
| 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
| K | K | K | 6 | 5 | 4 | 4 | 3 | 2 | 2 |
| 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | | | |
| 2 | 1 | 1 | 2 | 2 | 2 | 1 | | | |

| Historical Account Information | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
| 01/25 | $23,400 | | | *03/20/2024* | $29,355 | | $23,400 | Auto | | |
| 12/24 | $23,304 | | | *03/20/2024* | $29,355 | | $23,304 | Auto | | |
| 11/24 | $23,211 | | | *03/20/2024* | $29,355 | | $23,211 | Auto | | |
| 10/24 | $23,116 | | | *03/20/2024* | $29,355 | | $23,116 | Auto | | |

EIS-RODGERS-000282

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/24 | $23,023 | | | *03/20/2024* | $29,355 | | $23,023 | Auto | |
| 08/24 | $22,928 | | | *03/20/2024* | $29,355 | | $22,928 | Auto | |
| 07/24 | $22,832 | | | *03/20/2024* | $29,355 | | $22,832 | Auto | |
| 06/24 | $22,739 | | | *03/20/2024* | $29,355 | | $22,739 | Auto | |
| 05/24 | $22,644 | | | *03/20/2024* | $29,355 | | $22,644 | Auto | |
| 04/24 | $22,560 | | $8,900 | *03/20/2024* | $29,355 | | $22,560 | Auto | |
| 03/24 | $32,590 | $754 | | *10/02/2023* | $29,355 | | $7,034 | Auto | |
| 02/24 | $31,382 | $754 | | *10/02/2023* | $29,355 | | $6,279 | Auto | |
| 01/24 | $30,442 | $754 | | *10/02/2023* | $29,355 | | $5,523 | Auto | |
| 12/23 | $29,950 | $754 | | *10/02/2023* | $29,355 | | $4,768 | Auto | |
| 11/23 | $29,453 | $754 | | *10/02/2023* | $29,355 | | $4,013 | Auto | |
| 10/23 | $28,949 | $754 | $1,080 | *10/02/2023* | $29,355 | | $3,258 | Auto | |
| 09/23 | $29,021 | $754 | | *06/17/2023* | $29,355 | | $3,253 | Auto | |
| 08/23 | $28,476 | $754 | | *06/17/2023* | $29,355 | | $2,468 | Auto | |
| 07/23 | $27,927 | $754 | $754 | *06/17/2023* | $29,355 | | $1,683 | Auto | |
| 06/23 | $28,128 | $754 | $754 | *05/20/2023* | $29,355 | | $1,653 | Auto | |
| 05/23 | $28,323 | $754 | $754 | *04/22/2023* | $29,355 | | $1,623 | Auto | |
| 04/23 | $28,513 | $754 | $800 | 03/01/2023 | $29,355 | | $1,593 | Auto | |
| 03/23 | $28,744 | $754 | $800 | *02/18/2023* | $29,355 | | $853 | Auto | |
| 02/23 | $28,969 | $754 | $754 | 01/01/2023 | $29,355 | | $1,623 | Auto | |

>>> *We have researched the credit account. Account # - *0001 The results are:* - THE FOLLOWING FIELDS HAVE BEEN MODIFIED:
*ADDITIONAL INFORMATION.* If you have additional questions about this item please contact: *MOHELA/DEP, 633 Spirit Dr, Chesterfield, MO*

(End of Report)
000004943-DISC

5053571411-I52-0e7b013900000295-02232025

EIS-RODGERS-000283

### MOHELA/DEPT OF ED
**633 Spirit Dr Chesterfield MO 630051243 : 8888664352**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *0001 | 11/18/2016 | $2,000 | | | Monthly | 33 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2021 | $0 | | 04/01/2018 | $2,185 | | 10/01/2018 | | | | | | | 09/01/2019 |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Account closed; was over 120 Days Past Due | Installment | Education Loan | Individual Account | | |

ADDITIONAL INFORMATION:

*Consumer Disputes - Reinvestigation in Process*

Account History with Status Codes

| | 07/2018 |
|---|---|
| | 3 |

>>> *We have researched the credit account. Account # - \*1241 The results are:* - THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION.* If you have additional questions about this item please contact: *NCB MANAGE, 1 Allied Dr, Trevose, PA 19053-6945 Phone: (215) 244-4200*

### NCB MANAGEMENT SERVICES, I
**1 Allied Dr Trevose PA 190536945 : 2152444200**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *1241 | 10/06/2021 | $5,665 | | | | 39 | | Automotive |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/2025 | $5,665 | $5,665 | | | | 01/08/2020 | | | | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Open | Debt Buyer Account | Individual Account | Original Creditor | EXETER FINANCE LLC | |

ADDITIONAL INFORMATION:

*Consumer Disputes - Reinvestigation in Process*

*Collection Account*

Account History with Status Codes

EIS-RODGERS-000284

| | 01/2025 G | 12/2024 G | 11/2024 G | 10/2024 G | 09/2024 G | 08/2024 G | 07/2024 G | 06/2024 G | 05/2024 G | 04/2024 G |
| | 03/2024 G | 02/2024 G | 01/2024 G | 12/2023 G | 11/2023 G | 10/2023 G | 09/2023 G | 08/2023 G | 07/2023 G | 06/2023 G |
| | 05/2023 G | 04/2023 G | | | | | | | | |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 12/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 11/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 10/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 09/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 08/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 07/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 06/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 05/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 04/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 03/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 02/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 01/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 12/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 11/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 10/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 09/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 08/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 07/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |

EIS-RODGERS-000285

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 05/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 04/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 03/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |

>>> **We have researched the credit account. Account # - \*0002 The results are:** - THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION. If you have additional questions about this item please contact: **MOHELA/DEP, 633 Spirit Dr, Chesterfield, MO 63005-1243 Phone: (888) 866-4352**

**MOHELA/DEPT OF ED**     **633 Spirit Dr Chesterfield MO 630051243 : 8888664352**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *0002 | 12/09/2016 | $1,523 | | | Monthly | 32 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2021 | $0 | | 04/01/2019 | $1,621 | | 10/01/2018 | | | | | | | 09/01/2019 |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Account closed; was over 120 Days Past Due | Installment | Education Loan | Individual Account | | |

ADDITIONAL INFORMATION:
*Consumer Disputes - Reinvestigation in Process*

Account History with Status Codes

| | 07/2018 |
|---|---|
| | 3 |

>>> **We have researched the credit account. Account # - \*6762 The results are:** - THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *HISTORICAL ACCOUNT INFORMATION. If you have additional questions about this item please contact: **DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 Phone: (800) 347-7000**

**DISCOVER BANK**     **PO BOX 30939 SALT LAKE CITY UT 841300939 : 8003477000**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

EIS-RODGERS-000286

**DISCOVER BANK**      PO BOX 30939 SALT LAKE CITY UT 841300939 : 8003477000

*6762                    09/09/2021   $2,676         $2,000              Monthly            40

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/22/2025 | $2,676 | $2,676 | 02/09/2023 | | | 03/22/2023 | | | $2,676 | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Revolving | Credit Card | Individual Account | | |

ADDITIONAL INFORMATION:

*Consumer Disputes - Reinvestigation in Process*

Account History with Status Codes

| 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 |
|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L |

| 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 |
|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | 6 | 5 | 4 | 3 | 2 |

| 04/2023 | 01/2023 | 12/2022 |
|---|---|---|
| 1 | 2 | 1 |

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | No Data Available | | | | | | | | |
| 12/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 11/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 10/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 09/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 08/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 07/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 06/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 05/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 04/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |

EIS-RODGERS-000287

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 02/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 01/24 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 12/23 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 11/23 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 10/23 | $2,676 | | | *02/09/2023* | $2,676 | $2,000 | $2,676 | Credit Card | |
| 09/23 | $2,676 | $108 | | *02/09/2023* | $2,676 | $2,000 | $626 | Credit Card | Closed |
| 08/23 | $2,573 | $103 | | *02/09/2023* | $2,573 | $2,000 | $523 | Credit Card | Closed |
| 07/23 | $2,472 | $99 | | *02/09/2023* | $2,472 | $2,000 | $424 | Credit Card | Closed |
| 06/23 | $2,376 | $96 | | *02/09/2023* | $2,376 | $2,000 | $328 | Credit Card | Closed |
| 05/23 | $2,280 | $92 | | *02/09/2023* | $2,316 | $2,000 | $236 | Credit Card | Closed |
| 04/23 | $2,188 | $88 | | 02/01/2023 | $2,316 | $2,000 | $148 | Credit Card | Closed |
| 03/23 | $2,097 | $148 | | *02/09/2023* | $2,316 | $2,000 | | Credit Card | Closed |
| 02/23 | $2,024 | $64 | | 02/01/2023 | $2,316 | $2,000 | | Credit Card | Closed |

(End of Report)
000004943-DISC

5053571411-I52-0e7b013900000295-02232025

EIS-RODGERS-000288

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.equifax.com/personal/disputes.

Thank you for giving Equifax the opportunity to serve you.

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 26 of 266

EIS-RODGERS-000289

## State of Texas - Notice to Texas Consumers

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year  security alert. To obtain a copy of your credit file from Equifax call 1-800-685-1111 or write to PO Box 740241, Atlanta, Georgia, 30374-0241.

You have a right to place a "security alert" in your credit file.  This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in the your name.  Placement or removal of a security alert may be requested by calling 1-800-525-6285 or, you may send a written request to Equifax Information Services, PO Box 105069, Atlanta, GA 30348.  With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after the you have followed all dispute procedures in Section 20.06 of the Texas Business and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

EIS-RODGERS-000290

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 28 of 266

EIS-RODGERS-000291

## State of Texas- Notice to Texas Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

**EIS-RODGERS-000292**

# EQUIFAX

| **Personal Identification Information** (This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.) |
|---|

Name On File:      ASANTI I RODGERS
Social Security #      XXX-XX-6010    Date of Birth: ▆▆▆▆▆▆▆▆
Current Address:      807 S POST OAK LN APT 2114, Houston, TX 77056   Reported: 02/2025
Previous Address(es):    ▆▆▆▆▆▆▆▆▆▆▆▆▆ (773)762-9282 Reported: 02/2025

**ALERT(s):**      ID Theft Victim - Information Blocked Due To Police Or DMV Report
                    File Blocked For Promotional Purposes

**Please address all future correspondence to:**



www.equifax.com/personal/disputes

Equifax Information Services LLC
P.O. Box 105518
Atlanta, GA 30348

Phone: (888) EQUIFAX, (888) 378-4329
M - F 9:00am to 5:00pm in your time zone.

| **Collection Agency Information** (This section includes accounts that credit grantors have placed for collection with a collection agency.) |
|---|

CREDIT COLLECTIONS; Collection Reported 02/18/2025; Assigned 01/11/2023; Creditor Class - Insurance; Original Creditor - LIBERTY MUTUAL IN CO; Amount - $573; Status as of 02/18/2025- Unpaid; Date of 1st Delinquency 11/30/2022; Balance as of 02/18/2025 - $573; Individual Account; Account # - *5614; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Consumer Disputes This Account Information; **Address:** 725 Canton St Norwood MA 020622679: (603)570-4784

CREDIT COLLECTIONS; Collection Reported 02/18/2025; Assigned 10/17/2023; Creditor Class - Insurance; Original Creditor - ALLSTATE PROP CASUALTY CO; Amount - $252; Status as of 02/18/2025- Unpaid; Date of 1st Delinquency 07/23/2023; Balance as of 02/18/2025 - $252; Individual Account; Account # - *1107; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Consumer Disputes This Account Information; **Address:** 725 CANTON ST NORWOOD MA 020622679: (617)965-2000

| **Credit Account Information** |
|---|
| (For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors) |

**Account Column Title Descriptions:**

| | | | |
|---|---|---|---|
| Account Number | - | The Account number reported by credit grantor | |
| Date Acct. Opened | - | The Date that the credit grantor opened the account | |
| High Credit | - | The Highest Amount Charged | |
| Credit Limit | - | The Highest Amount Permitted | |
| Terms Duration | - | The Number of Installments or Payments | |
| Terms Frequency | - | The Scheduled Time Between Payments | |
| Months Reviewed | - | The Number of Months Reviewed | |
| Activity Designator | - | The Most Recent Account Activity | |
| Creditor Class | - | The Type of Company Reporting The Account | |
| Date Reported | - | Date of Last Reported Update | |
| Balance Amount | - | The Total Amount Owed as of the Date Reported | |
| Status | - | Condition of Account When Last Updated by | |

| | | |
|---|---|---|
| Amount Past Due | - | The Amount Past Due as of the Date Reported |
| Date of Last Paymnt | - | The Date of Last Payment |
| Actual Pay Amt | - | The Actual Amount of Last Payment |
| Sched Pay Amt | - | The Requested Amount of Last Payment |
| Date of 1st Delinquency | - | The Date of First Delinquency |
| Date of Last Actvty | - | The Date of the Last Account Activity |
| Date Maj Delq Rptd | - | The Date the 1st Major Delinquency Was Reported |
| Charge Off Amt | - | The Amount Charged Off by Creditor |
| Deferred Pay Date | - | The 1st Payment Due Date for Deferred Loans |
| Balloon Pay Amt | - | The Amount of Final(Balloon) Payment |
| Balloon Pay Date | - | The Date of Final(Balloon) Payment |
| Date Closed | - | The Date the Account was Closed |

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 30 of 266

**EIS-RODGERS-000293**

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J: Voluntary Surrender |
| --- | --- | --- | --- |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K: Repossession |
| | 3 : 90-119 Days Past Due | G: Collection Account | L: Charge Off |
| | 4 : 120-149 Days Past Due | H: Foreclosure | |

**Creditor  or Otherwise**

**CREDIT ACCEPTANCE CORPORAT    PO BOX 5070 SOUTHFIELD MI 480865070 : 8006341506**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| *2990 | 04/02/2022 | $29,355 | | 72 Months | Monthly | 33 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 02/15/2025 | $23,495 | $23,495 | 03/20/2024 | | | 11/01/2022 | | 02/15/2025 | | | | | |

Status - Repossession; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Involuntary Repossession; Auto; Fixed Rate;

| Account History with Status Codes | 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | K | K | K | K | K | K | K | K | K | K | K | K | K | 6 | 5 | 4 | 4 | 3 | 2 | 2 |

| | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2 | 1 | 1 | 2 | 2 | 2 | 1 |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/25 | $23,400 | | | 03/20/2024 | $29,355 | | $23,400 | Auto | |
| 12/24 | $23,304 | | | 03/20/2024 | $29,355 | | $23,304 | Auto | |
| 11/24 | $23,211 | | | 03/20/2024 | $29,355 | | $23,211 | Auto | |
| 10/24 | $23,116 | | | 03/20/2024 | $29,355 | | $23,116 | Auto | |
| 09/24 | $23,023 | | | 03/20/2024 | $29,355 | | $23,023 | Auto | |
| 08/24 | $22,928 | | | 03/20/2024 | $29,355 | | $22,928 | Auto | |
| 07/24 | $22,832 | | | 03/20/2024 | $29,355 | | $22,832 | Auto | |
| 06/24 | $22,739 | | | 03/20/2024 | $29,355 | | $22,739 | Auto | |
| 05/24 | $22,644 | | | 03/20/2024 | $29,355 | | $22,644 | Auto | |

EIS-RODGERS-000294

| Historical Account Information | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
| 04/24 | $22,560 | | $8,900 | 03/20/2024 | $29,355 | | $22,560 | Auto | | |
| 03/24 | $32,590 | $754 | | 10/02/2023 | $29,355 | | $7,034 | Auto | | |
| 02/24 | $31,382 | $754 | | 10/02/2023 | $29,355 | | $6,279 | Auto | | |
| 01/24 | $30,442 | $754 | | 10/02/2023 | $29,355 | | $5,523 | Auto | | |
| 12/23 | $29,950 | $754 | | 10/02/2023 | $29,355 | | $4,768 | Auto | | |
| 11/23 | $29,453 | $754 | | 10/02/2023 | $29,355 | | $4,013 | Auto | | |
| 10/23 | $28,949 | $754 | $1,080 | 10/02/2023 | $29,355 | | $3,258 | Auto | | |
| 09/23 | $29,021 | $754 | | 06/17/2023 | $29,355 | | $3,253 | Auto | | |
| 08/23 | $28,476 | $754 | | 06/17/2023 | $29,355 | | $2,468 | Auto | | |
| 07/23 | $27,927 | $754 | $754 | 06/17/2023 | $29,355 | | $1,683 | Auto | | |
| 06/23 | $28,128 | $754 | $754 | 05/20/2023 | $29,355 | | $1,653 | Auto | | |
| 05/23 | $28,323 | $754 | $754 | 04/22/2023 | $29,355 | | $1,623 | Auto | | |
| 04/23 | $28,513 | $754 | $800 | 03/01/2023 | $29,355 | | $1,593 | Auto | | |
| 03/23 | $28,744 | $754 | $800 | 02/18/2023 | $29,355 | | $853 | Auto | | |
| 02/23 | $28,969 | $754 | $754 | 01/01/2023 | $29,355 | | $1,623 | Auto | | |

**DISCOVER BANK    PO BOX 30939 SALT LAKE CITY UT 841300939 : 8003477000**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *6762 | | | 09/09/2021 | $2,676 | $2,000 | | Monthly | | 40 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/22/2025 | $2,676 | $2,676 | 02/09/2023 | | | 03/22/2023 | | | $2,676 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes -

(End of Report)
000004943-DISC

5053571411-I52-0e7b013900000295-02232025

EIS-RODGERS-000295

Reinvestigation in Process;

| Account History with Status Codes | 12/2024 L | 11/2024 L | 10/2024 L | 09/2024 L | 08/2024 L | 07/2024 L | 06/2024 L | 05/2024 L | 04/2024 L | 03/2024 L | 02/2024 L | 01/2024 L | 12/2023 L | 11/2023 L | 10/2023 L | 09/2023 6 | 08/2023 5 | 07/2023 4 | 06/2023 3 | 05/2023 2 |

| 04/2023 1 | 01/2023 2 | 12/2022 1 |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | No Data Available | | | | | | | | |
| 12/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 11/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 10/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 09/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 08/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 07/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 06/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 05/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 04/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 03/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 02/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 01/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 12/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 11/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 10/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |

(End of Report)
000004943-DISC

5053571411-I52-0e7b013900000295-02232025

EIS-RODGERS-000296

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/23 | $2,676 | $108 | | 02/09/2023 | $2,676 | $2,000 | $626 | Credit Card | Closed |
| 08/23 | $2,573 | $103 | | 02/09/2023 | $2,573 | $2,000 | $523 | Credit Card | Closed |
| 07/23 | $2,472 | $99 | | 02/09/2023 | $2,472 | $2,000 | $424 | Credit Card | Closed |
| 06/23 | $2,376 | $96 | | 02/09/2023 | $2,376 | $2,000 | $328 | Credit Card | Closed |
| 05/23 | $2,280 | $92 | | 02/09/2023 | $2,316 | $2,000 | $236 | Credit Card | Closed |
| 04/23 | $2,188 | $88 | | 02/01/2023 | $2,316 | $2,000 | $148 | Credit Card | Closed |
| 03/23 | $2,097 | $148 | | 02/09/2023 | $2,316 | $2,000 | | Credit Card | Closed |
| 02/23 | $2,024 | $64 | | 02/01/2023 | $2,316 | $2,000 | | Credit Card | Closed |

**NCB MANAGEMENT SERVICES, I     1 Allied Dr Trevose PA 190536945 : 2152444200**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *1241 | | 10/06/2021 | $5,665 | | | | | 39 | | | Automotive |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/2025 | $5,665 | $5,665 | | | | 01/08/2020 | | | | | | | |

Type of Account - Open; Type of Loan - Debt Buyer Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Collection Account;

| Account History with Status Codes | 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G |
| | 05/2023 | 04/2023 | | | | | | | | | | | | | | | | | | | |
| | G | G | | | | | | | | | | | | | | | | | | | |

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |

EIS-RODGERS-000297

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 11/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 10/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 09/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 08/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 07/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 06/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 05/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 04/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 03/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 02/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 01/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 12/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 11/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 10/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 09/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 08/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 07/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 06/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |

EIS-RODGERS-000298

| Historical Account Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 05/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 04/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 03/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |

**MOHELA/DEPT OF ED**   633 Spirit Dr Chesterfield MO 630051243 : 8888664352

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|
| *0002 | | 12/09/2016 | $1,523 | | | Monthly | | 32 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2021 | $0 | | 04/01/2019 | $1,621 | | 10/01/2018 | | | | | | | 09/01/2019 |

Status - Account closed; was over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

**Account History with Status Codes**   07/2018   3

**MOHELA/DEPT OF ED**   633 Spirit Dr Chesterfield MO 630051243 : 8888664352

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|
| *0001 | | 11/18/2016 | $2,000 | | | Monthly | | 33 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2021 | $0 | | 04/01/2019 | $2,185 | | 10/01/2018 | | | | | | | 09/01/2019 |

Status - Account closed; was over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

**Account History with Status Codes**   07/2018   3

**LEAD BANK**   515 CONGRESS AVE SUITE 2200 AUSTIN TX 78723 : 8778830999

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|
| *8223 | | 11/08/2020 | $501 | $400 | | Monthly | | 37 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/2023 | $0 | | 12/21/2023 | $501 | | | 12/21/2023 | | | | | | 12/20/2023 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Secured Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance; Secured Credit Card;

EIS-RODGERS-000299

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 37 of 266

**Account History with Status Codes**

| 11/2023 | 01/2021 |
|---------|---------|
| 1 | 1 |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|------|---------|------|------|------------|------|------|------|------|------|
| 01/25 | No Data Available | | | | | | | | |
| 12/24 | No Data Available | | | | | | | | |
| 11/24 | No Data Available | | | | | | | | |
| 10/24 | No Data Available | | | | | | | | |
| 09/24 | No Data Available | | | | | | | | |
| 08/24 | No Data Available | | | | | | | | |
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | No Data Available | | | | | | | | |
| 05/24 | No Data Available | | | | | | | | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | No Data Available | | | | | | | | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | $486 | $52 | | 09/05/2023 | $498 | $400 | $26 | Secured Credit Card | |
| 10/23 | $436 | $26 | | 09/05/2023 | $498 | $400 | | Secured Credit Card | |
| 09/23 | $426 | $52 | $83 | 09/05/2023 | $498 | $400 | | Secured Credit Card | |

(End of Report)
000004943-DISC

5053571411-I52-0e7b013900000295-02232025

**EIS-RODGERS-000300**

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/23 | $462 | $26 | | 07/25/2023 | $498 | $400 | | Secured Credit Card | |
| 07/23 | $451 | $26 | $50 | 07/25/2023 | $498 | $400 | | Secured Credit Card | |
| 06/23 | $366 | $26 | $50 | 06/24/2023 | $498 | $400 | | Secured Credit Card | |
| 05/23 | $407 | $26 | $26 | 05/08/2023 | $498 | $400 | | Secured Credit Card | |
| 04/23 | $408 | $26 | $40 | 04/24/2023 | $498 | $400 | | Secured Credit Card | |
| 03/23 | $397 | $28 | $50 | 03/01/2023 | $498 | $400 | | Secured Credit Card | |
| 02/23 | $386 | $55 | $55 | 02/01/2023 | $498 | $400 | | Secured Credit Card | |

**FINGERHUT    6250 RIDGEWOOD RD SAINT CLOUD MN 563030820 : 3206543800**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *7847 | 04/12/2022 | $0 | $400 | | Monthly | 13 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/2023 | $0 | | | | | | | | | | | | 01/01/2023 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor; Charge;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | No Data Available | | | | | | | | |
| 12/24 | No Data Available | | | | | | | | |
| 11/24 | No Data Available | | | | | | | | |
| 10/24 | No Data Available | | | | | | | | |
| 09/24 | No Data Available | | | | | | | | |

