# PART 3

# EQUIFAX'S DOCUMENT PRODUCTION

# BATES NOS. 530-794

000010744- DISC
ASANTI RODGERS

P.O. Box 105318
Atlanta, GA 30348

# EQUIFAX

CREDIT FILE : June 18, 2025

Confirmation # 5168544448

Dear ASANTI RODGERS:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words to your credit report.  If you provide a consumer statement that contains medical information related to

EIS-RODGERS-000530

services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://equifax.com/personal/disputes.  You may also mail your documents to P.O. Box 740256,  Atlanta, GA 30374-0256 or contact us by calling us at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 3 of 266

EIS-RODGERS-000531

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at equifax.com/personal/help/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| *The Results Of Our Reinvestigation* |
|---|

>>> *We have reviewed your concerns and our conclusions are:* THE ADDITIONAL DISPUTED ACCOUNTS ARE NOT CURRENTLY REPORTING ON THE CREDIT FILE.

| *Credit Account Information* |||
|---|---|---|
| *(For your security, the last 4 digits of account number(s) have been replaced by \*) (This section includes open and closed accounts reported by   credit grantors)* |||
| ***Account History Status Code Descriptions*** | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5  : 150-179 Days Past Due<br>6  : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 4 of 266

EIS-RODGERS-000532

>>> *We have researched the credit account. Account # - \*6762 The results are:* THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. If you have additional questions about this item please contact: *DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 Phone: (800) 347-2683*

>>> *We have researched the credit account. Account # - \*7654 The results are:* THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. If you have additional questions about this item please contact: *CREDIT ACCEPTANCE CORPORAT, PO BOX 5070, SOUTHFIELD, MI 48086-5070 Phone: (800) 634-1506*

EIS-RODGERS-000533

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.equifax.com/personal/disputes.

Thank you for giving Equifax the opportunity to serve you.

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 6 of 266

## State of Texas - Notice to Texas Consumers

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year  security alert. To obtain a copy of your credit file from Equifax call 1-800-685-1111 or write to PO Box 740241, Atlanta, Georgia, 30374-0241.

You have a right to place a "security alert" in your credit file.  This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in the your name.  Placement or removal of a security alert may be requested by calling 1-800-525-6285 or, you may send a written request to Equifax Information Services, PO Box 105069, Atlanta, GA 30348.  With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after the you have followed all dispute procedures in Section 20.06 of the Texas Business and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 8 of 266

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

EIS-RODGERS-000536

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 87   filed 06/14/26   page 9 of 266

# EQUIFAX

**Confirmation # 5168544448**

## CREDIT FILE : June 18, 2025

**Personal Identification Information**   *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

**Please address all future correspondence to:**
www.equifax.com/personal/disputes



Equifax Information Services LLC
P.O. Box 105518
Atlanta, GA 30348

Phone: (888) EQUIFAX, (888) 378-4329
M - F 9:00am to 5:00pm in your time zone.

Name On File:       ASANTI I RODGERS
Social Security #    XXX-XX-6010   Date of Birth:
Current Address:    807 S POST OAK LN APT 2114, Houston, TX 77056  Reported: 06/2025

**ALERT(s):**       **ID Theft Victim - Information Blocked Due To Police Or DMV Report**
**File Blocked For Promotional Purposes**

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by * ) (This section includes open and closed accounts reported by credit grantors)*

## Account Column Title Descriptions:

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Designator - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - Date of Last Reported Update
Balance Amount - The Total Amount Owed as of the Date Reported
Status - Condition of Account When Last Updated by Creditor or Otherwise

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Paymnt - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of 1st Delinquency - The Date of First Delinquency
Date of Last Actvty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

| **Account History** | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| **Status Code** | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| **Descriptions** | 3 : 90-119 Days Past Due | G: Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H: Foreclosure | |

**CREDIT ACCEPTANCE CORPORAT    PO BOX 5070 SOUTHFIELD MI 480865070 : 8006341506**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *2990 | 04/01/2022 | $29,355 | | 72 Months | Monthly | 32 | | |

Page 9 of 22

0000110744-DISC

5168544448-X9N-0eee01780000004c4-06182025

**EIS-RODGERS-000538**

EIS-RODGERS-000539
5168544448-X9N-0eee01780000004c4-06182025

## Account 1

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/2025 | $23,582 | $23,582 | 03/01/2024 | | | 11/01/2022 | | | | | | | |

Status - Repossession; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Involuntary Repossession; Auto; Fixed Rate;

**Account History with Status Codes**

| 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | 5 | 4 | 3 | 2 | 2 |

| 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 1 | 2 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

## MOHELA/DEPT OF ED   633 Spirit Dr Chesterfield MO 630051243 : 8888664352

Account Number: *0001

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | High Credit | Actual Payment Amount | Scheduled Payment Amount | Credit Limit | Date of 1st Delinquency | Terms Duration | Date of Last Activity | Terms Frequency | Months Revd | Date Maj Del. 1st Reported | Charge Off Amount | Activity Designator | Creditor Classification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $0 | 0 | 11/18/2016 04/01/2019 | $2,000 $2,185 | | | | 10/01/2018 | | | Monthly | 33 | | | Transfer/Sold | | | 09/30/2019 |

Status - Account closed; was over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;

**Account History with Status Codes**

| 04/2019 |
|---|
| 0 |

## MOHELA/DEPT OF ED   633 Spirit Dr Chesterfield MO 630051243 : 8888664352

Account Number: *0002

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date Opened | Date of Last Payment | High Credit | Actual Payment Amount | Scheduled Payment Amount | Credit Limit | Date of 1st Delinquency | Terms Duration | Date of Last Activity | Terms Frequency | Months Revd | Activity Designator | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $0 | 0 | 12/09/2016 | 04/01/2019 | $1,523 | $1,621 | | | 10/01/2018 | 120 Months | | Monthly | 32 | Transfer/Sold | 09/30/2019 |

Status - Account closed; was over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;

**Account History with Status Codes**

| 04/2019 |
|---|
| 0 |

## LEAD BANK   901 E 6TH ST UNIT 400 AUSTIN TX 78702 : 8778830999

Account Number: *8223

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date Opened | Date of Last Payment | High Credit | Actual Payment Amount | Scheduled Payment Amount | Credit Limit | Date of 1st Delinquency | Terms Duration | Date of Last Activity | Terms Frequency | Months Revd | Activity Designator | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/2023 | $0 | 0 | 11/08/2020 | 12/21/2023 | $501 | $501 | | $400 | | | 12/21/2023 | Monthly | 37 | Paid and Closed | 12/20/2023 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Secured Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance; Secured Credit Card;

**Account History with Status Codes**

| 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 02/2021 | 01/2021 | 12/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |

(End of Report)
000010744-DISC

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 87   filed 06/14/26   page 12 of 266

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/25 | No Data Available | | | | | | | | |
| 04/25 | No Data Available | | | | | | | | |
| 03/25 | No Data Available | | | | | | | | |
| 02/25 | No Data Available | | | | | | | | |
| 01/25 | No Data Available | | | | | | | | |
| 12/24 | No Data Available | | | | | | | | |
| 11/24 | No Data Available | | | | | | | | |
| 10/24 | No Data Available | | | | | | | | |
| 09/24 | No Data Available | | | | | | | | |
| 08/24 | No Data Available | | | | | | | | |
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | No Data Available | | | | | | | | |
| 05/24 | No Data Available | | | | | | | | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | No Data Available | | | | | | | | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | $486 | $52 | | 09/05/2023 | $498 | $400 | $26 | Secured Credit Card | |

EIS-RODGERS-000540

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |

Additional Information: Secured Credit Card; Amount in High Credit Column is Credit Limit; Variable/Adjustable Rate

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/23 | $436 | $26 | | 09/05/2023 | $498 | $400 | | Secured Credit Card | |

Additional Information: Secured Credit Card; Amount in High Credit Column is Credit Limit; Variable/Adjustable Rate

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/23 | $426 | $52 | $83 | 09/05/2023 | $498 | $400 | | Secured Credit Card | |

Additional Information: Secured Credit Card; Amount in High Credit Column is Credit Limit; Variable/Adjustable Rate

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/23 | $462 | $26 | | 07/25/2023 | $498 | $400 | | Secured Credit Card | |

Additional Information: Secured Credit Card; Amount in High Credit Column is Credit Limit; Variable/Adjustable Rate

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/23 | $451 | $26 | $50 | 07/25/2023 | $498 | $400 | | Secured Credit Card | |

Additional Information: Secured Credit Card; Amount in High Credit Column is Credit Limit; Variable/Adjustable Rate

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | $366 | $26 | $50 | 06/24/2023 | $498 | $400 | | Secured Credit Card | |

Additional Information: Secured Credit Card; Amount in High Credit Column is Credit Limit; Variable/Adjustable Rate

**FINGERHUT    6250 RIDGEWOOD RD SAINT CLOUD MN 563030820 : 3206543800**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *7847 | 04/12/2022 | $0 | $400 | | Monthly | 13 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/2023 | $0 | | | | | | | | | | | | 01/01/2023 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor; Charge;

**FINGERHUT/WEBBANK    6250 Ridgewood Rd Saint Cloud MN 563030820 : 3206543800**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *9947 | 11/19/2021 | $109 | $400 | | Monthly | 7 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/13/2022 | $0 | | 03/01/2022 | | | | 03/01/2022 | | | | | | 04/01/2022 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

| **Account History with Status Codes** | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

EIS-RODGERS-000541

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 14 of 266

## AUSTIN CAPITAL BANK SSB        8100 Shoal Creek Blvd Austin TX 787578041 : 5126933600

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *9174 | | 05/11/2021 | $1,000 | | 12 Months | Monthly | 12 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2022 | $0 | | 05/01/2022 | | | | 05/01/2022 | | | | | | 05/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured; Fixed Rate;

| Account History with Status Codes | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## SBNASLFLDR        901 E 6TH ST UNIT 400 AUSTIN TX 78702 : 8778830999

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *5819 | | 04/19/2020 | $520 | | 24 Months | Monthly | 23 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | $0 | | 03/01/2022 | $50 | | | 03/01/2022 | | | | | | 03/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured; Fixed Rate;

| Account History with Status Codes | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | 06/2020 | 05/2020 |
|---|---|---|
| | 0 | 0 |

A request for your credit history is called an inquiry.  There are two types of inquiries - those that may impact your credit rating/score and those that do not.

**Inquiries that do not impact your credit rating/score.**
These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file.  They may remain on your file for up to 2 years.

**Company Information - Prefix Descriptions:**

| | |
|---|---|
| AM OR AR - | Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors. |
| CAR RENT - | Inquiries with this prefix are from rental car companies regarding debit card payment acceptance. |
| COLLECT - | Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt. |
| CONS RPT - | Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product. |
| DDA - | Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account. |
| EMPL OR ND EMPL - | Inquiries with this prefix indicate an employment inquiry. |
| EQUIFAX OR EFX - | Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request. |
| FIN PLAN - | Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning. |
| INS - | Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes. |
| MEDICAL - | Inquiries with this prefix are from medical service providers. |

EIS-RODGERS-000542

ND - Inquiries with this prefix are general inquiries that do not display to creditor grantors.

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.

NON APPL - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.

PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.

PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.

PREQCOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.

PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.

PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.

PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.

PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.

PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.

PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.

PRM - Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance.

REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) |
|---|---|
| EQUIFAX INC (0100)<br>*1550 PEACHTREE ST NW ATLANTA GA 303092468  Phone: 4048858000* | 02/03/2025 |
| EQUIFAX<br>*PO BOX 740250 ATLANTA GA 30374-0250  Phone: 6787957622* | 02/03/2025, 08/01/2024, 03/26/2024 |
| EQUIFAX INFO SVCS.<br>*PO Box 740241 Atlanta GA 303740241  Phone: 8006851111* | 06/18/2025, 06/05/2025, 06/05/2025, 06/05/2025, 04/10/2025, 02/26/2025, 02/23/2025, 02/23/2025 |
| EQUIFAX INFO SVCS<br>*PO Box 105069 Atlanta GA 303485069  Phone: 8006851111* | 02/22/2025, 02/22/2025, 02/10/2025 |
| EQUIFAXBLK<br>*1550 PEACHTREE ST NW ATLANTA GA 30309-2468  Phone: 7706851111* | 06/17/2025, 03/09/2025, 03/09/2025 |
| EQUIFAX INFO SVCS.<br>*PO Box 740241 Atlanta GA 303740241  Phone: 8006851111* | 06/18/2025, 02/26/2025, 02/23/2025 |
| EQUIFAX UPDATE<br>*1550 PEACHTREE ST NW ATLANTA GA 303092402  Phone: 8006851111* | 06/05/2025, 06/05/2025, 06/05/2025, 02/23/2025 |
| EQUIFAX INFO SVCS.<br>*PO Box 740241 Atlanta GA 303740241  Phone: 8006851111* | 06/05/2025, 03/09/2025 |

EIS-RODGERS-000543

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;

  - you are the victim of identity theft and place a fraud alert in your file;

  - your file contains inaccurate information as a result of fraud;

  - you are on public assistance;

  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

EIS-RODGERS-000544

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**EIS-RODGERS-000545**

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**EIS-RODGERS-000546**

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Association<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

EIS-RODGERS-000547

## Commonly Asked Questions About Credit Files

**Q.** *How can I correct a mistake in my credit file ?*
**A.** Complete the Research Request form and give details of the information you believe is incorrect.  We will then check with the credit grantor, collection agency or public record source to see if any error has been reported.  Information that cannot be verified will be removed from your file.  If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.** *If I do have credit problems, is there someplace where I can get advice and assistance ?*
**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems.  CCCS can help you analyze your situation and work with you to develop solutions.  There are more than 600 CCCS offices throughout the country.  Call 1 (800) 388-2227 for the telephone number of the office nearest you.

**Q.** *Once the fraud alert is added to my credit file, who will contact me to verify if an application is legitimate ?*
**A.** When the credit grantor accesses your credit file, they should contact you as a part of their credit application approval process.

## Facts You Should Know

○  The length of time an account or record remains in your credit file is shown below:
Collection Agency Accounts:  Remain for up to 7 years from the Date of 1st Delinquency.

Credit or Other Reported Accounts:    Accounts paid as agreed remain for up to 10 years from the Date  Reported.  Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

Public Records:    Remain for up to 7 years from the date filed, except:
Bankruptcy – Chapter 7 and 11 remain for up to 10 years from the date filed.
Bankruptcy – Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
Unpaid tax liens remain for up to 10 years from the date filed.
Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

New York State Residents Only:    Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

Payment history and Historical Account Information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship.  This history is included on both open accounts and accounts that have already been closed.

The historical account information reflects a broader view of your credit behavior over a 24 month period.  This history is also included on both open accounts and closed accounts.

Payment in full does not remove your payment history or historical account information.  If you have always paid an account as agreed, the account should not have payment history status information.  Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

○  Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

○  To protect your information from misuse, you should monitor any change in mail receipt patterns.  Ensure that documents containing personal data or account numbers are destroyed or made illegible before disposing of them.  Do not preprint checks or other documents with unique identifiers such as your driver's license or social security number.  Never give out your account number or identifying information on phone calls in which you did not initiate the contact.
○  To have a fraud alert removed from your credit file, identification information, such as, a copy of your driver's license or utility bill reflecting your current address along with a copy of your social security card must be provided.

---

### Additional Notice to Consumer:

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

---

EIS-RODGERS-000548

**EIS-RODGERS-000549**

# EQUIFAX

# *RESEARCH REQUEST FORM*

**You may initiate an investigation request via the internet at  www.equifax.com/personal/disputes . To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.**

Or, mail this document to the following address:

> Equifax Information Services LLC
> P.O. Box 105518
> Atlanta, GA 30348
> (888) EQUIFAX, (888) 378-4329

**Email Address** (please print clearly): _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?  **Circle:**    Yes        No

**Confirmation Number:   *5168544448***

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:** ASANTI I RODGERS                                          **SSN #:**  XXX-XX-6010
                                                                **DOB:** ▉▉▉▉▉▉

**Current Address:** 807 S POST OAK LN APT 2114, Houston, TX 77056

_____

**Daytime Phone Number**                                          **Evening Phone Number**

**List other names which you have used for credit in the past**

**Credit Account Information**

**Company Name** _____    **Account Number** _____

Reason for investigation:    ❑ Not Mine    ❑ Paid in Full    ❑ Current/Previous Payment Status Incorrect    ❑ Account Closed
❑ Other (Please explain) _____

**Company Name** _____    **Account Number** _____

Reason for investigation:    ❑ Not Mine    ❑ Paid in Full    ❑ Current/Previous Payment Status Incorrect    ❑ Account Closed
❑ Other (Please explain) _____

**EIS-RODGERS-000551**

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

June 18, 2025

ASANTI RODGERS
███████████
████████████████

EIS-RODGERS-000552

ASANTI RODGERS  June 18, 2025

Hi ASANTI RODGERS,

You recently contacted us because you may have been a victim of fraud or identity theft. We have included a copy of "Remedying the Effects of Identity Theft" prepared by the Consumer Financial Protection Bureau (CFPB) that contains important information that may be helpful to you.

**EIS-RODGERS-000553**

*Para infomacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft.  Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud.  For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name.  For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1.  You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Equifax:        1-800-525-6285    www.equifax.com
- Experian:       1-888-397-3742    www.experian.com
- TransUnion:    1-800-680-7289    www.transunion.com

An <u>initial fraud alert</u> stays in your file for at least one year.  An <u>extended alert</u> stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an <u>extended alert</u>, you will have to provide an <u>identity theft report</u>. An <u>identity theft report</u> includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the <u>identity theft report</u>, visit www.consumerfinanace.gov/learnmore.

**2.  You have the right to free copies of the information in your file (your "file disclosure").** An <u>initial fraud alert</u> entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an <u>extended alert</u> entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information**. A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

**EIS-RODGERS-000554**

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file**. An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7.** The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**
**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

```
============================================================
= TIMESTAMP: 18-Jun-2025 02:07
= ACIS FUNCTION: CCMS
============================================================
**************************************************************************
*********
RODGERS, ASANTI, I, , SINCE 05/23/2016, FAD 06/18/2025
807 S POST OAK LN APT 2114, HOUSTON TX, 77056, , , 06/2022, , 06/2025,
18505 TORRENCE AVE APT, LANSING IL, 60438, , C, 02/2025, M, 06/2025,
7211 OHIO AVE, HAMMOND IN, 46323, , C, 06/2021, M, 06/2025,
1919 JOFFRE AVE, TOLEDO OH, 43607, , C, 05/2021, M, 06/2025,
905 CIRCLE AVE, FOREST PARK IL, 60130, , C, 05/2021, M, 06/2025,
1029 E 156TH ST, DOLTON IL, 60419, , C, 05/2021, M, 06/2025,
██████████████████████████, , , 08/2018, M, 06/2025,
, ,BDS-████████, SSN-██████████ ,
FN-MCKINLEY, KANI
--------------------------------------------------------------------------------
---------
 Consumer Referral Location-1
   EQUIFAX INFORMATION SERVICES LLC
   PO BOX 740241, ATLANTA, GA, 303740241, 8006851111
--------------------------------------------------------------------------------
---------
**************************************************************************
*********
06/2025,  SPECL 654FA11802, ID THEFT VICTIM - INFORMATION BLOCKED DUE TO POLICE OR
DMV REPORT
06/2020,  SPECL 915AA00133, FRAUD FILE
06/2021,  SPECL 915AA01222, PROMOTIONAL BLOCK(5 YR)

F- OPERATOR ADVICE-DO NOT COMBINE
F- FILE UNAVAILABLE ONLINE-(H.O.) CONTACT BUREAU
F- TELEPHONE NUMBER BLOCKED PER CONSUMER REQUEST

PUBLIC RECORDS OR OTHER INFORMATION
  03/2025 COLL 01/2023 178YC12959 FOR LIBERTY MUTUAL IN CO, $573, 03/2025 SUPPRESS
COLL
     BAL- BAL- $573, PURGE: 11/2022, I, 2725614
 06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION
  03/2025 COLL 10/2023 178YC13039 FOR ALLSTATE PROP CASUALTY CO, $252, 03/2025
SUPPRESS COLL
     BAL- BAL- $252, PURGE: 07/2023, I, 23841107
 06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION
  02/2025 COLL 07/2024 401YC16680 FOR COMCAST, $127, 02/2025 SUPPRESS COLL
     BAL- BAL- $127, PURGE: 05/2023, I, 59921087
 11
  02/2025 COLL 12/2020 180YC16345 FOR PROGRESSIVE, $383, 02/2025 SUPPRESS COLL
     BAL- BAL- $383, PURGE: 10/2020, I, 17467858
```