(End of Report)
000004943-DISC

5053571411-I52-0e7b013900000295-02232025

EIS-RODGERS-000301

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 39 of 266

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 08/24 | No Data Available | | | | | | | | |
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | No Data Available | | | | | | | | |
| 05/24 | No Data Available | | | | | | | | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | No Data Available | | | | | | | | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | No Data Available | | | | | | | | |
| 10/23 | No Data Available | | | | | | | | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | No Data Available | | | | | | | | |
| 07/23 | No Data Available | | | | | | | | |
| 06/23 | No Data Available | | | | | | | | |
| 05/23 | No Data Available | | | | | | | | |
| 04/23 | $0 | | | | $0 | $400 | | Charge Account | Paid and Closed |
| 03/23 | $0 | | | | $0 | $400 | | Charge Account | Paid and Closed |

EIS-RODGERS-000302

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/23 | $0 | | | | $0 | $400 | | Charge Account | Paid and Closed |

**FINGERHUT/WEBBANK      6250 Ridgewood Rd Saint Cloud MN 563030820 : 3206543800**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *9947 | 11/19/2021 | $109 | $400 | | Monthly | 7 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/13/2022 | $0 | | 03/01/2022 | | | | 03/01/2022 | | | | | | 04/01/2022 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

**AUSTIN CAPITAL BANK SSB      8100 Shoal Creek Blvd Austin TX 787578041 : 5126933600**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *9174 | 05/11/2021 | $1,000 | | 12 Months | Monthly | 12 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2022 | $0 | | 05/01/2022 | | | | 05/01/2022 | | | | | | 05/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured; Fixed Rate;

**SUNRISE LA      515 CONGRESS AVE SUITE 2200 SIOUX FALLS SD 57108 : 8778830999**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *5819 | 04/19/2020 | $520 | | 24 Months | Monthly | 23 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | $0 | | 03/01/2022 | $50 | | | 03/01/2022 | | | | | | 03/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured; Fixed Rate;

**CREDIT ACCEPTANCE CORPORAT      PO BOX 5070 SOUTHFIELD MI 480865070 : 8006341506**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *7654 | 07/17/2020 | $14,739 | | 72 Months | Monthly | 19 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | $0 | | 02/01/2022 | | | | 02/01/2022 | | | | | | 03/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Auto; Fixed Rate;

**Account History with Status Codes**

| | 02/2021 | 01/2021 | 12/2020 | 11/2020 |
|---|---|---|---|---|
| | 2 | 1 | 1 | 1 |

(End of Report)
000004943-DISC

5053571411-I52-0e7b013900000295-02232025

EIS-RODGERS-000303

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 41 of 266

*A request for your credit history is called an inquiry.  There are two types of inquiries - those that may impact your credit rating/score and those that do not.*

**Inquiries that do not impact your credit rating/score.**
*These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file.  They may remain on your file for up to 2 years.*

*Company Information - Prefix Descriptions:*

| Prefix | Description |
|---|---|
| AM OR AR - | Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors. |
| CAR RENT - | Inquiries with this prefix are from rental car companies regarding debit card payment acceptance. |
| COLLECT - | Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt. |
| CONS RPT - | Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product. |
| DDA - | Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account. |
| EMPL OR ND EMPL - | Inquiries with this prefix indicate an employment inquiry. |
| EQUIFAX OR EFX - | Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request. |
| FIN PLAN - | Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning. |
| INS - | Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes. |
| MEDICAL - | Inquiries with this prefix are from medical service providers. |
| ND - | Inquiries with this prefix are general inquiries that do not display to creditor grantors. |
| ND MR - | Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. |
| NON APPL - | Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant. |
| PR - | Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. |
| PREQAUTO - | Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease. |
| PREQCARD - | Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card. |
| PREQCOMM - | Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services. |
| PREQHE - | Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit. |
| PREQIL - | Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity. |
| PREQINS - | Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote. |
| PREQMTG - | Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan. |
| PREQOD - | Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit. |
| PREQ - | Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services. |
| PRM - | Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance. |
| REFRESH - | Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified. |
| SUPPORT - | Inquiries with this prefix are used by a social service agency related to a government benefit or child support. |
| UTILSERV - | Inquiries with this prefix are used when requesting utility services. |

EIS-RODGERS-000304

| Company Information | Inquiry Date(s) |
|---|---|
| EQUIFAX IN<br>1550 PEACHTREE ST NW ATLANTA GA 303092468  Phone: 4048858000 | 02/03/2025 |
| EQUIFAX<br>PO BOX 740250 ATLANTA GA 30374-0250  Phone: 6787957622 | 02/03/2025 08/01/2024 03/26/2024 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 02/23/2025 |
| EQUIFAX<br>PO Box 105069 Atlanta GA 303485069  Phone: 8006851111 | 02/22/2025 02/22/2025 02/10/2025 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 02/23/2025 |
| EQUIFAX UP<br>1550 PEACHTREE ST NW ATLANTA GA 303092402  Phone: 8006851111 | 02/23/2025 |

5053571411-I52-0e7b013900000295-02232025

EIS-RODGERS-000305

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

### *A Summary of Your Rights Under the Fair Credit Reporting Act*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;

  - you are the victim of identity theft and place a fraud alert in your file;

  - your file contains inaccurate information as a result of fraud;

  - you are on public assistance;

  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

000004943-DISC

5053571411-I52-0e7b013900000295-02232025

**EIS-RODGERS-000306**

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**EIS-RODGERS-000307**

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**EIS-RODGERS-000308**

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | <br><br>a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Association<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

## Commonly Asked Questions About Credit Files

**Q.**  *How can I correct a mistake in my credit file ?*
**A.**  Complete the Research Request form and give details of the information you believe is incorrect.  We will then check with the credit grantor, collection agency or public record source to see if any error has been reported.  Information that cannot be verified will be removed from your file.  If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.**  *If I do have credit problems, is there someplace where I can get advice and assistance ?*
**A.**  Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems.  CCCS can help you analyze your situation and work with you to develop solutions.  There are more than 600 CCCS offices throughout the country.  Call 1 (800) 388-2227 for the telephone number of the office nearest you.

**Q.**  *Once the fraud alert is added to my credit file, who will contact me to verify if an application is legitimate ?*
**A.**  When the credit grantor accesses your credit file, they should contact you as a part of their credit application approval process.

## Facts You Should Know

◌  The length of time an account or record remains in your credit file is shown below:
Collection Agency Accounts:  Remain for up to 7 years from the Date of 1st Delinquency.

Credit or Other Reported Accounts:    Accounts paid as agreed remain for up to 10 years from the Date  Reported.  Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

Public Records:    Remain for up to 7 years from the date filed, except:
Bankruptcy – Chapter 7 and 11 remain for up to 10 years from the date filed.
Bankruptcy – Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
Unpaid tax liens remain for up to 10 years from the date filed.
Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

New York State Residents Only:    Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

Payment history and Historical Account Information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship.  This history is included on both open accounts and accounts that have already been closed.

The historical account information reflects a broader view of your credit behavior over a 24 month period.  This history is also included on both open accounts and closed accounts.

Payment in full does not remove your payment history or historical account information.  If you have always paid an account as agreed, the account should not have payment history status information.  Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

◌  Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

◌  To protect your information from misuse, you should monitor any change in mail receipt patterns.  Ensure that documents containing personal data or account numbers are destroyed or made illegible before disposing of them.  Do not preprint checks or other documents with unique identifiers such as your driver's license or social security number.  Never give out your account number or identifying information on phone calls in which you did not initiate the contact.
◌  To have a fraud alert removed from your credit file, identification information, such as, a copy of your driver's license or utility bill reflecting your current address along with a copy of your social security card must be provided.

---

### Additional Notice to Consumer:
You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

---

**EIS-RODGERS-000310**

# EQUIFAX

# *RESEARCH REQUEST FORM*

**You may initiate an investigation request via the internet at  www.equifax.com/personal/disputes . To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.**

Or, mail this document to the following address:

> Equifax Information Services LLC
> P.O. Box 105518
> Atlanta, GA 30348
> (888) EQUIFAX, (888) 378-4329

**Email Address** (please print clearly): _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?  **Circle:**    Yes         No

| *Confirmation Number:*  *5053571411* |
| --- |

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states.To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:** ASANTI I RODGERS                                           **SSN #:** XXX-XX-6010
                                                                     **DOB:** ▮▮▮▮▮▮▮▮

**Current Address:** 807 S POST OAK LN APT 2114, Houston, TX 77056

**Previous Address(es):**          ▮▮▮▮▮▮▮▮▮▮▮▮

**Daytime Phone Number**                                           **Evening Phone Number**

**List other names which you have used for credit in the past**

## Collection Agency Information

**Collection Agency Name** _____ **Account Number** _____

Reason for investigation:   ❑ Not Mine          ❑ Collection Paid in Full          ❑ Paid Before Collection Status
❑ Other (Please explain) _____

**Collection Agency Name** _____ **Account Number** _____

Reason for investigation:   ❑ Not Mine          ❑ Collection Paid in Full          ❑ Paid Before Collection Status
❑ Other (Please explain) _____

## Credit Account Information

**Company Name** _____ **Account Number** _____

Reason for investigation:   ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain) _____

**Company Name** _____ **Account Number** _____

Reason for investigation:   ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain) _____

## Credit Account Information

**Company Name** _____ **Account Number** _____

Reason for investigation:   ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain) _____

**Company Name** _____ **Account Number** _____

Reason for investigation:   ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain) _____

**EIS-RODGERS-000312**

**EIS-RODGERS-000313**

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 51 of 266

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

ASANTI RODGERS

██████████
████████████████

000004848-FLT                              5053571414-A1U-0e7a01390000001d-02232025

**EIS-RODGERS-000314**

ASANTI RODGERS                                                                                                        February 22, 2025

██████████
████████████████

Hi ASANTI RODGERS,

We received your recent dispute correspondence on the following item(s) on your Equifax credit report:

NCB MANAGEMENT SERVICES, I *1241

MOHELA/DEPT OF ED *0002

CREDIT COLLECTIONS *5614

MOHELA/DEPT OF ED *0001

CREDIT COLLECTIONS *1107

CREDIT ACCEPTANCE CORPORAT *2990

DISCOVER BANK *6762

Our records show that you have already disputed the item(s) above at least twice within the last 90 days. This disputed information was verified as accurate and we have not received new relevant information to support this dispute. Therefore, we consider this new dispute frivolous and will not research this dispute.

To dispute the item(s) above, please provide new relevant information to support your dispute. You can provide new relevant information and initiate a dispute by calling us at the number listed below, submitting new relevant information or documents through our online dispute process at myequifax.com, or mailing new relevant information or documentation to:

Equifax
P.O. Box 105888
Atlanta, GA 30348

If you already submitted new relevant information for this dispute before you received this letter, you do not need to resend it unless we request it.
Please note that you have the right to add a consumer statement to your credit file, which could serve as an explanation of any information in dispute. The consumer statement can be up to 100 words, and will be provided to anyone that accesses your Equifax credit report. You can add, edit or delete your consumer statement on your Equifax credit report for free and at any time by calling us at the number listed below or by mailing a written statement to us at the above address.

In addition, we want to make sure you understand your right to have your concerns regarding your Equifax credit report researched free of charge. It is not necessary for you to pay to have someone help you obtain a copy of your credit report or research any items that you question in your file.

If you have any questions, please contact us toll-free at **888-EQUIFAX** (888-378-4329) or visit equifax.com/personal/credit-report-services/.

000004848-FLT                                                      5053571414-A1U-0e7a01390000001d-02232025

**EIS-RODGERS-000315**

000004848-FLT                                                            5053571414-A1U-0e7a01390000001d-02232025

EIS-RODGERS-000316

000004848-FLT                                    5053571414-A1U-0e7a01390000001d-02232025

EIS-RODGERS-000317

USDC IN/ND case 2:25-cv-00242-PPS-AZ     document 86     filed 06/14/26     page 55 of 266

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

February 24, 2025

ASANTI RODGERS

███████████

███████████████

000000128-FLT                                              5054561410-I52-0e7b017300000445-02242025

**EIS-RODGERS-000318**

ASANTI RODGERS  February 24, 2025

Hi ASANTI RODGERS,

You recently contacted us because you may have been a victim of fraud or identity theft. We have included a copy of "Remedying the Effects of Identity Theft" prepared by the Consumer Financial Protection Bureau (CFPB) that contains important information that may be helpful to you.

**EIS-RODGERS-000319**

*Para infomacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1.  You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Equifax:        1-800-525-6285     www.equifax.com
- Experian:      1-888-397-3742     www.experian.com
- TransUnion:    1-800-680-7289     www.transunion.com

An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinanace.gov/learnmore.

**2.  You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information**. A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

000000128-FLT                                                    5054561410-I52-0e7b017300000445-02242025

EIS-RODGERS-000320

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file**. An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7.** The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**
**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

000000128-FLT                                5054561410-I52-0e7b017300000445-02242025

**EIS-RODGERS-000321**

```
===========================================================
= TIMESTAMP: 23-Feb-2025 07:27
= ACIS FUNCTION: CCMS
===========================================================
*********************************************************************************
*********
RODGERS, ASANTI, I, , SINCE 05/23/2016, FAD 02/23/2025
807 S POST OAK LN APT 2114, HOUSTON TX, 77056, , , 06/2022, , 02/2025,
███████████████████████████, , , 08/2018, , 02/2025,
7211 OHIO AVE, HAMMOND IN, 46323, , C, 06/2021, M, 02/2025,
1029 E 156TH ST, DOLTON IL, 60419, , C, 05/2021, M, 02/2025,
1919 JOFFRE AVE, TOLEDO OH, 43607, , C, 05/2021, M, 02/2025,
905 CIRCLE AVE, FOREST PARK IL, 60130, , C, 05/2021, M, 02/2025,
, ,BDS-█████████, SSN-██████████ ,
--------------------------------------------------------------------------------
---------
 Consumer Referral Location-1
   EQUIFAX INFORMATION SERVICES LLC
   PO BOX 740241, ATLANTA, GA, 303740241, 8006851111
--------------------------------------------------------------------------------
---------
*********************************************************************************
*********
06/2020,  SPECL 915AA00133, ID THEFT VICTIM - INFORMATION BLOCKED DUE TO POLICE OR
DMV REPORT
06/2020,  SPECL 915AA00133, FRAUD FILE
06/2021,  SPECL 915AA01222, PROMOTIONAL BLOCK(5 YR)

F- OPERATOR ADVICE-DO NOT COMBINE
F- FILE UNAVAILABLE ONLINE-(H.O.) CONTACT BUREAU
F- TELEPHONE NUMBER BLOCKED PER CONSUMER REQUEST

PUBLIC RECORDS OR OTHER INFORMATION
  02/2025 COLL 01/2023 178YC12959 FOR LIBERTY MUTUAL IN CO, $573, 02/2025 UNPAID
     BAL- BAL- $573, PURGE: 11/2022, I, 2725614
 06
CONSUMER DISPUTES-REINVESTIGATION IN PROCESS
CONSUMER DISPUTES THIS ACCOUNT INFORMATION
  02/2025 COLL 10/2023 178YC13039 FOR ALLSTATE PROP CASUALTY CO, $252, 02/2025
UNPAID
     BAL- BAL- $252, PURGE: 07/2023, I, 23841107
 06
CONSUMER DISPUTES-REINVESTIGATION IN PROCESS
CONSUMER DISPUTES THIS ACCOUNT INFORMATION

 INQS-SUBJECT SHOWS 9 INQUIRIES SINCE 03/2024

     ACIS        TX5053571411       915AA00034    EQUIFAX UPDATE         02/23/2025
TX           MTNCUPD
     ND          EIS                915AA01065    EQUIFAX UPDATE         02/23/2025
```

**EIS-RODGERS-000322**

```
EI          MTNCUPD
    ACIS       5053571883      915AA00133   EQUIFAX              02/22/2025
           DISPUTE
    ACIS       5053571411      915AA00133   EQUIFAX              02/22/2025
           DISPUTE
    ACIS       TX5041531569    915AA00133   EQUIFAX              02/10/2025
TX          DISPUTE
    CONS RPT  5535457672       915AA01826   EQUIFAX              02/03/2025
           ANNUALF
    ID        EQUIFAX          092ZD18051   EQUIFAX INC (0100)   02/03/2025
EQ
    CONS RPT  4714612277       915AA01826   EQUIFAX              08/01/2024
           ANNUALF
    ND        EQUIFAX  /        4586386671915AA01826   EQUIFAX
03/26/2024 EQ          ANNUALF
1, ID SCAN: UNABLE TO PERFORM SSN VALIDATION DUE TO INSUFFICIENT SSN INPUT


 FIRM/              RPTD/  OPND/  HI CREDIT CRED LIM/ BAL/    PAST DUE  CS MR
ECOA DLP
 MORTGAGE ID #      CLOSED  MAJ RPT /ACT PAY  SCHD PAY  CHRG OFF  /TERMS    TP ACT
-------------------------------------------------------------------------------
-------------

 CREDIT ACCEPTANCE CORPORAT 02/2025 04/2022 29355              23495     23495
I8 33 I    03/2024
                             02/2025                           72M       M  00
X
        DFD/DLA    PURCH/SOLD/ORIGINAL CREDITOR      AUI
        11/2022                                      *
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

ACCT#█████████

```
        CONSUMER DISPUTES-REINVESTIGATION IN PROCESS
        INVOLUNTARY REPOSSESSION
        AUTO
        FIXED RATE
DEROG TRADE HISTORY
01/2025-K12/2024-K11/2024-K10/2024-K09/2024-K08/2024-K07/2024-K06/2024-K
05/2024-K04/2024-K03/2024-K02/2024-K01/2024-K12/2023-611/2023-510/2023-4
09/2023-408/2023-307/2023-206/2023-205/2023-204/2023-103/2023-102/2023-2
01/2023-212/2022-211/2022-110/2022-009/2022-008/2022-007/2022-006/2022-0
05/2022-004/2022-B
TRENDED DATA        SCHED     ACTUAL      LAST    HIGH    CREDIT      PAST
ACCT ACCT
 DATE     BALANCE  PMT AMT   PMT AMT    PMT DATE  CREDIT  LIMIT     DUE AMT
  TYPE DESIG
01/2025  23400                          03/2024   29355              23400
   00  X
12/2024  23304                          03/2024   29355              23304
   00  X
```

EIS-RODGERS-000323

| Date | Val1 | Val2 | Val3 | Date2 | Val4 | Val5 |
|---|---|---|---|---|---|---|
| 11/2024 | 23211 | | | 03/2024 | 29355 | 23211 |
| 00 X | | | | | | |
| 10/2024 | 23116 | | | 03/2024 | 29355 | 23116 |
| 00 X | | | | | | |
| 09/2024 | 23023 | | | 03/2024 | 29355 | 23023 |
| 00 X | | | | | | |
| 08/2024 | 22928 | | | 03/2024 | 29355 | 22928 |
| 00 X | | | | | | |
| 07/2024 | 22832 | | | 03/2024 | 29355 | 22832 |
| 00 X | | | | | | |
| 06/2024 | 22739 | | | 03/2024 | 29355 | 22739 |
| 00 X | | | | | | |
| 05/2024 | 22644 | | | 03/2024 | 29355 | 22644 |
| 00 X | | | | | | |
| 04/2024 | 22560 | | 8900 | 03/2024 | 29355 | 22560 |
| 00 X | | | | | | |
| 03/2024 | 32590 | 754 | | 10/2023 | 29355 | 7034 |
| 00 X | | | | | | |
| 02/2024 | 31382 | 754 | | 10/2023 | 29355 | 6279 |
| 00 X | | | | | | |
| 01/2024 | 30442 | 754 | | 10/2023 | 29355 | 5523 |
| 00 X | | | | | | |
| 12/2023 | 29950 | 754 | | 10/2023 | 29355 | 4768 |
| 00 X | | | | | | |
| 11/2023 | 29453 | 754 | | 10/2023 | 29355 | 4013 |
| 00 X | | | | | | |
| 10/2023 | 28949 | 754 | 1080 | 10/2023 | 29355 | 3258 |
| 00 X | | | | | | |
| 09/2023 | 29021 | 754 | | 06/2023 | 29355 | 3253 |
| 00 X | | | | | | |
| 08/2023 | 28476 | 754 | | 06/2023 | 29355 | 2468 |
| 00 X | | | | | | |
| 07/2023 | 27927 | 754 | 754 | 06/2023 | 29355 | 1683 |
| 00 X | | | | | | |
| 06/2023 | 28128 | 754 | 754 | 05/2023 | 29355 | 1653 |
| 00 X | | | | | | |
| 05/2023 | 28323 | 754 | 754 | 04/2023 | 29355 | 1623 |
| 00 X | | | | | | |
| 04/2023 | 28513 | 754 | 800 | 03/2023 | 29355 | 1593 |
| 00 X | | | | | | |
| 03/2023 | 28744 | 754 | 800 | 02/2023 | 29355 | 853 |
| 00 X | | | | | | |
| 02/2023 | 28969 | 754 | 754 | 01/2023 | 29355 | 1623 |
| 00 | | | | | | |

---------------------------------------------------------------------------

 DISCOVER BANK        01/2025 09/2021 2676       2000      2676      2676      R9 40
I    02/2023

                                                          2676                M  18
X

EIS-RODGERS-000324

```
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR          AUI
        03/2023
        BAL AMT     BAL PAY DT  DEF PAY DT CC
```

ACCT# ███████████

CONSUMER DISPUTES-REINVESTIGATION IN PROCESS

DEROG TRADE HISTORY

12/2024-L11/2024-L10/2024-L09/2024-L08/2024-L07/2024-L06/2024-L05/2024-L
04/2024-L03/2024-L02/2024-L01/2024-L12/2023-L11/2023-L10/2023-L09/2023-6
08/2023-507/2023-406/2023-305/2023-204/2023-103/2023-002/2023-001/2023-2
12/2022-111/2022-010/2022-009/2022-008/2022-007/2022-006/2022-005/2022-0
04/2022-003/2022-002/2022-001/2022-012/2021-011/2021-010/2021-009/2021-B

| TRENDED DATA DATE | ACCT ACCT TYPE DESIG BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT |
|---|---|---|---|---|---|---|---|
| 01/2025 | | | | | | | |
| 12/2024 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 11/2024 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 10/2024 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 09/2024 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 08/2024 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 07/2024 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 06/2024 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 05/2024 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 04/2024 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 03/2024 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 02/2024 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 01/2024 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 12/2023 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 11/2023 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 10/2023 | 2676 18 X | | | 02/2023 | 2676 | 2000 | 2676 |
| 09/2023 | 2676 | 108 | | 02/2023 | 2676 | 2000 | 626 |

EIS-RODGERS-000325

```
      18  C
08/2023   2573      103                 02/2023   2573   2000    523
      18  C
07/2023   2472      99                  02/2023   2472   2000    424
      18  C
06/2023   2376      96                  02/2023   2376   2000    328
      18  C
05/2023   2280      92                  02/2023   2316   2000    236
      18  C
04/2023   2188      88                  02/2023   2316   2000    148
      18  C
03/2023   2097      148                 02/2023   2316   2000
      18  C
02/2023   2024      64                  02/2023   2316   2000
      18  C
```

----------------------------------------------------------------------------