**EIS-RODGERS-000556**

```
06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION

 INQS-SUBJECT SHOWS 27 INQUIRIES SINCE 03/2024


     ACIS        TX5168544448        915AA00034   EQUIFAX UPDATE          06/18/2025
TX           MTNCUPD
     ACIS         5168544448        915AA01388   EQUIFAXBLK              06/17/2025
             DISPUTE
     ACIS        TX5156530659D       915AA00018   EQUIFAX                06/05/2025
TX           REVISED
     ACIS        IL5156530659        915AA00828   EQUIFAX AUTO MTNC UP   06/05/2025
IL           MTNCUPD
     ACIS        TX5156530659D       915AA00018   EQUIFAX                06/05/2025
TX           ANNUALF
     ACIS         5156530659        915AA00018   EQUIFAX                06/05/2025
             DISPUTE
     ND          RPA BOT DCS        915AA01065   EQUIFAX UPDATE          06/05/2025
RP           MTNCUPD
     ND          EIS                915AA01065   EQUIFAX UPDATE          06/05/2025
EI           MTNCUPD
     ND          USIS RPA TESTING   915AA01065   EQUIFAX UPDATE          06/05/2025
US           MTNCUPD
     ACIS        TX5100521080D       915AA00018   EQUIFAX                04/10/2025
TX           PAID
     ACIS        IN5407116168057003 447AA00176   EQUIFAX INFORMATION SVCS03/14/2025
IN           AUDCCUPD
     ACIS        TX5068502301D       915AA01388   EQUIFAXBLK             03/09/2025
TX           REVISED
     ACIS        IL5068502301        915AA00828   EQUIFAX AUTO MTNC UP   03/09/2025
IL           MTNCUPD
     ACIS         5068502301        915AA01388   EQUIFAXBLK             03/09/2025
             DISPUTE
     ACIS        TX5041531569D       915AA00018   EQUIFAX                02/26/2025
TX           REVISED
     ACIS        TX5041531569        915AA00034   EQUIFAX UPDATE          02/26/2025
TX           MTNCUPD
     ACIS        TX5053571883D       915AA00018   EQUIFAX                02/23/2025
TX           REVISED
     ACIS        TX5053571411D       915AA00018   EQUIFAX                02/23/2025
TX           REVISED
     ACIS        TX5053571411        915AA00034   EQUIFAX UPDATE          02/23/2025
TX           MTNCUPD
     ND          EIS                915AA01065   EQUIFAX UPDATE          02/23/2025
EI           MTNCUPD
     ACIS         5053571883        915AA00133   EQUIFAX                02/22/2025
             DISPUTE
     ACIS         5053571411        915AA00133   EQUIFAX                02/22/2025
             DISPUTE
     ACIS        TX5041531569        915AA00133   EQUIFAX                02/10/2025
```

EIS-RODGERS-000557

```
TX            DISPUTE
    CONS RPT   5535457672          915AA01826   EQUIFAX              02/03/2025
           ANNUALF
    ID       EQUIFAX           092ZD18051   EQUIFAX INC (0100)   02/03/2025
EQ
    CONS RPT   4714612277         915AA01826   EQUIFAX              08/01/2024
           ANNUALF
    ND       EQUIFAX   /         4586386671915AA01826   EQUIFAX
03/26/2024 EQ          ANNUALF
1, ID SCAN: UNABLE TO PERFORM SSN VALIDATION DUE TO INSUFFICIENT SSN INPUT
```

```
 FIRM/              RPTD/   OPND/   HI CREDIT CRED LIM/ BAL/     PAST DUE  CS MR
ECOA DLP
 MORTGAGE ID #        CLOSED  MAJ RPT /ACT PAY  SCHD PAY  CHRG OFF  /TERMS    TP ACT
--------------------------------------------------------------------------------
-------------

 DISCOVER CARD        06/2025 09/2021          2000                          P 43 I
    02/2023
                                                                             M  18

         DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR       AUI
         03/2023
         BAL AMT     BAL PAY DT  DEF PAY DT CC
```

ACCT#██████████████

```
         DUE TO POLICE REPORT
```

| TRENDED DATA DATE | BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT | ACCT TYPE | ACCT DESIG |
|---|---|---|---|---|---|---|---|---|---|
| 05/2025 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 04/2025 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 03/2025 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 02/2025 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 01/2025 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 12/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 11/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 10/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 09/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |
| 08/2024 | 2676 | | | 02/2023 | 2676 | 2000 | 2676 | 18 | X |

EIS-RODGERS-000558

```
07/2024   2676                        02/2023   2676   2000   2676
   18  X
06/2024   2676                        02/2023   2676   2000   2676
   18  X
05/2024   2676                        02/2023   2676   2000   2676
   18  X
04/2024   2676                        02/2023   2676   2000   2676
   18  X
03/2024   2676                        02/2023   2676   2000   2676
   18  X
02/2024   2676                        02/2023   2676   2000   2676
   18  X
01/2024   2676                        02/2023   2676   2000   2676
   18  X
12/2023   2676                        02/2023   2676   2000   2676
   18  X
11/2023   2676                        02/2023   2676   2000   2676
   18  X
10/2023   2676                        02/2023   2676   2000   2676
   18  X
09/2023   2676      108               02/2023   2676   2000   626
   18  C
08/2023   2573      103               02/2023   2573   2000   523
   18  C
07/2023   2472      99                02/2023   2472   2000   424
   18  C
06/2023   2376      96                02/2023   2376   2000   328
   18  C
```

--------------------------------------------------------------------------------
 CREDIT ACCEPTANCE CORPORAT 06/2025 07/2020
P 19 I

                                                        72M
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI

        BAL AMT     BAL PAY DT  DEF PAY DT CC

                                ACCT# ██████

        DUE TO POLICE REPORT

| TRENDED DATA | SCHED | ACTUAL | LAST | HIGH | CREDIT | PAST | ACCT ACCT |
|---|---|---|---|---|---|---|---|
| DATE  BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT | TYPE DESIG |
| 05/2025 | | | | | | | |
| 04/2025 | | | | | | | |
| 03/2025 | | | | | | | |
| 02/2025 | | | | | | | |

EIS-RODGERS-000559

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

--------------------------------------------------------------------------------
 CREDIT ACCEPTANCE CORPORAT 06/2025 04/2022 29355                    23582    23582
I8 32 I    03/2024
                                                            72M      M  00
X
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
        11/2022
        BAL AMT    BAL PAY DT  DEF PAY DT CC

EIS-RODGERS-000560

```
                                    ACCT#105212990
         INVOLUNTARY REPOSSESSION
         AUTO
         FIXED RATE
DEROG TRADE HISTORY
05/2025-D04/2025-D03/2025-D02/2025-D01/2025-K12/2024-K11/2024-K10/2024-K
09/2024-K08/2024-K07/2024-K06/2024-K05/2024-K04/2024-K03/2024-K02/2024-K
01/2024-K12/2023-611/2023-510/2023-409/2023-408/2023-307/2023-206/2023-2
05/2023-204/2023-103/2023-102/2023-201/2023-212/2022-211/2022-110/2022-0
09/2022-008/2022-007/2022-006/2022-005/2022-004/2022-B
```

```
---------------------------------------------------------------------------
 NCB MANAGEMENT SERVICES, I 03/2025 10/2021
P 40 I
                                                                      0C
         DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
         01/2020         O
         BAL AMT    BAL PAY DT  DEF PAY DT CC
                                    14
                                ACCT#████████
         DUE TO POLICE REPORT
```

| TRENDED DATA DATE | BALANCE | SCHED PMT AMT | ACTUAL PMT AMT | LAST PMT DATE | HIGH CREDIT | CREDIT LIMIT | PAST DUE AMT | ACCT TYPE | ACCT DESIG |
|---|---|---|---|---|---|---|---|---|---|
| 05/2025 | | | | | | | | | |
| 04/2025 | | | | | | | | | |
| 03/2025 | | | | | | | | | |
| 02/2025 | 5665 | | | 5665 | | 5665 | 0C | X | |
| 01/2025 | 5665 | | | 5665 | | 5665 | 0C | X | |
| 12/2024 | 5665 | | | 5665 | | 5665 | 0C | X | |
| 11/2024 | 5665 | | | 5665 | | 5665 | 0C | X | |
| 10/2024 | 5665 | | | 5665 | | 5665 | 0C | X | |
| 09/2024 | 5665 | | | 5665 | | 5665 | 0C | X | |
| 08/2024 | 5665 | | | 5665 | | | 0C | X | |
| 07/2024 | 5665 | | | 5665 | | | 0C | X | |
| 06/2024 | 5665 | | | 5665 | | | 0C | X | |

**EIS-RODGERS-000561**

```
05/2024   5665                              5665                          0C
X
04/2024   5665                              5665                          0C
X
03/2024   5665                              5665                          0C
X
02/2024   5665                              5665                          0C
X
01/2024   5665                              5665                          0C
X
12/2023   5665                              5665                          0C
X
11/2023   5665                              5665                          0C
X
10/2023   5665                              5665                          0C
X
09/2023   5665                              5665                          0C
X
08/2023   5665                              5665                          0C
X
07/2023   5665                              5665                          0C
X
06/2023   5665                              5665                          0C
X
```

```
------------------------------------------------------------------------------
 MOHELA/DEPT OF ED    02/2025 11/2016 2000                0              I5 33
I   04/2019
                      09/2019         2185                               M  12
T
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
        10/2018
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

ACCT#█████████████

```
DEROG TRADE HISTORY
01/2025-D12/2024-D11/2024-D10/2024-D09/2024-D08/2024-D07/2024-D06/2024-D
05/2024-D04/2024-D03/2024-D02/2024-D01/2024-D12/2023-D11/2023-D10/2023-D
09/2023-D08/2023-D07/2023-D06/2023-D05/2023-D04/2023-D03/2023-D02/2023-D
01/2023-D12/2022-D11/2022-D10/2022-D09/2022-D08/2022-D07/2022-D06/2022-D
05/2022-D04/2022-D03/2022-D02/2022-D01/2022-D12/2021-D11/2021-D10/2021-D
09/2021-D08/2021-D07/2021-D06/2021-D05/2021-D04/2021-D03/2021-D02/2021-D
01/2021-D12/2020-D11/2020-D10/2020-D09/2020-D08/2020-D07/2020-D06/2020-D
05/2020-D04/2020-D03/2020-D02/2020-D01/2020-D12/2019-D11/2019-D10/2019-D
09/2019-D08/2019-D07/2019-D06/2019-D05/2019-D04/2019-003/2019-B
TRENDED DATA           SCHED     ACTUAL       LAST      HIGH   CREDIT      PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT    PMT AMT    PMT DATE   CREDIT   LIMIT    DUE AMT
   TYPE DESIG
05/2025
```

EIS-RODGERS-000562

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

--------------------------------------------------------------------------------

MOHELA/DEPT OF ED    02/2025 12/2016 1523                    0                I5 32

EIS-RODGERS-000563

```
I     04/2019
                       09/2019           1621                              120M      M  12
T
        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR         AUI
        10/2018
        BAL AMT     BAL PAY DT  DEF PAY DT CC
```

                                        ACCT#███████████████

DEROG TRADE HISTORY
01/2025-D12/2024-D11/2024-D10/2024-D09/2024-D08/2024-D07/2024-D06/2024-D
05/2024-D04/2024-D03/2024-D02/2024-D01/2024-D12/2023-D11/2023-D10/2023-D
09/2023-D08/2023-D07/2023-D06/2023-D05/2023-D04/2023-D03/2023-D02/2023-D
01/2023-D12/2022-D11/2022-D10/2022-D09/2022-D08/2022-D07/2022-D06/2022-D
05/2022-D04/2022-D03/2022-D02/2022-D01/2022-D12/2021-D11/2021-D10/2021-D
09/2021-D08/2021-D07/2021-D06/2021-D05/2021-D04/2021-D03/2021-D02/2021-D
01/2021-D12/2020-D11/2020-D10/2020-D09/2020-D08/2020-D07/2020-D06/2020-D
05/2020-D04/2020-D03/2020-D02/2020-D01/2020-D12/2019-D11/2019-D10/2019-D
09/2019-D08/2019-D07/2019-D06/2019-D05/2019-D04/2019-003/2019-B

```
TRENDED DATA       SCHED     ACTUAL      LAST      HIGH    CREDIT      PAST
ACCT ACCT
 DATE    BALANCE   PMT AMT    PMT AMT   PMT DATE   CREDIT   LIMIT    DUE AMT
  TYPE DESIG
05/2025

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024
```

EIS-RODGERS-000564

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

```
-----------------------------------------------------------------------------
 LEAD BANK            12/2023 11/2020 501        400        0                   R1 37
I    12/2023
                      12/2023        501                                        M  2A
B
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR          AUI
                                                           *
        BAL AMT     BAL PAY DT  DEF PAY DT CC

                                        ACCT#████████
        ACCOUNT CLOSED AT CONSUMER'S REQUEST
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED CREDIT CARD
DEROG TRADE HISTORY
11/2023-110/2023-009/2023-008/2023-007/2023-006/2023-005/2023-004/2023-0
03/2023-002/2023-001/2023-012/2022-011/2022-010/2022-009/2022-008/2022-0
07/2022-006/2022-E05/2022-004/2022-003/2022-002/2022-001/2022-012/2021-0
11/2021-010/2021-009/2021-008/2021-007/2021-006/2021-005/2021-004/2021-0
03/2021-E02/2021-001/2021-112/2020-011/2020-B
TRENDED DATA          SCHED      ACTUAL       LAST      HIGH     CREDIT       PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT    PMT AMT    PMT DATE   CREDIT    LIMIT      DUE AMT
  TYPE DESIG
05/2025

04/2025

03/2025
```

EIS-RODGERS-000565

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

| 11/2023 | 486 | 52 |    | 09/2023 | 498 | 400 | 26 |
|    | 2A  X |    |    |    |    |    |    |
| 10/2023 | 436 | 26 |    | 09/2023 | 498 | 400 |    |
|    | 2A  X |    |    |    |    |    |    |
| 09/2023 | 426 | 52 | 83 | 09/2023 | 498 | 400 |    |
|    | 2A  X |    |    |    |    |    |    |
| 08/2023 | 462 | 26 |    | 07/2023 | 498 | 400 |    |
|    | 2A  X |    |    |    |    |    |    |
| 07/2023 | 451 | 26 | 50 | 07/2023 | 498 | 400 |    |
|    | 2A  X |    |    |    |    |    |    |
| 06/2023 | 366 | 26 | 50 | 06/2023 | 498 | 400 |    |
|    | 2A  X |    |    |    |    |    |    |

--------------------------------------------------------------------------------

 FINGERHUT              05/2023 04/2022 0          400        0                    R1 13
I
                        01/2023                                                   M  07
B
       DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR         AUI
                                                         *

EIS-RODGERS-000566

```
        BAL AMT     BAL PAY DT  DEF PAY DT CC

                                  ACCT#████████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        ACCOUNT CLOSED BY CREDIT GRANTOR
        CHARGE
DEROG TRADE HISTORY
04/2023-E03/2023-D02/2023-D01/2023-D12/2022-E11/2022-E10/2022-E09/2022-E
08/2022-E07/2022-E06/2022-E05/2022-E04/2022-B
TRENDED DATA          SCHED     ACTUAL       LAST     HIGH     CREDIT        PAST
ACCT ACCT
 DATE      BALANCE   PMT AMT    PMT AMT    PMT DATE   CREDIT    LIMIT      DUE AMT
   TYPE DESIG
05/2025

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023
```

**EIS-RODGERS-000567**

```
10/2023

09/2023

08/2023

07/2023

06/2023


--------------------------------------------------------------------------------
 FINGERHUT/WEBBANK    06/2022 11/2021 109        400        0                    R1 7
I   03/2022
                          04/2022                                               M  07
B
       DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                        *
       BAL AMT    BAL PAY DT  DEF PAY DT CC

                                          ACCT#
       CLOSED OR PAID ACCOUNT/ZERO BALANCE
       ACCOUNT CLOSED BY CREDIT GRANTOR
DEROG TRADE HISTORY
05/2022-E04/2022-E03/2022-002/2022-001/2022-012/2021-011/2021-B
TRENDED DATA          SCHED      ACTUAL        LAST      HIGH    CREDIT        PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT    PMT AMT    PMT DATE   CREDIT    LIMIT      DUE AMT
  TYPE DESIG
05/2025

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024
```

**EIS-RODGERS-000568**

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

--------------------------------------------------------------------------------
 AUSTIN CAPITAL BANK SSB 05/2022 05/2021 1000                 0                I1
12 I    05/2022
                      05/2022                                    12M      M  02
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR         AUI
                                                          *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                    ACCT#███████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED
        FIXED RATE
DEROG TRADE HISTORY
04/2022-003/2022-002/2022-001/2022-012/2021-011/2021-010/2021-009/2021-0
08/2021-007/2021-006/2021-005/2021-B
TRENDED DATA          SCHED      ACTUAL      LAST      HIGH    CREDIT       PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT     PMT AMT    PMT DATE   CREDIT    LIMIT     DUE AMT
  TYPE DESIG
05/2025

EIS-RODGERS-000569

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

--------------------------------------------------------------------------------

SUNRISE BANKS C/O SELF FINANCIAL  INC 03/2022 04/2020 520                        0

EIS-RODGERS-000570

```
         I1 23 I      03/2022
                      03/2022         50                                    24M      M  02
B
         DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                           *

         BAL AMT     BAL PAY DT  DEF PAY DT CC

                                           ACCT#██████
         CLOSED OR PAID ACCOUNT/ZERO BALANCE
         SECURED
         FIXED RATE
DEROG TRADE HISTORY
02/2022-001/2022-012/2021-011/2021-010/2021-009/2021-008/2021-007/2021-0
06/2021-005/2021-004/2021-003/2021-002/2021-001/2021-012/2020-011/2020-0
10/2020-009/2020-008/2020-007/2020-006/2020-005/2020-004/2020-B
TRENDED DATA         SCHED    ACTUAL         LAST      HIGH     CREDIT      PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT   PMT AMT   PMT DATE   CREDIT    LIMIT     DUE AMT
  TYPE DESIG
05/2025

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024
```

EIS-RODGERS-000571

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

06/2023

--------------------------------------------------------------------------------
 US DEPARTMENT OF EDUCATION 06/2020 09/2019
IP 245 I

        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI

        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                ACCT#██████
        NO RESPONSE

--------------------------------------------------------------------------------
 US DEPARTMENT OF EDUCATION 06/2020 09/2019
IP 245 I

        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI

        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                ACCT#██████
        NO RESPONSE

--------------------------------------------------------------------------------
 EXETER              06/2020 01/2017                                    P 249
I

        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
        01/2020
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                ACCT#█████████
        DUE TO POLICE REPORT


**EIS-RODGERS-000572**

```
--------------------------------------------------------------------------------
*********          End Of ACRO FILE          **********

MAINTENANCE SHEET SUMMARY
Date Received: 06/15/2025  Date to Mtnc:   Priority: No Priority Assigned
Consumer: RODGERS, ASANTI  Team ID: BLD  Case ID: 5168544448

ORG NM- RODGERS, ASANTI, I,.
ORG ID-  ██████████,██████████, .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG TC- 03/2022, 654FA11802, 1, , 19, I, 07/2020, 158, 14739    , 0        , 72M , ,
02/2022, 99587654
UPD TC- 03/2022, 654FA11802, R, , 19, I, 07/2020, 158, 14739    , 0        , 72M , ,
, 99587654
Comments-
Maintenance Action: SUPPRESS This Segment
Consumer Comments-
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., B17, 06/17/2025

ORG TC- 05/2025, 155BB03747, 9, , 43, I, 09/2021, 067, 2676    , 2676    , , 2676
   , 03/2023, 6011002063416762
UPD TC- 05/2025, 155BB03747, R, , 43, I, 09/2021, 067, 2676    , 2676    , , 2676
   , , 6011002063416762
Comments-
Maintenance Action: SUPPRESS This Segment
Consumer Comments-
THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE., B17, 06/17/2025