```
 NCB MANAGEMENT SERVICES, I 02/2025 10/2021 5665               5665    5665
O6 39 I
                                                                        0C
X
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
        01/2020      O EXETER FINANCE LLC
        BAL AMT    BAL PAY DT  DEF PAY DT CC
                                   14
                                 ACCT#██████
        CONSUMER DISPUTES-REINVESTIGATION IN PROCESS
        COLLECTION ACCOUNT
DEROG TRADE HISTORY
01/2025-G12/2024-G11/2024-G10/2024-G09/2024-G08/2024-G07/2024-G06/2024-G
05/2024-G04/2024-G03/2024-G02/2024-G01/2024-G12/2023-G11/2023-G10/2023-G
09/2023-G08/2023-G07/2023-G06/2023-G05/2023-G04/2023-G03/2023-B
```

| TRENDED DATA | SCHED | ACTUAL | LAST | HIGH | CREDIT | PAST ACCT ACCT |
|---|---|---|---|---|---|---|
| DATE   BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT  TYPE DESIG |
| 01/2025  5665 | | | 5665 | | 5665 | 0C X |
| 12/2024  5665 | | | 5665 | | 5665 | 0C X |
| 11/2024  5665 | | | 5665 | | 5665 | 0C X |
| 10/2024  5665 | | | 5665 | | 5665 | 0C X |
| 09/2024  5665 | | | 5665 | | 5665 | 0C X |
| 08/2024  5665 | | | 5665 | | | 0C X |
| 07/2024  5665 | | | 5665 | | | 0C X |

EIS-RODGERS-000326

```
06/2024  5665                          5665                        0C
X
05/2024  5665                          5665                        0C
X
04/2024  5665                          5665                        0C
X
03/2024  5665                          5665                        0C
X
02/2024  5665                          5665                        0C
X
01/2024  5665                          5665                        0C
X
12/2023  5665                          5665                        0C
X
11/2023  5665                          5665                        0C
X
10/2023  5665                          5665                        0C
X
09/2023  5665                          5665                        0C
X
08/2023  5665                          5665                        0C
X
07/2023  5665                          5665                        0C
X
06/2023  5665                          5665                        0C
X
05/2023  5665                          5665                        0C
X
04/2023  5665                          5665                        0C
X
03/2023  5665                          5665                        0C

02/2023
```

--------------------------------------------------------------------------------
```
 MOHELA/DEPT OF ED    12/2021 12/2016 1523              0            I5 32
I   04/2019
                      09/2019        1621                            M  12
X
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR        AUI
        10/2018
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

                                      ACCT#██████████████
        CONSUMER DISPUTES-REINVESTIGATION IN PROCESS
DEROG TRADE HISTORY
11/2021-D10/2021-D09/2021-D08/2021-D07/2021-D06/2021-D05/2021-D04/2021-D
03/2021-D02/2021-D01/2021-D12/2020-D11/2020-D10/2020-D09/2020-D08/2020-D
07/2020-D06/2020-D05/2020-D04/2020-D03/2020-D02/2020-D01/2020-D12/2019-D

**EIS-RODGERS-000327**

```
11/2019-D10/2019-D09/2019-D08/2019-D07/2019-D06/2019-D05/2019-D04/2019-0
03/2019-D02/2019-D01/2019-D12/2018-D11/2018-D10/2018-D09/2018-D08/2018-D
07/2018-306/2018-B


--------------------------------------------------------------------------------
 MOHELA/DEPT OF ED     12/2021 11/2016 2000              0            I5 33
I    04/2019
                       09/2019       2185                             M  12
X
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR        AUI
        10/2018
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                        ACCT#███████████████
        CONSUMER DISPUTES-REINVESTIGATION IN PROCESS
DEROG TRADE HISTORY
11/2021-D10/2021-D09/2021-D08/2021-D07/2021-D06/2021-D05/2021-D04/2021-D
03/2021-D02/2021-D01/2021-D12/2020-D11/2020-D10/2020-D09/2020-D08/2020-D
07/2020-D06/2020-D05/2020-D04/2020-D03/2020-D02/2020-D01/2020-D12/2019-D
11/2019-D10/2019-D09/2019-D08/2019-D07/2019-D06/2019-D05/2019-D04/2019-0
03/2019-D02/2019-D01/2019-D12/2018-D11/2018-D10/2018-D09/2018-D08/2018-D
07/2018-306/2018-B


--------------------------------------------------------------------------------
 LEAD BANK             12/2023 11/2020 501       400     0            R1 37
I    12/2023
                       12/2023       501                             M  2A
B
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                        *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                        ACCT#██████████
        ACCOUNT CLOSED AT CONSUMER'S REQUEST
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED CREDIT CARD
DEROG TRADE HISTORY
11/2023-110/2023-009/2023-008/2023-007/2023-006/2023-005/2023-004/2023-0
03/2023-002/2023-001/2023-012/2022-011/2022-010/2022-009/2022-008/2022-0
07/2022-006/2022-E05/2022-004/2022-003/2022-002/2022-001/2022-012/2021-0
11/2021-010/2021-009/2021-008/2021-007/2021-006/2021-005/2021-004/2021-0
03/2021-E02/2021-001/2021-112/2020-011/2020-B
TRENDED DATA        SCHED     ACTUAL      LAST    HIGH    CREDIT      PAST
ACCT ACCT
 DATE      BALANCE   PMT AMT   PMT AMT   PMT DATE  CREDIT  LIMIT    DUE AMT
  TYPE DESIG
01/2025

12/2024
```

EIS-RODGERS-000328

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

| 11/2023 | 486 | 52 | | 09/2023 | 498 | 400 | 26 |
| 2A X | | | | | | | |
| 10/2023 | 436 | 26 | | 09/2023 | 498 | 400 | |
| 2A X | | | | | | | |
| 09/2023 | 426 | 52 | 83 | 09/2023 | 498 | 400 | |
| 2A X | | | | | | | |
| 08/2023 | 462 | 26 | | 07/2023 | 498 | 400 | |
| 2A X | | | | | | | |
| 07/2023 | 451 | 26 | 50 | 07/2023 | 498 | 400 | |
| 2A X | | | | | | | |
| 06/2023 | 366 | 26 | 50 | 06/2023 | 498 | 400 | |
| 2A X | | | | | | | |
| 05/2023 | 407 | 26 | 26 | 05/2023 | 498 | 400 | |
| 2A X | | | | | | | |
| 04/2023 | 408 | 26 | 40 | 04/2023 | 498 | 400 | |
| 2A X | | | | | | | |
| 03/2023 | 397 | 28 | 50 | 03/2023 | 498 | 400 | |
| 2A X | | | | | | | |
| 02/2023 | 386 | 55 | 55 | 02/2023 | 498 | 400 | |
| 2A | | | | | | | |

--------------------------------------------------------------------------------
 FINGERHUT            05/2023 04/2022 0          400          0                    R1 13
I
                     01/2023                                                      M  07
B

EIS-RODGERS-000329

```
        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR          AUI
                                                             *
        BAL AMT     BAL PAY DT  DEF PAY DT CC
                                      ACCT#██████████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        ACCOUNT CLOSED BY CREDIT GRANTOR
        CHARGE
DEROG TRADE HISTORY
04/2023-E03/2023-D02/2023-D01/2023-D12/2022-E11/2022-E10/2022-E09/2022-E
08/2022-E07/2022-E06/2022-E05/2022-E04/2022-B
TRENDED DATA          SCHED     ACTUAL      LAST     HIGH     CREDIT       PAST
ACCT ACCT
 DATE      BALANCE    PMT AMT   PMT AMT   PMT DATE   CREDIT    LIMIT     DUE AMT
  TYPE DESIG
01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023
```

EIS-RODGERS-000330

```
07/2023

06/2023

05/2023

04/2023   0                                    0         400                   07
B
03/2023   0                                    0         400                   07
B
02/2023   0                                    0         400                   07
B

------------------------------------------------------------------------------
 FINGERHUT/WEBBANK     06/2022 11/2021 109        400         0                R1 7
I    03/2022
                       04/2022                                                 M  07
B
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                         *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                  ACCT#███████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        ACCOUNT CLOSED BY CREDIT GRANTOR
DEROG TRADE HISTORY
05/2022-E04/2022-E03/2022-002/2022-001/2022-012/2021-011/2021-B
TRENDED DATA         SCHED      ACTUAL       LAST      HIGH    CREDIT      PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT    PMT AMT    PMT DATE   CREDIT    LIMIT    DUE AMT
  TYPE DESIG
01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024
```

EIS-RODGERS-000331

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

02/2023

--------------------------------------------------------------------------------
 AUSTIN CAPITAL BANK SSB 05/2022 05/2021 1000                    0                    I1
12 I   05/2022
                    05/2022                                      12M       M  02
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                          *
        BAL AMT     BAL PAY DT  DEF PAY DT CC

                                        ACCT#███████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED
        FIXED RATE
DEROG TRADE HISTORY
04/2022-003/2022-002/2022-001/2022-012/2021-011/2021-010/2021-009/2021-0
08/2021-007/2021-006/2021-005/2021-B
TRENDED DATA           SCHED     ACTUAL      LAST      HIGH     CREDIT       PAST
ACCT ACCT
 DATE      BALANCE    PMT AMT   PMT AMT    PMT DATE   CREDIT    LIMIT      DUE AMT

EIS-RODGERS-000332

```
   TYPE DESIG
01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

02/2023
```

EIS-RODGERS-000333

```
---------------------------------------------------------------------------
 SUNRISE BANKS C/O SELF FINANCIAL  INC 03/2022 04/2020 520                0
        I1 23 I    03/2022
                   03/2022          50                        24M      M 02
B
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                         *

        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                     ACCT#███████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED
        FIXED RATE
DEROG TRADE HISTORY
02/2022-001/2022-012/2021-011/2021-010/2021-009/2021-008/2021-007/2021-0
06/2021-005/2021-004/2021-003/2021-002/2021-001/2021-012/2020-011/2020-0
10/2020-009/2020-008/2020-007/2020-006/2020-005/2020-004/2020-B
TRENDED DATA         SCHED     ACTUAL        LAST      HIGH    CREDIT       PAST
ACCT ACCT
 DATE      BALANCE   PMT AMT   PMT AMT   PMT DATE   CREDIT    LIMIT      DUE AMT
  TYPE DESIG
01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023
```

EIS-RODGERS-000334

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

02/2023

--------------------------------------------------------------------------------
 CREDIT ACCEPTANCE CORPORAT 03/2022 07/2020 14739                    0
I1 19 I    02/2022
                         03/2022                                    72M     M  00
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                         *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                   ACCT# ███████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        AUTO
        FIXED RATE
DEROG TRADE HISTORY
02/2022-001/2022-012/2021-011/2021-010/2021-009/2021-008/2021-007/2021-0
06/2021-005/2021-004/2021-003/2021-002/2021-201/2021-112/2020-111/2020-1
10/2020-009/2020-008/2020-007/2020-B
TRENDED DATA         SCHED     ACTUAL      LAST     HIGH    CREDIT       PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT   PMT AMT   PMT DATE   CREDIT    LIMIT     DUE AMT
  TYPE DESIG
01/2025

12/2024

11/2024

10/2024

09/2024

EIS-RODGERS-000335

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

02/2023

--------------------------------------------------------------------------------
 US DEPARTMENT OF EDUCATION 06/2020 09/2019
IP 245 I

        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI

        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                        ACCT#███████
        NO RESPONSE

EIS-RODGERS-000336

```
--------------------------------------------------------------------------------
 US DEPARTMENT OF EDUCATION 06/2020 09/2019
IP 245 I

        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR          AUI

        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                         ACCT#█████████
        NO RESPONSE


--------------------------------------------------------------------------------
 EXETER               06/2020 01/2017                                     P 249
I

        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR          AUI
        01/2020
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                         ACCT#███████████
        DUE TO POLICE REPORT


--------------------------------------------------------------------------------
*********          End Of ACRO FILE        **********

MAINTENANCE SHEET SUMMARY
Date Received: 02/20/2025  Date to Mtnc:   Priority: No Priority Assigned
Consumer: RODGERS, ASANTI  Team ID: FRD  Case ID: 5053571411

ORG NM- RODGERS, ASANTI, I,.
ORG ID- ████████,███████, .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG EF- , BLACK TIE FORMALWEAR, 03/2022, 03/2022
UPD EF- , BLACK TIE FORMALWEAR, ,
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG ES- , RODGERS TRANSPORTATI, 03/2022, 03/2022
UPD ES- , RODGERS TRANSPORTATI, ,
Comments-
Maintenance Action: DELETE This Segment
Consumer Comments-
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025
```

EIS-RODGERS-000337

```
ORG CL- 02/2025, 178YC12959, 01/2023, LIBERTY MUTUAL IN CO, 573, 02/2025, D, 573,
02/2025, 11/2022, 2725614, I, 022 166, , 06
UPD CL- 02/2025, 178YC12959, 01/2023, LIBERTY MUTUAL IN CO, 573, 02/2025, D, 573,
02/2025, 11/2022, 2725614, I, 022 166, , 06
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG CL- 02/2025, 178YC13039, 10/2023, ALLSTATE PROP CASUALTY CO, 252, 02/2025, D,
252, 02/2025, 07/2023, 23841107, I, 022 166, , 06
UPD CL- 02/2025, 178YC13039, 10/2023, ALLSTATE PROP CASUALTY CO, 252, 02/2025, D,
252, 02/2025, 07/2023, 23841107, I, 022 166, , 06
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG TC- 02/2025, 496FY00202, 6, , 39, I, 10/2021, 022, 5665    , 5665    , , 5665
    , 01/2020, 7181241
UPD TC- 02/2025, 496FY00202, 6, , 39, I, 10/2021, 022, 5665    , 5665    , , 5665
    , , 7181241
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG TC- 12/2021, 654FZ13214, 5, , 32, I, 12/2016, 022, 1523    , 0       , , ,
10/2018, 1120616289KM00002
UPD TC- 12/2021, 654FZ13214, 5, , 32, I, 12/2016, 022, 1523    , 0       , , , ,
1120616289KM00002
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG TC- 02/2025, 654FA11802, 8, , 33, I, 04/2022, 022, 29355   , 23495   , 72M ,
23495    , 11/2022, 105212990
UPD TC- 02/2025, 654FA11802, 8, , 33, I, 04/2022, 022, 29355   , 23495   , 72M ,
23495    , , 105212990
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG TC- 12/2021, 654FZ13214, 5, , 33, I, 11/2016, 022, 2000    , 0       , , ,
10/2018, 1120616289KM00001
UPD TC- 12/2021, 654FZ13214, 5, , 33, I, 11/2016, 022, 2000    , 0       , , , ,
1120616289KM00001
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG TC- 01/2025, 155BB03747, 9, , 40, I, 09/2021, 022, 2676    , 2676    , , 2676
    , 03/2023, 6011002063416762
```

**EIS-RODGERS-000338**

UPD TC- 01/2025, 155BB03747, 9, , 40, I, 09/2021, 022, 2676      , 2676      , , 2676
    , , 6011002063416762
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG FI- 08/06/2024, ND      , CREDIT KARMA, INC., S ,
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 08/13/2024, PRM      , CREDIT KARMA, INC., S ,
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 08/20/2024, PRM      , CREDIT KARMA, INC., S ,
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 08/27/2024, PRM      , CREDIT KARMA, INC., S ,
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 09/03/2024, PRM      , CREDIT KARMA, INC., S ,
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 09/10/2024, PRM      , CREDIT KARMA, INC., S ,
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 08/08/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-999-DLT, , 02/23/2025

EIS-RODGERS-000339

Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 08/22/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 08/23/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 08/30/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 09/06/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 09/07/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 09/08/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 09/10/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment

EIS-RODGERS-000340

Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 09/13/2024, CONS RPT, CREDIT KARMA, INC, S , 29
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 08/09/2024, ID       , COMCAST-ATLANTA, S ,
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 08/09/2024, ND       , COMCAST - CHICAGO, S ,
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025

ORG FI- 07/23/2024, AR       , COMCAST, S ,
Comments-999-DLT, , 02/23/2025
Maintenance Action: No Action on This Segment
Consumer Comments-
THIS FRAUD ACCOUNT/INQUIRY HAS BEEN DELETED., A1U, 02/22/2025
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., A1U, 02/22/2025


*************** END OF SUMMARY ***************

EIS-RODGERS-000341

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

## Fraudulent Addresses:

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

## Demand for Compliance:

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This serves as **final notice before legal action.** Govern yourselves accordingly.

**Sincerely,**
**Asanti Rodgers**

**EIS-RODGERS-000342**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0447

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

---

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
2. Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry
3. Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
4. Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
5. Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report
6. Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
7. Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry
8. Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
9. Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry
10. Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report
11. Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report
12. Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry

**EIS-RODGERS-000343**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0448

13. **Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report**
14. **Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report**
15. **Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report**
16. **Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report**
17. **Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report**
18. **Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report**
19. **Aug 09, 2024 COMCAST - CHICAGO Credit Report**
20. **Aug 09, 2024 COMCAST-ATLANTA ID Report**
21. **Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report**
22. **Aug 06, 2024 CREDIT KARMA, INC. Credit Report**
23. **Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report**
24. **Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report**
25. **Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report**
26. **Jul 23, 2024 COMCAST Account Review Inquiry**
27. **Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report**
28. **Jul 02, 2024 CREDIT KARMA, INC. Credit Report**

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

**I demand the following actions be taken within 15 days:**

1. **Immediate removal of all unauthorized and fraudulent inquiries listed above.**
2. **Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.**
3. **Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.**

**EIS-RODGERS-000344**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0449

4. **A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.**

**Please issue the compensation check payable to:**

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

**This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.**

**Sincerely,**
**Asanti Rodgers**

EIS-RODGERS-000345

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0450

Asanti Rodgers
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts – Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the following accounts from my credit file, as they represent clear violations of my consumer rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act (12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028), and other applicable laws.Additionally, I am demanding compensation for Equifax's violations and data breach, which have resulted in financial loss, employment setbacks, emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy and integrity of my credit report.

---

# I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May 2024.
- On May 28, 2024, I received an official letter from the Department of Education confirming the discharge and directing all credit bureaus, including Equifax, to remove these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating 15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to these accounts, further violating 15 U.S.C. § 1681e(b)

**EIS-RODGERS-000346**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0451

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

**EIS-RODGERS-000347**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0452

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000348**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0453

**DEMAND:**

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

**DEMAND:**

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- FCRA (15 U.S.C. § 1681n & § 1681o)
- Fair Debt Collection Practices Act (15 U.S.C. § 1692)
- Financial Privacy Act (12 U.S.C. § 3401 et seq.)
- Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000349**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0454

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000350**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0455

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan..
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

**EIS-RODGERS-000351**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0456

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

### 5. Emotional Distress & Human Trafficking

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

## IV. Legal Violations Committed by Equifax

### Federal Violations:

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

### State Violations (Illinois Laws):

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

## V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
    - **$24,000** – Housing denial damages.
    - **$25,630** – Auto loan denial damages.
    - **$8,214.51** – Unfair rental car fees due to loan denial.
    - **$12,537.89** – Credit repair & identity theft damages.

**EIS-RODGERS-000352**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0457

- ○ **$10,000** – Emotional distress & human trafficking
- ○ **Total: $80,382.40**

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000353**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0458

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
175724060

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Asanti | | Rodgers | |

| Address: | Phone: | | Email: |
|---|---|---|---|
| 1128 burr st<br>gary , IN 46406<br>USA | 832-622-5147 | | hello@asantirodgers.com |

## Personal Statement

Victim of several counts of identity theft. reporting the names, addresses, phone numbers, and accounts mentioned below as well as these addresses 7218 hillside ave apt 207 Los Angeles ca 90046, 753 e 79th st Chicago IL 60619, 1128 N 1st gary in 46406 and these collection accounts that resulted from Identity theft NCB Management services, Caine Weiner, Credit Control Services INC, Credit Collection Service. I demand all fraudulent items be removed from each credit report permanently, all collection activities cease pursuant to my rights.

## Accounts Affected by the Crime

### Credit Card Opened by the Thief

| Company or Organization: | Discover Bank | |
|---|---|---|
| Account Number: | 6762 | |

| Date that I discovered it: | Total fraudulent amount: | |
|---|---|---|
| 4/2023 | $ 3000 | |

### Fraudulent Auto Loan or Lease

| Company or Organization: | Credit Acceptance | |
|---|---|---|
| Account Number: | 105212990 | |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 4/2022 | 4/2023 | $ 56856 |

8/2/24, 2:16 AM
Page 1 of 3

**EIS-RODGERS-000354**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0459

**Fraudulent Insurance**

| Company or Organization: | Credit Collections Liberty Mutual |
| --- | --- |
| Date that I discovered it: | Total fraudulent amount: |
| 4/2023 | $ 573 |

**Fraudulent Insurance**

| Company or Organization: | Caine & Weiner Progressive |
| --- | --- |
| Date that I discovered it: | Total fraudulent amount: |
| 4/2023 | $ 383 |

**Fraudulent Insurance**

| Company or Organization: | CREDIT COLLECTIONs All State |
| --- | --- |
| Date that I discovered it: | Total fraudulent amount: |
| 4/2023 | $ 252 |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
| --- | --- |
| Personal Information | Names: Asanti rodgels,asanti rogers<br>Addresses: 1705 HARBOR DR SHREVEPORT LA and more<br>Phone numbers: 3124339010,3122416008<br>Employment Information: black tie formal wear,rodgers transportation |
| Credit Inquiries | all credit karma inquiries, discover bank, bank of america |

**Suspect Information**

| Name | kani mckinley |
| --- | --- |
| Contact Information | Address: 18505 torrence ave apt lansing IL 60438 USA |
| Relationship | Other |
| Additional Details | breach |

8/2/24, 2:16 AM

**EIS-RODGERS-000355** Page 2 of 3

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0460

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Asanti Rodgers**                                                     **8/2/2024**
Asanti Rodgers                                                         Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

8/2/24, 2:16 AM
Page 3 of 3

**EIS-RODGERS-000356**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0461





Asonti Rodgers
1125 Bum St,
Gary, IN 46406

U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND, IN 46322
FEB 04, 2025

**$11.26**

S2322W500336-71

Retail

UNITED STATES
POSTAL SERVICE

30309

RDC 99

9589 0710 5270 1031 8919 16

Equifax
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30004

EIS-RODGERS-000357

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462



EIS-RODGERS-000358

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462

SSN   :  ▆▆▆▆▆

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|------|-------------|----------|--------|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID   :   5053571883**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|------|----------------|-------------|-------|---------|
| 02/23/2025 | 5053571883-999 | J6G | MAINTENANCE | 999-DNCA EXIST PERP FILE NOT FOUND |
| 02/22/2025 | 5053571883-999 | A1U | CREATION | 999-DNC EXIST // REF CASE #5053571411 |
| 02/22/2025 | 5053571883-999 | A1U | CREATION | 700-FRD - TEAM 44 |

EIS-RODGERS-000359

000004949- DISC
ASANTI RODGERS

# EQUIFAX

CREDIT FILE : February 23, 2025

Confirmation # 5053571883

P.O. Box 105518
Atlanta, GA 30348

Dear ASANTI RODGERS:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words to your credit report.  If you provide a consumer statement that contains medical information related to

EIS-RODGERS-000360

services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://equifax.com/personal/disputes.  You may also mail your documents to P.O. Box 740256,  Atlanta, GA 30374-0256 or contact us by calling us at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 98 of 266

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at equifax.com/personal/help/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| The Results Of Our Reinvestigation |
| --- |

>>> THE DISPUTED NAME IS CURRENTLY NOT REPORTING ON EQUIFAX CREDIT FILE. *Name:  KANI MCKINLEY*

>>> THE DISPUTED ADDRESS IS CURRENTLY NOT REPORTING ON EQUIFAX CREDIT FILE. *1705 HARBOR DR; SHREVEPORT LA*

>>> THE DISPUTED ADDRESS IS CURRENTLY NOT REPORTING ON EQUIFAX CREDIT FILE. *18505 TORRENCE AVE APT; LANSING IL 60438*

**Answers To Your Questions**

- In reference to your question regarding the investigation process:

Upon receipt of your dispute, we first review and consider any relevant information you submitted regarding the nature of your dispute.  Often, Equifax will then transmit your dispute to the furnisher of the information (ie. the bank associated with a disputed credit card) for review and investigation.  Equifax electronically sends a notification of your dispute, including a summary of the relevant information submitted, to the respective furnisher.  The furnisher reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us electronically.