*************** END OF SUMMARY ***************
```

**EIS-RODGERS-000573**

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200 27

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 07/06/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000574

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200028

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 06/06/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000575

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200011

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 11/06/2024 |

EFX ORIGINAL DOCUMENT

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 48 of 266

EIS-RODGERS-000576

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320012

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

### Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

### Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 10/07/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000577

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320013

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 09/05/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000578

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016556347320014

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 08/06/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000579

# BLOCK REFERRAL COLLECTION/TRADE

USDC IN/ND case 2:25-cv-00242-PPS-AZ     document 87     filed 06/14/26     page 52 of 266

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320036

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | CREDIT ACCEPTANCE CORP |
| Disputed Consumer Account Number: | 99587654 |
| Disputed Portfolio Type: | |
| Disputed Account Type: | 00 |
| Disputed Date Opened: | 07/17/2020 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000580

# BLOCK REFERRAL INQUIRY

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 53 of 266

Originator Bureau:

EXP

Control Number:

RA3319460101656347320037

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | NCCINC/NISSAN OF SOUTH |
| Disputed Inquiry Date: | 03/10/2025 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000581**

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200038

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | CAPITAL ONE AUTO FIN |
| Disputed Inquiry Date: | 03/10/2025 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000582**

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200039

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | BK OF AMER |
|---|---|
| Disputed Inquiry Date: | 09/14/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000583

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601016563473200003

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: RODGERS, ASANTI I, MAHN | |
| Address: 1128 BURR ST | |
| City/State/Zip: GARY, IN 46406 | |
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 1128 N 1ST |
| Disputed City/State/Zip: | GARY, IN 46406 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000584

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320004

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 06/05/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000585

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473 20005

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: RODGERS, ASANTI I, MAHN | |
| Address: 1128 BURR ST | |
| City/State/Zip: GARY, IN 46406 | |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: DISCOVER | |
| Disputed Inquiry Date: 05/05/2025 | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000586

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**
EXP

**Control Number:**
RA3319460101656347320006

**Date Created:**
06/14/2025

**Block Date:**
06/14/2025

**Date Received:**
06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 04/05/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000587

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601016563473320001

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 7218 HILLSIDE AVE APT207 |
| Disputed City/State/Zip: | LOS ANGELES, CA 900462395 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000588

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601016563473200002

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: RODGERS, ASANTI I, MAHN | |
| Address: 1128 BURR ST | |
| City/State/Zip: GARY, IN 46406 | |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 753 E 79TH ST |
| Disputed City/State/Zip: | CHICAGO, IL 606193143 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000589

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601010656347320023

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 11/07/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000590

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601011656347320024

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 10/04/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000591

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320025

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 09/06/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000592

# BLOCK REFERRAL INQUIRY

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 65 of 266

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200026

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 08/04/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000593

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320007

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 03/31/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000594

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200008

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

### Consumer's Information

| | |
|---|---|
| Name: RODGERS, ASANTI I, MAHN | |
| Address: 1128 BURR ST | |
| City/State/Zip: GARY, IN 46406 | |
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

### Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: DISCOVER | |
| Disputed Inquiry Date: 03/05/2025 | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000595

# BLOCK REFERRAL INQUIRY

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 68 of 266

Originator Bureau:

EXP

Control Number:

RA3319460101656347320009

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 02/07/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000596

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320010

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 12/06/2024 |

EFX ORIGINAL DOCUMENT

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 69 of 266

**EIS-RODGERS-000597**

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320015

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 07/08/2024 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000598**

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320019

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 03/05/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000599

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320016

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 06/10/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000600

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320020

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: RODGERS, ASANTI I, MAHN | |
| Address: 1128 BURR ST | |
| City/State/Zip: GARY, IN 46406 | |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 02/06/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000601

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200017

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 05/07/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000602

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320021

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 01/06/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000603

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016556347320018

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 04/08/2024 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000604**

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320022

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 12/06/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000605

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601016563473200040

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| Name: | RODGERS, ASANTI I, MAHN | |
|---|---|---|
| Address: | 1128 BURR ST | |
| City/State/Zip: | GARY, IN 46406 | |
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 1029 E 156TH ST |
| Disputed City/State/Zip: | DOLTON, IL 604192776 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000606

# BLOCK REFERRAL ID

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320041

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 807 S POST OAK LN |
| Disputed City/State/Zip: | HOUSTON, TX 770562200 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000607

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA3319460101656347320042

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 1919 JOFFRE AVE |
| Disputed City/State/Zip: | TOLEDO, OH 436071617 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000608

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601101656347320043

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 11280 BURR ST |
| Disputed City/State/Zip: | GARY, IN 46406 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000609**

# BLOCK REFERRAL INQUIRY

USDC IN/ND case 2:25-cv-00242-PPS-AZ     document 87     filed 06/14/26     page 82 of 266

Originator Bureau:

EXP

Control Number:

RA3319460101656347320029

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 05/05/2023 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000610**

# BLOCK REFERRAL COLLECTION/TRADE

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 87   filed 06/14/26   page 83 of 266

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200030

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVERC |
| Disputed Consumer Account Number: | 6011002063416762 |
| Disputed Portfolio Type: | |
| Disputed Account Type: | 18 |
| Disputed Date Opened: | 09/09/2021 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-000611**

# BLOCK REFERRAL COLLECTION/TRADE

Originator Bureau:

EXP

Control Number:

RA33194601016563473200001

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | 1128 BURR ST |
| City/State/Zip: | GARY, IN 46406 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | CAINE & WEINER |
| Disputed Consumer Account Number: | 17467858 |
| Disputed Portfolio Type: | I |
| Disputed Account Type: | 48 |
| Disputed Date Opened: | 12/28/2020 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000612

SSN   :   ████████

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|------|-------------|----------|--------|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

CASE ID   :   5174521993

**No Data Found for INTERNAL COMMENTS**

**EIS-RODGERS-000613**

SSN   :   ████████

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|------|-------------|----------|--------|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID   :   5181573779**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|------|----------------|-------------|-------|---------|
| 07/01/2025 | 5181573779-999 | JXX | MAINTENANCE | 999-DNCA EXISTS NOT PERP FILE FOUND |
| 06/30/2025 | 5181573779-999 | ATF | CREATION | 999-DNC EXIST |
| 06/30/2025 | 5181573779-999 | ATF | CREATION | 999-DISPUTED ADDRESS AS 7218 HILLSIDE AVE 207 LOS ANGELES CA 90046 // ████████████████ // 1029 E 156TH ST DOLTON IL 60419 |

EIS-RODGERS-000614

000010053- DISC
ASANTI RODGERS

**EQUIFAX**

CREDIT FILE : July 01, 2025

Confirmation # 5181573779

P. Box 105378
Atlanta, GA 30348

Dear ASANTI RODGERS:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words to your credit report.  If you provide a consumer statement that contains medical information related to

(End of Report)
000010053-DISC

5181573779-JXX-0efb014a000004f1-07012025

EIS-RODGERS-000615

services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://equifax.com/personal/disputes.  You may also mail your documents to P.O. Box 740256,  Atlanta, GA 30374-0256 or contact us by calling us at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 87   filed 06/14/26   page 88 of 266

EIS-RODGERS-000616

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 89 of 266

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at equifax.com/personal/help/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| *The Results Of Our Reinvestigation* |
| --- |

**>>> *We have reviewed your concerns and our conclusions are:*** THE DISPUTED ADDRESSES ARE CURRENTLY NOT REPORTING ON YOUR EQUIFAX CREDIT FILE.

**>>> *We have reviewed the identification information. The results are: -*** Name: asanti i rodgers

EIS-RODGERS-000617

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.equifax.com/personal/disputes.

Thank you for giving Equifax the opportunity to serve you.

EIS-RODGERS-000618

## State of Texas - Notice to Texas Consumers

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year  security alert. To obtain a copy of your credit file from Equifax call 1-800-685-1111 or write to PO Box 740241, Atlanta, Georgia, 30374-0241.

You have a right to place a "security alert" in your credit file.  This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in the your name.  Placement or removal of a security alert may be requested by calling 1-800-525-6285 or, you may send a written request to Equifax Information Services, PO Box 105069, Atlanta, GA 30348.  With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after the you have followed all dispute procedures in Section 20.06 of the Texas Business and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 87   filed 06/14/26   page 91 of 266

EIS-RODGERS-000619

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 92 of 266

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

## State of Texas- Notice to Texas Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 93 of 266

# EQUIFAX

**CREDIT FILE :  July 01, 2025**

**Personal Identification Information**  (This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)

| | |
|---|---|
| Name On File: | ASANTI I RODGERS |
| Social Security # | XXX-XX-6010    Date of Birth: |
| Current Address: | 807 S POST OAK LN APT 2114, Houston, TX 77056  Reported: 07/2025 |

**ALERT(s):**    ID Theft Victim - Information Blocked Due To Police Or DMV Report
File Blocked For Promotional Purposes

**Please address all future correspondence to:**

www.equifax.com/personal/disputes

Equifax Information Services LLC
P.O. Box 105518
Atlanta, GA 30348

Phone: (888) EQUIFAX, (888) 378-4329
M - F 9:00am to 5:00pm in your time zone.

---

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

**Account Column Title Descriptions:**

| | | |
|---|---|---|
| Account Number | - | The Account number reported by credit grantor |
| Date Acct. Opened | - | The Date that the credit grantor opened the account |
| High Credit | - | The Highest Amount Charged |
| Credit Limit | - | The Highest Amount Permitted |
| Terms Duration | - | The Number of Installments or Payments |
| Terms Frequency | - | The Scheduled Time Between Payments |
| Months Reviewed | - | The Number of Months Reviewed |
| Activity Designator | - | The Most Recent Account Activity |
| Creditor Class | - | The Type of Company Reporting The Account |
| Date Reported | - | Date of Last Reported Update |
| Balance Amount | - | The Total Amount Owed as of the Date Reported |
| Status | - | Condition of Account When Last Updated by Creditor  or Otherwise |
| Amount Past Due | - | The Amount Past Due as of the Date Reported |
| Date of Last Paymnt | - | The Date of Last Payment |
| Actual Pay Amt | - | The Actual Amount of Last Payment |
| Sched Pay Amt | - | The Requested Amount of Last Payment |
| Date of 1st Delinquency | - | The Date of First Delinquency |
| Date of Last Actvty | - | The Date of the Last Account Activity |
| Date Maj Delq Rptd | - | The Date the 1st Major Delinquency Was Reported |
| Charge Off Amt | - | The Amount Charged Off by Creditor |
| Deferred Pay Date | - | The 1st Payment Due Date for Deferred Loans |
| Balloon Pay Amt | - | The Amount of Final(Balloon) Payment |
| Balloon Pay Date | - | The Date of Final(Balloon) Payment |
| Date Closed | - | The Date the Account was Closed |

| **Account History Status Code Descriptions** | 1 : 30-59 Days Past Due | 5  : 150-179 Days Past Due | J:  Voluntary Surrender |
|---|---|---|---|
| | 2 : 60-89 Days Past Due | 6  : 180 or More Days Past Due | K:  Repossession |
| | 3 : 90-119 Days Past Due | G:  Collection Account | L:  Charge Off |
| | 4 : 120-149 Days Past Due | H:  Foreclosure | |

**CREDIT ACCEPTANCE CORPORAT     PO BOX 5070 SOUTHFIELD MI 480865070 : 8006341506**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *2990 | 04/01/2022 | $29,355 | | 72 Months | Monthly | 32 | | |

(End of Report)
000010053-DISC

5181573779-JXX-0efb014a000004f1-07012025

EIS-RODGERS-000622

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/2025 | $23,582 | $23,582 | 03/01/2024 | | | 11/01/2022 | | | | | | | |

Status - Repossession; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Involuntary Repossession; Auto; Fixed Rate;

| Account History with Status Codes | 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | K | K | K | K | K | K | K | K | K | K | K | K | K | 6 | 5 | 4 | 4 | 3 | 2 | 2 |
| | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | | | | | | | |
| | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

### MOHELA/DEPT OF ED    633 Spirit Dr Chesterfield MO 630051243 : 8888664352

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *0001 | 11/18/2016 | $2,000 | | | Monthly | 33 | Transfer/Sold | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $0 | | 04/01/2019 | $2,185 | | 10/01/2018 | | | | | | | 09/30/2019 |

Status - Account closed; was over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;

| Account History with Status Codes | 04/2019 |
|---|---|
| | 0 |

### MOHELA/DEPT OF ED    633 Spirit Dr Chesterfield MO 630051243 : 8888664352

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *0002 | 12/09/2016 | $1,523 | | 120 Months | Monthly | 32 | Transfer/Sold | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2025 | $0 | | 04/01/2019 | $1,621 | | 10/01/2018 | | | | | | | 09/30/2019 |

Status - Account closed; was over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;

| Account History with Status Codes | 04/2019 |
|---|---|
| | 0 |

### LEAD BANK    901 E 6TH ST UNIT 400 AUSTIN TX 78702 : 8778830999

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *8223 | 11/08/2020 | $501 | $400 | | Monthly | 37 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/2023 | $0 | | 12/21/2023 | $501 | | | 12/21/2023 | | | | | | 12/20/2023 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Secured Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance; Secured Credit Card;

| Account History with Status Codes | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 05/2022 | 04/2022 | 03/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 02/2021 | 01/2021 | 12/2020 | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | | | | | | |

EIS-RODGERS-000623

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 06/25 | No Data Available | | | | | | | | |
| 05/25 | No Data Available | | | | | | | | |
| 04/25 | No Data Available | | | | | | | | |
| 03/25 | No Data Available | | | | | | | | |
| 02/25 | No Data Available | | | | | | | | |
| 01/25 | No Data Available | | | | | | | | |
| 12/24 | No Data Available | | | | | | | | |
| 11/24 | No Data Available | | | | | | | | |
| 10/24 | No Data Available | | | | | | | | |
| 09/24 | No Data Available | | | | | | | | |
| 08/24 | No Data Available | | | | | | | | |
| 07/24 | No Data Available | | | | | | | | |
| 06/24 | No Data Available | | | | | | | | |
| 05/24 | No Data Available | | | | | | | | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | No Data Available | | | | | | | | |
| 12/23 | No Data Available | | | | | | | | |

(End of Report)
000010053-DISC

5181573779-JXX-0efb014a000004f1-07012025

EIS-RODGERS-000624

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/23 | $486 | $52 | | 09/05/2023 | $498 | $400 | $26 | Secured Credit Card | |

Additional Information: Secured Credit Card; Amount in High Credit Column is Credit Limit; Variable/Adjustable Rate

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/23 | $436 | $26 | | 09/05/2023 | $498 | $400 | | Secured Credit Card | |

Additional Information: Secured Credit Card; Amount in High Credit Column is Credit Limit; Variable/Adjustable Rate

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/23 | $426 | $52 | $83 | 09/05/2023 | $498 | $400 | | Secured Credit Card | |

Additional Information: Secured Credit Card; Amount in High Credit Column is Credit Limit; Variable/Adjustable Rate

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/23 | $462 | $26 | | 07/25/2023 | $498 | $400 | | Secured Credit Card | |

Additional Information: Secured Credit Card; Amount in High Credit Column is Credit Limit; Variable/Adjustable Rate

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/23 | $451 | $26 | $50 | 07/25/2023 | $498 | $400 | | Secured Credit Card | |

Additional Information: Secured Credit Card; Amount in High Credit Column is Credit Limit; Variable/Adjustable Rate

**FINGERHUT     6250 RIDGEWOOD RD SAINT CLOUD MN 563030820 : 3206543800**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *7847 | | 04/12/2022 | $0 | $400 | | Monthly | 13 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/2023 | $0 | | | | | | | | | | | | 01/01/2023 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor; Charge;

**FINGERHUT/WEBBANK     6250 Ridgewood Rd Saint Cloud MN 563030820 : 3206543800**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *9947 | | 11/19/2021 | $109 | $400 | | Monthly | 7 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/13/2022 | $0 | | 03/01/2022 | | | | 03/01/2022 | | | | | | 04/01/2022 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

| Account History with Status Codes | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

**AUSTIN CAPITAL BANK SSB     8100 Shoal Creek Blvd Austin TX 787578041 : 5126933600**

EIS-RODGERS-000625

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|
| *9174 | | 05/11/2021 | $1,000 | | 12 Months | Monthly | | 12 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2022 | $0 | | 05/01/2022 | | | | 05/01/2022 | | | | | | 05/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured; Fixed Rate;

| Account History with Status Codes | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**SBNASLFLDR    901 E 6TH ST UNIT 400 AUSTIN TX 78702 : 8778830999**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|
| *5819 | | 04/19/2020 | $520 | | 24 Months | Monthly | | 23 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | $0 | | 03/01/2022 | $50 | | | 03/01/2022 | | | | | | 03/01/2022 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured; Fixed Rate;

| Account History with Status Codes | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | 06/2020 | 05/2020 |
|---|---|---|
| | 0 | 0 |

*A request for your credit history is called an inquiry.  There are two types of inquiries - those that may impact your credit rating/score and those that do not.*

*Inquiries that do not impact your credit rating/score.*
*These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file.  They may remain on your file for up to 2 years.*

**Company Information - Prefix Descriptions:**

AM OR AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.

CAR RENT - Inquiries with this prefix are from rental car companies regarding debit card payment acceptance.

COLLECT - Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt.

CONS RPT - Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product.

DDA - Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account.

EMPL OR ND EMPL - Inquiries with this prefix indicate an employment inquiry.

EQUIFAX OR EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request.

FIN PLAN - Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning.

INS - Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes.

MEDICAL - Inquiries with this prefix are from medical service providers.

ND - Inquiries with this prefix are general inquiries that do not display to creditor grantors.

EIS-RODGERS-000626

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.

NON APPL - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.

PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.

PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.

PREQCOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.

PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.

PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.

PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.

PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.

PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.

PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.

PRM - Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance.

REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) |
|---|---|
| EQUIFAX INC (0100)<br>1550 PEACHTREE ST NW ATLANTA GA 303092468  Phone: 4048858000 | 02/03/2025 |
| EQUIFAX<br>PO BOX 740250 ATLANTA GA 30374-0250  Phone: 6787957622 | 02/03/2025, 08/01/2024, 03/26/2024 |
| EQUIFAX INFO SVCS.<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 07/01/2025, 06/30/2025, 06/18/2025, 06/05/2025, 06/05/2025, 06/05/2025, 04/10/2025, 02/26/2025, 02/23/2025, 02/23/2025 |
| EQUIFAXBLK<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2468  Phone: 7706851111 | 06/17/2025, 03/09/2025, 03/09/2025 |
| EQUIFAX INFO SVCS.<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 06/18/2025, 02/26/2025, 02/23/2025 |
| EQUIFAX INFO SVCS<br>PO Box 105069 Atlanta GA 303485069  Phone: 8006851111 | 06/23/2025, 06/23/2025, 02/22/2025, 02/22/2025, 02/10/2025 |
| EQUIFAX UPDATE<br>1550 PEACHTREE ST NW ATLANTA GA 303092402  Phone: 8006851111 | 07/01/2025, 06/05/2025, 06/05/2025, 06/05/2025, 02/23/2025 |
| EQUIFAX INFO SVCS.<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 06/05/2025, 03/09/2025 |

EIS-RODGERS-000627

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

### *A Summary of Your Rights Under the Fair Credit Reporting Act*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;

  - you are the victim of identity theft and place a fraud alert in your file;

  - your file contains inaccurate information as a result of fraud;

  - you are on public assistance;

  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

000010053-DISC

5181573779-JXX-0efb014a000004f1-07012025

**EIS-RODGERS-000628**

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**EIS-RODGERS-000629**

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**EIS-RODGERS-000630**

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | <br><br>a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br><br><br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Association<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

**EIS-RODGERS-000631**

## Commonly Asked Questions About Credit Files

**Q.** *How can I correct a mistake in my credit file ?*

**A.** Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.** *If I do have credit problems, is there someplace where I can get advice and assistance ?*

**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

**Q.** *Once the fraud alert is added to my credit file, who will contact me to verify if an application is legitimate ?*

**A.** When the credit grantor accesses your credit file, they should contact you as a part of their credit application approval process.

## Facts You Should Know

○ The length of time an account or record remains in your credit file is shown below:

Collection Agency Accounts: Remain for up to 7 years from the Date of 1st Delinquency.

Credit or Other Reported Accounts: Accounts paid as agreed remain for up to 10 years from the Date Reported. Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

Public Records: Remain for up to 7 years from the date filed, except:
Bankruptcy - Chapter 7 and 11 remain for up to 10 years from the date filed.
Bankruptcy - Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
Unpaid tax liens remain for up to 10 years from the date filed.
Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

New York State Residents Only: Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

Payment history and Historical Account Information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship. This history is included on both open accounts and accounts that have already been closed.

The historical account information reflects a broader view of your credit behavior over a 24 month period. This history is also included on both open accounts and closed accounts.

Payment in full does not remove your payment history or historical account information. If you have always paid an account as agreed, the account should not have payment history status information. Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

○ Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

○ To protect your information from misuse, you should monitor any change in mail receipt patterns. Ensure that documents containing personal data or account numbers are destroyed or made illegible before disposing of them. Do not preprint checks or other documents with unique identifiers such as your driver's license or social security number. Never give out your account number or identifying information on phone calls in which you did not initiate the contact.

○ To have a fraud alert removed from your credit file, identification information, such as, a copy of your driver's license or utility bill reflecting your current address along with a copy of your social security card must be provided.

---

**Additional Notice to Consumer:**

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

---

**EIS-RODGERS-000632**

**EIS-RODGERS-000633**

# EQUIFAX

# *RESEARCH REQUEST FORM*

**You may initiate an investigation request via the internet at www.equifax.com/personal/disputes . To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.**

Or, mail this document to the following address:

     Equifax Information Services LLC
     P.O. Box 105518
     Atlanta, GA 30348
     (888) EQUIFAX, (888) 378-4329

**Email Address** (please print clearly): _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?   **Circle:**   Yes        No

**Confirmation Number:   5181573779**

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:** ASANTI I RODGERS     **SSN #:** XXX-XX-6010     **DOB:** ▮▮▮▮

**Current Address:** 807 S POST OAK LN APT 2114, Houston, TX 77056

**Daytime Phone Number**                          **Evening Phone Number**

**List other names which you have used for credit in the past**

**Credit Account Information**

**Company Name** _____ **Account Number** _____

Reason for investigation: ❑ Not Mine  ❑ Paid in Full  ❑ Current/Previous Payment Status Incorrect  ❑ Account Closed
❑ Other (Please explain) _____

**Company Name** _____ **Account Number** _____

Reason for investigation: ❑ Not Mine  ❑ Paid in Full  ❑ Current/Previous Payment Status Incorrect  ❑ Account Closed
❑ Other (Please explain) _____

# BLOCK REFERRAL ID

Originator Bureau:

TUN

Control Number:

RA331946010407116168072001

Date Created:

06/21/2025

Block Date:

06/21/2025

Date Received:

06/23/2025

## Consumer's Information

| | |
|---|---|
| Name: RODGERS, ASANTI, I | |
| Address: 807 S POST OAK LN 2114 | |
| City/State/Zip: HOUSTON, TX 77056 | |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: (708) 990-0720 |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 7218 HILLSIDE AVE 207 |
| Disputed City/State/Zip: | LOS ANGELES, CA 90046 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000635

# BLOCK REFERRAL ID

Originator Bureau:

TUN

Control Number:

RA331946010407116168072001

Date Created:

06/21/2025

Block Date:

06/21/2025

Date Received:

06/23/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI, I |
| Address: | 807 S POST OAK LN 2114 |
| City/State/Zip: | HOUSTON, TX 77056 |

| | | |
|---|---|---|
| SSN: 331946010 | DOB: 09/24/1997 | Phone: (708) 990-0720 |

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 1128 BURR ST |
| Disputed City/State/Zip: | GARY, IN 46406 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000636

# BLOCK REFERRAL ID

Originator Bureau:

TUN

Control Number:

RA331946010407116168072001

Date Created:

06/21/2025

Block Date:

06/21/2025

Date Received:

06/23/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI, I |
| Address: | 807 S POST OAK LN 2114 |
| City/State/Zip: | HOUSTON, TX 77056 |

| SSN: 331946010 | DOB: 09/24/1997 | Phone: (708) 990-0720 |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 1029 E 156TH ST |
| Disputed City/State/Zip: | DOLTON, IL 60419 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-000637

SSN   :   ▮▮▮▮▮▮

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|------|-------------|----------|--------|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID   :   5190582453**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|------|----------------|-------------|-------|---------|
| 07/09/2025 | 5190582453-10 | ARL | CREATION | 9999-RESCISSION PROCESSED ON 07/09/2025 BY ROBOT RPA-DCS-004 FOR CONTROL NUMBER 2536482 |

**EIS-RODGERS-000638**

# EQUIFAX

## CREDIT FILE : July 09, 2025
## Confirmation # 5190582453

Dear ASANTI I RODGERS:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the  dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report.  If you provide a consumer statement that contains

000016459- DISC
ASANTI I RODGERS
807 S POST OAK LN APT 2114
HOUSTON, TX 77056-2270

P.O. Box 105518
Atlanta, GA 30348

(End of Report)
000016459-DISC

5190582453-ARL-0f03014a00000587-07092025

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 87   filed 06/14/26   page 111 of 266

EIS-RODGERS-000639

medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

USDC IN/ND case 2:25-cv-00242-PPS-AZ   document 87   filed 06/14/26   page 112 of 266

EIS-RODGERS-000640

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at equifax.com/personal/help/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| The Results Of Our Reinvestigation |
|---|

| Credit Account Information<br>(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors) | | | |
|---|---|---|---|
| **Account History Status Code Descriptions** | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5  : 150-179 Days Past Due<br>6  : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |

**>>>  We have researched the credit account. Account # - \*6762 The results are:**   SUBSEQUENT INFORMATION HAS BEEN RECEIVED FROM THE DATA FURNISHER, YOUR ACCOUNT AND ITS DETAILS HAVE BEEN REINSERTED TO YOUR CREDIT FILE. THE FOLLOWING FIELDS HAVE

EIS-RODGERS-000641

BEEN MODIFIED: *ADDITIONAL INFORMATION *CLOSED DATE *ACTIVITY DESIGNATOR.  If you have additional questions about this item please contact: *DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 Phone: (800) 347-2683*

**DISCOVER CARD**     PO BOX 30939 SALT LAKE CITY UT 841300939 : 8003472683

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *6762 | 09/01/2021 | $2,676 | $2,000 | | Monthly | 43 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/09/2025 | $2,676 | $2,676 | 02/01/2023 | | $0 | 03/01/2023 | | | | | | | *01/31/2023* |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Revolving | Credit Card | Individual Account | | |

ADDITIONAL INFORMATION:
*Charged Off Account*

*Credit Card*

EIS-RODGERS-000642

## State of Texas- Notice to Texas Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

EIS-RODGERS-000643

5190582453-ARL-0f03014a00000587-07092025

EIS-RODGERS-000644

Page 6 of 6

000016459-DISC