In the case of a public record item such as a judgment, tax lien or bankruptcy, Equifax seeks the most recent filing associated with the disputed information.  This information is often obtained from a medium (ie. paper records or computer database) prescribed by the source of the information (ie. courthouse or other government entity).  Equifax may use a business vendor to obtain the most recent filing from the public record source.

As appropriate, Equifax then makes deletions or changes to your credit file.  The name, address and, if reasonably available, the telephone number of the furnisher(s)/source(s) of the information contacted while processing your dispute(s) is shown under the "Results of your investigation" section on the cover letter that accompanies the copy of your revised credit file.

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.equifax.com/personal/disputes.

Thank you for giving Equifax the opportunity to serve you.

## State of Texas - Notice to Texas Consumers

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year  security alert. To obtain a copy of your credit file from Equifax call 1-800-685-1111 or write to PO Box 740241, Atlanta, Georgia, 30374-0241.

You have a right to place a "security alert" in your credit file.  This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in the your name.  Placement or removal of a security alert may be requested by calling 1-800-525-6285 or, you may send a written request to Equifax Information Services, PO Box 105069, Atlanta, GA 30348.  With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after the you have followed all dispute procedures in Section 20.06 of the Texas Business and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

EIS-RODGERS-000364

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account.  Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

(End of Report)
000004949-DISC

5053571883-J6G-0e7b013900000295-02232025

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 102 of 266

EIS-RODGERS-000365

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 103 of 266

## *State of Texas- Notice to Texas Consumers*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

EIS-RODGERS-000366

# EQUIFAX

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 104 of 266

| **Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)* |
|---|

Name On File:      ASANTI I RODGERS
Social Security #     XXX-XX-6010    Date of Birth: ▮▮▮▮▮▮▮
Current Address:     807 S POST OAK LN APT 2114, Houston, TX 77056  Reported: 02/2025

**Please address all future correspondence to:**



www.equifax.com/personal/disputes

Equifax Information Services LLC
P.O. Box 105518
Atlanta, GA 30348

Phone: (888) EQUIFAX, (888) 378-4329
M - F 9:00am to 5:00pm in your time zone.

**ALERT(s):**     ID Theft Victim - Information Blocked Due To Police Or DMV Report
                File Blocked For Promotional Purposes

| **Collection Agency Information** *(This section includes accounts that credit grantors have placed for collection with a collection agency.)* |
|---|

CREDIT COLLECTIONS;  Collection Reported 02/18/2025; Assigned 01/11/2023; Creditor Class - Insurance; Original Creditor - LIBERTY MUTUAL IN CO; Amount - $573; Status as of 02/18/2025- Unpaid; Date of 1st Delinquency 11/30/2022; Balance as of 02/18/2025 - $573; Individual Account; Account # - *5614; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Consumer Disputes This Account Information; **Address:** 725 Canton St Norwood MA 020622679: (603)570-4784

CREDIT COLLECTIONS;  Collection Reported 02/18/2025; Assigned 10/17/2023; Creditor Class - Insurance; Original Creditor - ALLSTATE PROP CASUALTY CO; Amount - $252; Status as of 02/18/2025- Unpaid; Date of 1st Delinquency 07/23/2023; Balance as of 02/18/2025 - $252; Individual Account; Account # - *1107; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Consumer Disputes This Account Information; **Address:** 725 CANTON ST NORWOOD MA 020622679: (617)965-2000

| **Credit Account Information** *(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)* |
|---|

**Account Column Title Descriptions:**

| | | | |
|---|---|---|---|
| Account Number | - | The Account number reported by credit grantor | |
| Date Acct. Opened | - | The Date that the credit grantor opened the account | |
| High Credit | - | The Highest Amount Charged | |
| Credit Limit | - | The Highest Amount Permitted | |
| Terms Duration | - | The Number of Installments or Payments | |
| Terms Frequency | - | The Scheduled Time Between Payments | |
| Months Reviewed | - | The Number of Months Reviewed | |
| Activity Designator | - | The Most Recent Account Activity | |
| Creditor Class | - | The Type of Company Reporting The Account | |
| Date Reported | - | Date of Last Reported Update | |
| Balance Amount | - | The Total Amount Owed as of the Date Reported | |
| Status | - | Condition of Account When Last Updated by | |

| | | |
|---|---|---|
| Amount Past Due | - | The Amount Past Due as of the Date Reported |
| Date of Last Paymnt | - | The Date of Last Payment |
| Actual Pay Amt | - | The Actual Amount of Last Payment |
| Sched Pay Amt | - | The Requested Amount of Last Payment |
| Date of 1st Delinquency | - | The Date of First Delinquency |
| Date of Last Actvty | - | The Date of the Last Account Activity |
| Date Maj Delq Rptd | - | The Date the 1st Major Delinquency Was Reported |
| Charge Off Amt | - | The Amount Charged Off by Creditor |
| Deferred Pay Date | - | The 1st Payment Due Date for Deferred Loans |
| Balloon Pay Amt | - | The Amount of Final(Balloon) Payment |
| Balloon Pay Date | - | The Date of Final(Balloon) Payment |
| Date Closed | - | The Date the Account was Closed |

(End of Report)
000004949-DISC

5053571883-J6G-0e7b013900000295-02232025

**EIS-RODGERS-000367**

| Account History Status Code Descriptions | Creditor  or Otherwise | | |
|---|---|---|---|
| | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J: Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K: Repossession |
| | 3 : 90-119 Days Past Due | G: Collection Account | L: Charge Off |
| | 4 : 120-149 Days Past Due | H: Foreclosure | |

**CREDIT ACCEPTANCE CORPORAT    PO BOX 5070 SOUTHFIELD MI 480865070 : 8006341506**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *2990 | 04/02/2022 | $29,355 | | 72 Months | Monthly | 33 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15/2025 | $23,495 | $23,495 | 03/20/2024 | | | 11/01/2022 | | 02/15/2025 | | | | | |

Status - Repossession; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION – Consumer Disputes - Reinvestigation in Process; Involuntary Repossession; Auto; Fixed Rate;

**Account History with Status Codes**

| 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | K | K | K | K | K | K | K | K | K | K | K | K | 6 | 5 | 4 | 4 | 3 | 2 | 2 |

| 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 |
|---|---|---|---|---|---|---|
| 2 | 1 | 1 | 2 | 2 | 2 | 1 |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | $23,400 | | | 03/20/2024 | $29,355 | | $23,400 | Auto | |
| 12/24 | $23,304 | | | 03/20/2024 | $29,355 | | $23,304 | Auto | |
| 11/24 | $23,211 | | | 03/20/2024 | $29,355 | | $23,211 | Auto | |
| 10/24 | $23,116 | | | 03/20/2024 | $29,355 | | $23,116 | Auto | |
| 09/24 | $23,023 | | | 03/20/2024 | $29,355 | | $23,023 | Auto | |
| 08/24 | $22,928 | | | 03/20/2024 | $29,355 | | $22,928 | Auto | |
| 07/24 | $22,832 | | | 03/20/2024 | $29,355 | | $22,832 | Auto | |
| 06/24 | $22,739 | | | 03/20/2024 | $29,355 | | $22,739 | Auto | |
| 05/24 | $22,644 | | | 03/20/2024 | $29,355 | | $22,644 | Auto | |

(End of Report)
000004949-DISC

5053571883-J6G-0e7b013900000295-02232025

EIS-RODGERS-000368

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 04/24 | $22,560 | | $8,900 | 03/20/2024 | $29,355 | | $22,560 | Auto | |
| 03/24 | $32,590 | $754 | | 10/02/2023 | $29,355 | | $7,034 | Auto | |
| 02/24 | $31,382 | $754 | | 10/02/2023 | $29,355 | | $6,279 | Auto | |
| 01/24 | $30,442 | $754 | | 10/02/2023 | $29,355 | | $5,523 | Auto | |
| 12/23 | $29,950 | $754 | | 10/02/2023 | $29,355 | | $4,768 | Auto | |
| 11/23 | $29,453 | $754 | | 10/02/2023 | $29,355 | | $4,013 | Auto | |
| 10/23 | $28,949 | $754 | $1,080 | 10/02/2023 | $29,355 | | $3,258 | Auto | |
| 09/23 | $29,021 | $754 | | 06/17/2023 | $29,355 | | $3,253 | Auto | |
| 08/23 | $28,476 | $754 | | 06/17/2023 | $29,355 | | $2,468 | Auto | |
| 07/23 | $27,927 | $754 | $754 | 06/17/2023 | $29,355 | | $1,683 | Auto | |
| 06/23 | $28,128 | $754 | $754 | 05/20/2023 | $29,355 | | $1,653 | Auto | |
| 05/23 | $28,323 | $754 | $754 | 04/22/2023 | $29,355 | | $1,623 | Auto | |
| 04/23 | $28,513 | $754 | $800 | 03/01/2023 | $29,355 | | $1,593 | Auto | |
| 03/23 | $28,744 | $754 | $800 | 02/18/2023 | $29,355 | | $853 | Auto | |
| 02/23 | $28,969 | $754 | $754 | 01/01/2023 | $29,355 | | $1,623 | Auto | |

**DISCOVER BANK     PO BOX 30939 SALT LAKE CITY UT 841300939 : 8003477000**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *6762 | | 09/09/2021 | $2,676 | $2,000 | | Monthly | 40 | | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/22/2025 | $2,676 | $2,676 | 02/09/2023 | | | 03/22/2023 | | | $2,676 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes -

(End of Report)
000004949-DISC

5053571883-J6G-0e7b013900000295-02232025

EIS-RODGERS-000369

Reinvestigation in Process;

| Account History with Status Codes | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | 6 | 5 | 4 | 3 | 2 |

| | 04/2023 | 01/2023 | 12/2022 |
|---|---|---|---|
| | 1 | 2 | 1 |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | No Data Available | | | | | | | | |
| 12/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 11/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 10/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 09/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 08/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 07/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 06/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 05/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 04/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 03/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 02/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 01/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 12/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 11/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 10/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |

(End of Report)
000004949-DISC

5053571883-J6G-0e7b013900000295-02232025

EIS-RODGERS-000370

## Historical Account Information

|  | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/23 | $2,676 | $108 |  | 02/09/2023 | $2,676 | $2,000 | $626 | Credit Card | Closed |
| 08/23 | $2,573 | $103 |  | 02/09/2023 | $2,573 | $2,000 | $523 | Credit Card | Closed |
| 07/23 | $2,472 | $99 |  | 02/09/2023 | $2,472 | $2,000 | $424 | Credit Card | Closed |
| 06/23 | $2,376 | $96 |  | 02/09/2023 | $2,376 | $2,000 | $328 | Credit Card | Closed |
| 05/23 | $2,280 | $92 |  | 02/09/2023 | $2,316 | $2,000 | $236 | Credit Card | Closed |
| 04/23 | $2,188 | $88 |  | 02/01/2023 | $2,316 | $2,000 | $148 | Credit Card | Closed |
| 03/23 | $2,097 | $148 |  | 02/09/2023 | $2,316 | $2,000 |  | Credit Card | Closed |
| 02/23 | $2,024 | $64 |  | 02/01/2023 | $2,316 | $2,000 |  | Credit Card | Closed |

### NCB MANAGEMENT SERVICES, I     1 Allied Dr Trevose PA 190536945 : 2152444200

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *1241 | 10/06/2021 | $5,665 |  |  |  | 39 |  | Automotive |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/2025 | $5,665 | $5,665 |  |  |  | 01/08/2020 |  |  |  |  |  |  |  |

Type of Account - Open; Type of Loan - Debt Buyer Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Collection Account;

| Account History with Status Codes | 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G |

| | 05/2023 | 04/2023 |
|---|---|---|
| | G | G |

## Historical Account Information

|  | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | $5,665 |  |  |  | $5,665 |  | $5,665 | Debt Buyer Account |  |

EIS-RODGERS-000371

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 11/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 10/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 09/24 | $5,665 | | | | $5,665 | | $5,665 | Debt Buyer Account | |
| 08/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 07/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 06/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 05/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 04/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 03/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 02/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 01/24 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 12/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 11/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 10/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 09/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 08/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 07/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |
| 06/23 | $5,665 | | | | $5,665 | | | Debt Buyer Account | |

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 109 of 266

EIS-RODGERS-000372

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 110 of 266

Historical Account Information

|  | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/23 | $5,665 |  |  |  | $5,665 |  |  | Debt Buyer Account |  |
| 04/23 | $5,665 |  |  |  | $5,665 |  |  | Debt Buyer Account |  |
| 03/23 | $5,665 |  |  |  | $5,665 |  |  | Debt Buyer Account |  |

**MOHELA/DEPT OF ED      633 Spirit Dr Chesterfield MO 630051243 : 8888664352**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *0002 | | 12/09/2016 | $1,523 | | | Monthly | | 32 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2021 | $0 | | 04/01/2019 | $1,621 | | 10/01/2018 | | | | | | | 09/01/2019 |

Status - Account closed; was over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

**Account History with Status Codes**

| 07/2018 |
|---|
| 3 |

**MOHELA/DEPT OF ED      633 Spirit Dr Chesterfield MO 630051243 : 8888664352**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *0001 | | 11/18/2016 | $2,000 | | | Monthly | | 33 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2021 | $0 | | 04/01/2019 | $2,185 | | 10/01/2018 | | | | | | | 09/01/2019 |

Status - Account closed; was over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

**Account History with Status Codes**

| 07/2018 |
|---|
| 3 |

**LEAD BANK      515 CONGRESS AVE SUITE 2200 AUSTIN TX 78723 : 8778830999**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *8223 | | 11/08/2020 | $501 | $400 | | Monthly | | 37 | Paid and Closed | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/2023 | $0 | | 12/21/2023 | $501 | | | 12/21/2023 | | | | | | 12/20/2023 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Secured Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance; Secured Credit Card;

EIS-RODGERS-000373

**Account History with Status Codes**

| 11/2023 | 01/2021 |
|---|---|
| 1 | 1 |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | No Data Available | | | | | | | | |
| 12/24 | No Data Available | | | | | | | | |
| 11/24 | No Data Available | | | | | | | | |
| 10/24 | No Data Available | | | | | | | | |
| 09/24 | No Data Available | | | | | | | | |
| 08/24 | No Data Available | | | | | | | | |
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | No Data Available | | | | | | | | |
| 05/24 | No Data Available | | | | | | | | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | No Data Available | | | | | | | | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | $486 | $52 | | 09/05/2023 | $498 | $400 | $26 | Secured Credit Card | |
| 10/23 | $436 | $26 | | 09/05/2023 | $498 | $400 | | Secured Credit Card | |
| 09/23 | $426 | $52 | $83 | 09/05/2023 | $498 | $400 | | Secured Credit Card | |

EIS-RODGERS-000374

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 112 of 266

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/23 | $462 | $26 | | 07/25/2023 | $498 | $400 | | Secured Credit Card | |
| 07/23 | $451 | $26 | $50 | 07/25/2023 | $498 | $400 | | Secured Credit Card | |
| 06/23 | $366 | $26 | $50 | 06/24/2023 | $498 | $400 | | Secured Credit Card | |
| 05/23 | $407 | $26 | $26 | 05/08/2023 | $498 | $400 | | Secured Credit Card | |
| 04/23 | $408 | $26 | $40 | 04/24/2023 | $498 | $400 | | Secured Credit Card | |
| 03/23 | $397 | $28 | $50 | 03/01/2023 | $498 | $400 | | Secured Credit Card | |
| 02/23 | $386 | $55 | $55 | 02/01/2023 | $498 | $400 | | Secured Credit Card | |

**FINGERHUT     6250 RIDGEWOOD RD SAINT CLOUD MN 563030820 : 3206543800**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *7847 | 04/12/2022 | $0 | $400 | | Monthly | 13 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/2023 | $0 | | | | | | | | | | | | 01/01/2023 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor; Charge;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | No Data Available | | | | | | | | |
| 12/24 | No Data Available | | | | | | | | |
| 11/24 | No Data Available | | | | | | | | |
| 10/24 | No Data Available | | | | | | | | |
| 09/24 | No Data Available | | | | | | | | |

EIS-RODGERS-000375

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/24 | No Data Available | | | | | | | | |
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | No Data Available | | | | | | | | |
| 05/24 | No Data Available | | | | | | | | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | No Data Available | | | | | | | | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | No Data Available | | | | | | | | |
| 10/23 | No Data Available | | | | | | | | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | No Data Available | | | | | | | | |
| 07/23 | No Data Available | | | | | | | | |
| 06/23 | No Data Available | | | | | | | | |
| 05/23 | No Data Available | | | | | | | | |
| 04/23 | $0 | | | | $0 | $400 | | Charge Account | Paid and Closed |
| 03/23 | $0 | | | | $0 | $400 | | Charge Account | Paid and Closed |

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 113 of 266

EIS-RODGERS-000376

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/23 | $0 | | | | $0 | $400 | | Charge Account | Paid and Closed |

---

**FINGERHUT/WEBBANK     6250 Ridgewood Rd Saint Cloud MN 563030820 : 3206543800**

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *9947 | | | 11/19/2021 | $109 | $400 | | | Monthly | | 7 | Paid and Closed | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/13/2022 | $0 | | 03/01/2022 | | | | 03/01/2022 | | | | | | 04/01/2022 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

---

**AUSTIN CAPITAL BANK SSB     8100 Shoal Creek Blvd Austin TX 787578041 : 5126933600**

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *9174 | | | 05/11/2021 | $1,000 | | | 12 Months | Monthly | | 12 | Paid and Closed | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2022 | $0 | | 05/01/2022 | | | | 05/01/2022 | | | | | | 05/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured; Fixed Rate;

---

**SUNRISE LA     515 CONGRESS AVE SUITE 2200 SIOUX FALLS SD 57108 : 8778830999**

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *5819 | | | 04/19/2020 | $520 | | | 24 Months | Monthly | | 23 | Paid and Closed | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | $0 | | 03/01/2022 | $50 | | | 03/01/2022 | | | | | | 03/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured; Fixed Rate;

---

**CREDIT ACCEPTANCE CORPORAT     PO BOX 5070 SOUTHFIELD MI 480865070 : 8006341506**

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *7654 | | | 07/17/2020 | $14,739 | | | 72 Months | Monthly | | 19 | Paid and Closed | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | $0 | | 02/01/2022 | | | | 02/01/2022 | | | | | | 03/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Auto; Fixed Rate;

| Account History with Status Codes | 02/2021 | 01/2021 | 12/2020 | 11/2020 |
|---|---|---|---|---|
| | 2 | 1 | 1 | 1 |

EIS-RODGERS-000377

*A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.*

*Inquiries that do not impact your credit rating/score.*
*These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.*

*Company Information - Prefix Descriptions:*

AM OR AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.

CAR RENT - Inquiries with this prefix are from rental car companies regarding debit card payment acceptance.

COLLECT - Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt.

CONS RPT - Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product.

DDA - Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account.

EMPL OR ND EMPL - Inquiries with this prefix indicate an employment inquiry.

EQUIFAX OR EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request.

FIN PLAN - Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning.

INS - Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes.

MEDICAL - Inquiries with this prefix are from medical service providers.

ND - Inquiries with this prefix are general inquiries that do not display to creditor grantors.

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.

NON APPL - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.

PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.

PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.

PREQCOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.

PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.

PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.

PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.

PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.

PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.

PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.

PRM - Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance.

REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

**EIS-RODGERS-000378**

| Company Information | Inquiry Date(s) |
|---|---|
| EQUIFAX IN<br>  1550 PEACHTREE ST NW ATLANTA GA 303092468  Phone: 4048858000 | 02/03/2025 |
| EQUIFAX<br>  PO BOX 740250 ATLANTA GA 30374-0250  Phone: 6787957622 | 02/03/2025 08/01/2024 03/26/2024 |
| EQUIFAX<br>  PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 02/23/2025 02/23/2025 |
| EQUIFAX<br>  PO Box 105069 Atlanta GA 303485069  Phone: 8006851111 | 02/22/2025 02/22/2025 02/10/2025 |
| EQUIFAX<br>  PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 02/23/2025 |
| EQUIFAX UP<br>  1550 PEACHTREE ST NW ATLANTA GA 303092402  Phone: 8006851111 | 02/23/2025 |

EIS-RODGERS-000379

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

### *A Summary of Your Rights Under the Fair Credit Reporting Act*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;

  - you are the victim of identity theft and place a fraud alert in your file;

  - your file contains inaccurate information as a result of fraud;

  - you are on public assistance;

  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**EIS-RODGERS-000381**

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | <br><br>a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br><br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Association<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

EIS-RODGERS-000383

## Commonly Asked Questions About Credit Files

**Q.** *How can I correct a mistake in my credit file ?*
**A.** Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.** *If I do have credit problems, is there someplace where I can get advice and assistance ?*
**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

**Q.** *Once the fraud alert is added to my credit file, who will contact me to verify if an application is legitimate ?*
**A.** When the credit grantor accesses your credit file, they should contact you as a part of their credit application approval process.

### Facts You Should Know

○ The length of time an account or record remains in your credit file is shown below:
   Collection Agency Accounts: Remain for up to 7 years from the Date of 1st Delinquency.

   Credit or Other Reported Accounts:    Accounts paid as agreed remain for up to 10 years from the Date Reported. Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

   Public Records:    Remain for up to 7 years from the date filed, except:
   Bankruptcy – Chapter 7 and 11 remain for up to 10 years from the date filed.
   Bankruptcy – Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
   Unpaid tax liens remain for up to 10 years from the date filed.
   Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

   New York State Residents Only:    Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

   Payment history and Historical Account Information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

   This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship. This history is included on both open accounts and accounts that have already been closed.

   The historical account information reflects a broader view of your credit behavior over a 24 month period. This history is also included on both open accounts and closed accounts.

   Payment in full does not remove your payment history or historical account information. If you have always paid an account as agreed, the account should not have payment history status information. Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

○ Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

○ To protect your information from misuse, you should monitor any change in mail receipt patterns. Ensure that documents containing personal data or account numbers are destroyed or made illegible before disposing of them. Do not preprint checks or other documents with unique identifiers such as your driver's license or social security number. Never give out your account number or identifying information on phone calls in which you did not initiate the contact.
○ To have a fraud alert removed from your credit file, identification information, such as, a copy of your driver's license or utility bill reflecting your current address along with a copy of your social security card must be provided.

---

**Additional Notice to Consumer:**
You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

---

EIS-RODGERS-000385

**EQUIFAX**

# *RESEARCH REQUEST FORM*

**You may initiate an investigation request via the internet at  www.equifax.com/personal/disputes . To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.**

Or, mail this document to the following address:

> Equifax Information Services LLC
> P.O. Box 105518
> Atlanta, GA 30348
> (888) EQUIFAX, (888) 378-4329

**Email Address** (please print clearly): _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?  **Circle:**   Yes        No

| **Confirmation Number:  *5053571883*** |
| --- |

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states.To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:** ASANTI I RODGERS                                **SSN #:** XXX-XX-6010
                                                          **DOB:** ████████████

**Current Address:** 807 S POST OAK LN APT 2114, Houston, TX 77056

**Daytime Phone Number**                                  **Evening Phone Number**

**List other names which you have used for credit in the past**

## Collection Agency Information
**Collection Agency Name** _____  **Account Number** _____

Reason for investigation:    ❑ Not Mine        ❑ Collection Paid in Full        ❑ Paid Before Collection Status
❑ Other (Please explain) _____

**Collection Agency Name** _____  **Account Number** _____

Reason for investigation:    ❑ Not Mine        ❑ Collection Paid in Full        ❑ Paid Before Collection Status
❑ Other (Please explain) _____

## Credit Account Information
**Company Name** _____  **Account Number** _____

Reason for investigation:    ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain) _____

**Company Name** _____  **Account Number** _____

Reason for investigation:    ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain) _____

## Credit Account Information
**Company Name** _____  **Account Number** _____

Reason for investigation:    ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain) _____

**Company Name** _____  **Account Number** _____

Reason for investigation:    ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain) _____

**EIS-RODGERS-000387**

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

February 24, 2025

ASANTI RODGERS

██████████
██████████████

EIS-RODGERS-000388

ASANTI RODGERS                                                February 24, 2025

███████████

███████████████

Hi ASANTI RODGERS,

You recently contacted us because you may have been a victim of fraud or identity theft. We have included a copy of "Remedying the Effects of Identity Theft" prepared by the Consumer Financial Protection Bureau (CFPB) that contains important information that may be helpful to you.