```
============================================================
= TIMESTAMP: 09-Jul-2025 05:02
= ACIS FUNCTION: AUTO MAINTENANCE
============================================================
*****************************************************************************
*********
RODGERS, ASANTI, I, , SINCE 05/23/2016, FAD 07/09/2025
807 S POST OAK LN APT 2114, HOUSTON TX, 77056, , , 06/2022, , 07/2025,
7218 HILLSIDE AVE 207, LOS ANGELES CA, 90046, , C, 07/2025, F, 07/2025,
18505 TORRENCE AVE APT, LANSING IL, 60438, , C, 02/2025, M, 07/2025,
7211 OHIO AVE, HAMMOND IN, 46323, , C, 06/2021, M, 07/2025,
1919 JOFFRE AVE, TOLEDO OH, 43607, , C, 05/2021, M, 07/2025,
905 CIRCLE AVE, FOREST PARK IL, 60130, , C, 05/2021, M, 07/2025,
1029 E 156TH ST, DOLTON IL, 60419, , C, 05/2021, M, 07/2025,
██████████████████████████, , , 08/2018, M, 07/2025, 7737629282
,  ,BDS-, SSN-████████0 ,
FN-MCKINLEY, KANI
--------------------------------------------------------------------------------
---------
 Consumer Referral Location-1
   EQUIFAX INFORMATION SERVICES LLC
   PO BOX 740241, ATLANTA, GA, 303740241, 8006851111
--------------------------------------------------------------------------------
---------
*****************************************************************************
*********
06/2025,  SPECL 654FA11802, ID THEFT VICTIM - INFORMATION BLOCKED DUE TO POLICE OR
DMV REPORT
06/2020,  SPECL 915AA00133, FRAUD FILE
06/2021,  SPECL 915AA01222, PROMOTIONAL BLOCK(5 YR)

F- OPERATOR ADVICE-DO NOT COMBINE
F- FILE UNAVAILABLE ONLINE-(H.O.) CONTACT BUREAU
F- TELEPHONE NUMBER BLOCKED PER CONSUMER REQUEST

PUBLIC RECORDS OR OTHER INFORMATION
  03/2025 COLL 01/2023 178YC12959 FOR LIBERTY MUTUAL IN CO, $573, 03/2025 SUPPRESS
COLL
     BAL- BAL- $573, PURGE: 11/2022, I, 2725614
 06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION
  03/2025 COLL 10/2023 178YC13039 FOR ALLSTATE PROP CASUALTY CO, $252, 03/2025
SUPPRESS COLL
     BAL- BAL- $252, PURGE: 07/2023, I, 23841107
 06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION
  02/2025 COLL 07/2024 401YC16680 FOR COMCAST, $127, 02/2025 SUPPRESS COLL
     BAL- BAL- $127, PURGE: 05/2023, I, 59921087
 11
  02/2025 COLL 12/2020 180YC16345 FOR PROGRESSIVE, $383, 02/2025 SUPPRESS COLL
```

**EIS-RODGERS-000645**

```
     BAL- BAL- $383, PURGE: 10/2020, I, 17467858
 06
CONSUMER DISPUTES THIS ACCOUNT INFORMATION

 INQS-SUBJECT SHOWS 39 INQUIRIES SINCE 03/2024


     ACIS       IN5190582453      915AA00828   EQUIFAX AUTO MTNC UP  07/09/2025
IN          MTNCUPD
     ACIS       TX5190582453D     915AA00018   EQUIFAX              07/09/2025
TX          ANNUALF
     ACIS       5190582453        915AA00018   EQUIFAX              07/09/2025
            DISPUTE
     ND         RPA BOT DCS       915AA01065   EQUIFAX UPDATE       07/09/2025
RP          MTNCUPD
     ND         EIS               915AA01065   EQUIFAX UPDATE       07/09/2025
EI          MTNCUPD
     ND         USIS RPA TESTING  915AA01065   EQUIFAX UPDATE       07/09/2025
US          MTNCUPD
     ACIS       TX5181573779D     915AA00018   EQUIFAX              07/01/2025
TX          REVISED
     ND         EIS               915AA01065   EQUIFAX UPDATE       07/01/2025
EI          MTNCUPD
     ACIS       5181573779        915AA00018   EQUIFAX              06/30/2025
            DISPUTE
     ACIS       TX5174521993D     915AA00133   EQUIFAX              06/23/2025
TX          REVISED
     ACIS       5174521993        915AA00133   EQUIFAX              06/23/2025
            DISPUTE
     ACIS       TX5168544448D     915AA00018   EQUIFAX              06/18/2025
TX          REVISED
     ACIS       TX5168544448      915AA00034   EQUIFAX UPDATE       06/18/2025
TX          MTNCUPD
     ACIS       5168544448        915AA01388   EQUIFAXBLK           06/17/2025
            DISPUTE
     ACIS       TX5156530659D     915AA00018   EQUIFAX              06/05/2025
TX          REVISED
     ACIS       IL5156530659      915AA00828   EQUIFAX AUTO MTNC UP 06/05/2025
IL          MTNCUPD
     ACIS       TX5156530659D     915AA00018   EQUIFAX              06/05/2025
TX          ANNUALF
     ACIS       5156530659        915AA00018   EQUIFAX              06/05/2025
            DISPUTE
     ND         RPA BOT DCS       915AA01065   EQUIFAX UPDATE       06/05/2025
RP          MTNCUPD
     ND         EIS               915AA01065   EQUIFAX UPDATE       06/05/2025
EI          MTNCUPD
     ND         USIS RPA TESTING  915AA01065   EQUIFAX UPDATE       06/05/2025
US          MTNCUPD
     ACIS       TX5100521080D     915AA00018   EQUIFAX              04/10/2025
TX          PAID
```

EIS-RODGERS-000646

```
     ACIS       IN5407116168057003  447AA00176    EQUIFAX INFORMATION SVCS03/14/2025
IN           AUDCCUPD
     ACIS        TX5068502301D      915AA01388    EQUIFAXBLK              03/09/2025
TX           REVISED
     ACIS        IL5068502301       915AA00828    EQUIFAX AUTO MTNC UP    03/09/2025
IL           MTNCUPD
     ACIS        5068502301         915AA01388    EQUIFAXBLK              03/09/2025
             DISPUTE
     ACIS        TX5041531569D      915AA00018    EQUIFAX                 02/26/2025
TX           REVISED
     ACIS        TX5041531569       915AA00034    EQUIFAX UPDATE          02/26/2025
TX           MTNCUPD
     ACIS        TX5053571883D      915AA00018    EQUIFAX                 02/23/2025
TX           REVISED
     ACIS        TX5053571411D      915AA00018    EQUIFAX                 02/23/2025
TX           REVISED
     ACIS        TX5053571411       915AA00034    EQUIFAX UPDATE          02/23/2025
TX           MTNCUPD
     ND          EIS                915AA01065    EQUIFAX UPDATE          02/23/2025
EI           MTNCUPD
     ACIS        5053571883         915AA00133    EQUIFAX                 02/22/2025
             DISPUTE
     ACIS        5053571411         915AA00133    EQUIFAX                 02/22/2025
             DISPUTE
     ACIS        TX5041531569       915AA00133    EQUIFAX                 02/10/2025
TX           DISPUTE
     CONS RPT   5535457672          915AA01826    EQUIFAX                 02/03/2025
             ANNUALF
     ID          EQUIFAX            092ZD18051    EQUIFAX INC (0100)      02/03/2025
EQ
     CONS RPT   4714612277          915AA01826    EQUIFAX                 08/01/2024
             ANNUALF
     ND          EQUIFAX   /           4586386671915AA01826   EQUIFAX
03/26/2024 EQ            ANNUALF
1, ID SCAN: UNABLE TO PERFORM SSN VALIDATION DUE TO INSUFFICIENT SSN INPUT


 FIRM/              RPTD/   OPND/   HI CREDIT CRED LIM/ BAL/      PAST DUE  CS MR
ECOA DLP
 MORTGAGE ID #      CLOSED  MAJ RPT /ACT PAY  SCHD PAY  CHRG OFF  /TERMS    TP ACT
---------------------------------------------------------------------------------
-------------

 DISCOVER CARD      07/2025 09/2021 2676      2000      2676      2676      R9 43
I   02/2023
                    01/2023                   0                             M  18
X
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR        AUI
        03/2023
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

EIS-RODGERS-000647

```
                                        ACCT#███████████
        CHARGED OFF ACCOUNT
        CREDIT CARD


--------------------------------------------------------------------------------
 CREDIT ACCEPTANCE CORPORAT 06/2025 07/2020
P 19 I
                                                        72M
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR         AUI

        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                        ACCT#████████
        DUE TO POLICE REPORT
TRENDED DATA          SCHED      ACTUAL        LAST      HIGH     CREDIT        PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT    PMT AMT    PMT DATE   CREDIT    LIMIT      DUE AMT
  TYPE DESIG
06/2025

05/2025

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024
```

EIS-RODGERS-000648

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

--------------------------------------------------------------------------------
 CREDIT ACCEPTANCE CORPORAT 06/2025 04/2022 29355                   23582     23582
I8 32 I    03/2024
                                                                    72M        M  00
X
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
        11/2022
        BAL AMT     BAL PAY DT  DEF PAY DT CC

                                        ACCT#██████████

        INVOLUNTARY REPOSSESSION
        AUTO
        FIXED RATE
DEROG TRADE HISTORY
05/2025-D04/2025-D03/2025-D02/2025-D01/2025-K12/2024-K11/2024-K10/2024-K
09/2024-K08/2024-K07/2024-K06/2024-K05/2024-K04/2024-K03/2024-K02/2024-K
01/2024-K12/2023-611/2023-510/2023-409/2023-408/2023-307/2023-206/2023-2
05/2023-204/2023-103/2023-102/2023-201/2023-212/2022-211/2022-110/2022-0
09/2022-008/2022-007/2022-006/2022-005/2022-004/2022-B


--------------------------------------------------------------------------------
 NCB MANAGEMENT SERVICES, I 03/2025 10/2021
P 40 I
                                                                             0C
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
        01/2020       O
        BAL AMT     BAL PAY DT  DEF PAY DT CC
                                        14
                                        ACCT#████████
        DUE TO POLICE REPORT
TRENDED DATA          SCHED      ACTUAL       LAST      HIGH     CREDIT       PAST
ACCT ACCT
 DATE      BALANCE    PMT AMT     PMT AMT    PMT DATE   CREDIT    LIMIT     DUE AMT

**EIS-RODGERS-000649**

```
   TYPE DESIG
06/2025

05/2025

04/2025

03/2025

02/2025    5665                                    5665              5665       0C
X
01/2025    5665                                    5665              5665       0C
X
12/2024    5665                                    5665              5665       0C
X
11/2024    5665                                    5665              5665       0C
X
10/2024    5665                                    5665              5665       0C
X
09/2024    5665                                    5665              5665       0C
X
08/2024    5665                                    5665                         0C
X
07/2024    5665                                    5665                         0C
X
06/2024    5665                                    5665                         0C
X
05/2024    5665                                    5665                         0C
X
04/2024    5665                                    5665                         0C
X
03/2024    5665                                    5665                         0C
X
02/2024    5665                                    5665                         0C
X
01/2024    5665                                    5665                         0C
X
12/2023    5665                                    5665                         0C
X
11/2023    5665                                    5665                         0C
X
10/2023    5665                                    5665                         0C
X
09/2023    5665                                    5665                         0C
X
08/2023    5665                                    5665                         0C
X
07/2023    5665                                    5665                         0C
X
```

EIS-RODGERS-000650

```
---------------------------------------------------------------------------
 MOHELA/DEPT OF ED     02/2025 11/2016 2000              0                  I5 33
I    04/2019
                       09/2019         2185                                 M  12
T
         DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR        AUI
         10/2018
         BAL AMT    BAL PAY DT  DEF PAY DT CC
```

ACCT# ███████████████

DEROG TRADE HISTORY
01/2025-D12/2024-D11/2024-D10/2024-D09/2024-D08/2024-D07/2024-D06/2024-D
05/2024-D04/2024-D03/2024-D02/2024-D01/2024-D12/2023-D11/2023-D10/2023-D
09/2023-D08/2023-D07/2023-D06/2023-D05/2023-D04/2023-D03/2023-D02/2023-D
01/2023-D12/2022-D11/2022-D10/2022-D09/2022-D08/2022-D07/2022-D06/2022-D
05/2022-D04/2022-D03/2022-D02/2022-D01/2022-D12/2021-D11/2021-D10/2021-D
09/2021-D08/2021-D07/2021-D06/2021-D05/2021-D04/2021-D03/2021-D02/2021-D
01/2021-D12/2020-D11/2020-D10/2020-D09/2020-D08/2020-D07/2020-D06/2020-D
05/2020-D04/2020-D03/2020-D02/2020-D01/2020-D12/2019-D11/2019-D10/2019-D
09/2019-D08/2019-D07/2019-D06/2019-D05/2019-D04/2019-003/2019-B

| TRENDED DATA DATE | SCHED BALANCE | ACTUAL PMT AMT | LAST PMT AMT | HIGH PMT DATE | CREDIT CREDIT | PAST LIMIT | ACCT DUE AMT | ACCT TYPE DESIG |
|---|---|---|---|---|---|---|---|---|
| 06/2025 | | | | | | | | |
| 05/2025 | | | | | | | | |
| 04/2025 | | | | | | | | |
| 03/2025 | | | | | | | | |
| 02/2025 | | | | | | | | |
| 01/2025 | | | | | | | | |
| 12/2024 | | | | | | | | |
| 11/2024 | | | | | | | | |
| 10/2024 | | | | | | | | |
| 09/2024 | | | | | | | | |
| 08/2024 | | | | | | | | |
| 07/2024 | | | | | | | | |
| 06/2024 | | | | | | | | |

EIS-RODGERS-000651

```
05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023


-------------------------------------------------------------------------------
 MOHELA/DEPT OF ED     02/2025 12/2016 1523                 0                    I5 32
I   04/2019
                       09/2019           1621                        120M      M  12
T
        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR        AUI
        10/2018
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                    ACCT#███████████
DEROG TRADE HISTORY
01/2025-D12/2024-D11/2024-D10/2024-D09/2024-D08/2024-D07/2024-D06/2024-D
05/2024-D04/2024-D03/2024-D02/2024-D01/2024-D12/2023-D11/2023-D10/2023-D
09/2023-D08/2023-D07/2023-D06/2023-D05/2023-D04/2023-D03/2023-D02/2023-D
01/2023-D12/2022-D11/2022-D10/2022-D09/2022-D08/2022-D07/2022-D06/2022-D
05/2022-D04/2022-D03/2022-D02/2022-D01/2022-D12/2021-D11/2021-D10/2021-D
09/2021-D08/2021-D07/2021-D06/2021-D05/2021-D04/2021-D03/2021-D02/2021-D
01/2021-D12/2020-D11/2020-D10/2020-D09/2020-D08/2020-D07/2020-D06/2020-D
05/2020-D04/2020-D03/2020-D02/2020-D01/2020-D12/2019-D11/2019-D10/2019-D
09/2019-D08/2019-D07/2019-D06/2019-D05/2019-D04/2019-003/2019-B
TRENDED DATA         SCHED       ACTUAL        LAST      HIGH     CREDIT      PAST
ACCT ACCT
 DATE      BALANCE    PMT AMT     PMT AMT     PMT DATE   CREDIT    LIMIT      DUE AMT
  TYPE DESIG
06/2025

05/2025
```

EIS-RODGERS-000652

```
04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023


--------------------------------------------------------------------------------
 LEAD BANK           12/2023 11/2020 501          400           0                      R1 37
I    12/2023
                     12/2023         501                                        M   2A
```

EIS-RODGERS-000653

B

DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                     *

BAL AMT      BAL PAY DT  DEF PAY DT CC

                              ACCT# ██████████

ACCOUNT CLOSED AT CONSUMER'S REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE
SECURED CREDIT CARD

DEROG TRADE HISTORY
11/2023-110/2023-009/2023-008/2023-007/2023-006/2023-005/2023-004/2023-0
03/2023-002/2023-001/2023-012/2022-011/2022-010/2022-009/2022-008/2022-0
07/2022-006/2022-E05/2022-004/2022-003/2022-002/2022-001/2022-012/2021-0
11/2021-010/2021-009/2021-008/2021-007/2021-006/2021-005/2021-004/2021-0
03/2021-E02/2021-001/2021-112/2020-011/2020-B

| TRENDED DATA | SCHED | ACTUAL | LAST | HIGH | CREDIT | PAST |
| ACCT ACCT | | | | | | |
| DATE  BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT |
| TYPE DESIG | | | | | | |