**EIS-RODGERS-000389**

*Para infomacion en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1. You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Equifax:        1-800-525-6285     www.equifax.com
- Experian:      1-888-397-3742     www.experian.com
- TransUnion:   1-800-680-7289     www.transunion.com

An <u>initial fraud alert</u> stays in your file for at least one year. An <u>extended alert</u> stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an <u>extended alert</u>, you will have to provide an <u>identity theft report</u>. An <u>identity theft report</u> includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the <u>identity theft report</u>, visit www.consumerfinanace.gov/learnmore.

**2. You have the right to free copies of the information in your file (your "file disclosure").** An <u>initial fraud alert</u> entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an <u>extended alert</u> entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

000000268-FLT                                   5054561949-J6G-0e7b017300000445-02242025

EIS-RODGERS-000390

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file**. An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your <u>identity theft report</u>. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an <u>identity theft report</u>.

**7.** The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**
**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

000000268-FLT                                    5054561949-J6G-0e7b017300000445-02242025

**EIS-RODGERS-000391**

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

## Fraudulent Addresses:

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

## Demand for Compliance:

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This serves as **final notice before legal action.** Govern yourselves accordingly.

**Sincerely,**
**Asanti Rodgers**

**EIS-RODGERS-000392**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0447

Asanti Rodgers
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

---

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
2. Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry
3. Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
4. Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
5. Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report
6. Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
7. Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry
8. Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
9. Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry
10. Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report
11. Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report
12. Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry

**EIS-RODGERS-000393**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0448

13. Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report
14. Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report
15. Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report
16. Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
17. Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report
18. Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
19. Aug 09, 2024 COMCAST - CHICAGO Credit Report
20. Aug 09, 2024 COMCAST-ATLANTA ID Report
21. Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
22. Aug 06, 2024 CREDIT KARMA, INC. Credit Report
23. Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
24. Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report
25. Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
26. Jul 23, 2024 COMCAST Account Review Inquiry
27. Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report
28. Jul 02, 2024 CREDIT KARMA, INC. Credit Report

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

**I demand the following actions be taken within 15 days:**

1. **Immediate removal of all unauthorized and fraudulent inquiries listed above.**
2. **Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.**
3. **Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.**

**EIS-RODGERS-000394**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0449

4. A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000395

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0450

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts – Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the following accounts from my credit file, as they represent clear violations of my consumer rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act (12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028), and other applicable laws.Additionally, I am demanding compensation for Equifax's violations and data breach, which have resulted in financial loss, employment setbacks, emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy and integrity of my credit report.

---

## I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May 2024.
- On May 28, 2024, I received an official letter from the Department of Education confirming the discharge and directing all credit bureaus, including Equifax, to remove these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating 15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to these accounts, further violating 15 U.S.C. § 1681e(b)

**EIS-RODGERS-000396**

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

**EIS-RODGERS-000397**

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000398**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0453

**DEMAND:**

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

**DEMAND:**

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- FCRA (15 U.S.C. § 1681n & § 1681o)
- Fair Debt Collection Practices Act (15 U.S.C. § 1692)
- Financial Privacy Act (12 U.S.C. § 3401 et seq.)
- Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000399**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0454

Asanti Rodgers
1128 Burr St,
Gary, IN 46406

01/31/2025

Equifax
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000400**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0455

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan..
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

**EIS-RODGERS-000401**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0456

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

### 5. Emotional Distress & Human Trafficking

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

## IV. Legal Violations Committed by Equifax

### Federal Violations:

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

### State Violations (Illinois Laws):

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

## V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
    - **$24,000** – Housing denial damages.
    - **$25,630** – Auto loan denial damages.
    - **$8,214.51** – Unfair rental car fees due to loan denial.
    - **$12,537.89** – Credit repair & identity theft damages.

**EIS-RODGERS-000402**

- $10,000 – Emotional distress & human trafficking
- Total: $80,382.40

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000403**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0458

# FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
175724060

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: |
|---|---|---|
| Asanti | | Rodgers |

| Address: | Phone: | Email: |
|---|---|---|
| 1128 burr st<br>gary , IN 46406<br>USA | 832-622-5147 | hello@asantirodgers.com |

## Personal Statement

Victim of several counts of identity theft. reporting the names, addresses, phone numbers, and accounts mentioned below as well as these addresses 7218 hillside ave apt 207 Los Angeles ca 90046, 753 e 79th st Chicago IL 60619, 1128 N 1st gary in 46406 and these collection accounts that resulted from Identity theft NCB Management services, Caine Weiner, Credit Control Services INC, Credit Collection Service. I demand all fraudulent items be removed from each credit report permanently, all collection activities cease pursuant to my rights.

## Accounts Affected by the Crime

### Credit Card Opened by the Thief

| Company or Organization: | Discover Bank |
|---|---|
| Account Number: | 6762 |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 3000 |

### Fraudulent Auto Loan or Lease

| Company or Organization: | Credit Acceptance |
|---|---|
| Account Number: | 105212990 |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 4/2022 | 4/2023 | $ 56856 |

EIS-RODGERS-000404

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0459

**Fraudulent Insurance**

| Company or Organization: | Credit Collections Liberty Mutual |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 573 |

**Fraudulent Insurance**

| Company or Organization: | Caine & Weiner Progressive |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 383 |

**Fraudulent Insurance**

| Company or Organization: | CREDIT COLLECTIONs All State |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 252 |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Personal Information | Names: Asanti rodgers,asanti rogers<br>Addresses: 1705 HARBOR DR SHREVEPORT LA and more<br>Phone numbers: 3124339010,3122416008<br>Employment Information: black tie formal wear,rodgers transportation |
| Credit Inquiries | all credit karma inquiries, discover bank, bank of america |

**Suspect Information**

| Name | kani mckinley |
|---|---|
| Contact Information | Address: 18505 torrence ave apt lansing IL 60438 USA |
| Relationship | Other |
| Additional Details | breach |

8/2/24, 2:16 AM
Page 2 of 3

**EIS-RODGERS-000405**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0460

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Asanti Rodgers**                                          **8/2/2024**
Asanti Rodgers                                               Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

https://www.identitytheft.gov/dashboard

8/2/24, 2:16 AM
Page 3 of 3

**EIS-RODGERS-000406**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0461





Asanti Rodgers
1125 Bum St,
Gary, IN 41430

U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND, IN 46322
FEB 04, 2025

**Retail**

$11.26

30309

RDC 99

S2322W500336-71

9589 0710 5270 1031 8919 16

Equifax
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30004

EIS-RODGERS-000407

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462



EIS-RODGERS-000408

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462

# BLOCK REFERRAL COLLECTION/TRADE

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 146 of 266

**Originator Bureau:**

TUN

**Control Number:**

RA331946010407116168048003

**Date Created:**

03/03/2025

**Block Date:**

03/03/2025

**Date Received:**

03/07/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI, I MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 464062158 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: (708) 990-0720 |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | CREDIT COLLECTION SERVIC |
| Disputed Consumer Account Number: | 2725614 |
| Disputed Portfolio Type: | O |
| Disputed Account Type: | 48 |
| Disputed Date Opened: | 01/11/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000409

# BLOCK REFERRAL COLLECTION/TRADE

Originator Bureau:

TUN

Control Number:

RA331946010407116168048004

Date Created:

03/03/2025

Block Date:

03/03/2025

Date Received:

03/07/2025

## Consumer's Information

| | |
|---|---|
| Name: RODGERS, ASANTI, I MAHN | |
| Address: 1128 BURR ST | |
| City/State/Zip: GARY, IN 464062158 | |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: (708) 990-0720 |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | CREDIT ACCEPTANCE CORP |
|---|---|
| Disputed Consumer Account Number: | 105212990 |
| Disputed Portfolio Type: | I |
| Disputed Account Type: | 00 |
| Disputed Date Opened: | 04/02/2022 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000410

# BLOCK REFERRAL COLLECTION/TRADE

**Originator Bureau:**
TUN

**Control Number:**
RA331946010407116168048001

**Date Created:**
03/03/2025

**Block Date:**
03/03/2025

**Date Received:**
03/07/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI, I MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 464062158 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: (708) 990-0720 |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | NCB MANAGEMENT SERVICES |
| Disputed Consumer Account Number: | 7181241 |
| Disputed Portfolio Type: | O |
| Disputed Account Type: | 0C |
| Disputed Date Opened: | 10/06/2021 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000411

# BLOCK REFERRAL COLLECTION/TRADE

**Originator Bureau:**

TUN

**Control Number:**

RA331946010407116168048002

**Date Created:**

03/03/2025

**Block Date:**

03/03/2025

**Date Received:**

03/07/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI, I MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 464062158 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: (708) 990-0720 |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | CREDIT COLLECTION SERVICES |
| Disputed Consumer Account Number: | 23841107 |
| Disputed Portfolio Type: | O |
| Disputed Account Type: | 48 |
| Disputed Date Opened: | 10/17/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000412

SSN : ▇▇▇▇▇▇

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|------|-------------|----------|--------|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID : 5068502301**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|------|---------------|-------------|-------|---------|
| 03/09/2025 | 5068502301-999 | B29 | CREATION | 702-FRD - VALID POLICE REPORT RECEIVED |

EIS-RODGERS-000413

EQUIFAX

CREDIT FILE : March 09, 2025

Confirmation # 5068502301

Dear ASANTI I RODGERS:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words to your credit report.  If you provide a consumer statement that contains medical information related to

P.O. Box 105518
Atlanta, GA 30348

000004370- DISC
ASANTI I RODGERS
807 S POST OAK LN APT 2114
HOUSTON, TX 77056-2270

(End of Report)
000004370-DISC

5068502301-B29-0e89013b0000029d-03092025

EIS-RODGERS-000414

services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://equifax.com/personal/disputes. You may also mail your documents to P.O. Box 740256, Atlanta, GA 30374-0256 or contact us by calling us at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 152 of 266

(End of Report)
000004370-DISC

5068502301-B29-0e89013b0000029d-03092025

EIS-RODGERS-000415

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at equifax.com/personal/help/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| The Results Of Our Reinvestigation |
| --- |
| Collection Agency Information          *(This section includes accounts that have been placed for collection with a collection agency.)* |

>>> *We have researched the collection account. Account # - *5614 The results are:*  THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE.  If you have additional questions about this item please contact:  *CCS COLLEC, 725 Canton St, Norwood, MA 02062-2679 Phone: (603) 570-4784*

>>> *We have researched the collection account. Account # - *1107 The results are:*  THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE.  If you have additional questions about this item please contact:  *CCS COLLEC, 725 CANTON ST, NORWOOD, MA 02062-2679 Phone: (617) 965-2000*

| Credit Account Information |
| --- |
| *(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by   credit grantors)* |

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 153 of 266

EIS-RODGERS-000416

USDC IN/ND case 2:25-cv-00242-PPS-AZ document 86 filed 06/14/26 page 154 of 266

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

>>> **We have researched the credit account. Account # - *2990 The results are:** THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. If you have additional questions about this item please contact: **CREDIT ACCEPTANCE CORPORAT, PO BOX 5070, SOUTHFIELD, MI 48086-5070 Phone: (800) 634-1506**

>>> **We have researched the credit account. Account # - *1241 The results are:** THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. If you have additional questions about this item please contact: **NCB MANAGE, 1 Allied Dr, Trevose, PA 19053-6945 Phone: (215) 244-4200**

EIS-RODGERS-000417

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.equifax.com/personal/disputes.

Thank you for giving Equifax the opportunity to serve you.

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 155 of 266

EIS-RODGERS-000418

## State of Texas - Notice to Texas Consumers

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year security alert. To obtain a copy of your credit file from Equifax call 1-800-685-1111 or write to PO Box 740241, Atlanta, Georgia, 30374-0241.

You have a right to place a "security alert" in your credit file. This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in the your name. Placement or removal of a security alert may be requested by calling 1-800-525-6285 or, you may send a written request to Equifax Information Services, PO Box 105069, Atlanta, GA 30348. With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after the you have followed all dispute procedures in Section 20.06 of the Texas Business and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

EIS-RODGERS-000419

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 157 of 266

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account.  Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

EIS-RODGERS-000420

### State of Texas- Notice to Texas Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

EIS-RODGERS-000421

# EQUIFAX

| **Personal Identification Information** | (This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.) |
|---|---|

**Please address all future correspondence to:**



www.equifax.com/personal/disputes

Equifax Information Services LLC
P.O. Box 105518
Atlanta, GA 30348

Phone: (888) EQUIFAX, (888) 378-4329
M - F 9:00am to 5:00pm in your time zone.

Name On File: ASANTI I RODGERS
Social Security # XXX-XX-6010   Date of Birth: █████████
Current Address: 807 S POST OAK LN APT 2114, Houston, TX 77056  Reported: 03/2025

ALERT(s):   ID Theft Victim - Information Blocked Due To Police Or DMV Report
File Blocked For Promotional Purposes

---

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

**Account Column Title Descriptions:**

| | |
|---|---|
| Account Number - | The Account number reported by credit grantor |
| Date Acct. Opened - | The Date that the credit grantor opened the account |
| High Credit - | The Highest Amount Charged |
| Credit Limit - | The Highest Amount Permitted |
| Terms Duration - | The Number of Installments or Payments |
| Terms Frequency - | The Scheduled Time Between Payments |
| Months Reviewed - | The Number of Months Reviewed |
| Activity Designator - | The Most Recent Account Activity |
| Creditor Class - | The Type of Company Reporting The Account |
| Date Reported - | Date of Last Reported Update |
| Balance Amount - | The Total Amount Owed as of the Date Reported |
| Status - | Condition of Account When Last Updated by Creditor or Otherwise |

| | |
|---|---|
| Amount Past Due - | The Amount Past Due as of the Date Reported |
| Date of Last Paymnt - | The Date of Last Payment |
| Actual Pay Amt - | The Actual Amount of Last Payment |
| Sched Pay Amt - | The Requested Amount of Last Payment |
| Date of 1st Delinquency - | The Date of First Delinquency |
| Date of Last Actvty - | The Date of the Last Account Activity |
| Date Maj Delq Rptd - | The Date the 1st Major Delinquency Was Reported |
| Charge Off Amt - | The Amount Charged Off by Creditor |
| Deferred Pay Date - | The 1st Payment Due Date for Deferred Loans |
| Balloon Pay Amt - | The Amount of Final(Balloon) Payment |
| Balloon Pay Date - | The Date of Final(Balloon) Payment |
| Date Closed - | The Date the Account was Closed |

| **Account History Status Code Descriptions** | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G: Collection Account<br>H: Foreclosure | J: Voluntary Surrender<br>K: Repossession<br>L: Charge Off |
|---|---|---|---|

**DISCOVER BANK     PO BOX 30939 SALT LAKE CITY UT 841300939 : 8003477000**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *6762 | 09/09/2021 | $2,676 | $2,000 | | Monthly | 40 | | |

EIS-RODGERS-000422

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 160 of 266

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $2,676 | $2,676 | 02/09/2023 | | | 03/22/2023 | | | $2,676 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Credit Card;

**Account History with Status Codes**

| 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | 6 | 5 | 4 | 3 | 2 |

| 04/2023 | 01/2023 | 12/2022 |
|---|---|---|
| 1 | 2 | 1 |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/25 | No Data Available | | | | | | | | |
| 01/25 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 12/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 11/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 10/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 09/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 08/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 07/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 06/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 05/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 04/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 03/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 02/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 01/24 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |

(End of Report)
000004370-DISC

5068502301-B29-0e89013b0000029d-03092025

EIS-RODGERS-000423

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 12/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 11/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 10/23 | $2,676 | | | 02/09/2023 | $2,676 | $2,000 | $2,676 | Credit Card | |
| 09/23 | $2,676 | $108 | | 02/09/2023 | $2,676 | $2,000 | $626 | Credit Card | Closed |
| 08/23 | $2,573 | $103 | | 02/09/2023 | $2,573 | $2,000 | $523 | Credit Card | Closed |
| 07/23 | $2,472 | $99 | | 02/09/2023 | $2,472 | $2,000 | $424 | Credit Card | Closed |
| 06/23 | $2,376 | $96 | | 02/09/2023 | $2,376 | $2,000 | $328 | Credit Card | Closed |
| 05/23 | $2,280 | $92 | | 02/09/2023 | $2,316 | $2,000 | $236 | Credit Card | Closed |
| 04/23 | $2,188 | $88 | | 02/01/2023 | $2,316 | $2,000 | $148 | Credit Card | Closed |
| 03/23 | $2,097 | $148 | | 02/09/2023 | $2,316 | $2,000 | | Credit Card | Closed |

**MOHELA/DEPT OF ED      633 Spirit Dr Chesterfield MO 630051243 : 8888664352**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *0001 | | | 11/18/2016 | $2,000 | | | Monthly | | 33 | Transfer/Sold | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $0 | | 04/01/2019 | $2,185 | | 10/01/2018 | | | | | | | 09/30/2019 |

Status - Account closed; was over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;

**MOHELA/DEPT OF ED      633 Spirit Dr Chesterfield MO 630051243 : 8888664352**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *0002 | | | 12/09/2016 | $1,523 | | 120 Months | Monthly | | 32 | Transfer/Sold | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $0 | | 04/01/2019 | $1,621 | | 10/01/2018 | | | | | | | 09/30/2019 |

Status - Account closed; was over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;

**LEAD BANK     515 CONGRESS AVE SUITE 2200 AUSTIN TX 78723 : 8778830999**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|

EIS-RODGERS-000424

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 162 of 266

| *8223 | | | 11/08/2020  $501 | | $400 | | | Monthly | | 37 | | Paid and Closed | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 12/29/2023 | $0 | | 12/21/2023 | $501 | | | 12/21/2023 | | | | | | 12/20/2023 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Secured Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance; Secured Credit Card;

**Account History with Status Codes**

| 11/2023 | 01/2021 |
|---|---|
| 1 | 1 |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/25 | No Data Available | | | | | | | | |
| 01/25 | No Data Available | | | | | | | | |
| 12/24 | No Data Available | | | | | | | | |
| 11/24 | No Data Available | | | | | | | | |
| 10/24 | No Data Available | | | | | | | | |
| 09/24 | No Data Available | | | | | | | | |
| 08/24 | No Data Available | | | | | | | | |
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | No Data Available | | | | | | | | |
| 05/24 | No Data Available | | | | | | | | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | No Data Available | | | | | | | | |

EIS-RODGERS-000425

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | $486 | $52 | | 09/05/2023 | $498 | $400 | $26 | Secured Credit Card | |
| 10/23 | $436 | $26 | | 09/05/2023 | $498 | $400 | | Secured Credit Card | |
| 09/23 | $426 | $52 | $83 | 09/05/2023 | $498 | $400 | | Secured Credit Card | |
| 08/23 | $462 | $26 | | 07/25/2023 | $498 | $400 | | Secured Credit Card | |
| 07/23 | $451 | $26 | $50 | 07/25/2023 | $498 | $400 | | Secured Credit Card | |
| 06/23 | $366 | $26 | $50 | 06/24/2023 | $498 | $400 | | Secured Credit Card | |
| 05/23 | $407 | $26 | $26 | 05/08/2023 | $498 | $400 | | Secured Credit Card | |
| 04/23 | $408 | $26 | $40 | 04/24/2023 | $498 | $400 | | Secured Credit Card | |
| 03/23 | $397 | $28 | $50 | 03/01/2023 | $498 | $400 | | Secured Credit Card | |

**FINGERHUT    6250 RIDGEWOOD RD SAINT CLOUD MN 563030820 : 3206543800**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|
| *7847 | | | 04/12/2022 | $0 | $400 | | Monthly | 13 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/2023 | $0 | | | | | | | | | | | | 01/01/2023 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor; Charge;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/25 | No Data Available | | | | | | | | |
| 01/25 | No Data Available | | | | | | | | |

(End of Report)
000004370-DISC

5068502301-B29-0e89013b0000029d-03092025

EIS-RODGERS-000426

## Historical Account Information

|  | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/24 | No Data Available | | | | | | | | |
| 11/24 | No Data Available | | | | | | | | |
| 10/24 | No Data Available | | | | | | | | |
| 09/24 | No Data Available | | | | | | | | |
| 08/24 | No Data Available | | | | | | | | |
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | No Data Available | | | | | | | | |
| 05/24 | No Data Available | | | | | | | | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | No Data Available | | | | | | | | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | No Data Available | | | | | | | | |
| 10/23 | No Data Available | | | | | | | | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | No Data Available | | | | | | | | |
| 07/23 | No Data Available | | | | | | | | |

(End of Report)
000004370-DISC

5068502301-B29-0e89013b0000029d-03092025

EIS-RODGERS-000427

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | No Data Available | | | | | | | | |
| 05/23 | No Data Available | | | | | | | | |
| 04/23 | $0 | | | | $0 | $400 | | Charge Account | Paid and Closed |
| 03/23 | $0 | | | | $0 | $400 | | Charge Account | Paid and Closed |

**FINGERHUT/WEBBANK        6250 Ridgewood Rd Saint Cloud MN 563030820 : 3206543800**

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *9947 | | | 11/19/2021 | $109 | $400 | | | Monthly | | 7 | Paid and Closed | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/13/2022 | $0 | | 03/01/2022 | | | | 03/01/2022 | | | | | | 04/01/2022 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

**AUSTIN CAPITAL BANK SSB        8100 Shoal Creek Blvd Austin TX 787578041 : 5126933600**

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *9174 | | | 05/11/2021 | $1,000 | | | 12 Months | Monthly | | 12 | Paid and Closed | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2022 | $0 | | 05/01/2022 | | | | 05/01/2022 | | | | | | 05/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured; Fixed Rate;

**SUNRISE LA        515 CONGRESS AVE SUITE 2200 SIOUX FALLS SD 57108 : 8778830999**

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *5819 | | | 04/19/2020 | $520 | | | 24 Months | Monthly | | 23 | Paid and Closed | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | $0 | | 03/01/2022 | $50 | | | 03/01/2022 | | | | | | 03/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured; Fixed Rate;

**CREDIT ACCEPTANCE CORPORAT        PO BOX 5070 SOUTHFIELD MI 480865070 : 8006341506**

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *7654 | | | 07/17/2020 | $14,739 | | | 72 Months | Monthly | | 19 | Paid and Closed | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EIS-RODGERS-000428

| 03/31/2022 $0 | 02/01/2022 | 02/01/2022 | 03/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Auto; Fixed Rate;

**Account History with Status Codes**

| | 02/2021 | 01/2021 | 12/2020 | 11/2020 |
|---|---|---|---|---|
| | 2 | 1 | 1 | 1 |

*A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.*

*Inquiries that do not impact your credit rating/score.*
*These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.*

**Company Information - Prefix Descriptions:**

| Prefix | Description |
|---|---|
| AM OR AR - | Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors. |
| CAR RENT - | Inquiries with this prefix are from rental car companies regarding debit card payment acceptance. |
| COLLECT - | Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt. |
| CONS RPT - | Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product. |
| DDA - | Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account. |
| EMPL OR ND EMPL - | Inquiries with this prefix indicate an employment inquiry. |
| EQUIFAX OR EFX - | Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request. |
| FIN PLAN - | Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning. |
| INS - | Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes. |
| MEDICAL - | Inquiries with this prefix are from medical service providers. |
| ND - | Inquiries with this prefix are general inquiries that do not display to creditor grantors. |
| ND MR - | Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. |
| NON APPL - | Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant. |
| PR - | Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. |
| PREQAUTO - | Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease. |
| PREQCARD - | Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card. |
| PREQCOMM - | Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services. |
| PREQHE - | Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit. |
| PREQIL - | Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity. |
| PREQINS - | Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote. |
| PREQMTG - | Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan. |
| PREQOD - | Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit. |
| PREQ - | Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services. |
| PRM - | Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance. |

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 166 of 266

**EIS-RODGERS-000429**

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 167 of 266

REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) |
|---|---|
| EQUIFAX IN<br>1550 PEACHTREE ST NW ATLANTA GA 303092468  Phone: 4048858000 | 02/03/2025 |
| EQUIFAX<br>PO BOX 740250 ATLANTA GA 30374-0250  Phone: 6787957622 | 02/03/2025 08/01/2024 03/26/2024 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 02/26/2025 02/23/2025 02/23/2025 |
| EQUIFAX<br>PO Box 105069 Atlanta GA 303485069  Phone: 8006851111 | 02/22/2025 02/22/2025 02/10/2025 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 02/26/2025 02/23/2025 |
| EQUIFAXBLK<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2468  Phone: 7706851111 | 03/09/2025 03/09/2025 |
| EQUIFAX UP<br>1550 PEACHTREE ST NW ATLANTA GA 303092402  Phone: 8006851111 | 02/23/2025 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 03/09/2025 |

EIS-RODGERS-000430

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;

  - you are the victim of identity theft and place a fraud alert in your file;

  - your file contains inaccurate information as a result of fraud;

  - you are on public assistance;

  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

EIS-RODGERS-000431

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**EIS-RODGERS-000432**

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**EIS-RODGERS-000433**

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | <br><br>a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br><br><br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Association<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

## Commonly Asked Questions About Credit Files

**Q.** *How can I correct a mistake in my credit file ?*
**A.** Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.** *If I do have credit problems, is there someplace where I can get advice and assistance ?*
**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

**Q.** *Once the fraud alert is added to my credit file, who will contact me to verify if an application is legitimate ?*
**A.** When the credit grantor accesses your credit file, they should contact you as a part of their credit application approval process.