06/2025

05/2025

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

EIS-RODGERS-000654

02/2024

01/2024

12/2023

| 11/2023 | 486 | 52 | | 09/2023 | 498 | 400 | 26 |
| 2A  X | | | | | | | |
| 10/2023 | 436 | 26 | | 09/2023 | 498 | 400 | |
| 2A  X | | | | | | | |
| 09/2023 | 426 | 52 | 83 | 09/2023 | 498 | 400 | |
| 2A  X | | | | | | | |
| 08/2023 | 462 | 26 | | 07/2023 | 498 | 400 | |
| 2A  X | | | | | | | |
| 07/2023 | 451 | 26 | 50 | 07/2023 | 498 | 400 | |
| 2A  X | | | | | | | |

-------------------------------------------------------------------------------
 FINGERHUT              05/2023 04/2022 0        400        0                   R1 13
I
                       01/2023                                            M  07
B
        DFD/DLA     PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                        *

        BAL AMT    BAL PAY DT  DEF PAY DT CC

                              ACCT#████████████
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        ACCOUNT CLOSED BY CREDIT GRANTOR
        CHARGE
DEROG TRADE HISTORY
04/2023-E03/2023-D02/2023-D01/2023-D12/2022-E11/2022-E10/2022-E09/2022-E
08/2022-E07/2022-E06/2022-E05/2022-E04/2022-B

| TRENDED DATA | SCHED | ACTUAL | LAST | HIGH | CREDIT | PAST | ACCT ACCT |
| DATE | BALANCE | PMT AMT | PMT AMT | PMT DATE | CREDIT | LIMIT | DUE AMT | TYPE DESIG |

06/2025

05/2025

04/2025

03/2025

02/2025

01/2025

EIS-RODGERS-000655

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

```
--------------------------------------------------------------------------------
 FINGERHUT/WEBBANK     06/2022 11/2021 109        400         0                      R1 7
I    03/2022
                       04/2022                                                       M  07
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
                                                         *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                          ACCT#
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        ACCOUNT CLOSED BY CREDIT GRANTOR
DEROG TRADE HISTORY
```

EIS-RODGERS-000656

```
05/2022-E04/2022-E03/2022-002/2022-001/2022-012/2021-011/2021-B
TRENDED DATA          SCHED      ACTUAL        LAST      HIGH      CREDIT      PAST
ACCT ACCT
 DATE       BALANCE   PMT AMT    PMT AMT    PMT DATE    CREDIT     LIMIT      DUE AMT
  TYPE DESIG
06/2025

05/2025

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023
```

EIS-RODGERS-000657

07/2023

```
--------------------------------------------------------------------------------
 AUSTIN CAPITAL BANK SSB 05/2022 05/2021 1000                   0                      I1
12 I    05/2022
                        05/2022                                        12M      M  02
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR         AUI
                                                           *
        BAL AMT     BAL PAY DT  DEF PAY DT CC

                                        ACCT#▆▆▆▆▆▆▆▆▆
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED
        FIXED RATE
DEROG TRADE HISTORY
04/2022-003/2022-002/2022-001/2022-012/2021-011/2021-010/2021-009/2021-0
08/2021-007/2021-006/2021-005/2021-B
TRENDED DATA          SCHED     ACTUAL        LAST      HIGH     CREDIT       PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT    PMT AMT    PMT DATE   CREDIT     LIMIT      DUE AMT
  TYPE DESIG
06/2025

05/2025

04/2025

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024
```

EIS-RODGERS-000658

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

```
------------------------------------------------------------------------------
 SUNRISE BANKS C/O SELF FINANCIAL  INC 03/2022 04/2020 520                0
        I1 23 I    03/2022
                   03/2022          50                        24M      M  02
B
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR       AUI
                                                        *
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                     ACCT#
        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        SECURED
        FIXED RATE
DEROG TRADE HISTORY
02/2022-001/2022-012/2021-011/2021-010/2021-009/2021-008/2021-007/2021-0
06/2021-005/2021-004/2021-003/2021-002/2021-001/2021-012/2020-011/2020-0
10/2020-009/2020-008/2020-007/2020-006/2020-005/2020-004/2020-B
TRENDED DATA        SCHED     ACTUAL       LAST     HIGH    CREDIT       PAST
ACCT ACCT
 DATE     BALANCE    PMT AMT    PMT AMT    PMT DATE   CREDIT    LIMIT      DUE AMT
  TYPE DESIG
06/2025
```

05/2025

04/2025

EIS-RODGERS-000659

03/2025

02/2025

01/2025

12/2024

11/2024

10/2024

09/2024

08/2024

07/2024

06/2024

05/2024

04/2024

03/2024

02/2024

01/2024

12/2023

11/2023

10/2023

09/2023

08/2023

07/2023

--------------------------------------------------------------------------------
 US DEPARTMENT OF EDUCATION 06/2020 09/2019
IP 245 I

        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI

        BAL AMT     BAL PAY DT  DEF PAY DT CC

EIS-RODGERS-000660

```
                                              ACCT#█████████
        NO RESPONSE


------------------------------------------------------------------------------------
 US DEPARTMENT OF EDUCATION 06/2020 09/2019
IP 245 I


        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR          AUI


        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                              ACCT#████████
        NO RESPONSE


------------------------------------------------------------------------------------
 EXETER              06/2020 01/2017                                          P 249
I


        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR          AUI
        01/2020
        BAL AMT    BAL PAY DT  DEF PAY DT CC

                                              ACCT#█████████████
        DUE TO POLICE REPORT


------------------------------------------------------------------------------------
*********          End Of ACRO FILE          **********

MAINTENANCE SHEET SUMMARY
Date Received: 07/09/2025  Date to Mtnc:   Priority: No Priority Assigned
Consumer: RODGERS, ASANTI  Team ID: 43A  Case ID: 5190582453

ORG NM- RODGERS, ASANTI, I,.
ORG ID- ███████,, .
Comments-
Maintenance Action: No Action on This Segment
Consumer Comments-

ORG TC- 07/2025, 155BB03747, 9, , 43, I, 09/2021, 067, 2676      , 2676      , , 2676
    , 03/2023, 6011002063416762
UPD TC- 07/2025, 155BB03747, 9, , 43, I, 09/2021, 067, 2676      , 2676      , , 2676
    , , 6011002063416762
Comments-9999-RESCISSION PROCESSED ON 07/09/2025 BY ROBOT RPA-DCS-004 FOR CONTROL
NUMBER 2536482, ARL, 07/09/2025
Maintenance Action: UPDATE This Segment
Consumer Comments-
SUBSEQUENT INFORMATION HAS BEEN RECEIVED FROM THE DATA FURNISHER, YOUR ACCOUNT AND
ITS DETAILS HAVE BEEN REINSERTED TO YOUR CREDIT FILE., ARL,
```

**EIS-RODGERS-000661**

*************** END OF SUMMARY ***************

EIS-RODGERS-000662

P.O. Box 740241
Atlanta, GA 30374



Date: March 28, 2026
Confirmation # 6087505487

ASANTI I RODGERS
807 S POST OAK LN APT 2114
HOUSTON, TX 77056-2270

_____

This section intentionally left blank

EIS-RODGERS-000663



Prepared for:

# ASANTI I RODGERS

Date: March 28, 2026
Confirmation # 6087505487

Welcome to your Credit Report from Equifax. Your Credit Report is a record of your credit history, used to determine your credit score as well as other financial decisions by lenders. Prospective employers and landlords may also access it to help them decide whether to offer you a job or a lease.

This document also includes your VantageScore® 3.0 credit score. Credit scores are generated by applying a risk scoring model to information in an individual's credit file. More information on how this score was calculated can be found on the following pages.

# Included in this packet are:

- How to Read this Report
- Your VantageScore® Credit Score and Insights
- Your Personal Information
- Your Credit Report
- Your Rights as a Consumer

## *DID YOU KNOW?*

*If you find something in your report that looks like a mistake, contact us at **equifax.com/personal/disputes** or call 888-EQUIFAX (888-378-4329) to start a new dispute or check the status of your dispute.*

*There are many types of consumer reporting agencies, including credit bureaus and specialty agencies. A list can be found by accessing the CFPB's website at: **consumerfinance.gov/consumer-tools/credit-reports-and-scores/consumer-reporting-companies/companies-list***
*Looking for telecommunications, pay TV, and utility data? That information is maintained by a different company, the National Consumer Telecom and Utilities Exchange (NCTUE), and can be accessed at: **nctue.com/consumer***

**EIS-RODGERS-000664**

Prepared for:

**ASANTI I RODGERS**



Date: March 28, 2026
Confirmation # 6087505487

# How to Read this Report

**Check Your Personal Information**
This section includes your name (including any former names), current and previous addresses and phone numbers, employment data, Social Security number, and birthdate. Personal information is provided by you or your lenders and creditors. While this information is not used to calculate credit scores it is important to check for typos and any unfamiliar information.

**Scan Your Consumer File Notices**
Notices on your credit report can include fraud and active duty alerts, security freezes or locks, and opt-outs of receiving prescreened offers of credit or insurance.  You can also choose to add a consumer statement to your credit report to provide an explanation for why you missed a payment or why you believe something is being reported incorrectly.  For more information on these consumer added notices **visit equifax.com/personal/help/**.

**Review Account Information**
When reviewing your account information, make sure accounts listed belong to you and look for the following:

- **Account Status:**  See if an account is open, closed, paid on time, or past due.  Closed accounts should have no money owed.
- **Payment History:**  Check if you made payments on time for each account.  Paying on time helps your credit, while late or missed payments hurt it.  Payment history is provided, where available, for each account.  To view up to 24 months of your historical payment and balance data, log in to your 'myEquifax' account at www.myequifax.com.
- **Credit Limits and Balances:**  Look at the credit limits on credit cards and compare them to what you owe.  It's better to keep the balance low compared to the limit.  This helps improve your credit.
- **Account Types:**  Notice the different kinds of credit accounts you have (like credit cards, loans, mortgages).  Having a mix of account types is good for your credit.

**Take Note of Negative Information (Collections and Bankruptcy Public Records)**
Be aware of any negative details such as late payments, debts that were given up on, or money owed to collections.  Bankruptcies may also be shown on your credit report.  These negative items can hurt your credit score.  If there's something there, make sure it's correct and up to date.

**Look Over Inquiries**
This section shows who accessed your credit report and when.  Too many hard inquiries can negatively impact your credit score and any unfamiliar inquiries may be a sign of identity theft.

---

**If you find information you believe to be incorrect, you may visit us at equifax.com/personal/disputes or call us at 888-EQUIFAX (888-378-4329) to submit a dispute.**  You may also mail your dispute request to:  Equifax | PO Box 740241 | Atlanta, GA 30374

Note:  When you provide documents to Equifax as part of your dispute, including a letter, the documents may be submitted to one or more companies whose information are the subject of your dispute.

**EIS-RODGERS-000665**

Prepared for:

**ASANTI I RODGERS**



Date: March 28, 2026
Confirmation # 6087505487

# Your Credit Score and Insights

Your VantageScore® credit score, based on Equifax data, was 540 as of March 28, 2026.

*How your score is calculated:* Your VantageScore® credit score considers the following factors -



**540**

**Poor**

**300**        **850**

- **Payment history.** Payment history is the biggest factor in your credit score. Missed payments can have a significant overall impact on your credit score.
- **Credit utilization.** This is the percentage of your credit limits you're using. Lenders often like to see a utilization rate at or below 30 percent.
- **Depth of credit (age and mix).** Lenders generally want to see long-term, established lines of credit that indicate a responsible borrower.
- **Amount you owe (balances).** The amount you owe is important because it shows lenders your total outstanding debt.
- **Recent credit behavior.** This may include credit inquiries, an application for a new credit card or taking out a personal loan, all of which can shine a light on your credit behavior.
- **Available credit.** Available credit is how much credit you have that you are not using. Lenders may want to see that you are only using the credit that you need.

**Key factors that affected your credit:**

| Helping your credit score | Hurting your credit score |
|---|---|
| ✔ *You have few or no unpaid collection agency accounts* | ✕ *No open accounts in your credit file* |
| ✔ *No open bankcard or revolving accounts in your credit file* | ✕ *The date that you opened your oldest account is too recent* |
| ✔ *Newest delinquent /derogatory status on installment accts not too recent* | ✕ *You have too many delinquent or derogatory accounts* |
| ✔ *You have no recent derogatory public records on your credit report* | ✕ *Lack of sufficient relevant real estate account information* |

*Visit **equifax.com/personal/education/credit/score/** for more information*

The credit score provided is a VantageScore® 3.0 credit score based on Equifax data. Third parties use many different types of credit scores and are likely to use a different type of credit score to assess your creditworthiness.

**EIS-RODGERS-000666**

Prepared for:
**ASANTI I RODGERS**



Date: March 28, 2026
Confirmation # 6087505487

# Your Credit Report

## Summary

A quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | March 28, 2026 |
| **Average Account Age** | 4 Years, 8 Months |
| **Length of Credit History** | 5 Years, 11 Months |
| **Oldest Account** | SBNASLFLDR \| April 2020 |
| **Most Recent Account** | FINGERHUT \| April 2022 |

## Personal Information

Creditors use your personal information to identify you. This information has **no impact** on your credit score.

### ASANTI I RODGERS

807 S POST OAK LN APT 2114, HOUSTON, TX 77056
Social Security Number: **XXX-XX-6010**
Date of Birth: ▮▮▮▮▮▮

**Former Name(s):**
None

**Employment Information:**
None

**Consumer File Notices:**
Initial Fraud Alert

Opted-Out of Prescreened Offers

**Former Address(es):**
None

**Former Phone Number(s):**
None

**Alert Contact Information:**
Alert Type:  **Initial**
Address:  **-**
Phone Number:  **0000000000 00000, 7089900720 00000**
Date Reported:  **10/01/2025**
Expiration Date:  **10/01/2026**

**Consumer Statement:**
No Statement on file.

**ASANTI I RODGERS**



Date: March 28, 2026
Confirmation # 6087505487

# Credit Accounts

This includes all types of credit accounts, such as revolving accounts, mortgage accounts, and any other installment loans or open lines of credit.

 **DISCOVER CARD - Closed**

PO BOX 30939, SALT LAKE CITY, UT  841300939 | (800) 347-2683
Account Number: **\*6762** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **03/22/2026** | Balance: **$2,676**
Credit Limit: **$2,000** | High Credit: **$2,676**

| | | |
|---|---|---|
| Date Opened: **09/09/2021** | Date of 1st Delinquency: **03/01/2023** | Terms Frequency: **Monthly** |
| Date of Last Activity: ▪ | Date Major Delinquency 1st Reported: **07/22/2025** | Months Reviewed: **51** |
| Scheduled Payment Amount: ▪ | Amount Past Due: **$2,676** | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: **$2,676** | Balloon Payment Amount: ▪ |
| Date of Last Payment: **02/09/2023** | Date Closed: ▪ | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: ▪ | Narrative Code(s): **167, 067, 002** |

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | 120 | 150 | 180 | CO | CO | CO |

| | | | | | |
|---|---|---|---|---|---|
| ✔ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due |
| **90** | 90 Days Past Due | **120** | 120 Days Past Due | **150** | 150 Days Past Due |
| **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure |
| **C** | Collection Account | **CO** | Charge Off | **B** | Included in Bankruptcy |
| **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 02/26 | $2,676 | ▪ | ▪ | 02/09/2023 | $2,676 | $2,676 | $2,000 | 167, 067, 002, 233 |
| 01/26 | $2,676 | ▪ | ▪ | 02/09/2023 | $2,676 | $2,676 | $2,000 | 167, 067, 002, 233 |
| 12/25 | $2,676 | ▪ | ▪ | 02/09/2023 | $2,676 | $2,676 | $2,000 | 167, 067, 002, 233 |
| 11/25 | $2,676 | ▪ | ▪ | 02/09/2023 | $2,676 | $2,676 | $2,000 | 167, 067, 002, 233 |
| 10/25 | $2,676 | ▪ | ▪ | 02/09/2023 | $2,676 | $2,676 | $2,000 | 167, 067, 002, 233 |
| 09/25 | $2,676 | ▪ | ▪ | 02/09/2023 | $2,676 | $2,676 | $2,000 | 167, 067, 002, 233 |
| 08/25 | $2,676 | ▪ | ▪ | 02/09/2023 | $2,676 | $2,676 | $2,000 | 167, 067, 002, 233 |
| 07/25 | $2,676 | ▪ | ▪ | 02/09/2023 | $2,676 | $2,676 | $2,000 | 166, 067, 002, 233 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 067 | Charged Off Account |
| 166 | Consumer Disputes This Account Information |
| 167 | Consumer Disputes After Resolution |
| 233 | Amount in High Credit Column is Credit Limit |

**EIS-RODGERS-000668**



Prepared for:

# ASANTI I RODGERS

Date: March 28, 2026
Confirmation # 6087505487

## CREDIT ACCEPTANCE CORPORAT - Closed

PO BOX 5070, Southfield, MI  48086-5070 | (800) 634-1506
Account Number: **\*2990** | Owner: **Individual Account**
Loan/Account Type: **Auto** | Status: **Repossession**

Date Reported: **03/05/2026** | Balance: **$24,621**
Credit Limit: ▪ | High Credit: **$29,355**

Date Opened: **04/02/2022**
Date of Last Activity: ▪
Scheduled Payment Amount: **$0**
Actual Payment Amount: ▪
Date of Last Payment: **03/20/2024**
Term Duration: **72 Months**

Date of 1st Delinquency: **11/01/2022**
Date Major Delinquency 1st Reported: **03/05/2026**
Amount Past Due: **$24,621**
Charge Off Amount: ▪
Date Closed: ▪
Activity Designator: ▪

Terms Frequency: **Monthly**
Months Reviewed: **46**
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): **166, 213, 214**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | R | R | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 2025 | R | R | R | ▪ | ▪ | R | R | R | R | R | R | R |
| 2024 | R | R | R | R | R | R | R | R | R | R | R | R |
| 2023 | 60 | 60 | 30 | 30 | 60 | 60 | 60 | 90 | 120 | 120 | 150 | 180 |
| 2022 | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 02/26 | $24,621 | ▪ | ▪ | 03/20/2024 | $24,621 | $29,355 | ▪ | 213, 214, 132 |
| 01/26 | $24,526 | ▪ | ▪ | 03/20/2024 | $24,526 | $29,355 | ▪ | 213, 214, 132 |
| 12/25 | $24,337 | ▪ | ▪ | 03/20/2024 | $24,337 | $29,355 | ▪ | 169, 213, 214 |
| 11/25 | $24,337 | ▪ | ▪ | 03/20/2024 | $24,337 | $29,355 | ▪ | 166, 213, 214 |
| 10/25 | $24,242 | ▪ | ▪ | 03/20/2024 | $24,242 | $29,355 | ▪ | 213, 214, 132 |
| 09/25 | $24,149 | ▪ | ▪ | 03/20/2024 | $24,149 | $29,355 | ▪ | 213, 214, 132 |
| 08/25 | $24,054 | ▪ | ▪ | 03/20/2024 | $24,054 | $29,355 | ▪ | 213, 214, 132 |
| 07/25 | $23,958 | ▪ | ▪ | 03/20/2024 | $23,958 | $29,355 | ▪ | 213, 214, 132 |
| 06/25 | $23,582 | ▪ | ▪ | 03/01/2024 | $23,582 | $29,355 | ▪ | 213, 214, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 132 | Fixed Rate |
| 166 | Consumer Disputes This Account Information |
| 169 | Removes Compliance Condition Codes |
| 213 | Involuntary Repossession |
| 214 | Auto |

EIS-RODGERS-000669



Prepared for:
**ASANTI I RODGERS**

Date: March 28, 2026
Confirmation # 6087505487

---



## Lead Bank - Closed

901 E 6th St Unit 400, UNIT 400, Austin, TX  78702 | (877) 883-0999
Account Number:  **8223** | Owner:  **Individual Account**
Loan/Account Type:  **Secured Credit Card** | Status:  **Pays As Agreed**

Date Reported:  **12/29/2023** | Balance:  **$0**
Credit Limit:  **$400** | High Credit:  **$501**

| | | |
|---|---|---|
| Date Opened:  **11/08/2020** | Date of 1st Delinquency: ▪ | Terms Frequency:  **Monthly** |
| Date of Last Activity:  **12/21/2023** | Date Major Delinquency 1st Reported: ▪ | Months Reviewed:  **37** |
| Scheduled Payment Amount: ▪ | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount:  **$501** | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment:  **12/21/2023** | Date Closed:  **12/20/2023** | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator:  **Paid and Closed** | Narrative Code(s):  **168, 158, 041** |

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | **30** | ▪ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | **30** | ✓ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due |
| **90** | 90 Days Past Due | **120** | 120 Days Past Due | **150** | 150 Days Past Due |
| **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure |
| **C** | Collection Account | **CO** | Charge Off | **B** | Included in Bankruptcy |
| **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

| Narrative Code | Narrative Code Description |
|---|---|
| 041 | Secured Credit Card |
| 158 | Closed or Paid Account/Zero Balance |
| 168 | Account Closed At Consumers Request |