### Facts You Should Know

○ The length of time an account or record remains in your credit file is shown below:
Collection Agency Accounts: Remain for up to 7 years from the Date of 1st Delinquency.

Credit or Other Reported Accounts: Accounts paid as agreed remain for up to 10 years from the Date Reported. Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

Public Records: Remain for up to 7 years from the date filed, except:
Bankruptcy – Chapter 7 and 11 remain for up to 10 years from the date filed.
Bankruptcy – Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
Unpaid tax liens remain for up to 10 years from the date filed.
Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

New York State Residents Only: Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

Payment history and Historical Account Information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship. This history is included on both open accounts and accounts that have already been closed.

The historical account information reflects a broader view of your credit behavior over a 24 month period. This history is also included on both open accounts and closed accounts.

Payment in full does not remove your payment history or historical account information. If you have always paid an account as agreed, the account should not have payment history status information. Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

○ Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

○ To protect your information from misuse, you should monitor any change in mail receipt patterns. Ensure that documents containing personal data or account numbers are destroyed or made illegible before disposing of them. Do not preprint checks or other documents with unique identifiers such as your driver's license or social security number. Never give out your account number or identifying information on phone calls in which you did not initiate the contact.

○ To have a fraud alert removed from your credit file, identification information, such as, a copy of your driver's license or utility bill reflecting your current address along with a copy of your social security card must be provided.

---

### Additional Notice to Consumer:
You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

---

EIS-RODGERS-000435

**EIS-RODGERS-000436**

**EQUIFAX**                          *RESEARCH REQUEST FORM*

**You may initiate an investigation request via the internet at  www.equifax.com/personal/disputes . To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.**

Or, mail this document to the following address:

>      Equifax Information Services LLC
>      P.O. Box 105518
>      Atlanta, GA 30348
>      (888) EQUIFAX, (888) 378-4329

**Email Address** (please print clearly): _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?  **Circle:**     Yes          No

| *Confirmation Number:   5068502301* |
| --- |

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:**  ASANTI I RODGERS                                         **SSN #:**  XXX-XX-6010
                                                                    **DOB:** ████████████

**Current Address:** 807 S POST OAK LN APT 2114, Houston, TX 77056

_____

**Daytime Phone Number**                                         **Evening Phone Number**

**List other names which you have used for credit in the past**

**Credit Account Information**

**Company Name** _____  **Account Number** _____

Reason for investigation:   ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain) _____

**Company Name** _____  **Account Number** _____

Reason for investigation:   ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain) _____

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

ASANTI RODGERS
807 S POST OAK LN APT 2114
HOUSTON, TX 77056-2270

EIS-RODGERS-000438

ASANTI RODGERS
807 S POST OAK LN APT 2114
HOUSTON, TX 77056-2270

March 9, 2025

Hi ASANTI RODGERS,

You recently contacted us because you may have been a victim of fraud or identity theft. We have included a copy of "Remedying the Effects of Identity Theft" prepared by the Consumer Financial Protection Bureau (CFPB) that contains important information that may be helpful to you.

000013923-FLT                                    5068502350-FRA-0e8801360000334-03092025

**EIS-RODGERS-000439**

*Para infomacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft.  Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud.  For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name.  For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1.  You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Equifax:          1-800-525-6285     www.equifax.com
- Experian:        1-888-397-3742     www.experian.com
- TransUnion:    1-800-680-7289     www.transunion.com

An <u>initial fraud alert</u> stays in your file for at least one year.  An <u>extended alert</u> stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an <u>extended alert</u>, you will have to provide an <u>identity theft report</u>. An <u>identity theft report</u> includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the <u>identity theft report</u>, visit www.consumerfinanace.gov/learnmore.

**2.  You have the right to free copies of the information in your file (your "file disclosure")**. An <u>initial fraud alert</u> entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an <u>extended alert</u> entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information**. A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

000013923-FLT                                                      5068502350-FRA-0e8801360000334-03092025

**EIS-RODGERS-000440**

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file**. An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7.** The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**
**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

000013923-FLT                                              5068502350-FRA-0e88013600000334-03092025

EIS-RODGERS-000441

```
===========================================================
= TIMESTAMP: 09-Mar-2025 01:05
= ACIS FUNCTION: CCMS
===========================================================
*****************************************************************************
*********
RODGERS, ASANTI, I, , SINCE 05/23/2016, FAD 03/09/2025
807 S POST OAK LN APT 2114, HOUSTON TX, 77056, , , 06/2022, , 03/2025,
18505 TORRENCE AVE APT, LANSING IL, 60438, , C, 02/2025, M, 03/2025,
7211 OHIO AVE, HAMMOND IN, 46323, , C, 06/2021, M, 03/2025,
1919 JOFFRE AVE, TOLEDO OH, 43607, , C, 05/2021, M, 03/2025,
1029 E 156TH ST, DOLTON IL, 60419, , C, 05/2021, M, 03/2025,
905 CIRCLE AVE, FOREST PARK IL, 60130, , C, 05/2021, M, 03/2025,
███████████████████████, , , 08/2018, M, 03/2025, 7737629282
, ,BDS-██████████, SSN-███████████ ,
FN-MCKINLEY, KANI
--------------------------------------------------------------------------------
---------
 Consumer Referral Location-1
   EQUIFAX INFORMATION SERVICES LLC
   PO BOX 740241, ATLANTA, GA, 303740241, 8006851111
--------------------------------------------------------------------------------
---------
*****************************************************************************
*********
03/2025,  SPECL 496FY00202, ID THEFT VICTIM - INFORMATION BLOCKED DUE TO POLICE OR
DMV REPORT
06/2020,  SPECL 915AA00133, FRAUD FILE
06/2021,  SPECL 915AA01222, PROMOTIONAL BLOCK(5 YR)

F- OPERATOR ADVICE-DO NOT COMBINE
F- FILE UNAVAILABLE ONLINE-(H.O.) CONTACT BUREAU
F- TELEPHONE NUMBER BLOCKED PER CONSUMER REQUEST

PUBLIC RECORDS OR OTHER INFORMATION
  03/2025 COLL 01/2023 178YC12959 FOR LIBERTY MUTUAL IN CO, $573, 03/2025 SUPPRESS
COLL
     BAL- BAL- $573, PURGE: 11/2022, I, 2725614
 06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION
  03/2025 COLL 10/2023 178YC13039 FOR ALLSTATE PROP CASUALTY CO, $252, 03/2025
SUPPRESS COLL
     BAL- BAL- $252, PURGE: 07/2023, I, 23841107
 06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION
  02/2025 COLL 07/2024 401YC16680 FOR COMCAST, $127, 02/2025 SUPPRESS COLL
     BAL- BAL- $127, PURGE: 05/2023, I, 59921087
 11
  02/2025 COLL 12/2020 180YC16345 FOR PROGRESSIVE, $383, 02/2025 SUPPRESS COLL
     BAL- BAL- $383, PURGE: 10/2020, I, 17467858
```

EIS-RODGERS-000442

06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION


 INQS-SUBJECT SHOWS 15 INQUIRIES SINCE 03/2024


```
     ACIS       IL5068502301        915AA00828   EQUIFAX AUTO MTNC UP   03/09/2025
IL          MTNCUPD
     ACIS        5068502301         915AA01388   EQUIFAXBLK             03/09/2025
            DISPUTE
     ACIS       TX5041531569D       915AA00018   EQUIFAX                02/26/2025
TX          REVISED
     ACIS       TX5041531569        915AA00034   EQUIFAX UPDATE         02/26/2025
TX          MTNCUPD
     ACIS       TX5053571883D       915AA00018   EQUIFAX                02/23/2025
TX          REVISED
     ACIS       TX5053571411D       915AA00018   EQUIFAX                02/23/2025
TX          REVISED
     ACIS       TX5053571411        915AA00034   EQUIFAX UPDATE         02/23/2025
TX          MTNCUPD
     ND         EIS                 915AA01065   EQUIFAX UPDATE         02/23/2025
EI          MTNCUPD
     ACIS        5053571883         915AA00133   EQUIFAX                02/22/2025
            DISPUTE
     ACIS        5053571411         915AA00133   EQUIFAX                02/22/2025
            DISPUTE
     ACIS       TX5041531569        915AA00133   EQUIFAX                02/10/2025
TX          DISPUTE
     CONS RPT   5535457672          915AA01826   EQUIFAX                02/03/2025
            ANNUALF
     ID         EQUIFAX             092ZD18051   EQUIFAX INC (0100)     02/03/2025
EQ
     CONS RPT   4714612277          915AA01826   EQUIFAX                08/01/2024
            ANNUALF
     ND         EQUIFAX   /          4586386671915AA01826    EQUIFAX
03/26/2024 EQ            ANNUALF
```
1, ID SCAN: UNABLE TO PERFORM SSN VALIDATION DUE TO INSUFFICIENT SSN INPUT


```
 FIRM/              RPTD/   OPND/   HI CREDIT CRED LIM/ BAL/      PAST DUE  CS MR
ECOA DLP
 MORTGAGE ID #       CLOSED  MAJ RPT /ACT PAY  SCHD PAY  CHRG OFF  /TERMS     TP ACT
-----------------------------------------------------------------------------------
-------------
```

 CREDIT ACCEPTANCE CORPORAT 03/2025 04/2022
P 32 I   03/2024
```
                                                           72M       M  00
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR       AUI
        11/2022
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

EIS-RODGERS-000443

ACCT#███████

DUE TO POLICE REPORT

| TRENDED DATA ACCT ACCT DATE TYPE DESIG | BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT |
|---|---|---|---|---|---|---|---|
| 02/2025 00 X | 23400 | | | 03/2024 | 29355 | | 23400 |
| 01/2025 00 X | | | | 03/2024 | 29355 | | |
| 12/2024 00 X | 23304 | | | 03/2024 | 29355 | | 23304 |
| 11/2024 00 X | 23211 | | | 03/2024 | 29355 | | 23211 |
| 10/2024 00 X | 23116 | | | 03/2024 | 29355 | | 23116 |
| 09/2024 00 X | 23023 | | | 03/2024 | 29355 | | 23023 |
| 08/2024 00 X | 22928 | | | 03/2024 | 29355 | | 22928 |
| 07/2024 00 X | 22832 | | | 03/2024 | 29355 | | 22832 |
| 06/2024 00 X | 22739 | | | 03/2024 | 29355 | | 22739 |
| 05/2024 00 X | 22644 | | | 03/2024 | 29355 | | 22644 |
| 04/2024 00 X | 22560 | | 8900 | 03/2024 | 29355 | | 22560 |
| 03/2024 00 X | 32590 | 754 | | 10/2023 | 29355 | | 7034 |
| 02/2024 00 X | 31382 | 754 | | 10/2023 | 29355 | | 6279 |
| 01/2024 00 X | 30442 | 754 | | 10/2023 | 29355 | | 5523 |
| 12/2023 00 X | 29950 | 754 | | 10/2023 | 29355 | | 4768 |
| 11/2023 00 X | 29453 | 754 | | 10/2023 | 29355 | | 4013 |
| 10/2023 00 X | 28949 | 754 | 1080 | 10/2023 | 29355 | | 3258 |
| 09/2023 00 X | 29021 | 754 | | 06/2023 | 29355 | | 3253 |
| 08/2023 00 X | 28476 | 754 | | 06/2023 | 29355 | | 2468 |
| 07/2023 00 X | 27927 | 754 | 754 | 06/2023 | 29355 | | 1683 |
| 06/2023 00 X | 28128 | 754 | 754 | 05/2023 | 29355 | | 1653 |
| 05/2023 00 X | 28323 | 754 | 754 | 04/2023 | 29355 | | 1623 |

**EIS-RODGERS-000444**

| 04/2023 | 28513 | 754 | 800 | 03/2023 | 29355 | | 1593 |
| 00  X | | | | | | | |
| 03/2023 | 28744 | 754 | 800 | 02/2023 | 29355 | | 853 |
| 00  X | | | | | | | |

--------------------------------------------------------------------------------
 NCB MANAGEMENT SERVICES, I 03/2025 10/2021
P 40 I
                                                                           0C
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR         AUI
        01/2020       O
        BAL AMT     BAL PAY DT  DEF PAY DT CC
                                     14
                                  ACCT#████████
        DUE TO POLICE REPORT

| TRENDED DATA | | SCHED | ACTUAL | LAST | HIGH | CREDIT | PAST |
| ACCT ACCT | | | | | | | |
| DATE | BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT |
| TYPE DESIG | | | | | | | |
| 02/2025 | 5665 | | | 5665 | | 5665 | 0C |
| X | | | | | | | |
| 01/2025 | 5665 | | | 5665 | | 5665 | 0C |
| X | | | | | | | |
| 12/2024 | 5665 | | | 5665 | | 5665 | 0C |
| X | | | | | | | |
| 11/2024 | 5665 | | | 5665 | | 5665 | 0C |
| X | | | | | | | |
| 10/2024 | 5665 | | | 5665 | | 5665 | 0C |
| X | | | | | | | |
| 09/2024 | 5665 | | | 5665 | | 5665 | 0C |
| X | | | | | | | |
| 08/2024 | 5665 | | | 5665 | | | 0C |
| X | | | | | | | |
| 07/2024 | 5665 | | | 5665 | | | 0C |
| X | | | | | | | |
| 06/2024 | 5665 | | | 5665 | | | 0C |
| X | | | | | | | |
| 05/2024 | 5665 | | | 5665 | | | 0C |
| X | | | | | | | |
| 04/2024 | 5665 | | | 5665 | | | 0C |
| X | | | | | | | |
| 03/2024 | 5665 | | | 5665 | | | 0C |
| X | | | | | | | |
| 02/2024 | 5665 | | | 5665 | | | 0C |
| X | | | | | | | |
| 01/2024 | 5665 | | | 5665 | | | 0C |
| X | | | | | | | |
| 12/2023 | 5665 | | | 5665 | | | 0C |
| X | | | | | | | |
| 11/2023 | 5665 | | | 5665 | | | 0C |

EIS-RODGERS-000445

```
X
10/2023   5665                                    5665                                    0C
X
09/2023   5665                                    5665                                    0C
X
08/2023   5665                                    5665                                    0C
X
07/2023   5665                                    5665                                    0C
X
06/2023   5665                                    5665                                    0C
X
05/2023   5665                                    5665                                    0C
X
04/2023   5665                                    5665                                    0C
X
03/2023   5665                                    5665                                    0C


---------------------------------------------------------------------------
 DISCOVER BANK          02/2025 09/2021 2676      2000      2676      2676      R9 40
I    02/2023
                                                            2676                M  18
X
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR          AUI
        03/2023
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                    ACCT#██████████

        CHARGED OFF ACCOUNT
        CREDIT CARD
DEROG TRADE HISTORY
01/2025-D12/2024-L11/2024-L10/2024-L09/2024-L08/2024-L07/2024-L06/2024-L
05/2024-L04/2024-L03/2024-L02/2024-L01/2024-L12/2023-L11/2023-L10/2023-L
09/2023-608/2023-507/2023-406/2023-305/2023-204/2023-103/2023-002/2023-0
01/2023-212/2022-111/2022-010/2022-009/2022-008/2022-007/2022-006/2022-0
05/2022-004/2022-003/2022-002/2022-001/2022-012/2021-011/2021-010/2021-0
09/2021-B
```

| TRENDED DATA DATE TYPE DESIG | ACCT ACCT BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT |
|---|---|---|---|---|---|---|---|
| 02/2025 | | | | | | | |
| 01/2025 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 12/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 11/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 10/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |

EIS-RODGERS-000446

```
        18  X
09/2024   2676                              02/2023   2676   2000   2676
        18  X
08/2024   2676                              02/2023   2676   2000   2676
        18  X
07/2024   2676                              02/2023   2676   2000   2676
        18  X
06/2024   2676                              02/2023   2676   2000   2676
        18  X
05/2024   2676                              02/2023   2676   2000   2676
        18  X
04/2024   2676                              02/2023   2676   2000   2676
        18  X
03/2024   2676                              02/2023   2676   2000   2676
        18  X
02/2024   2676                              02/2023   2676   2000   2676
        18  X
01/2024   2676                              02/2023   2676   2000   2676
        18  X
12/2023   2676                              02/2023   2676   2000   2676
        18  X
11/2023   2676                              02/2023   2676   2000   2676
        18  X
10/2023   2676                              02/2023   2676   2000   2676
        18  X
09/2023   2676      108                     02/2023   2676   2000    626
        18  C
08/2023   2573      103                     02/2023   2573   2000    523
        18  C
07/2023   2472       99                     02/2023   2472   2000    424
        18  C
06/2023   2376       96                     02/2023   2376   2000    328
        18  C
05/2023   2280       92                     02/2023   2316   2000    236
        18  C
04/2023   2188       88                     02/2023   2316   2000    148
        18  C
03/2023   2097      148                     02/2023   2316   2000
        18  C

-----------------------------------------------------------------------------
 MOHELA/DEPT OF ED    02/2025 11/2016 2000                    0            I5 33
I    04/2019
                      09/2019        2185                                 M  12
T
        DFD/DLA    PURCH/SOLD/ORIGINAL CREDITOR         AUI
        10/2018
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

ACCT#█████████████

EIS-RODGERS-000447

DEROG TRADE HISTORY
01/2025-D12/2024-D11/2024-D10/2024-D09/2024-D08/2024-D07/2024-D06/2024-D
05/2024-D04/2024-D03/2024-D02/2024-D01/2024-D12/2023-D11/2023-D10/2023-D
09/2023-D08/2023-D07/2023-D06/2023-D05/2023-D04/2023-D03/2023-D02/2023-D
01/2023-D12/2022-D11/2022-D10/2022-D09/2022-D08/2022-D07/2022-D06/2022-D
05/2022-D04/2022-D03/2022-D02/2022-D01/2022-D12/2021-D11/2021-D10/2021-D
09/2021-D08/2021-D07/2021-D06/2021-D05/2021-D04/2021-D03/2021-D02/2021-D
01/2021-D12/2020-D11/2020-D10/2020-D09/2020-D08/2020-D07/2020-D06/2020-D
05/2020-D04/2020-D03/2020-D02/2020-D01/2020-D12/2019-D11/2019-D10/2019-D
09/2019-D08/2019-D07/2019-D06/2019-D05/2019-D04/2019-003/2019-B

| TRENDED DATA ACCT ACCT DATE TYPE DESIG | BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT |
|---|---|---|---|---|---|---|---|
| 02/2025 | | | | | | | |
| 01/2025 | | | | | | | |
| 12/2024 | | | | | | | |
| 11/2024 | | | | | | | |
| 10/2024 | | | | | | | |
| 09/2024 | | | | | | | |
| 08/2024 | | | | | | | |
| 07/2024 | | | | | | | |
| 06/2024 | | | | | | | |
| 05/2024 | | | | | | | |
| 04/2024 | | | | | | | |
| 03/2024 | | | | | | | |
| 02/2024 | | | | | | | |
| 01/2024 | | | | | | | |
| 12/2023 | | | | | | | |
| 11/2023 | | | | | | | |
| 10/2023 | | | | | | | |
| 09/2023 | | | | | | | |

EIS-RODGERS-000448

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

--------------------------------------------------------------------------------
 MOHELA/DEPT OF ED    02/2025 12/2016 1523                0                I5 32
I    04/2019
                     09/2019         1621                         120M    M  12
T
         DFD/DLA    PURCH/SOLD/ORIGINAL CREDITOR        AUI
         10/2018
         BAL AMT    BAL PAY DT  DEF PAY DT CC

                              ACCT#███████████

DEROG TRADE HISTORY
01/2025-D12/2024-D11/2024-D10/2024-D09/2024-D08/2024-D07/2024-D06/2024-D
05/2024-D04/2024-D03/2024-D02/2024-D01/2024-D12/2023-D11/2023-D10/2023-D
09/2023-D08/2023-D07/2023-D06/2023-D05/2023-D04/2023-D03/2023-D02/2023-D
01/2023-D12/2022-D11/2022-D10/2022-D09/2022-D08/2022-D07/2022-D06/2022-D
05/2022-D04/2022-D03/2022-D02/2022-D01/2022-D12/2021-D11/2021-D10/2021-D
09/2021-D08/2021-D07/2021-D06/2021-D05/2021-D04/2021-D03/2021-D02/2021-D
01/2021-D12/2020-D11/2020-D10/2020-D09/2020-D08/2020-D07/2020-D06/2020-D
05/2020-D04/2020-D03/2020-D02/2020-D01/2020-D12/2019-D11/2019-D10/2019-D
09/2019-D08/2019-D07/2019-D06/2019-D05/2019-D04/2019-003/2019-B
TRENDED DATA         SCHED    ACTUAL      LAST     HIGH    CREDIT       PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT   PMT AMT   PMT DATE   CREDIT    LIMIT    DUE AMT
  TYPE DESIG
02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

EIS-RODGERS-000449

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

--------------------------------------------------------------------------------
 LEAD BANK            12/2023 11/2020 501        400         0                    R1 37
I   12/2023
                     12/2023           501                                       M  2A
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                         *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                ACCT#█████████
        ACCOUNT CLOSED AT CONSUMER'S REQUEST
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED CREDIT CARD
DEROG TRADE HISTORY