---



## FINGERHUT - Closed

6250 Ridgewood Ro, St. Cloud, MN  56303 | (866) 734-0342
Account Number:  **7847** | Owner:  **Individual Account**
Loan/Account Type:  **Charge Account** | Status:  **Pays As Agreed**

Date Reported:  **05/12/2023** | Balance:  **$0**
Credit Limit:  **$400** | High Credit:  **$0**

| | | |
|---|---|---|
| Date Opened:  **04/12/2022** | Date of 1st Delinquency: ▪ | Terms Frequency:  **Monthly** |
| Date of Last Activity: ▪ | Date Major Delinquency 1st Reported: ▪ | Months Reviewed:  **13** |
| Scheduled Payment Amount: ▪ | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: ▪ | Date Closed:  **01/01/2023** | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator:  **Paid and Closed** | Narrative Code(s):  **158, 065, 229** |

| Narrative Code | Narrative Code Description |
|---|---|
| 065 | Account Closed By Credit Grantor |
| 158 | Closed or Paid Account/Zero Balance |
| 229 | Charge |

---



Prepared for:

# ASANTI I RODGERS

Date: March 28, 2026
Confirmation # 6087505487

---

  **FINGERHUT/WEBBANK - Closed**

6250 Ridgewood Ro, St. Cloud, MN  56303 | (866) 734-0342
Account Number: **\*9947** | Owner: **Individual Account**
Loan/Account Type: **Charge Account** | Status: **Pays As Agreed**

Date Reported: **06/13/2022** | Balance: **$0**
Credit Limit: **$400** | High Credit: **$109**

| | | |
|---|---|---|
| Date Opened: **11/19/2021** | Date of 1st Delinquency: ▪ | Terms Frequency: **Monthly** |
| Date of Last Activity: **03/01/2022** | Date Major Delinquency 1st Reported: ▪ | Months Reviewed: **7** |
| Scheduled Payment Amount: ▪ | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: **03/01/2022** | Date Closed: **04/01/2022** | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: **Paid and Closed** | Narrative Code(s): **158, 065** |

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✔ | ✔ | ✔ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✔ |
| 2021 | | | | | | | | ▪ | ▪ | ▪ | ▪ | ▪ |

| | | | | | |
|---|---|---|---|---|---|
| ✔ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due |
| **90** | 90 Days Past Due | **120** | 120 Days Past Due | **150** | 150 Days Past Due |
| **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure |
| **C** | Collection Account | **CO** | Charge Off | **B** | Included in Bankruptcy |
| **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

| Narrative Code | Narrative Code Description |
|---|---|
| 065 | Account Closed By Credit Grantor |
| 158 | Closed or Paid Account/Zero Balance |

---

  **Austin Capital Bank - Closed**

PO Box 530069, Atlanta, GA  303530069 | (512) 215-3132
Account Number: **\*9174** | Owner: **Individual Account**
Loan/Account Type: **Secured** | Status: **Pays As Agreed**

Date Reported: **05/31/2022** | Balance: **$0**
Credit Limit: ▪ | High Credit: **$1,000**

| | | |
|---|---|---|
| Date Opened: **05/11/2021** | Date of 1st Delinquency: ▪ | Terms Frequency: **Monthly** |
| Date of Last Activity: **05/01/2022** | Date Major Delinquency 1st Reported: ▪ | Months Reviewed: **12** |
| Scheduled Payment Amount: ▪ | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: **05/01/2022** | Date Closed: **05/01/2022** | Balloon Payment Date: ▪ |
| Term Duration: **12 Months** | Activity Designator: **Paid and Closed** | Narrative Code(s): **158, 125, 132** |

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✔ | ✔ | ✔ | ✔ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 2021 | ▪ | ▪ | ▪ | | ▪ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | | | |
|---|---|---|---|---|---|
| ✔ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due |
| **90** | 90 Days Past Due | **120** | 120 Days Past Due | **150** | 150 Days Past Due |
| **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure |
| **C** | Collection Account | **CO** | Charge Off | **B** | Included in Bankruptcy |
| **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

| Narrative Code | Narrative Code Description |
|---|---|
| 125 | Secured |
| 132 | Fixed Rate |
| 158 | Closed or Paid Account/Zero Balance |

**EIS-RODGERS-000671**

**ASANTI I RODGERS**



Date: March 28, 2026
Confirmation # 6087505487

 **SBNASLFLDR - Closed**

901 E 6th St Unit 400, UNIT 400, Austin, TX  78702 | (877) 883-0999          Date Reported:  **03/31/2022** | Balance:  **$0**
Account Number:  **\*5819** | Owner:  **Individual Account**          Credit Limit:  ▪ | High Credit:  **$520**
Loan/Account Type:  **Secured** | Status:  **Pays As Agreed**

| | | |
|---|---|---|
| Date Opened:  **04/19/2020** | Date of 1st Delinquency:  ▪ | Terms Frequency:  **Monthly** |
| Date of Last Activity:  **03/01/2022** | Date Major Delinquency 1st Reported:  ▪ | Months Reviewed:  **23** |
| Scheduled Payment Amount:  ▪ | Amount Past Due:  ▪ | Deferred Payment Start Date:  ▪ |
| Actual Payment Amount:  **$50** | Charge Off Amount:  ▪ | Balloon Payment Amount:  ▪ |
| Date of Last Payment:  **03/01/2022** | Date Closed:  **03/01/2022** | Balloon Payment Date:  ▪ |
| Term Duration:  **24 Months** | Activity Designator:  **Paid and Closed** | Narrative Code(s):  **158, 125, 132** |

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | ✓ | ✓ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due |
| **90** | 90 Days Past Due | **120** | 120 Days Past Due | **150** | 150 Days Past Due |
| **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure |
| **C** | Collection Account | **CO** | Charge Off | **B** | Included in Bankruptcy |
| **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

| Narrative Code | Narrative Code Description |
|----------------|---------------------------|
| 125 | Secured |
| 132 | Fixed Rate |
| 158 | Closed or Paid Account/Zero Balance |

**EIS-RODGERS-000672**

Prepared for:
**ASANTI I RODGERS**



Date: March 28, 2026
Confirmation # 6087505487

# Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.  They may remain on your file for up to 2 years.

- **Hard Inquiries that can impact your credit rating/score.** When a lender requests to review your credit reports after you've underlined applied for credit, it results in a hard inquiry which may impact your credit score.
- **Soft Inquiries that do not impact your credit rating/score.** These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor, or your own requests to check your credit file.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **EQUIFAX** <br> *PO BOX 740250 ATLANTA GA 30374* <br> *Phone: (678) 795-7622* | Soft | 02/03/2025, 08/01/2024 |
| **CSC CONSUMER ASSISTANCE CENTER** <br> *652 N Sam Houston Pkwy E Ste 433 STE 433* <br> *Houston TX 77060-1200* <br> *Phone: (281) 878-5067* | Soft | 10/01/2025, 10/01/2025 |
| **EQUIFAX** <br> *PO BOX 740250 ATLANTA GA 30374* <br> *Phone: (800) 685-1111* | Soft | 03/28/2026, 07/09/2025, 07/09/2025, 07/09/2025, 07/01/2025, 06/30/2025, 06/18/2025, 06/05/2025, 06/05/2025, 06/05/2025, 04/10/2025, 02/26/2025, 02/23/2025, 02/23/2025 |
| **EQUIFAXBLK** <br> *P O BOX 70250 ATLANTA GA 30374* <br> *Phone: (770) 685-1111* | Soft | 06/17/2025, 03/09/2025, 03/09/2025 |
| **EQUIFAX UPDATE** <br> *PO BOX 740250 ATLANTA GA 30374* <br> *Phone: (800) 685-1111* | Soft | 06/18/2025, 02/26/2025, 02/23/2025 |
| **EQUIFAX** <br> *PO BOX 70250 ATLANTA GA 30374-0250* <br> *Phone: (888) 378-4329* | Soft | 06/23/2025, 06/23/2025, 02/22/2025, 02/22/2025, 02/10/2025 |
| **EQUIFAX UPDATE** <br> *1550 PEACHTREE ST NW ATLANTA GA 30309* <br> *Phone: (800) 685-1111* | Soft | 07/09/2025, 07/09/2025, 07/09/2025, 07/01/2025, 06/05/2025, 06/05/2025, 06/05/2025, 02/23/2025 |
| **EQUIFAX AUTO MTNC UP** <br> *PO BOX 740250 ATLANTA GA 30374* <br> *Phone: (800) 685-1111* | Soft | 07/09/2025, 06/05/2025, 03/09/2025 |

**EIS-RODGERS-000673**



Date: March 28, 2026
Confirmation # 6087505487

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.



- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account  upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.



USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 148 of 266

Date: March 28, 2026
Confirmation # 6087505487

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a.  Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b.  Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a.  Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Washington, DC 20552<br><br>b.  Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2.  To the extent not included in item 1 above:<br><br>a.  National banks, federal savings associations, and  federal branches and federal agencies of foreign banks<br><br>b.  State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c.  Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d.  Federal Credit Unions | a.  Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b.  Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c.  Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d.  National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3.  Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4.  Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5.  Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6.  Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Association<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7.  Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8.  Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9.  Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |

**EIS-RODGERS-000676**

Prepared for:
**ASANTI I RODGERS**



Date: March 28, 2026
Confirmation # 6087505487

## STATE OF TEXAS - NOTICE TO CONSUMERS

You have a right to obtain a copy of your credit file from a consumer reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year security alert. To obtain a copy of your credit file from Equifax call 888-EQUIFAX (888-378-4329) or write to PO Box 740241, Atlanta, GA, 30374-0241.

You have a right to place a "security alert" in your credit file. This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in your name. Placement or removal of a security alert may be requested by calling 1-888-378-4329 or, you may send a written request to Equifax, PO Box 105069, Atlanta, GA 30348. With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after you have followed all dispute procedures in Section 20.06 of the Texas Businesses and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

**EIS-RODGERS-000677**



SSN   :   ▮▮▮▮▮▮

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|---|---|---|---|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID   :   5041531736**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|---|---|---|---|---|
| 02/10/2025 | 5041531736-999 | YE3 | CREATION | NEED CA AND SSN DOCS |

**EIS-RODGERS-000679**

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

February 10, 2025

ASANTI RODGERS

EIS-RODGERS-000680

ASANTI RODGERS                                                    February 10, 2025

███████████

███████████████

Dear ASANTI RODGERS:

Thank you for contacting Equifax indicating fraudulent items on your credit report. We are here to assist you.

We were unable to locate a credit file in our database with the identification information you provided, In order to further assist you, we will need additional documents to verify your identification. Please provide your complete Name, Current and Former Addresses, Social Security Number and Date of Birth. We ask that you **please send us a copy of two different items - one from each of the two categories listed below**. One item will verify your identity and the other will verify your current address.

**Category 1) IDENTIFICATION**
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your complete 9-digit Social Security number.
- Pay stub with complete U.S. Social Security number
- W-2 form with complete U.S. Social Security number
- Valid Social Security Card

**Note**: A 'Work Permit Only' card is not valid proof of a SSN.

**Category 2) CURRENT ADDRESS**
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your current mailing address of  ████████████████████████
- Driver's license
- Rental/lease agreement or house deed
- Pay stub with address
- Utility bill (i.e. gas, electric, water, cable, residential telephone bill) with current service address.

**Again, we need a total of two items -- one item from each of the categories above -- to process your request. Please submit those items along with this letter to the following address:**

**Equifax Information Services LLC**
**P.O. Box 105069**
**Atlanta, GA 30348-5069**

A fraud alert can be added to your Equifax credit file at no charge to you. In addition, you may add a telephone number on your credit file for a credit grantor to use to verify your identity before establishing new credit in your name. If you would like to add your telephone number to your credit file, please fill in that information here:

Day Telephone Number: ( _____ )

Evening Telephone Number: ( _____ )

Please resubmit your request, along with this letter and photocopies of the documents verifying your current address and identification to:

000008548-FLT                                    5041531736-YE3-0e6d010500000a05-02102025

**EIS-RODGERS-000681**

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at www.equifax.com/personal/disputes or Call us at 866-349-5186.

As a reminder, it may take up to 30 days to complete your dispute.

Thank you for the opportunity to assist you.

Equifax Information Services LLC

EIS-RODGERS-000682

000008548-FLT                                                    5041531736-YE3-0e6d010500000a05-02102025

**EIS-RODGERS-000683**


An official website of the United States Government

cfpb  Consumer Financial
      Protection Bureau

‹ Active complaints

# 250204-18559418

## Primary consumer information

**FULL NAME**

Asanti Rodgers

**PHONE**

8326225147

**EMAIL ADDRESS**

hello@asantirodgers.com

**ADDRESS**

1128 burr st gary, Indiana 46406 United States

## Product information

**PRODUCT OR SERVICE**

Credit reporting or other personal consumer reports (Credit reporting)

**CONSUMER IDENTIFIED COMPANY NAME**

EQUIFAX

**ISSUE**

Problem with a company's investigation into an existing problem
Their investigation did not fix an error on your report

EIS-RODGERS-000684

# What happened

Equifax has failed to correct inaccuracies on my credit report, despite multiple disputes, violating FCRA (15 U.S.C. § 1681 et seq.) and Illinois/Indiana consumer protection laws. Equifax's failure to secure my personal data in the 2017 data breach has directly led to identity theft, fraudulent accounts, and severe financial damages. Harm Suffered: Denied housing (lease valued at $24,000). Loss of employment and income (previously earning $120,000/year, now reduced to $50,000-$60,000). Denied an auto loan ($25,630), forcing me to rent a car at $405-$407 per week. Fraudulent Exeter Finance auto loan ($5,665) and Discover credit card ($2,676 lawsuit) due to identity theft. $4,196 lost on credit repair services, which failed to remove inaccurate information. Emotional distress, loss of sleep, and exposure to human trafficking due to housing/Job instability. I have provided a detailed breakdown and additional information in the attached the attached supporting documents.

**ALREADY ATTEMPTED TO FIX THIS ISSUE WITH THE COMPANY?**

Yes

**ATTACHMENTS**

NCB Daily Harassment.PNG (554.6 KB)

Equifax Data Breach Confimation.PNG (595.9 KB)

_Equifax Accounts.pdf (98 KB)

ExpressDriveExpenses.jpg (36.3 KB)

Department of Education Letter.jpg (4.9 MB)

Equifax2025creditReport.pdf (260.8 KB)

Equifax Personal Info.pdf (59.5 KB)

Equifax Personal Loss.pdf (101.7 KB)

Equifax Inquiries.pdf (80.2 KB)

## Download all attachments

EIS-RODGERS-000685

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 87    filed 06/14/26    page 158 of 266

# Desired resolution

Requested Resolution: Immediate removal of fraudulent accounts and credit inaccuracies. Written confirmation of compliance. Financial compensation $80,382.40 for damages and $60,000 for violations. Investigation into Equifax's continued failure to protect consumer data and maintain reporting accuracy. Equifax's ongoing negligence and willful FCRA violations have caused me significant financial harm. I request an immediate resolution or will pursue further legal action. I have provided detailed breakdown and information in the attached the attached supporting documents.

# Response recipients

**SUBMITTED BY**

Primary consumer

**WHO WILL RECEIVE RESPONSES?**

Primary consumer

# What is the company's response?    Response categories

○ In progress

○ Closed with explanation

○ Closed with monetary relief

○ Closed with non-monetary relief

○ Alerted CFPB

○ Duplicate CFPB complaint reported

○ Incorrect company

○ Sent to regulator

**EIS-RODGERS-000686**

## COMPLAINT STATUS

### ALERTS

▤ Files attached

### COMPLAINT STATUS

Pending Action By Company

### SENT TO COMPANY

02/04/2025 15:57 ET

### DUE DATE

02/19/2025

## ACTIONS

✎ Respond

🖨 Print

Terms of service (terms-of-service)

▤ An official website of the United States Government

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts – Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the following accounts from my credit file, as they represent clear violations of my consumer rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act (12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028), and other applicable laws.Additionally, I am demanding compensation for Equifax's violations and data breach, which have resulted in financial loss, employment setbacks, emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy and integrity of my credit report.

---

## I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May 2024.
- On May 28, 2024, I received an official letter from the Department of Education confirming the discharge and directing all credit bureaus, including Equifax, to remove these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating 15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to these accounts, further violating 15 U.S.C. § 1681e(b)

EIS-RODGERS-000688

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

EIS-RODGERS-000689

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000690**

DEMAND:

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

DEMAND:

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- FCRA (15 U.S.C. § 1681n & § 1681o)
- Fair Debt Collection Practices Act (15 U.S.C. § 1692)
- Financial Privacy Act (12 U.S.C. § 3401 et seq.)
- Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000691





000455303   000791   **********AUTO**MIXED AADC 200
ASANTI I RODGERS
1128 BURR ST
GARY IN 46406-2158

May 28, 2024

ACCOUNT #: 1031882703

Subject:   Discharge Based on Borrower Defense Evidence

Dear ASANTI I RODGERS,

The U.S. Department of Education (ED) recently determined that your loans to attend Art Institutes will be discharged.

## WHAT YOU NEED TO KNOW

We discharged 100% of the loans listed below. As a result, these loans have no remaining balance to be paid.

**Note:** This discharge notice applies only to the loans identified below. Any payments made that are determined to be eligible for refund will be refunded to you once that determination is made. You may still have a remaining balance to be paid on other federal loans you borrowed to attend a different institution of higher education. This notice also does not affect any private loans you took out to pay for your (or your child's) education. You can review your federal student loan and servicer information on StudentAid.gov by logging in using your FSAID.



| Loan Type or Program | First Disbursement Date | Original Principal Balance |
|---|---|---|
| Direct Stafford Unsubsidized | 11/18/2016 | $ 2,000.00 |
| Direct Stafford Subsidized | 12/09/2016 | $ 1,523.00 |

**Credit Reporting**

Within 45 days of this notification, we will request credit reporting agencies to remove any credit status previously reported for the identified loans.

**Potential Tax Consequences**
With respect to any tax consequences relating to your borrower defense discharge, the IRS says borrower defense discharges are "not considered gross income as a result of the discharge, and the taxpayer should not report the amount of the discharged loan in gross income on his or her Federal income tax return." https://www.irs.gov/pub/irs-drop/rp-20-11.pdf. You may wish to contact a tax advisor about how this might affect your state taxes.

## WHAT YOU NEED TO DO

You do not need to do anything else at this time. We recommend you keep this notification for your records and watch for other communications from us. Those communications will provide you with information about the loans we service for you on ED's behalf and inform you when action is needed. In the event you wish to reinstate your loan balance(s) contact us at the information below.

L7NNDV01

myeddebt.ed.gov

000791

EIS-RODGERS-000692

# Thank You

Based on the information you provided, our records indicate your personal information was impacted by this incident.

For more information, visit the FAQ page.

**FILE A CLAIM**

For Assisted Identity Restoration Services, please call Experian at 1-888-397-0079 and provide engagement number B023677.

EIS-RODGERS-000693

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
2. Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry
3. Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
4. Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
5. Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report
6. Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
7. Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry
8. Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
9. Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry
10. Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report
11. Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report
12. Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry

EIS-RODGERS-000694

13. Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report
14. Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report
15. Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report
16. Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
17. Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report
18. Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
19. Aug 09, 2024 COMCAST - CHICAGO Credit Report
20. Aug 09, 2024 COMCAST-ATLANTA ID Report
21. Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
22. Aug 06, 2024 CREDIT KARMA, INC. Credit Report
23. Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
24. Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report
25. Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
26. Jul 23, 2024 COMCAST Account Review Inquiry
27. Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report
28. Jul 02, 2024 CREDIT KARMA, INC. Credit Report

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

I demand the following actions be taken within 15 days:

1. Immediate removal of all unauthorized and fraudulent inquiries listed above.
2. Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.
3. Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.

EIS-RODGERS-000695

4. A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000696

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

**Fraudulent Addresses:**

*   807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

**Demand for Compliance:**

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This serves as **final notice before legal action.** Govern yourselves accordingly.

**Sincerely,**
**Asanti Rodgers**

EIS-RODGERS-000697

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000698**

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan.
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

EIS-RODGERS-000699

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

## 5. Emotional Distress & Human Trafficking

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

# IV. Legal Violations Committed by Equifax

## Federal Violations:

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

## State Violations (Illinois Laws):

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

# V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
  - **$24,000** – Housing denial damages.
  - **$25,630** – Auto loan denial damages.
  - **$8,214.51** – Unfair rental car fees due to loan denial.
  - **$12,537.89** – Credit repair & identity theft damages.