EIS-RODGERS-000450

11/2023-110/2023-009/2023-008/2023-007/2023-006/2023-005/2023-004/2023-0
03/2023-002/2023-001/2023-012/2022-011/2022-010/2022-009/2022-008/2022-0
07/2022-006/2022-E05/2022-004/2022-003/2022-002/2022-001/2022-012/2021-0
11/2021-010/2021-009/2021-008/2021-007/2021-006/2021-005/2021-004/2021-0
03/2021-E02/2021-001/2021-112/2020-011/2020-B

| TRENDED DATA DATE | ACCT ACCT TYPE DESIG | BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT |
|---|---|---|---|---|---|---|---|---|
| 02/2025 | | | | | | | | |
| 01/2025 | | | | | | | | |
| 12/2024 | | | | | | | | |
| 11/2024 | | | | | | | | |
| 10/2024 | | | | | | | | |
| 09/2024 | | | | | | | | |
| 08/2024 | | | | | | | | |
| 07/2024 | | | | | | | | |
| 06/2024 | | | | | | | | |
| 05/2024 | | | | | | | | |
| 04/2024 | | | | | | | | |
| 03/2024 | | | | | | | | |
| 02/2024 | | | | | | | | |
| 01/2024 | | | | | | | | |
| 12/2023 | | | | | | | | |
| 11/2023 | 2A  X | 486 | 52 | | 09/2023 | 498 | 400 | 26 |
| 10/2023 | 2A  X | 436 | 26 | | 09/2023 | 498 | 400 | |
| 09/2023 | 2A  X | 426 | 52 | 83 | 09/2023 | 498 | 400 | |
| 08/2023 | 2A  X | 462 | 26 | | 07/2023 | 498 | 400 | |
| 07/2023 | 2A  X | 451 | 26 | 50 | 07/2023 | 498 | 400 | |
| 06/2023 | | 366 | 26 | 50 | 06/2023 | 498 | 400 | |

**EIS-RODGERS-000451**

```
   2A  X
05/2023   407        26        26        05/2023   498       400
   2A  X
04/2023   408        26        40        04/2023   498       400
   2A  X
03/2023   397        28        50        03/2023   498       400
   2A  X


-------------------------------------------------------------------------------
 FINGERHUT              05/2023 04/2022 0         400        0                    R1 13
I
                       01/2023                                                   M  07
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR          AUI
                                                            *
        BAL AMT     BAL PAY DT  DEF PAY DT CC

                                             ACCT#████████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        ACCOUNT CLOSED BY CREDIT GRANTOR
        CHARGE
DEROG TRADE HISTORY
04/2023-E03/2023-D02/2023-D01/2023-D12/2022-E11/2022-E10/2022-E09/2022-E
08/2022-E07/2022-E06/2022-E05/2022-E04/2022-B
TRENDED DATA          SCHED     ACTUAL       LAST      HIGH      CREDIT        PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT    PMT AMT    PMT DATE   CREDIT     LIMIT      DUE AMT
   TYPE DESIG
02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024
```

EIS-RODGERS-000452

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

| | | | | |
|---|---|---|---|---|
| 04/2023 | 0 | 0 | 400 | 07 |
| B | | | | |
| 03/2023 | 0 | 0 | 400 | 07 |
| B | | | | |

------------------------------------------------------------------------

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FINGERHUT/WEBBANK | 06/2022 | 11/2021 | 109 | 400 | 0 | R1 | 7 |
| I    03/2022 | | | | | | | |
| | | 04/2022 | | | | M | 07 |
| B | | | | | | | |

         DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR         AUI
                                                           *
         BAL AMT    BAL PAY DT  DEF PAY DT CC

                                   ACCT# ███████████

         CLOSED OR PAID ACCOUNT/ZERO BALANCE
         ACCOUNT CLOSED BY CREDIT GRANTOR
DEROG TRADE HISTORY
05/2022-E04/2022-E03/2022-002/2022-001/2022-012/2021-011/2021-B
TRENDED DATA          SCHED     ACTUAL       LAST      HIGH    CREDIT        PAST
ACCT ACCT
 DATE     BALANCE   PMT AMT    PMT AMT    PMT DATE    CREDIT    LIMIT     DUE AMT
  TYPE DESIG
02/2025

01/2025

12/2024

EIS-RODGERS-000453

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

--------------------------------------------------------------------------------
 AUSTIN CAPITAL BANK SSB 05/2022 05/2021 1000                    0                        I1
12 I    05/2022
                        05/2022                                          12M      M  02
B
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR          AUI

**EIS-RODGERS-000454**

```
                                                      *
          BAL AMT     BAL PAY DT  DEF PAY DT CC

                                    ACCT#███████████
          CLOSED OR PAID ACCOUNT/ZERO BALANCE
          SECURED
          FIXED RATE
DEROG TRADE HISTORY
04/2022-003/2022-002/2022-001/2022-012/2021-011/2021-010/2021-009/2021-0
08/2021-007/2021-006/2021-005/2021-B
TRENDED DATA          SCHED     ACTUAL      LAST     HIGH     CREDIT       PAST
ACCT ACCT
 DATE     BALANCE     PMT AMT    PMT AMT    PMT DATE   CREDIT    LIMIT     DUE AMT
  TYPE DESIG
02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023
```

EIS-RODGERS-000455

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

```
-------------------------------------------------------------------------------
 SUNRISE BANKS C/O SELF FINANCIAL  INC 03/2022 04/2020 520                 0
        I1 23 I   03/2022
                   03/2022          50                         24M      M  02
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                          *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                              ACCT#██████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED
        FIXED RATE
DEROG TRADE HISTORY
02/2022-001/2022-012/2021-011/2021-010/2021-009/2021-008/2021-007/2021-0
06/2021-005/2021-004/2021-003/2021-002/2021-001/2021-012/2020-011/2020-0
10/2020-009/2020-008/2020-007/2020-006/2020-005/2020-004/2020-B
```

| TRENDED DATA | SCHED | ACTUAL | LAST | HIGH | CREDIT | PAST | ACCT | ACCT |
| DATE | BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT | TYPE | DESIG |

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

EIS-RODGERS-000456

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

05/2023

04/2023

03/2023

--------------------------------------------------------------------------------
 CREDIT ACCEPTANCE CORPORAT 03/2022 07/2020 14739                 0
I1 19 I    02/2022
                   03/2022                                72M      M  00
B
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                         *
        BAL AMT     BAL PAY DT  DEF PAY DT CC

                                  ACCT#████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        AUTO
        FIXED RATE
DEROG TRADE HISTORY
02/2022-001/2022-012/2021-011/2021-010/2021-009/2021-008/2021-007/2021-0
06/2021-005/2021-004/2021-003/2021-002/2021-201/2021-112/2020-111/2020-1
10/2020-009/2020-008/2020-007/2020-B

EIS-RODGERS-000457

| TRENDED DATA ACCT ACCT DATE TYPE DESIG | BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT |
|---|---|---|---|---|---|---|---|
| 02/2025 | | | | | | | |
| 01/2025 | | | | | | | |
| 12/2024 | | | | | | | |
| 11/2024 | | | | | | | |
| 10/2024 | | | | | | | |
| 09/2024 | | | | | | | |
| 08/2024 | | | | | | | |
| 07/2024 | | | | | | | |
| 06/2024 | | | | | | | |
| 05/2024 | | | | | | | |
| 04/2024 | | | | | | | |
| 03/2024 | | | | | | | |
| 02/2024 | | | | | | | |
| 01/2024 | | | | | | | |
| 12/2023 | | | | | | | |
| 11/2023 | | | | | | | |
| 10/2023 | | | | | | | |
| 09/2023 | | | | | | | |
| 08/2023 | | | | | | | |
| 07/2023 | | | | | | | |
| 06/2023 | | | | | | | |
| 05/2023 | | | | | | | |
| 04/2023 | | | | | | | |

EIS-RODGERS-000458

03/2023


--------------------------------------------------------------------------------
 US DEPARTMENT OF EDUCATION 06/2020 09/2019
IP 245 I

        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI

        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                ACCT#██████

        NO RESPONSE


--------------------------------------------------------------------------------
 US DEPARTMENT OF EDUCATION 06/2020 09/2019
IP 245 I

        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI

        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                ACCT#██████

        NO RESPONSE


--------------------------------------------------------------------------------
 EXETER              06/2020 01/2017                                    P 249
I

        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
        01/2020
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                ACCT#██████████

        DUE TO POLICE REPORT


--------------------------------------------------------------------------------
*********          End Of ACRO FILE        **********

MAINTENANCE SHEET SUMMARY
Date Received: 03/07/2025  Date to Mtnc:   Priority: No Priority Assigned
Consumer: RODGERS, ASANTI  Team ID: BLD  Case ID: 5068502301

ORG NM- RODGERS, ASANTI, I,.
ORG ID- ████████,████████, .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG CL- 02/2025, 178YC12959, 01/2023, LIBERTY MUTUAL IN CO, 573, 02/2025, D, 573,

**EIS-RODGERS-000459**

02/2025, 11/2022, 2725614, I, 166 , , 06
UPD CL- 03/2025, 178YC12959, 01/2023, LIBERTY MUTUAL IN CO, 573, 02/2025, Y, 573,
02/2025, 11/2022, 2725614, I, 166 , , 06
Comments-
Maintenance Action: SUPPRESS This Segment
Consumer Comments-
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., B29, 03/09/2025


ORG CL- 02/2025, 178YC13039, 10/2023, ALLSTATE PROP CASUALTY CO, 252, 02/2025, D,
252, 02/2025, 07/2023, 23841107, I, 166 , , 06
UPD CL- 03/2025, 178YC13039, 10/2023, ALLSTATE PROP CASUALTY CO, 252, 02/2025, Y,
252, 02/2025, 07/2023, 23841107, I, 166 , , 06
Comments-
Maintenance Action: SUPPRESS This Segment
Consumer Comments-
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., B29, 03/09/2025


ORG TC- 03/2025, 496FY00202, 6, , 40, I, 10/2021, 057, 5665     , 5665     , , 5665
    , 01/2020, 7181241
UPD TC- 03/2025, 496FY00202, R, , 40, I, 10/2021, 057, 5665     , 5665     , , 5665
    , , 7181241
Comments-
Maintenance Action: SUPPRESS This Segment
Consumer Comments-
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., B29, 03/09/2025


ORG TC- 02/2025, 654FA11802, 8, , 32, I, 04/2022, 213, 29355    , 23400    , 72M ,
23400    , 11/2022, 105212990
UPD TC- 02/2025, 654FA11802, R, , 32, I, 04/2022, 213, 29355    , 23400    , 72M ,
23400    , , 105212990
Comments-
Maintenance Action: SUPPRESS This Segment
Consumer Comments-
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., B29, 03/09/2025


*************** END OF SUMMARY ***************

EIS-RODGERS-000460

# BLOCK REFERRAL COLLECTION/TRADE

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 198 of 266

Originator Bureau:

TUN

Control Number:

RA331946010407116168048003

Date Created:

03/03/2025

Block Date:

03/03/2025

Date Received:

03/07/2025

## Consumer's Information

| Name: | RODGERS, ASANTI, I MAHN | | |
|---|---|---|---|
| Address: | 1128 BURR ST | | |
| City/State/Zip: | GARY, IN 464062158 | | |
| SSN: 331946010 | DOB: 09/24/1997 | Phone: (708) 990-0720 | |

## Additional Information

| Disputed Data Furnisher Name: | CREDIT COLLECTION SERVIC |
|---|---|
| Disputed Consumer Account Number: | 2725614 |
| Disputed Portfolio Type: | O |
| Disputed Account Type: | 48 |
| Disputed Date Opened: | 01/11/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000461

# BLOCK REFERRAL COLLECTION/TRADE

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 199 of 266

Originator Bureau:

TUN

Control Number:

RA331946010407116168048004

Date Created:

03/03/2025

Block Date:

03/03/2025

Date Received:

03/07/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI, I MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 464062158 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: (708) 990-0720 |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | CREDIT ACCEPTANCE CORP |
| Disputed Consumer Account Number: | 105212990 |
| Disputed Portfolio Type: | I |
| Disputed Account Type: | 00 |
| Disputed Date Opened: | 04/02/2022 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000462

# BLOCK REFERRAL COLLECTION/TRADE

Originator Bureau:

TUN

Control Number:

RA331946010407116168048001

Date Created:

03/03/2025

Block Date:

03/03/2025

Date Received:

03/07/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI, I MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 464062158 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: (708) 990-0720 |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | NCB MANAGEMENT SERVICES |
| Disputed Consumer Account Number: | 7181241 |
| Disputed Portfolio Type: | O |
| Disputed Account Type: | 0C |
| Disputed Date Opened: | 10/06/2021 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000463

# BLOCK REFERRAL COLLECTION/TRADE

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 201 of 266

Originator Bureau:

TUN

Control Number:

RA331946010407116168048002

Date Created:

03/03/2025

Block Date:

03/03/2025

Date Received:

03/07/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI, I MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 464062158 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: (708) 990-0720 |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | CREDIT COLLECTION SERVICES |
| Disputed Consumer Account Number: | 23841107 |
| Disputed Portfolio Type: | O |
| Disputed Account Type: | 48 |
| Disputed Date Opened: | 10/17/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000464

SSN   :   ▓▓▓▓▓▓

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|---|---|---|---|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID   :   5156530659**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|---|---|---|---|---|
| 06/05/2025 | 5156530659-9 | ARL | CREATION | 9999-RESCISSION PROCESSED ON 06/05/2025 BY ROBOT RPA-DCS-006 FOR CONTROL NUMBER 2361750 |

EIS-RODGERS-000465

# EQUIFAX

## CREDIT FILE : June 05, 2025

## Confirmation # 5156530659

Dear ASANTI I RODGERS:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains

P.O. Box 105518
Atlanta, GA 30348

000012328- DISC
ASANTI I RODGERS
807 S POST OAK LN APT 2114
HOUSTON, TX 77056-2270

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 203 of 266

**EIS-RODGERS-000466**

medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

EIS-RODGERS-000467

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at equifax.com/personal/help/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| The Results Of Our Reinvestigation |
| --- |

| Credit Account Information | | | |
| --- | --- | --- | --- |
| (For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors) | | | |
| **Account History Status Code Descriptions** | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |

**>>>  We have researched the credit account. Account # - *2990 The results are:** SUBSEQUENT INFORMATION HAS BEEN RECEIVED FROM THE DATA FURNISHER, YOUR ACCOUNT AND ITS DETAILS HAVE BEEN REINSERTED TO YOUR CREDIT FILE. THE FOLLOWING FIELDS HAVE

EIS-RODGERS-000468

BEEN MODIFIED: *ADDITIONAL INFORMATION *ACTIVITY DESIGNATOR.   If you have additional questions about this item please contact: **CREDIT ACCEPTANCE CORPORAT, PO BOX 5070, SOUTHFIELD, MI 48086-5070 Phone: (800) 634-1506**

**CREDIT ACCEPTANCE CORPORAT**     PO BOX 5070 SOUTHFIELD MI 480865070 : 8006341506

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *2990 | 04/01/2022 | $29,355 | | 72 Months | Monthly | 32 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/2025 | $23,582 | $23,582 | 03/01/2024 | | | 11/01/2022 | | | | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Repossession | Installment | Auto | Individual Account | | |

ADDITIONAL INFORMATION:

**Involuntary Repossession**

**Auto**

**Fixed Rate**

Account History with Status Codes

| 01/2025 K | 12/2024 K | 11/2024 K | 10/2024 K | 09/2024 K | 08/2024 K | 07/2024 K | 06/2024 K | 05/2024 K | 04/2024 K |
|---|---|---|---|---|---|---|---|---|---|
| 03/2024 K | 02/2024 K | 01/2024 K | 12/2023 6 | 11/2023 5 | 10/2023 4 | 09/2023 4 | 08/2023 3 | 07/2023 2 | 06/2023 2 |
| 05/2023 2 | 04/2023 1 | 03/2023 1 | 02/2023 2 | 01/2023 2 | 12/2022 2 | 11/2022 1 | 10/2022 0 | 09/2022 0 | 08/2022 0 |
| 07/2022 0 | 06/2022 0 | 05/2022 0 | | | | | | | |

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 206 of 266

EIS-RODGERS-000469

*State of Texas- Notice to Texas Consumers*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

5156530659-ARL-0ee1014a00000459-06052025

EIS-RODGERS-000471

Page 6 of 6

000012328-DISC

```
============================================================
= TIMESTAMP: 05-Jun-2025 08:20
= ACIS FUNCTION: AUTO MAINTENANCE
============================================================
*****************************************************************************
*********
RODGERS, ASANTI, I, , SINCE 05/23/2016, FAD 06/05/2025
807 S POST OAK LN APT 2114, HOUSTON TX, 77056, , , 06/2022, , 06/2025,
18505 TORRENCE AVE APT, LANSING IL, 60438, , C, 02/2025, M, 06/2025,
7211 OHIO AVE, HAMMOND IN, 46323, , C, 06/2021, M, 06/2025,
905 CIRCLE AVE, FOREST PARK IL, 60130, , C, 05/2021, M, 06/2025,
1029 E 156TH ST, DOLTON IL, 60419, , C, 05/2021, M, 06/2025,
1919 JOFFRE AVE, TOLEDO OH, 43607, , C, 05/2021, M, 06/2025,
███████████████████████████, , , 08/2018, M, 06/2025, 7737629282
, ,BDS-, SSN-████████ ,
FN-MCKINLEY, KANI
-------------------------------------------------------------------------------
---------
 Consumer Referral Location-1
   EQUIFAX INFORMATION SERVICES LLC
   PO BOX 740241, ATLANTA, GA, 303740241, 8006851111
-------------------------------------------------------------------------------
---------
*****************************************************************************
*********
03/2025,  SPECL 496FY00202, ID THEFT VICTIM - INFORMATION BLOCKED DUE TO POLICE OR
DMV REPORT
06/2020,  SPECL 915AA00133, FRAUD FILE
06/2021,  SPECL 915AA01222, PROMOTIONAL BLOCK(5 YR)

F- OPERATOR ADVICE-DO NOT COMBINE
F- FILE UNAVAILABLE ONLINE-(H.O.) CONTACT BUREAU
F- TELEPHONE NUMBER BLOCKED PER CONSUMER REQUEST

PUBLIC RECORDS OR OTHER INFORMATION
  03/2025 COLL 01/2023 178YC12959 FOR LIBERTY MUTUAL IN CO, $573, 03/2025 SUPPRESS
COLL
     BAL- BAL- $573, PURGE: 11/2022, I, 2725614
 06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION
  03/2025 COLL 10/2023 178YC13039 FOR ALLSTATE PROP CASUALTY CO, $252, 03/2025
SUPPRESS COLL
     BAL- BAL- $252, PURGE: 07/2023, I, 23841107
 06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION
  02/2025 COLL 07/2024 401YC16680 FOR COMCAST, $127, 02/2025 SUPPRESS COLL
     BAL- BAL- $127, PURGE: 05/2023, I, 59921087
 11
  02/2025 COLL 12/2020 180YC16345 FOR PROGRESSIVE, $383, 02/2025 SUPPRESS COLL
     BAL- BAL- $383, PURGE: 10/2020, I, 17467858
```

**EIS-RODGERS-000472**

06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION

 INQS-SUBJECT SHOWS 24 INQUIRIES SINCE 03/2024

```
      ACIS       IL5156530659        915AA00828   EQUIFAX AUTO MTNC UP   06/05/2025
IL           MTNCUPD
      ACIS       TX5156530659D       915AA00018   EQUIFAX                06/05/2025
TX           ANNUALF
      ACIS       5156530659          915AA00018   EQUIFAX                06/05/2025
             DISPUTE
      ND         RPA BOT DCS         915AA01065   EQUIFAX UPDATE         06/05/2025
RP           MTNCUPD
      ND         EIS                 915AA01065   EQUIFAX UPDATE         06/05/2025
EI           MTNCUPD
      ND         USIS RPA TESTING    915AA01065   EQUIFAX UPDATE         06/05/2025
US           MTNCUPD
      ACIS       TX5100521080D       915AA00018   EQUIFAX                04/10/2025
TX           PAID
      ACIS       IN5407116168057003  447AA00176   EQUIFAX INFORMATION SVCS03/14/2025
IN           AUDCCUPD
      ACIS       TX5068502301D       915AA01388   EQUIFAXBLK             03/09/2025
TX           REVISED
      ACIS       IL5068502301        915AA00828   EQUIFAX AUTO MTNC UP   03/09/2025
IL           MTNCUPD
      ACIS       5068502301          915AA01388   EQUIFAXBLK             03/09/2025
             DISPUTE
      ACIS       TX5041531569D       915AA00018   EQUIFAX                02/26/2025
TX           REVISED
      ACIS       TX5041531569        915AA00034   EQUIFAX UPDATE         02/26/2025
TX           MTNCUPD
      ACIS       TX5053571883D       915AA00018   EQUIFAX                02/23/2025
TX           REVISED
      ACIS       TX5053571411D       915AA00018   EQUIFAX                02/23/2025
TX           REVISED
      ACIS       TX5053571411        915AA00034   EQUIFAX UPDATE         02/23/2025
TX           MTNCUPD
      ND         EIS                 915AA01065   EQUIFAX UPDATE         02/23/2025
EI           MTNCUPD
      ACIS       5053571883          915AA00133   EQUIFAX                02/22/2025
             DISPUTE
      ACIS       5053571411          915AA00133   EQUIFAX                02/22/2025
             DISPUTE
      ACIS       TX5041531569        915AA00133   EQUIFAX                02/10/2025
TX           DISPUTE
      CONS RPT   5535457672          915AA01826   EQUIFAX                02/03/2025
             ANNUALF
      ID         EQUIFAX             092ZD18051   EQUIFAX INC (0100)     02/03/2025
EQ
      CONS RPT   4714612277          915AA01826   EQUIFAX                08/01/2024
```

**EIS-RODGERS-000473**

```
          ANNUALF
    ND          EQUIFAX   /          4586386671915AA01826   EQUIFAX
03/26/2024 EQ          ANNUALF
1, ID SCAN: UNABLE TO PERFORM SSN VALIDATION DUE TO INSUFFICIENT SSN INPUT


 FIRM/               RPTD/   OPND/   HI CREDIT CRED LIM/ BAL/     PAST DUE  CS MR
ECOA DLP
 MORTGAGE ID #       CLOSED  MAJ RPT /ACT PAY  SCHD PAY  CHRG OFF  /TERMS    TP ACT
--------------------------------------------------------------------------------
-------------

 CREDIT ACCEPTANCE CORPORAT 06/2025 04/2022 29355              23582    23582
I8 32 I    03/2024
                                                              72M       M  00
X
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
        11/2022
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                        ACCT#████████

        INVOLUNTARY REPOSSESSION
        AUTO
        FIXED RATE
DEROG TRADE HISTORY
05/2025-D04/2025-D03/2025-D02/2025-D01/2025-K12/2024-K11/2024-K10/2024-K
09/2024-K08/2024-K07/2024-K06/2024-K05/2024-K04/2024-K03/2024-K02/2024-K
01/2024-K12/2023-611/2023-510/2023-409/2023-408/2023-307/2023-206/2023-2
05/2023-204/2023-103/2023-102/2023-201/2023-212/2022-211/2022-110/2022-0
09/2022-008/2022-007/2022-006/2022-005/2022-004/2022-B


--------------------------------------------------------------------------------
 DISCOVER CARD       05/2025 09/2021 2676     2000      2676     2676     R9 43
I    02/2023
                            03/2025               2676              M  18
X
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR        AUI
        03/2023                                        *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                        ACCT#████████

        CHARGED OFF ACCOUNT
        CREDIT CARD
DEROG TRADE HISTORY
04/2025-L03/2025-L02/2025-L01/2025-L12/2024-L11/2024-L10/2024-L09/2024-L
08/2024-L07/2024-L06/2024-L05/2024-L04/2024-L03/2024-L02/2024-L01/2024-L
12/2023-L11/2023-L10/2023-L09/2023-608/2023-507/2023-406/2023-305/2023-2
04/2023-103/2023-002/2023-001/2023-212/2022-111/2022-010/2022-009/2022-0
08/2022-007/2022-006/2022-005/2022-004/2022-003/2022-002/2022-001/2022-0
12/2021-011/2021-010/2021-009/2021-B
TRENDED DATA         SCHED     ACTUAL      LAST     HIGH    CREDIT       PAST
```