EIS-RODGERS-000700

- ○ **$10,000** – Emotional distress & human trafficking
- ○ **Total: $80,382.40**

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000701**



# CREDIT REPORT

---

**ASANTI RODGERS**

Report Confirmation

**5535457672**

EIS-RODGERS-000702



## Dear ASANTI RODGERS:

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at:
  **https://www.equifax.com/personal/credit-report-services/credit-dispute/**

- Please mail the dispute information to:
  **Equifax Information Services LLC**
  **P.O. Box 740241**
  **Atlanta, GA 30374**

- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

EIS-RODGERS-000703

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Feb 04, 2025 |
| **Credit File Status** | Fraud Victim (associated with trade) |
| | File Blocked For Promotional Purposes |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 4 Years, 5 Months |
| **Length of Credit History** | 8 Years, 3 Months |
| **Accounts with Negative Information** | 7 |
| **Oldest Account** | MOHELA/DEPT OF ED (Opened Nov 18, 2016) |
| **Most Recent Account** | FINGERHUT (Opened Apr 12, 2022) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 0 | 0 | | | | | |
| Mortgage | | | | | | | |
| Installment | 0 | 0 | | | | | |
| Other | 0 | 0 | | | | | |
| Total | 0 | 0 | | | | | |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 5 Items Found |
| **Inquiries** | 32 Inquiries Found |
| **Most Recent Inquiry** | EQUIFAX INC (0100) Feb 03, 2025 |
| **Public Records** | 0 Records Found |
| **Collections** | 4 Collections Found |

**EIS-RODGERS-000704**

# 2. Revolving Accounts

Revolving accounts are those that generally include a credit limit and require a minimum monthly payment, such as credit cards.

## 2.1 DISCOVER BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxx xxx xxxx xx 6762 | Reported Balance | $2,676 |
|---|---|---|---|
| Account Status | CHARGE_OFF | Available Credit | -$676 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $2,024 | $2,097 | $2,188 | $2,280 | $2,376 | $2,472 | $2,573 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2024 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2025 | $2,676 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $64 | $148 | $88 | $92 | $96 | $99 | $103 | $108 | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

**EIS-RODGERS-000705**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| 2024 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| 2025 | $2,000 | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | $148 | $236 | $328 | $424 | $523 | $626 | $2,676 | $2,676 | $2,676 |
| 2024 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2025 | $2,676 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | 60 | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 |
| 2021 | | | | | | | | | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | $2,000 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $2,676 | Date Opened | Sep 09, 2021 |
| Amount Past Due | $2,676 | Date Reported | Jan 22, 2025 |
| Actual Payment Amount | | Date of Last Payment | Feb 2023 |

**EIS-RODGERS-000706**

| | | | |
|---|---|---|---|
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 40 | Delinquency First Reported | Oct 2023 |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | $2,676 |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | |
| Date of First Delinquency | Mar 22, 2023 | | |

## Comments

Charged off account
Credit card

## Contact

DISCOVER BANK
PO BOX 30939
SALT LAKE CITY, UT  84130-0939
(800) 347-7000

EIS-RODGERS-000707

## 2.2 LEAD BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 8223 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $386 | $397 | $408 | $407 | $366 | $451 | $462 | $426 | $436 | $486 | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $55 | $28 | $26 | $26 | $26 | $26 | $26 | $52 | $26 | $52 | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $55 | $50 | $40 | $26 | $50 | $50 | | $83 | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | |
| 2024 | | | | | | | | | | | | |

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

**EIS-RODGERS-000708**

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 |     |     |     |     |     |     |     |     |     |     | $26 |     |
| 2024 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2025 |     |     |     |     |     |     |     |     |     |     |     |     |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✕✕✕ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✕✕✕ | ✕✕✕ | ✕✕✕ | ✕✕✕ | ✕✕✕ | ✕✕✕ | ✕✕✕ | ✕✕✕ | ✕✕✕ | ✕✕✕ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | >⟨⟩⟨ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $501 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 08, 2020 |
| Amount Past Due | | Date Reported | Dec 29, 2023 |
| Actual Payment Amount | $501 | Date of Last Payment | Dec 2023 |
| Date of Last Activity | Dec 2023 | Scheduled Payment Amount | |
| Months Reviewed | 37 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |

EQUIFAX        ASANTI RODGERS | Feb 04, 2025        Page 8 of 46

Summary ❭ Revolving ❭ Mortgage ❭ Installment ❭ Other ❭ Statements ❭ Personal Info ❭ Inquiries ❭ Public Records ❭ Collections

**EIS-RODGERS-000709**

| | | | |
|---|---|---|---|
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Secured Credit Card | Date Closed | Dec 2023 |
| Date of First Delinquency | | | |

## Comments

Account closed at consumer's request

Closed or paid account/zero balance

Secured credit card

## Contact

LEAD BANK
515 CONGRESS AVE SUITE 2200
AUSTIN, TX  78723
(877) 883-0999

**EIS-RODGERS-000710**

## 2.3 FINGERHUT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxx xxx xxxx xx 7847 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $0 | $0 | $0 | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $400 | $400 | $400 | | | | | | | | |
| 2024 | | | | | | | | | | | | |

EQUIFAX     ASANTI RODGERS | Feb 04, 2025     Page 10 of 46

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

**EIS-RODGERS-000711**

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | ✓ | | | | | | | | |
| 2022 | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $0 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Apr 12, 2022 |
| Amount Past Due | | Date Reported | May 12, 2023 |
| Actual Payment Amount | | Date of Last Payment | |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 13 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |

**EIS-RODGERS-000712**

| Loan Type | Charge Account | Date Closed | Jan 2023 |

**Date of First Delinquency**

## Comments

Closed or paid account/zero balance

Account closed by credit grantor

Charge

## Contact

FINGERHUT
6250 Ridgewood Ro
St. Cloud, MN 56303
(866) 734-0342

**EIS-RODGERS-000713**

## 2.4 FINGERHUT/WEBBANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxx xxx xxxx xx 9947 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | |
| 2021 | | | | | | | | | | | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | 30  30 Days Past Due | 60  60 Days Past Due | 90  90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V  Voluntary Surrender | F  Foreclosure | C  Collection Account |
| CO Charge-Off | B  Included in Bankruptcy | R  Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $109 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 19, 2021 |
| Amount Past Due | | Date Reported | Jun 13, 2022 |
| Actual Payment Amount | | Date of Last Payment | Mar 2022 |
| Date of Last Activity | Mar 2022 | Scheduled Payment Amount | |
| Months Reviewed | 7 | Delinquency First Reported | |

EIS-RODGERS-000714

| | | | |
|---|---|---|---|
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Charge Account | **Date Closed** | Apr 2022 |
| **Date of First Delinquency** | | | |

## Comments

Closed or paid account/zero balance

Account closed by credit grantor

## Contact

FINGERHUT/WEBBANK
6250 Ridgewood Ro
St. Cloud, MN  56303
(866) 734-0342

**EIS-RODGERS-000715**

# 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

You currently do not have any Mortgage Accounts in your file.

**EIS-RODGERS-000716**

# 4. Installment Accounts

Installment accounts are loans that require payment on a monthly basis until the loan is paid off, such as auto or student loans.

## 4.1 CREDIT ACCEPTANCE CORPORAT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 2990 | Reported Balance | $23,400 |
|---|---|---|---|
| Account Status | REPOSSESSION | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $28,969 | $28,744 | $28,513 | $28,323 | $28,128 | $27,927 | $28,476 | $29,021 | $28,949 | $29,453 | $29,950 |
| 2024 | $30,442 | $31,382 | $32,590 | $22,560 | $22,644 | $22,739 | $22,832 | $22,928 | $23,023 | $23,116 | $23,211 | $23,304 |
| 2025 | $23,400 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 |
| 2024 | $754 | $754 | $754 | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $754 | $800 | $800 | $754 | $754 | $754 | | | $1,080 | | |
| 2024 | | | | $8,900 | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

**EIS-RODGERS-000717**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | $1,623 | $853 | $1,593 | $1,623 | $1,653 | $1,683 | $2,468 | $3,253 | $3,258 | $4,013 | $4,768 |
| 2024 | $5,523 | $6,279 | $7,034 | $22,560 | $22,644 | $22,739 | $22,832 | $22,928 | $23,023 | $23,116 | $23,211 | $23,304 |
| 2025 | $23,400 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | R | R | R | R | R | R | R | R | R | R | R | R |
| 2023 | 60 | 60 | 30 | 30 | 60 | 60 | 60 | 90 | 120 | 120 | 150 | 180 |
| 2022 | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 |

| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $29,355 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 72 MONTHS |
| Balance | $23,400 | Date Opened | Apr 02, 2022 |
| Amount Past Due | $23,400 | Date Reported | Jan 15, 2025 |
| Actual Payment Amount | | Date of Last Payment | Mar 2024 |
| Date of Last Activity | | Scheduled Payment Amount | |

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

**EIS-RODGERS-000718**

| | | | |
|---|---|---|---|
| Months Reviewed | 32 | Delinquency First Reported | Feb 2024 |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Auto | Date Closed | |
| Date of First Delinquency | Nov 01, 2022 | | |

## Comments

Involuntary repossession
Auto
Fixed rate

## Contact

CREDIT ACCEPTANCE CORPORAT
PO BOX 5070
Southfield, MI 48086-5070
(800) 634-1506

**EIS-RODGERS-000719**

## 4.2 AUSTIN CAPITAL BANK SSB (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxx 9174 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2021 | ✗ | ✗ | ✗ | ✗ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $1,000 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 12 MONTHS |
| Balance | $0 | Date Opened | May 11, 2021 |
| Amount Past Due | | Date Reported | May 31, 2022 |
| Actual Payment Amount | | Date of Last Payment | May 2022 |
| Date of Last Activity | May 2022 | Scheduled Payment Amount | |
| Months Reviewed | 12 | Delinquency First Reported | |

**EIS-RODGERS-000720**

| | | | |
|---|---|---|---|
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Secured | Date Closed | May 2022 |
| Date of First Delinquency | | | |

## Comments

Closed or paid account/zero balance

Secured

Fixed rate

## Contact

AUSTIN CAPITAL BANK SSB
8100 Shoal Creek Blvd
Austin, TX  78757-8041
(512) 693-3600

EQUIFAX                    ASANTI RODGERS | Feb 04, 2025                    Page 20 of 46

Summary ) Revolving ) Mortgage ) Installment ) Other ) Statements ) Personal Info ) Inquiries ) Public Records ) Collections

**EIS-RODGERS-000721**

## 4.3 SUNRISE BANKS C/O SELF FINANCIAL INC (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxx 19 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | | | | | | | | | | |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | |
|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due · 90 90 Days Past Due · 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender · F Foreclosure · C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession · TN Too New to Rate · No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $520 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 24 MONTHS |
| Balance | $0 | Date Opened | Apr 19, 2020 |
| Amount Past Due | | Date Reported | Mar 31, 2022 |
| Actual Payment Amount | $50 | Date of Last Payment | Mar 2022 |
| Date of Last Activity | Mar 2022 | Scheduled Payment Amount | |

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

**EIS-RODGERS-000722**

| | | | |
|---|---|---|---|
| Months Reviewed | 23 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Secured | Date Closed | Mar 2022 |
| Date of First Delinquency | | | |

## Comments

Closed or paid account/zero balance

Secured

Fixed rate

## Contact

SUNRISE BANKS C/O SELF FINANCIAL INC
515 CONGRESS AVE SUITE 2200
SIOUX FALLS, SD  57108
(877) 883-0999

EQUIFAX          ASANTI RODGERS | Feb 04, 2025          Page 22 of 46

Summary  >  Revolving  >  Mortgage  >  Installment  >  Other  >  Statements  >  Personal Info  >  Inquiries  >  Public Records  >  Collections

EIS-RODGERS-000723

## 4.4 CREDIT ACCEPTANCE CORPORAT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxx 54 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | | | | | | | | | | |
| 2021 | 30 | 60 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | | | | | | | | ✓ | ✓ | ✓ | 30 | 30 |

| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $14,739 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 72 MONTHS |
| Balance | $0 | Date Opened | Jul 17, 2020 |
| Amount Past Due | | Date Reported | Mar 31, 2022 |
| Actual Payment Amount | | Date of Last Payment | Feb 2022 |
| Date of Last Activity | Feb 2022 | Scheduled Payment Amount | |

Summary | Revolving | Mortgage | **Installment** | Other | Statements | Personal Info | Inquiries | Public Records | Collections

**EIS-RODGERS-000724**

| | | | |
|---|---|---|---|
| Months Reviewed | 19 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Auto | Date Closed | Mar 2022 |
| Date of First Delinquency | | | |

## Comments

Closed or paid account/zero balance

Auto

Fixed rate

## Contact

CREDIT ACCEPTANCE CORPORAT
PO BOX 5070
Southfield, MI 48086-5070
(800) 634-1506

**EIS-RODGERS-000725**

## 4.5 MOHELA/DEPT OF ED (CLOSED)

## Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxx xxx xxxx xx 0001 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | OVER_120_DAYS_PAST_DUE | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | ✓ | | | | | | | | |
| 2018 | | | | | | | 90 | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $2,000 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 18, 2016 |

EQUIFAX     ASANTI RODGERS | Feb 04, 2025     Page 25 of 46

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

EIS-RODGERS-000726

| | | | |
|---|---|---|---|
| Amount Past Due | | Date Reported | Dec 23, 2021 |
| Actual Payment Amount | $2,185 | Date of Last Payment | Apr 2019 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 33 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Education Loan | Date Closed | Sep 2019 |
| Date of First Delinquency | Oct 2018 | | |

## Comments

## Contact

MOHELA/DEPT OF ED
633 Spirit Dr
Chesterfield, MO  63005-1243
(888) 866-4352

EIS-RODGERS-000727

## 4.6 MOHELA/DEPT OF ED (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxx xxx xxxx xx 0002 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | OVER_120_DAYS_PAST_DUE | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | ✓ | | | | | | | | |
| 2018 | | | | | | | 90 | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $1,523 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Dec 09, 2016 |

Summary  Revolving  Mortgage  **Installment**  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000728**

| | | | |
|---|---|---|---|
| Amount Past Due | | Date Reported | Dec 23, 2021 |
| Actual Payment Amount | $1,621 | Date of Last Payment | Apr 2019 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 32 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Education Loan | Date Closed | Sep 2019 |
| Date of First Delinquency | Oct 2018 | | |

## Comments

## Contact

MOHELA/DEPT OF ED
633 Spirit Dr
Chesterfield, MO 63005-1243
(888) 866-4352

EIS-RODGERS-000729

# 5. Other Accounts

Other accounts are those that are not already identified as Revolving, Mortgage or Installment Accounts such as child support obligations or rental agreements.

## 5.1 NCB MANAGEMENT SERVICES, I (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 41 | Reported Balance | $5,665 |
|---|---|---|---|
| Account Status | COLLECTION | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 |
| 2024 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 |
| 2025 | $5,665 | | | | | | | | | | | |

Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Credit Limit

**EIS-RODGERS-000730**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | $5,665 | $5,665 | $5,665 | $5,665 |
| 2025 | $5,665 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 | | | | C | C | C | C | C | C | C | C | C |
| 2022 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | 30  30 Days Past Due | 60  60 Days Past Due | 90  90 Days Past Due | 120  120 Days Past Due |
| 150  150 Days Past Due | 180  180 Days Past Due | V  Voluntary Surrender | F  Foreclosure | C  Collection Account |
| CO  Charge-Off | B  Included in Bankruptcy | R  Repossession | TN  Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $5,665 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | OTHER |
| Terms Frequency | UNKNOWN | Term Duration | |
| Balance | $5,665 | Date Opened | Oct 06, 2021 |
| Amount Past Due | $5,665 | Date Reported | Jan 07, 2025 |
| Actual Payment Amount | | Date of Last Payment | |

**EIS-RODGERS-000731**

| | | | |
|---|---|---|---|
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 38 | Delinquency First Reported | Nov 2021 |
| Activity Designator | | Creditor Classification | AUTOMOTIVE |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Debt Buyer Account | Date Closed | |
| Date of First Delinquency | Jan 08, 2020 | | |

## Comments

Collection account

## Contact

NCB MANAGEMENT SERVICES, I
1 Allied Dr
Trevose, PA  19053-6945
(215) 244-4200

**EIS-RODGERS-000732**

# 6. Consumer Statements

Consumer Statements are explanations of up to 100 words you can attach to your credit file to provide more information on an item you may disagree with or would like to provide details on. Consumer statements are voluntary and have no impact on your credit score.

You currently do not have any Consumer Statements in your file.

**EIS-RODGERS-000733**

# 7. Personal Information

Creditors use your personal information primarily to identify you. This information has no impact on your credit score.

## Identification

Identification is the information in your credit file that indicates your current identification as reported to Equifax. It does not affect your credit score or rating.

| | |
|---|---|
| **Name** | ASANTI I RODGERS |
| **Formerly known as** | |
| **Social Security Number** | xxxxx 6010 |
| **Age or Date of Birth** | Sep 24, 1997 |

## Other Identification

You currently do not have any Other Identifications in your file.

## Alert Contact Information

You currently do not have any Alert Contacts in your file.

## Contact Information

Contact information is the information in your credit file that indicates your former and current addresses as reported to Equifax. It does not affect your credit score or rating.

| Address | Status | Date Reported |
|---|---|---|
| 807 S POST OAK LN APT 2114 HOUSTON, TX 77056 | Current | Jan 18, 2025 |
| 1128 BURR ST GARY, IN 46406 | Former | Feb 01, 2025 |

## Employment History

Employment history is the information in your credit file that indicates your current and former employment as reported to Equifax. It does not affect your credit score or rating.

| Company | Occupation |
|---|---|
| RODGERS TRANSPORTATI | |
| BLACK TIE FORMALWEAR | |

EQUIFAX     ASANTI RODGERS | Feb 04, 2025     Page 33 of 46

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

**EIS-RODGERS-000734**

# 8. Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

## Hard Inquiries

Inquiries that may impact your credit rating/score

These are inquiries made by companies with whom you have applied for a loan or credit. They may remain on your file up to 2 years.

You currently do not have any Hard Inquiries in your file.

## Soft Inquiries

Inquiries that do not impact your credit rating/score

These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

| Date | Company | Request Originator | Description |
|---|---|---|---|
| Feb 03, 2025 | EQUIFAX INC (0100) | | ID Report |
| Sep 13, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 10, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Sep 10, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 08, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 07, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 06, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 03, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 30, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 27, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 23, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 22, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 20, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 20, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 16, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 15, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 13, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |

EQUIFAX                          ASANTI RODGERS | Feb 04, 2025                          Page 34 of 46

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

EIS-RODGERS-000735

| Aug 13, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 12, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 10, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 09, 2024 | COMCAST - CHICAGO | Credit Report |
| Aug 09, 2024 | COMCAST-ATLANTA | ID Report |
| Aug 08, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 06, 2024 | CREDIT KARMA, INC. | Credit Report |
| Aug 06, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 05, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 01, 2024 | EQUIFAX | Direct to Consumer Report |
| Jul 30, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 23, 2024 | COMCAST | Account Review Inquiry |
| Jul 18, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 02, 2024 | CREDIT KARMA, INC. | Credit Report |
| Mar 26, 2024 | EQUIFAX | Credit Report |

EQUIFAX                    ASANTI RODGERS | Feb 04, 2025                    Page 35 of 46

Summary ) Revolving ) Mortgage ) Installment ) Other ) Statements ) Personal Info ) Inquiries ) Public Records ) Collections

**EIS-RODGERS-000736**

# 9. Public Records

This section includes public record items Equifax obtained from local, state and federal courts through a third party vendor, LexisNexis. They can be contacted at: https://equifaxconsumers.lexisnexis.com

LexisNexis Consumer Center
P.O. Box 105615
Atlanta, GA 30348-5108

## Bankruptcies

Bankruptcies are a legal status granted by a federal court that indicates you are unable to pay off outstanding debt. Bankruptcies stay on your credit report for up to 10 years, depending on the chapter of bankruptcy you file for. They generally have a negative impact on your credit score.

You currently do not have any Bankruptcies in your file.

## Judgments

Judgments are a legal status granted by a court that indicates you must pay back an outstanding debt. Judgments stay on your credit report up to 7 years from the date filed and generally have a negative impact on your credit score.

You currently do not have any Judgments in your file.

## Liens

A lien is a legal claim on an asset, and Equifax only collects tax related liens. Liens stay on your credit report up to 10 years and generally have a negative impact on your credit score.

You currently do not have any Liens in your file.