EIS-RODGERS-000474

| ACCT DATE TYPE DESIG | ACCT BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT |
|---|---|---|---|---|---|---|---|
| 05/2025 | | | | | | | |
| 04/2025 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 03/2025 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 02/2025 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 01/2025 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 12/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 11/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 10/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 09/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 08/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 07/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 06/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 05/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 04/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 03/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 02/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 01/2024 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 12/2023 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 11/2023 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 10/2023 18 X | 2676 | | | 02/2023 | 2676 | 2000 | 2676 |
| 09/2023 18 C | 2676 | 108 | | 02/2023 | 2676 | 2000 | 626 |
| 08/2023 18 C | 2573 | 103 | | 02/2023 | 2573 | 2000 | 523 |
| 07/2023 18 C | 2472 | 99 | | 02/2023 | 2472 | 2000 | 424 |
| 06/2023 | 2376 | 96 | | 02/2023 | 2376 | 2000 | 328 |

EIS-RODGERS-000475

18  C

--------------------------------------------------------------------------------
 NCB MANAGEMENT SERVICES, I 03/2025 10/2021
P 40 I

                                                                        0C
        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR        AUI
        01/2020        O
        BAL AMT     BAL PAY DT   DEF PAY DT CC
                                      14
                                   ACCT#██████
        DUE TO POLICE REPORT
TRENDED DATA          SCHED      ACTUAL       LAST       HIGH      CREDIT        PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT    PMT AMT    PMT DATE    CREDIT     LIMIT      DUE AMT
  TYPE DESIG

| DATE | BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT | ACCT ACCT TYPE DESIG |
|---|---|---|---|---|---|---|---|---|
| 05/2025 | | | | | | | | |
| 04/2025 | | | | | | | | |
| 03/2025 | | | | | | | | |
| 02/2025 | 5665 | | | 5665 | | 5665 | 0C | X |
| 01/2025 | 5665 | | | 5665 | | 5665 | 0C | X |
| 12/2024 | 5665 | | | 5665 | | 5665 | 0C | X |
| 11/2024 | 5665 | | | 5665 | | 5665 | 0C | X |
| 10/2024 | 5665 | | | 5665 | | 5665 | 0C | X |
| 09/2024 | 5665 | | | 5665 | | 5665 | 0C | X |
| 08/2024 | 5665 | | | 5665 | | | 0C | X |
| 07/2024 | 5665 | | | 5665 | | | 0C | X |
| 06/2024 | 5665 | | | 5665 | | | 0C | X |
| 05/2024 | 5665 | | | 5665 | | | 0C | X |
| 04/2024 | 5665 | | | 5665 | | | 0C | X |
| 03/2024 | 5665 | | | 5665 | | | 0C | X |
| 02/2024 | 5665 | | | 5665 | | | 0C | X |
| 01/2024 | 5665 | | | 5665 | | | 0C | X |

EIS-RODGERS-000476

```
12/2023  5665                                5665                         0C
X
11/2023  5665                                5665                         0C
X
10/2023  5665                                5665                         0C
X
09/2023  5665                                5665                         0C
X
08/2023  5665                                5665                         0C
X
07/2023  5665                                5665                         0C
X
06/2023  5665                                5665                         0C
X
```

--------------------------------------------------------------------------------

```
 MOHELA/DEPT OF ED    02/2025 11/2016 2000               0              I5 33
I    04/2019
                      09/2019       2185                              M  12
T
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
        10/2018
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

ACCT# ███████████

DEROG TRADE HISTORY
01/2025-D12/2024-D11/2024-D10/2024-D09/2024-D08/2024-D07/2024-D06/2024-D
05/2024-D04/2024-D03/2024-D02/2024-D01/2024-D12/2023-D11/2023-D10/2023-D
09/2023-D08/2023-D07/2023-D06/2023-D05/2023-D04/2023-D03/2023-D02/2023-D
01/2023-D12/2022-D11/2022-D10/2022-D09/2022-D08/2022-D07/2022-D06/2022-D
05/2022-D04/2022-D03/2022-D02/2022-D01/2022-D12/2021-D11/2021-D10/2021-D
09/2021-D08/2021-D07/2021-D06/2021-D05/2021-D04/2021-D03/2021-D02/2021-D
01/2021-D12/2020-D11/2020-D10/2020-D09/2020-D08/2020-D07/2020-D06/2020-D
05/2020-D04/2020-D03/2020-D02/2020-D01/2020-D12/2019-D11/2019-D10/2019-D
09/2019-D08/2019-D07/2019-D06/2019-D05/2019-D04/2019-003/2019-B

| TRENDED DATA DATE | SCHED BALANCE | ACTUAL PMT AMT | LAST PMT AMT | HIGH PMT DATE | CREDIT CREDIT | PAST LIMIT | ACCT ACCT DUE AMT TYPE DESIG |
|---|---|---|---|---|---|---|---|
| 05/2025 | | | | | | | |
| 04/2025 | | | | | | | |
| 03/2025 | | | | | | | |
| 02/2025 | | | | | | | |
| 01/2025 | | | | | | | |
| 12/2024 | | | | | | | |

EIS-RODGERS-000477

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

--------------------------------------------------------------------------------
 MOHELA/DEPT OF ED    02/2025 12/2016 1523              0                    I5 32
I   04/2019
                    09/2019         1621                          120M      M  12
T
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
        10/2018
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                ACCT# ███████████

DEROG TRADE HISTORY
01/2025-D12/2024-D11/2024-D10/2024-D09/2024-D08/2024-D07/2024-D06/2024-D

EIS-RODGERS-000478

```
05/2024-D04/2024-D03/2024-D02/2024-D01/2024-D12/2023-D11/2023-D10/2023-D
09/2023-D08/2023-D07/2023-D06/2023-D05/2023-D04/2023-D03/2023-D02/2023-D
01/2023-D12/2022-D11/2022-D10/2022-D09/2022-D08/2022-D07/2022-D06/2022-D
05/2022-D04/2022-D03/2022-D02/2022-D01/2022-D12/2021-D11/2021-D10/2021-D
09/2021-D08/2021-D07/2021-D06/2021-D05/2021-D04/2021-D03/2021-D02/2021-D
01/2021-D12/2020-D11/2020-D10/2020-D09/2020-D08/2020-D07/2020-D06/2020-D
05/2020-D04/2020-D03/2020-D02/2020-D01/2020-D12/2019-D11/2019-D10/2019-D
09/2019-D08/2019-D07/2019-D06/2019-D05/2019-D04/2019-003/2019-B
```

| TRENDED DATA ACCT ACCT DATE | SCHED BALANCE | ACTUAL PMT AMT | LAST PMT AMT | HIGH PMT DATE | CREDIT CREDIT | PAST LIMIT | DUE AMT | TYPE DESIG |
|---|---|---|---|---|---|---|---|---|
| 05/2025 | | | | | | | | |
| 04/2025 | | | | | | | | |
| 03/2025 | | | | | | | | |
| 02/2025 | | | | | | | | |
| 01/2025 | | | | | | | | |
| 12/2024 | | | | | | | | |
| 11/2024 | | | | | | | | |
| 10/2024 | | | | | | | | |
| 09/2024 | | | | | | | | |
| 08/2024 | | | | | | | | |
| 07/2024 | | | | | | | | |
| 06/2024 | | | | | | | | |
| 05/2024 | | | | | | | | |
| 04/2024 | | | | | | | | |
| 03/2024 | | | | | | | | |
| 02/2024 | | | | | | | | |
| 01/2024 | | | | | | | | |
| 12/2023 | | | | | | | | |
| 11/2023 | | | | | | | | |

EIS-RODGERS-000479

```
10/2023

09/2023

08/2023

07/2023

06/2023


-------------------------------------------------------------------------------
 LEAD BANK            12/2023 11/2020 501        400        0                            R1 37
I    12/2023
                      12/2023         501                                                M  2A
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                           *

        BAL AMT    BAL PAY DT  DEF PAY DT CC

                              ACCT#███████
        ACCOUNT CLOSED AT CONSUMER'S REQUEST
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED CREDIT CARD
DEROG TRADE HISTORY
11/2023-110/2023-009/2023-008/2023-007/2023-006/2023-005/2023-004/2023-0
03/2023-002/2023-001/2023-012/2022-011/2022-010/2022-009/2022-008/2022-0
07/2022-006/2022-E05/2022-004/2022-003/2022-002/2022-001/2022-012/2021-0
11/2021-010/2021-009/2021-008/2021-007/2021-006/2021-005/2021-004/2021-0
03/2021-E02/2021-001/2021-112/2020-011/2020-B
TRENDED DATA          SCHED      ACTUAL        LAST      HIGH    CREDIT      PAST
ACCT ACCT
 DATE      BALANCE    PMT AMT    PMT AMT    PMT DATE    CREDIT    LIMIT    DUE AMT
  TYPE DESIG
05/2025

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024
```

EIS-RODGERS-000480

```
09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023   486      52                      09/2023   498       400        26
    2A  X
10/2023   436      26                      09/2023   498       400
    2A  X
09/2023   426      52        83            09/2023   498       400
    2A  X
08/2023   462      26                      07/2023   498       400
    2A  X
07/2023   451      26        50            07/2023   498       400
    2A  X
06/2023   366      26        50            06/2023   498       400
    2A  X

------------------------------------------------------------------------------
 FINGERHUT             05/2023 04/2022 0         400        0                      R1 13
I
                      01/2023                                                  M  07
B
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                        *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                        ACCT#███████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        ACCOUNT CLOSED BY CREDIT GRANTOR
        CHARGE
DEROG TRADE HISTORY
04/2023-E03/2023-D02/2023-D01/2023-D12/2022-E11/2022-E10/2022-E09/2022-E
08/2022-E07/2022-E06/2022-E05/2022-E04/2022-B
TRENDED DATA          SCHED     ACTUAL       LAST      HIGH    CREDIT        PAST
```

EIS-RODGERS-000481

| ACCT DATE | ACCT TYPE DESIG | BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT |
|---|---|---|---|---|---|---|---|---|
| 05/2025 | | | | | | | | |
| 04/2025 | | | | | | | | |
| 03/2025 | | | | | | | | |
| 02/2025 | | | | | | | | |
| 01/2025 | | | | | | | | |
| 12/2024 | | | | | | | | |
| 11/2024 | | | | | | | | |
| 10/2024 | | | | | | | | |
| 09/2024 | | | | | | | | |
| 08/2024 | | | | | | | | |
| 07/2024 | | | | | | | | |
| 06/2024 | | | | | | | | |
| 05/2024 | | | | | | | | |
| 04/2024 | | | | | | | | |
| 03/2024 | | | | | | | | |
| 02/2024 | | | | | | | | |
| 01/2024 | | | | | | | | |
| 12/2023 | | | | | | | | |
| 11/2023 | | | | | | | | |
| 10/2023 | | | | | | | | |
| 09/2023 | | | | | | | | |
| 08/2023 | | | | | | | | |
| 07/2023 | | | | | | | | |
| 06/2023 | | | | | | | | |

EIS-RODGERS-000482

```
--------------------------------------------------------------------------------
 FINGERHUT/WEBBANK     06/2022 11/2021 109       400         0                          R1 7
I    03/2022
                       04/2022                                                          M  07
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR         AUI
                                                           *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                        ACCT#███████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        ACCOUNT CLOSED BY CREDIT GRANTOR
DEROG TRADE HISTORY
05/2022-E04/2022-E03/2022-002/2022-001/2022-012/2021-011/2021-B
TRENDED DATA         SCHED     ACTUAL        LAST      HIGH     CREDIT        PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT   PMT AMT    PMT DATE    CREDIT    LIMIT      DUE AMT
  TYPE DESIG
05/2025

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024
```

EIS-RODGERS-000483

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

```
--------------------------------------------------------------------------------
 AUSTIN CAPITAL BANK SSB 05/2022 05/2021 1000                    0                  I1
12 I    05/2022
                     05/2022                                        12M      M  02
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR          AUI
                                                            *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                  ACCT#▇▇▇▇▇▇▇
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED
        FIXED RATE
DEROG TRADE HISTORY
04/2022-003/2022-002/2022-001/2022-012/2021-011/2021-010/2021-009/2021-0
08/2021-007/2021-006/2021-005/2021-B
```

| TRENDED DATA DATE | SCHED BALANCE | ACTUAL PMT AMT | LAST PMT AMT | HIGH PMT DATE | CREDIT CREDIT | PAST LIMIT | ACCT DUE AMT | ACCT TYPE DESIG |
|---|---|---|---|---|---|---|---|---|
| 05/2025 | | | | | | | | |
| 04/2025 | | | | | | | | |
| 03/2025 | | | | | | | | |
| 02/2025 | | | | | | | | |
| 01/2025 | | | | | | | | |
| 12/2024 | | | | | | | | |

EIS-RODGERS-000484

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

--------------------------------------------------------------------------------
 SUNRISE BANKS C/O SELF FINANCIAL  INC 03/2022 04/2020 520                     0
        I1 23 I    03/2022
                     03/2022          50                            24M       M  02
B
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                         *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                    ACCT#███████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED

EIS-RODGERS-000485

```
        FIXED RATE
DEROG TRADE HISTORY
02/2022-001/2022-012/2021-011/2021-010/2021-009/2021-008/2021-007/2021-0
06/2021-005/2021-004/2021-003/2021-002/2021-001/2021-012/2020-011/2020-0
10/2020-009/2020-008/2020-007/2020-006/2020-005/2020-004/2020-B
```

| TRENDED DATA DATE | SCHED BALANCE | ACTUAL PMT AMT | LAST PMT AMT | HIGH PMT DATE | CREDIT CREDIT | PAST LIMIT | ACCT ACCT DUE AMT TYPE DESIG |
|---|---|---|---|---|---|---|---|
| 05/2025 | | | | | | | |
| 04/2025 | | | | | | | |
| 03/2025 | | | | | | | |
| 02/2025 | | | | | | | |
| 01/2025 | | | | | | | |
| 12/2024 | | | | | | | |
| 11/2024 | | | | | | | |
| 10/2024 | | | | | | | |
| 09/2024 | | | | | | | |
| 08/2024 | | | | | | | |
| 07/2024 | | | | | | | |
| 06/2024 | | | | | | | |
| 05/2024 | | | | | | | |
| 04/2024 | | | | | | | |
| 03/2024 | | | | | | | |
| 02/2024 | | | | | | | |
| 01/2024 | | | | | | | |
| 12/2023 | | | | | | | |
| 11/2023 | | | | | | | |
| 10/2023 | | | | | | | |
| 09/2023 | | | | | | | |

EIS-RODGERS-000486

```
08/2023

07/2023

06/2023


------------------------------------------------------------------------------
 CREDIT ACCEPTANCE CORPORAT 03/2022 07/2020 14739                    0
I1 19 I    02/2022
                     03/2022                                  72M      M  00
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR         AUI
                                                           *
        BAL AMT    BAL PAY DT  DEF PAY DT CC


                                        ACCT#████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        AUTO
        FIXED RATE
DEROG TRADE HISTORY
02/2022-001/2022-012/2021-011/2021-010/2021-009/2021-008/2021-007/2021-0
06/2021-005/2021-004/2021-003/2021-002/2021-201/2021-112/2020-111/2020-1
10/2020-009/2020-008/2020-007/2020-B
TRENDED DATA         SCHED    ACTUAL       LAST    HIGH    CREDIT      PAST
ACCT ACCT
 DATE    BALANCE   PMT AMT    PMT AMT    PMT DATE   CREDIT    LIMIT     DUE AMT
  TYPE DESIG
05/2025

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024
```

EIS-RODGERS-000487

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

--------------------------------------------------------------------------------
 US DEPARTMENT OF EDUCATION 06/2020 09/2019
IP 245 I

        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR          AUI

        BAL AMT     BAL PAY DT  DEF PAY DT CC

                                        ACCT# ███████
        NO RESPONSE

--------------------------------------------------------------------------------
 US DEPARTMENT OF EDUCATION 06/2020 09/2019
IP 245 I

        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR          AUI

        BAL AMT     BAL PAY DT  DEF PAY DT CC

                                        ACCT# ███████
        NO RESPONSE

EIS-RODGERS-000488

```
--------------------------------------------------------------------------------
 EXETER               06/2020 01/2017                                    P 249
I

        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
        01/2020
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                       ACCT#███████████████

        DUE TO POLICE REPORT


--------------------------------------------------------------------------------
*********          End Of ACRO FILE          **********
```

MAINTENANCE SHEET SUMMARY
Date Received: 06/05/2025  Date to Mtnc:   Priority: No Priority Assigned
Consumer: RODGERS, ASANTI  Team ID: 43A  Case ID: 5156530659

ORG NM- RODGERS, ASANTI, I,.
ORG ID- ██████████,, .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG TC- 06/2025, 654FA11802, 8, , 32, I, 04/2022, 213, 29355    , 23582    , 72M ,
23582    , 11/2022, 105212990
UPD TC- 06/2025, 654FA11802, 8, , 32, I, 04/2022, 213, 29355    , 23582    , 72M ,
23582    , , 105212990
Comments-9999-RESCISSION PROCESSED ON 06/05/2025 BY ROBOT RPA-DCS-006 FOR CONTROL
NUMBER 2361750, ARL, 06/05/2025
Maintenance Action: UPDATE This Segment
Consumer Comments-
SUBSEQUENT INFORMATION HAS BEEN RECEIVED FROM THE DATA FURNISHER, YOUR ACCOUNT AND
ITS DETAILS HAVE BEEN REINSERTED TO YOUR CREDIT FILE., ARL,


*************** END OF SUMMARY ***************

**EIS-RODGERS-000489**

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320027

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 07/06/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000490

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473220028

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 06/06/2023 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000491**

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200011

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| Name: | RODGERS, ASANTI I, MAHN | |
|---|---|---|
| Address: | 1128 BURR ST | |
| City/State/Zip: | GARY, IN 46406 | |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 11/06/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000492

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200012

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 10/07/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000493

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016556347320013

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 09/05/2024 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000494**

# BLOCK REFERRAL INQUIRY

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 86    filed 06/14/26    page 232 of 266

Originator Bureau:

EXP

Control Number:

RA33194601016563473200014

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 08/06/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000495

# BLOCK REFERRAL COLLECTION/TRADE

Originator Bureau:

EXP

Control Number:

RA33194601016556347320036

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | CREDIT ACCEPTANCE CORP |
| Disputed Consumer Account Number: | 99587654 |
| Disputed Portfolio Type: | |
| Disputed Account Type: | 00 |
| Disputed Date Opened: | 07/17/2020 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000496

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016556347320037

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | NCCINC/NISSAN OF SOUTH |
| Disputed Inquiry Date: | 03/10/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000497

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601011656347320038

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | CAPITAL ONE AUTO FIN |
| Disputed Inquiry Date: | 03/10/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000498

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473 20039

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

### Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

### Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | BK OF AMER |
| Disputed Inquiry Date: | 09/14/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000499

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601016563473200003

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 1128 N 1ST |
| Disputed City/State/Zip: | GARY, IN 46406 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000500

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320004

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 06/05/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000501

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320005

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 05/05/2025 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000502**

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320006

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 04/05/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000503

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601016563473200001

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 7218 HILLSIDE AVE APT207 |
| Disputed City/State/Zip: | LOS ANGELES, CA 900462395 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000504

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601016563473320002

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 753 E 79TH ST |
| Disputed City/State/Zip: | CHICAGO, IL 606193143 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000505

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200023

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 11/07/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000506

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473320024

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 10/04/2023 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000507**

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320025

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 09/06/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000508

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200026

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 08/04/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000509

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320007

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 03/31/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000510

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200008

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 03/05/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000511

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320009

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 02/07/2025 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000512**

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200010

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 12/06/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000513

# BLOCK REFERRAL INQUIRY

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 251 of 266

Originator Bureau:

EXP

Control Number:

RA3319460101656347320015

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 07/08/2024 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000514**

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320019

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 03/05/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000515

# BLOCK REFERRAL INQUIRY

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 86   filed 06/14/26   page 253 of 266

Originator Bureau:

EXP

Control Number:

RA33194601016563 47320016

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 06/10/2024 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000516**

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320020

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 02/06/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000517

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200117

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 05/07/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000518

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473Z0021

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 01/06/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000519

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473320018

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 04/08/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000520

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320022

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 12/06/2023 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000521**

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601016563473320040

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 1029 E 156TH ST |
| Disputed City/State/Zip: | DOLTON, IL 604192776 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000522

# BLOCK REFERRAL ID

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473320041

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 807 S POST OAK LN |
| Disputed City/State/Zip: | HOUSTON, TX 770562200 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000523**

# BLOCK REFERRAL ID

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320042

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 1919 JOFFRE AVE |
| Disputed City/State/Zip: | TOLEDO, OH 436071617 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000524

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601016656347320043

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| Name: | RODGERS, ASANTI I, MAHN | |
|---|---|---|
| Address: | 1128 BURR ST | |
| City/State/Zip: | GARY, IN 46406 | |
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| Disputed Name | |
|---|---|
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 11280 BURR ST |
| Disputed City/State/Zip: | GARY, IN 46406 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000525

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320029

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 05/05/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000526

# BLOCK REFERRAL COLLECTION/TRADE

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200030

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVERC |
| Disputed Consumer Account Number: | 6011002063416762 |
| Disputed Portfolio Type: | |
| Disputed Account Type: | 18 |
| Disputed Date Opened: | 09/09/2021 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000527

# BLOCK REFERRAL COLLECTION/TRADE

Originator Bureau:

EXP

Control Number:

RA33194601016563473200001

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | CAINE & WEINER |
| Disputed Consumer Account Number: | 17467858 |
| Disputed Portfolio Type: | I |
| Disputed Account Type: | 48 |
| Disputed Date Opened: | 12/28/2020 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000528

SSN  :  ⬛⬛⬛⬛⬛

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|---|---|---|---|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID  :  5168544448**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|---|---|---|---|---|
| 06/18/2025 | 5168544448-999 | X9N | MAINTENANCE | 999-DNC EXISTS; NO PERP INFORMATION FOUND TO BLOCK |
| 06/17/2025 | 5168544448-999 | B17 | CREATION | 999-DISPUTED ADDRESS:⬛⬛⬛⬛⬛ |
| 06/17/2025 | 5168544448-999 | B17 | CREATION | 999-DISPUTED ADDRESS:1919;JOFFRE;AVE;TOLEDO;OH;43607 |
| 06/17/2025 | 5168544448-999 | B17 | CREATION | 999-DISPUTED ADDRESS:1128;N;1ST;GARY;IN;46406 |
| 06/17/2025 | 5168544448-999 | B17 | CREATION | 999-DISPUTED ADDRESS:753;E 79TH;ST;CHICAGO;IL;60619 |
| 06/17/2025 | 5168544448-999 | B17 | CREATION | 999-DISPUTED ADDRESS:7218;HILLSIDE AVE;APT207;LOS ANGELES;CA;90046 |
| 06/17/2025 | 5168544448-999 | B17 | CREATION | 999-CONSUMER DISPUTED CURRENT ADDRESS |
| 06/17/2025 | 5168544448-999 | B17 | CREATION | 702-FRD - VALID POLICE REPORT RECEIVED |
| 06/17/2025 | 5168544448-999 | B17 | CREATION | 999-DISPUTED ADDRESS:1029;E 156TH;ST;DOLTON;IL;60419 |

EIS-RODGERS-000529