**EIS-RODGERS-000737**

# 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

## Date Reported: Jan 28, 2025

| | | | |
|---|---|---|---|
| Collection Agency | CREDIT COLLECTIONS | Balance Date | Jan 28, 2025 |
| Original Creditor Name | LIBERTY MUTUAL IN CO | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Jan 11, 2023 | Account Number | xxxxx 14 |
| Original Amount Owed | $573 | Creditor Classification | Insurance |
| Amount | $573 | Last Payment Date | |
| Status Date | Jan 28, 2025 | Date of First Delinquency | |
| Status | UNPAID | | |

## Comments

## Contact

CREDIT COLLECTIONS
725 Canton St
Norwood, MA  02062-2679
(603) 570-4784

EQUIFAX     ASANTI RODGERS | Feb 04, 2025     Page 37 of 46

Summary  >  Revolving  >  Mortgage  >  Installment  >  Other  >  Statements  >  Personal Info  >  Inquiries  >  Public Records  >  Collections

**EIS-RODGERS-000738**

**Date Reported: Jan 28, 2025**

| | | | |
|---|---|---|---|
| Collection Agency | CREDIT COLLECTIONS | Balance Date | Jan 28, 2025 |
| Original Creditor Name | ALLSTATE PROP CASUALTY CO | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Oct 17, 2023 | Account Number | xxxxxx 07 |
| Original Amount Owed | $252 | Creditor Classification | Insurance |
| Amount | $252 | Last Payment Date | |
| Status Date | Jan 28, 2025 | Date of First Delinquency | |
| Status | UNPAID | | |

**Comments**

**Contact**

CREDIT COLLECTIONS
725 CANTON ST
NORWOOD, MA  02062-2679
(617) 965-2000

**EIS-RODGERS-000739**

Date Reported: Dec 26, 2024

| | | | |
|---|---|---|---|
| Collection Agency | CAINE & WEINER COMPANY INC | Balance Date | Dec 26, 2024 |
| Original Creditor Name | PROGRESSIVE | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Dec 28, 2020 | Account Number | xxxxxx 58 |
| Original Amount Owed | $383 | Creditor Classification | Insurance |
| Amount | $383 | Last Payment Date | |
| Status Date | Dec 26, 2024 | Date of First Delinquency | |
| Status | UNPAID | | |

## Comments

Consumer disputes this account information

## Contact

CAINE & WEINER COMPANY INC
5805 SEPULVEDA BLVD FL 4
VAN NUYS, CA  91411-2532
(877) 495-5603

EIS-RODGERS-000740

## Date Reported: Oct 08, 2024

| | | | |
|---|---|---|---|
| Collection Agency | SEQUIUM ASSET SOLUTIONS, L | Balance Date | Oct 08, 2024 |
| Original Creditor Name | COMCAST | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Jul 22, 2024 | Account Number | xxxxxx 87 |
| Original Amount Owed | $127 | Creditor Classification | Cable or Cellular |
| Amount | $127 | Last Payment Date | |
| Status Date | Oct 08, 2024 | Date of First Delinquency | |
| Status | UNPAID | | |

## Comments

## Contact

SEQUIUM ASSET SOLUTIONS, L
1130 NCHASE PKWY SE STE 150
MARIETTA, GA 30067-6429
(678) 228-3054

**EIS-RODGERS-000741**

# 11. Dispute File Information

If you believe that any of the information found on this report is incorrect, there are 3 ways to launch an investigation about the information in this report.

When you file a dispute, the credit bureau you contact is required to investigate your dispute within 30 days. They will not remove accurate data unless it is outdated or cannot be verified.

To initiate a dispute online please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

To check the status or view the results of your dispute please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

EIS-RODGERS-000742

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

# 12. A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to** www.consumerfinance.gov/learnmore **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  o a person has taken adverse action against you because of information in your credit report;

  o you are the victim of identity theft and place a fraud alert in your file;

  o your file contains inaccurate information as a result of fraud;

  o you are on public assistance;

  o you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

EIS-RODGERS-000743

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, www.consumerfinance.gov/learnmore

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact (see next page):**

EIS-RODGERS-000744

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a.Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552<br><br>b.Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2.To the extent not included in item 1 above:<br>a.National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b.State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c.Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br><br>d.Federal Credit Unions | a.Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b.Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br><br><br>c.Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d.National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3.Air carriers | Asst. General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4.Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street, SW<br>Washington, DC 20423 |
| 5.Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6.Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7.Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8.Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |

EIS-RODGERS-000745

| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| --- | --- |

EIS-RODGERS-000746

# Your Rights Under State Law

## State of Texas - Notice to Texas Consumers

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year security alert. To obtain a copy of your credit file from Equifax call 1-800-685-1111 or write to PO Box 740241, Atlanta, Georgia, 30374-0241.

You have a right to place a "security alert" in your credit file. This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in the your name. Placement or removal of a security alert may be requested by calling 1-800-525-6285 or, you may send a written request to Equifax Information Services, PO Box 105069, Atlanta, GA 30348. With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after the you have followed all dispute procedures in Section 20.06 of the Texas Business and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

EIS-RODGERS-000747

EIS-RODGERS-000748

+1 (346) 601-6044
NCB MGT Srv INC
8:15 AM ⓘ

(877) 322-8228
↗ unknown
Yesterday ⓘ

+1 (346) 601-6180
NCB MGT Srv INC
Yesterday ⓘ

Ⓜ **Mom**
↗ phone
Yesterday ⓘ

Ⓜ **Mom**
↗ phone
Sunday ⓘ

+1 (415) 704-4709
San Francisco, CA
Sunday ⓘ

+1 (312) 922-2206
↗ Chicago, IL
Sunday ⓘ

1 (415) 523-9131
↗ San Francisco, CA
Sunday ⓘ

SSN : ███████

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|---|---|---|---|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID : 5053571248**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|---|---|---|---|---|
| 02/22/2025 | 5053571248-999 | A1U | CREATION | CA & SSN DOCS REQUEST |

**EIS-RODGERS-000750**

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

February 22, 2025

ASANTI RODGERS

███████████

████████████████

Equifax Information Services LLC
000004836-FLT                                    5053571248-A1U-0e7a01390000001d-02232025

EIS-RODGERS-000751

ASANTI RODGERS
██████████
████████████

February 22, 2025

Dear ASANTI RODGERS:

Thank you for contacting Equifax indicating fraudulent items on your credit report. We are here to assist you.

We were unable to locate a credit file in our database with the identification information you provided, In order to further assist you, we will need additional documents to verify your identification. Please provide your complete Name, Current and Former Addresses, Social Security Number and Date of Birth. We ask that you **please send us a copy of two different items - one from each of the two categories listed below**. One item will verify your identity and the other will verify your current address.

**Category 1) IDENTIFICATION**
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your complete 9-digit Social Security number.
- Pay stub with complete U.S. Social Security number
- W-2 form with complete U.S. Social Security number
- Valid Social Security Card

**Note**: A 'Work Permit Only' card is not valid proof of a SSN.

**Category 2) CURRENT ADDRESS**
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your current mailing address of ██████████████████████
- Driver's license
- Rental/lease agreement or house deed
- Pay stub with address
- Utility bill (i.e. gas, electric, water, cable, residential telephone bill) with current service address.

**Again, we need a total of two items -- one item from each of the categories above -- to process your request. Please submit those items along with this letter to the following address:**

**Equifax Information Services LLC**
**P.O. Box 105069**
**Atlanta, GA 30348-5069**

A fraud alert can be added to your Equifax credit file at no charge to you. In addition, you may add a telephone number on your credit file for a credit grantor to use to verify your identity before establishing new credit in your name. If you would like to add your telephone number to your credit file, please fill in that information here:

Day Telephone Number: ( _____ )

Evening Telephone Number: ( _____ )

Please resubmit your request, along with this letter and photocopies of the documents verifying your current address and identification to:

000004836-FLT                                    5053571248-A1U-0e7a01390000001d-02232025

**EIS-RODGERS-000752**

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at www.equifax.com/personal/disputes or Call us at 866-349-5186.

As a reminder, it may take up to 30 days to complete your dispute.

Thank you for the opportunity to assist you.

Equifax Information Services LLC

000004836-FLT                                        5053571248-A1U-0e7a01390000001d-02232025

**EIS-RODGERS-000753**

000004836-FLT                                5053571248-A1U-0e7a01390000001d-02232025

EIS-RODGERS-000754

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

## Fraudulent Addresses:

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

## Demand for Compliance:

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This serves as **final notice before legal action.** Govern yourselves accordingly.

Sincerely,
**Asanti Rodgers**

**EIS-RODGERS-000755**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0447

Asanti Rodgers
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

---

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
2. Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry
3. Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
4. Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
5. Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report
6. Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
7. Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry
8. Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
9. Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry
10. Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report
11. Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report
12. Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry

**EIS-RODGERS-000756**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0448

13. Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report
14. Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report
15. Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report
16. Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
17. Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report
18. Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
19. Aug 09, 2024 COMCAST - CHICAGO Credit Report
20. Aug 09, 2024 COMCAST-ATLANTA ID Report
21. Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
22. Aug 06, 2024 CREDIT KARMA, INC. Credit Report
23. Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
24. Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report
25. Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
26. Jul 23, 2024 COMCAST Account Review Inquiry
27. Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report
28. Jul 02, 2024 CREDIT KARMA, INC. Credit Report

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

I demand the following actions be taken within 15 days:

1. Immediate removal of all unauthorized and fraudulent inquiries listed above.
2. Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.
3. Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.

**EIS-RODGERS-000757**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0449

4.  A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000758

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0450

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts – Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the following accounts from my credit file, as they represent clear violations of my consumer rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act (12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028), and other applicable laws.Additionally, I am demanding compensation for Equifax's violations and data breach, which have resulted in financial loss, employment setbacks, emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy and integrity of my credit report.

---

## I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May 2024.
- On May 28, 2024, I received an official letter from the Department of Education confirming the discharge and directing all credit bureaus, including Equifax, to remove these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating 15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to these accounts, further violating 15 U.S.C. § 1681e(b)

**EIS-RODGERS-000759**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0451

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

**EIS-RODGERS-000760**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0452

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000761**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0453

**DEMAND:**

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

**DEMAND:**

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- **FCRA (15 U.S.C. § 1681n & § 1681o)**
- **Fair Debt Collection Practices Act (15 U.S.C. § 1692)**
- **Financial Privacy Act (12 U.S.C. § 3401 et seq.)**
- **Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)**

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000762**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0454

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000763**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0455

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan..
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

EIS-RODGERS-000764

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0456

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

### 5. Emotional Distress & Human Trafficking

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

## IV. Legal Violations Committed by Equifax

### Federal Violations:

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

### State Violations (Illinois Laws):

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

## V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
    - **$24,000** – Housing denial damages.
    - **$25,630** – Auto loan denial damages.
    - **$8,214.51** – Unfair rental car fees due to loan denial.
    - **$12,537.89** – Credit repair & identity theft damages.

**EIS-RODGERS-000765**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0457

- ○ **$10,000** – Emotional distress & human trafficking
- ○ **Total: $80,382.40**

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000766**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0458

**FEDERAL TRADE COMMISSION**

# Identity Theft Report

FTC Report Number:
175724060

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Asanti | | Rodgers | |

| Address: | Phone: | Email: |
|---|---|---|
| 1128 burr st<br>gary , IN 46406<br>USA | 832-622-5147 | hello@asantirodgers.com |

## Personal Statement

Victim of several counts of identity theft. reporting the names, addresses, phone numbers, and accounts mentioned below as well as these addresses 7218 hillside ave apt 207 Los Angeles ca 90046, 753 e 79th st Chicago IL 60619, 1128 N 1st gary in 46406 and these collection accounts that resulted from Identity theft NCB Management services, Caine Weiner, Credit Control Services INC, Credit Collection Service. I demand all fraudulent items be removed from each credit report permanently, all collection activities cease pursuant to my rights.

## Accounts Affected by the Crime

### Credit Card Opened by the Thief

| Company or Organization: | Discover Bank |
|---|---|
| Account Number: | 6762 |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 3000 |

### Fraudulent Auto Loan or Lease

| Company or Organization: | Credit Acceptance |
|---|---|
| Account Number: | 105212990 |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 4/2022 | 4/2023 | $ 56856 |

8/2/24, 2:16 AM
Page 1 of 3

**EIS-RODGERS-000767**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0459

**Fraudulent Insurance**

| Company or Organization: | Credit Collections Liberty Mutual |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 573 |

**Fraudulent Insurance**

| Company or Organization: | Caine & Weiner Progressive |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 383 |

**Fraudulent Insurance**

| Company or Organization: | CREDIT COLLECTIONs All State |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 252 |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Personal Information | Names: Asanti rodgels,asanti rogers<br>Addresses: 1705 HARBOR DR SHREVEPORT LA and more<br>Phone numbers: 3124339010,3122416008<br>Employment Information: black tie formal wear,rodgers transportation |
| Credit Inquiries | all credit karma inquiries, discover bank, bank of america |

**Suspect Information**

| Name | kani mckinley |
|---|---|
| Contact Information | Address: 18505 torrence ave apt lansing IL 60438 USA |
| Relationship | Other |
| Additional Details | breach |

EIS-RODGERS-000768

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0460

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Asanti Rodgers**                                          **8/2/2024**
Asanti Rodgers                                               Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

**EIS-RODGERS-000769**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0461

EIS-RODGERS-000770

Asanti Rodgers
1125 Bum St,
Gary, IN 41406



U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND, IN 46322
FEB 04, 2025

**$11.26**

S2322W500336-71

Retail

30309

RDC 99

9589 0710 5270 1031 8919 16

Equifax
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30004

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462



EIS-RODGERS-000771

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462

SSN   :   ██████████

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|---|---|---|---|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID   :   5053571414**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|---|---|---|---|---|
| 02/22/2025 | 5053571414-999 | A1U | CREATION | |

**EIS-RODGERS-000772**

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

February 22, 2025

ASANTI RODGERS

████████████

████████████████

Equifax Information Services LLC

000004848-FLT                                      5053571414-A1U-0e7a01390000001d-02232025

EIS-RODGERS-000773

ASANTI RODGERS

██████████
█████████████

February 22, 2025

Hi ASANTI RODGERS,

We received your recent dispute correspondence on the following item(s) on your Equifax credit report:

    NCB MANAGEMENT SERVICES, I *1241

    MOHELA/DEPT OF ED *0002

    CREDIT COLLECTIONS *5614

    MOHELA/DEPT OF ED *0001

    CREDIT COLLECTIONS *1107

    CREDIT ACCEPTANCE CORPORAT *2990

    DISCOVER BANK *6762

Our records show that you have already disputed the item(s) above at least twice within the last 90 days. This disputed information was verified as accurate and we have not received new relevant information to support this dispute. Therefore, we consider this new dispute frivolous and will not research this dispute.

To dispute the item(s) above, please provide new relevant information to support your dispute. You can provide new relevant information and initiate a dispute by calling us at the number listed below, submitting new relevant information or documents through our online dispute process at myequifax.com, or mailing new relevant information or documentation to:

Equifax
P.O. Box 105888
Atlanta, GA 30348

If you already submitted new relevant information for this dispute before you received this letter, you do not need to resend it unless we request it.
Please note that you have the right to add a consumer statement to your credit file, which could serve as an explanation of any information in dispute. The consumer statement can be up to 100 words, and will be provided to anyone that accesses your Equifax credit report. You can add, edit or delete your consumer statement on your Equifax credit report for free and at any time by calling us at the number listed below or by mailing a written statement to us at the above address.

In addition, we want to make sure you understand your right to have your concerns regarding your Equifax credit report researched free of charge. It is not necessary for you to pay to have someone help you obtain a copy of your credit report or research any items that you question in your file.

If you have any questions, please contact us toll-free at **888-EQUIFAX** (888-378-4329) or visit equifax.com/personal/credit-report-services/.

000004848-FLT                                           5053571414-A1U-0e7a01390000001d-02232025

**EIS-RODGERS-000774**

000004848-FLT 5053571414-A1U-0e7a01390000001d-02232025

**EIS-RODGERS-000775**

000004848-FLT 5053571414-A1U-0e7a01390000001d-02232025

**EIS-RODGERS-000776**

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

## Fraudulent Addresses:

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

## Demand for Compliance:

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This serves as **final notice before legal action.** Govern yourselves accordingly.

Sincerely,
**Asanti Rodgers**

**EIS-RODGERS-000777**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0447

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

---

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
2. Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry
3. Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
4. Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
5. Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report
6. Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
7. Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry
8. Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
9. Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry
10. Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report
11. Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report
12. Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry

**EIS-RODGERS-000778**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0448

13. Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report
14. Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report
15. Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report
16. Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
17. Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report
18. Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
19. Aug 09, 2024 COMCAST - CHICAGO Credit Report
20. Aug 09, 2024 COMCAST-ATLANTA ID Report
21. Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
22. Aug 06, 2024 CREDIT KARMA, INC. Credit Report
23. Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
24. Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report
25. Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
26. Jul 23, 2024 COMCAST Account Review Inquiry
27. Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report
28. Jul 02, 2024 CREDIT KARMA, INC. Credit Report

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

I demand the following actions be taken within 15 days:

1. Immediate removal of all unauthorized and fraudulent inquiries listed above.
2. Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.
3. Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.

**EIS-RODGERS-000779**

4. **A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.**

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000780**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0450

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts –
Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other
Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the
following accounts from my credit file, as they represent clear violations of my consumer rights
under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act
(12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. §
1028), and other applicable laws.Additionally, I am demanding compensation for Equifax's
violations and data breach, which have resulted in financial loss, employment setbacks,
emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes
willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy
and integrity of my credit report.

---

## I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May
  2024.
- On May 28, 2024, I received an official letter from the Department of Education
  confirming the discharge and directing all credit bureaus, including Equifax, to remove
  these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating
  15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable
  reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to
  these accounts, further violating 15 U.S.C. § 1681e(b)

**EIS-RODGERS-000781**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0451

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

EIS-RODGERS-000782

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0452

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000783**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0453

**DEMAND:**

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

**DEMAND:**

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- **FCRA (15 U.S.C. § 1681n & § 1681o)**
- **Fair Debt Collection Practices Act (15 U.S.C. § 1692)**
- **Financial Privacy Act (12 U.S.C. § 3401 et seq.)**
- **Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)**

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000784**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0454

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000785**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0455

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan..
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

**EIS-RODGERS-000786**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0456

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

### 5. Emotional Distress & Human Trafficking

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

## IV. Legal Violations Committed by Equifax

### Federal Violations:

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

### State Violations (Illinois Laws):

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

## V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
    - **$24,000** – Housing denial damages.
    - **$25,630** – Auto loan denial damages.
    - **$8,214.51** – Unfair rental car fees due to loan denial.
    - **$12,537.89** – Credit repair & identity theft damages.

**EIS-RODGERS-000787**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0457

- ○ **$10,000** – Emotional distress & human trafficking
- ○ **Total: $80,382.40**

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000788**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0458

# FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
175724060

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Asanti | | Rodgers | |

| Address: | Phone: | Email: |
|---|---|---|
| 1128 burr st<br>gary , IN 46406<br>USA | 832-622-5147 | hello@asantirodgers.com |

## Personal Statement

Victim of several counts of identity theft. reporting the names, addresses, phone numbers, and accounts mentioned below as well as these addresses 7218 hillside ave apt 207 Los Angeles ca 90046, 753 e 79th st Chicago IL 60619, 1128 N 1st gary in 46406 and these collection accounts that resulted from Identity theft NCB Management services, Caine Weiner, Credit Control Services INC, Credit Collection Service. I demand all fraudulent items be removed from each credit report permanently, all collection activities cease pursuant to my rights.

## Accounts Affected by the Crime

### Credit Card Opened by the Thief

| Company or Organization: | Discover Bank | |
|---|---|---|
| Account Number: | 6762 | |

| Date that I discovered it: | Total fraudulent amount: | |
|---|---|---|
| 4/2023 | $ 3000 | |

### Fraudulent Auto Loan or Lease

| Company or Organization: | Credit Acceptance | |
|---|---|---|
| Account Number: | 105212990 | |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 4/2022 | 4/2023 | $ 56856 |

8/2/24, 2:16 AM
Page 1 of 3

**EIS-RODGERS-000789**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0459

**Fraudulent Insurance**

| Company or Organization: | Credit Collections Liberty Mutual |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 573 |

**Fraudulent Insurance**

| Company or Organization: | Caine & Weiner Progressive |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 383 |

**Fraudulent Insurance**

| Company or Organization: | CREDIT COLLECTIONs All State |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 252 |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Personal Information | Names: Asanti rodgels,asanti rogers<br>Addresses: 1705 HARBOR DR SHREVEPORT LA and more<br>Phone numbers: 3124339010,3122416008<br>Employment Information: black tie formal wear,rodgers transportation |
| Credit Inquiries | all credit karma inquiries, discover bank, bank of america |

**Suspect Information**

| Name | kani mckinley |
|---|---|
| Contact Information | Address: 18505 torrence ave apt lansing IL 60438 USA |
| Relationship | Other |
| Additional Details | breach |

8/2/24, 2:16 AM
Page 2 of 3

**EIS-RODGERS-000790**

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Asanti Rodgers**                                              **8/2/2024**
Asanti Rodgers                                                   Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

EIS-RODGERS-000791

8/2/24, 2:16 AM
Page 3 of 3

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0461



U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND, IN 46322
FEB 04, 2025

Retail

**$11.26**

30309

S2322W500336-71

RDC 99



9589 0710 5270 1031 8919 16

Asanti Rodgers
1125 Burr St;
Gary, IN 41406

Equifax
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30004

EIS-RODGERS-000792

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462



EIS-RODGERS-000793

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462

**SSN  :**  ▮▮▮▮▮▮

| ACIS NOTES |
|---|

**No Data Found for ACIS NOTES.**

| CONTACT LOGS |
|---|

| DATE | OPERATOR ID | COMMENTS | REASON |
|---|---|---|---|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

| INTERNAL COMMENTS |
|---|

**CASE ID  :  5053571430**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|---|---|---|---|---|
| 02/22/2025 | 5053571430-999 | A1U | CREATION | |

EIS-RODGERS-000794