# PART 4

# EQUIFAX'S DOCUMENT PRODUCTION

# BATES NOS. 795-1059

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069


ASANTI RODGERS
███████████
██████████████

**EIS-RODGERS-000795**

ASANTI RODGERS                                                                February 22, 2025

██████████
██████████████

Dear ASANTI RODGERS:

We have received your request concerning blocking of certain information on your Equifax credit file.

Please be advised that Equifax, at this time, is not blocking information you named in your request, pursuant to Section 605B(c) of the Fair Credit Reporting Act. We are, however, contacting each company that provided the disputed information to verify the information on your behalf. We will also forward a copy of the documents you have provided to each creditor for their review. You should receive the results of this investigation, which may result in removal of the disputed information, within 30 days.

For Equifax to block information under Section 605B of the Fair Credit Reporting Act, you need to provide proof of your identity, the specific information that is the result of identity theft, and a copy of your complete and submitted Identity Theft Report with the Federal Trade Commission (available at identitytheft.gov) or police report regarding the identity theft.

Thank you for the opportunity to assist you.

Equifax Information Services LLC

EIS-RODGERS-000796

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

## Fraudulent Addresses:

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

## Demand for Compliance:

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This serves as **final notice before legal action.** Govern yourselves accordingly.

**Sincerely,**
**Asanti Rodgers**

**EIS-RODGERS-000797**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0447

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

---

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
2. Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry
3. Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
4. Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
5. Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report
6. Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
7. Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry
8. Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
9. Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry
10. Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report
11. Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report
12. Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry

**EIS-RODGERS-000798**

13. Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report
14. Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report
15. Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report
16. Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
17. Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report
18. Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
19. Aug 09, 2024 COMCAST - CHICAGO Credit Report
20. Aug 09, 2024 COMCAST-ATLANTA ID Report
21. Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
22. Aug 06, 2024 CREDIT KARMA, INC. Credit Report
23. Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
24. Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report
25. Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
26. Jul 23, 2024 COMCAST Account Review Inquiry
27. Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report
28. Jul 02, 2024 CREDIT KARMA, INC. Credit Report

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

**I demand the following actions be taken within 15 days:**

1. **Immediate removal of all unauthorized and fraudulent inquiries listed above.**
2. **Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.**
3. **Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.**

**EIS-RODGERS-000799**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0449

4. A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000800

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0450

Asanti Rodgers
1128 Burr St,
Gary, IN 46406

01/31/2025

Equifax
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts – Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the following accounts from my credit file, as they represent clear violations of my consumer rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act (12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028), and other applicable laws. Additionally, I am demanding compensation for Equifax's violations and data breach, which have resulted in financial loss, employment setbacks, emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy and integrity of my credit report.

---

## I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May 2024.
- On May 28, 2024, I received an official letter from the Department of Education confirming the discharge and directing all credit bureaus, including Equifax, to remove these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating 15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to these accounts, further violating 15 U.S.C. § 1681e(b)

**EIS-RODGERS-000801**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0451

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

**EIS-RODGERS-000802**

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000803**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0453

**DEMAND:**

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

**DEMAND:**

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- FCRA (15 U.S.C. § 1681n & § 1681o)
- Fair Debt Collection Practices Act (15 U.S.C. § 1692)
- Financial Privacy Act (12 U.S.C. § 3401 et seq.)
- Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000804

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0454

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000805**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0455

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan..
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

**EIS-RODGERS-000806**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0456

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

### 5. Emotional Distress & Human Trafficking

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

## IV. Legal Violations Committed by Equifax

### Federal Violations:

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

### State Violations (Illinois Laws):

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

## V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
  - **$24,000** – Housing denial damages.
  - **$25,630** – Auto loan denial damages.
  - **$8,214.51** – Unfair rental car fees due to loan denial.
  - **$12,537.89** – Credit repair & identity theft damages.

**EIS-RODGERS-000807**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0457

- ○ **$10,000** – Emotional distress & human trafficking
- ○ **Total: $80,382.40**

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000808**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0458

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
175724060

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Asanti | | Rodgers | |

| Address: | Phone: | Email: |
|---|---|---|
| 1128 burr st<br>gary , IN 46406<br>USA | 832-622-5147 | hello@asantirodgers.com |

## Personal Statement

Victim of several counts of identity theft. reporting the names, addresses, phone numbers, and accounts mentioned below as well as these addresses 7218 hillside ave apt 207 Los Angeles ca 90046, 753 e 79th st Chicago IL 60619, 1128 N 1st gary in 46406 and these collection accounts that resulted from Identity theft NCB Management services, Caine Weiner, Credit Control Services INC, Credit Collection Service. I demand all fraudulent items be removed from each credit report permanently, all collection activities cease pursuant to my rights.

## Accounts Affected by the Crime

### Credit Card Opened by the Thief

| Company or Organization: | Discover Bank | |
|---|---|---|
| Account Number: | 6762 | |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 3000 |

### Fraudulent Auto Loan or Lease

| Company or Organization: | Credit Acceptance | |
|---|---|---|
| Account Number: | 105212990 | |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 4/2022 | 4/2023 | $ 56856 |

EIS-RODGERS-000809

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0459

**Fraudulent Insurance**

| Company or Organization: | Credit Collections Liberty Mutual |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 573 |

**Fraudulent Insurance**

| Company or Organization: | Caine & Weiner Progressive |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 383 |

**Fraudulent Insurance**

| Company or Organization: | CREDIT COLLECTIONs All State |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 252 |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Personal Information | **Names:** Asanti rodgels,asanti rogers<br>**Addresses:** 1705 HARBOR DR SHREVEPORT LA and more<br>**Phone numbers:** 3124339010,3122416008<br>**Employment Information:** black tie formal wear,rodgers transportation |
| Credit Inquiries | all credit karma inquiries, discover bank, bank of america |

**Suspect Information**

| Name | kani mckinley |
|---|---|
| Contact Information | **Address:** 18505 torrence ave apt lansing IL 60438 USA |
| Relationship | Other |
| Additional Details | breach |

EIS-RODGERS-000810

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0460

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Asanti Rodgers**
Asanti Rodgers

**8/2/2024**
Date

> Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

**EIS-RODGERS-000811**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0461





Asanti Rodgers
1125 Bum St,
Gary IN 46406

Equifax
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30004

U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND, IN 46322
FEB 04, 2025
**$11.26**
S2322W500336-71

Retail

30309

RDC 99

9589 0710 5270 1031 8919 16

EIS-RODGERS-000812

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462



EIS-RODGERS-000813

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462

SSN : ▮▮▮▮▮▮

### ACIS NOTES

**No Data Found for ACIS NOTES.**

### CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|---|---|---|---|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

### INTERNAL COMMENTS

**CASE ID  :  5054561410**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|---|---|---|---|---|
| 02/23/2025 | 5054561410-999 | I52 | CREATION | |

**EIS-RODGERS-000814**

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

ASANTI RODGERS

███████████

████████████████

000000128-FLT                                        5054561410-I52-0e7b017300000445-02242025

**EIS-RODGERS-000815**

ASANTI RODGERS

February 24, 2025

Hi ASANTI RODGERS,

You recently contacted us because you may have been a victim of fraud or identity theft. We have included a copy of "Remedying the Effects of Identity Theft" prepared by the Consumer Financial Protection Bureau (CFPB) that contains important information that may be helpful to you.

**EIS-RODGERS-000816**

*Para infomacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft.  Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud.  For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name.  For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1.  You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Equifax:        1-800-525-6285     www.equifax.com
- Experian:       1-888-397-3742     www.experian.com
- TransUnion:    1-800-680-7289     www.transunion.com

An initial fraud alert stays in your file for at least one year.  An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinanace.gov/learnmore.

**2.  You have the right to free copies of the information in your file (your "file disclosure")**. An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information**. A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

000000128-FLT

5054561410-l52-0e7b017300000445-02242025

**EIS-RODGERS-000817**

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector
must provide you with certain information about the debt you believe was incurred in your name
by an identity thief - like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to
ask that a consumer reporting agency block that information from your file**. An identity
thief may run up bills in your name and not pay them. Information about the unpaid bills may
appear on your consumer report. Should you decide to ask a consumer reporting agency to
block the reporting of this information, you must identify the information to block, and provide the
consumer reporting agency with proof of your identity and a copy of your identity theft report.
The consumer reporting agency can refuse or cancel your request for a block if, for example,
you don't provide the necessary documentation, or where the block results from an error or a
material misrepresentation of fact made by you. If the agency declines or rescinds the block, it
must notify you. Once a debt resulting from identity theft has been blocked, a person or
business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer
reporting agencies if you believe the information is a result of identity theft.** To do so, you
must send your request to the address specified by the business that reports the information to
the consumer reporting agency. The business will expect you to identify what information you do
not want reported and to provide an identity theft report.

**7.** The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**
**You have a right to place a "security freeze" on your credit report, which will prohibit a
consumer reporting agency from releasing information in your credit report without your
express authorization.** The security freeze is designed to prevent credit, loans, and services
from being approved in your name without your consent. However, you should be aware that
using a security freeze to take control over who gets access to the personal and financial
information in your credit report may delay, interfere with, or prohibit the timely approval of any
subsequent request or application you make regarding a new loan, credit, mortgage, or any
other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud
alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a
consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business
is required to take steps to verify the consumer's identity before extending new credit. If you are
a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting
7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies
acting on behalf of the person or entity, with which you have an existing account that requests
information in your credit report for the purposes of reviewing or collecting the account.
Reviewing the account includes activities related to account maintenance, monitoring, credit line
increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit
www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau.
You may have additional rights under state law. For more information, contact your local
consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity
theft, the FCRA has many other important consumer protections. They are described in more
detail at www.consumerfinance.gov/learnmore.

000000128-FLT                                        5054561410-I52-0e7b017300000445-02242025

EIS-RODGERS-000818

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

## Fraudulent Addresses:

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

## Demand for Compliance:

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This serves as **final notice before legal action.** Govern yourselves accordingly.

**Sincerely,**
**Asanti Rodgers**

**EIS-RODGERS-000819**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0447

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

---

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
2. Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry
3. Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
4. Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
5. Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report
6. Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
7. Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry
8. Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
9. Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry
10. Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report
11. Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report
12. Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry

**EIS-RODGERS-000820**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0448

13. Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report
14. Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report
15. Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report
16. Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
17. Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report
18. Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
19. Aug 09, 2024 COMCAST - CHICAGO Credit Report
20. Aug 09, 2024 COMCAST-ATLANTA ID Report
21. Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
22. Aug 06, 2024 CREDIT KARMA, INC. Credit Report
23. Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
24. Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report
25. Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
26. Jul 23, 2024 COMCAST Account Review Inquiry
27. Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report
28. Jul 02, 2024 CREDIT KARMA, INC. Credit Report

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

**I demand the following actions be taken within 15 days:**

1. **Immediate removal of all unauthorized and fraudulent inquiries listed above.**
2. **Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.**
3. **Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.**

**EIS-RODGERS-000821**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0449

4.  A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000822

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0450

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts – Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the following accounts from my credit file, as they represent clear violations of my consumer rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act (12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028), and other applicable laws.Additionally, I am demanding compensation for Equifax's violations and data breach, which have resulted in financial loss, employment setbacks, emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy and integrity of my credit report.

---

# I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May 2024.
- On May 28, 2024, I received an official letter from the Department of Education confirming the discharge and directing all credit bureaus, including Equifax, to remove these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating 15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to these accounts, further violating 15 U.S.C. § 1681e(b)

**EIS-RODGERS-000823**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0451

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

**EIS-RODGERS-000824**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0452

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000825**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0453

**DEMAND:**

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

**DEMAND:**

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- **FCRA (15 U.S.C. § 1681n & § 1681o)**
- **Fair Debt Collection Practices Act (15 U.S.C. § 1692)**
- **Financial Privacy Act (12 U.S.C. § 3401 et seq.)**
- **Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)**

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000826**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0454

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000827**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0455

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan..
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

**EIS-RODGERS-000828**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0456

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

**5. Emotional Distress & Human Trafficking**

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

## IV. Legal Violations Committed by Equifax

**Federal Violations:**

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

**State Violations (Illinois Laws):**

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

## V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
    - **$24,000** – Housing denial damages.
    - **$25,630** – Auto loan denial damages.
    - **$8,214.51** – Unfair rental car fees due to loan denial.
    - **$12,537.89** – Credit repair & identity theft damages.

**EIS-RODGERS-000829**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0457

- **$10,000** – Emotional distress & human trafficking
- **Total: $80,382.40**

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000830**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0458

**FEDERAL TRADE COMMISSION**

# Identity Theft Report

FTC Report Number:
175724060

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Asanti | | Rodgers | |

| Address: | Phone: | Email: |
|---|---|---|
| 1128 burr st<br>gary , IN 46406<br>USA | 832-622-5147 | hello@asantirodgers.com |

## Personal Statement

Victim of several counts of identity theft. reporting the names, addresses, phone numbers, and accounts mentioned below as well as these addresses 7218 hillside ave apt 207 Los Angeles ca 90046, 753 e 79th st Chicago IL 60619, 1128 N 1st gary in 46406 and these collection accounts that resulted from Identity theft NCB Management services, Caine Weiner, Credit Control Services INC, Credit Collection Service. I demand all fraudulent items be removed from each credit report permanently, all collection activities cease pursuant to my rights.

## Accounts Affected by the Crime

### Credit Card Opened by the Thief

| Company or Organization: | Discover Bank | |
|---|---|---|
| Account Number: | 6762 | |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 3000 |

### Fraudulent Auto Loan or Lease

| Company or Organization: | Credit Acceptance | |
|---|---|---|
| Account Number: | 105212990 | |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 4/2022 | 4/2023 | $ 56856 |

https://www.identitytheft.gov/dashboard

8/2/24, 2:16 AM
Page 1 of 3

**EIS-RODGERS-000831**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0459

### Fraudulent Insurance

| | |
|---|---|
| Company or Organization: | Credit Collections Liberty Mutual |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 573 |

### Fraudulent Insurance

| | |
|---|---|
| Company or Organization: | Caine & Weiner Progressive |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 383 |

### Fraudulent Insurance

| | |
|---|---|
| Company or Organization: | CREDIT COLLECTIONs All State |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 252 |

### Fraudulent Information on Credit Reports

| | |
|---|---|
| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
| Personal Information | Names: Asanti rodgels,asanti rogers<br>Addresses: 1705 HARBOR DR SHREVEPORT LA and more<br>Phone numbers: 3124339010,3122416008<br>Employment Information: black tie formal wear,rodgers transportation |
| Credit Inquiries | all credit karma inquiries, discover bank, bank of america |

### Suspect Information

| | |
|---|---|
| Name | kani mckinley |
| Contact Information | Address: 18505 torrence ave apt lansing IL 60438 USA |
| Relationship | Other |
| Additional Details | breach |

8/2/24, 2:16 AM
Page 2 of 3

**EIS-RODGERS-000832**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0460

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Asanti Rodgers**                                     **8/2/2024**
Asanti Rodgers                                          Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

**EIS-RODGERS-000833**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0461



Asanti Rodgers
1125 Bum St,
Gary, IN 414Y6

U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND, IN 46322
FEB 04, 2025

**$11.26**

S2322W500336-71

Retail

30309

RDC 99

9589 0710 5270 1031 8919 16

Equifax
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30004

EIS-RODGERS-000834

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462



EIS-RODGERS-000835

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462

SSN : ▮▮▮▮▮▮▮▮

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|------|-------------|----------|--------|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID : 5054561949**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|------|----------------|-------------|-------|---------|
| 02/23/2025 | 5054561949-999 | J6G | CREATION | |

EIS-RODGERS-000836

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 88    filed 06/14/26    page 44 of 266

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

ASANTI RODGERS
███████████
████████████████

Equifax Information Services LLC
February 24, 2025

000000268-FLT                          5054561949-J6G-0e7b017300000445-02242025

**EIS-RODGERS-000837**

ASANTI RODGERS                                                    February 24, 2025



Hi ASANTI RODGERS,

You recently contacted us because you may have been a victim of fraud or identity theft. We have included a copy of "Remedying the Effects of Identity Theft" prepared by the Consumer Financial Protection Bureau (CFPB) that contains important information that may be helpful to you.

000000268-FLT                          5054561949-J6G-0e7b01730000445-02242025

**EIS-RODGERS-000838**

*Para infomacion en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft.  Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud.  For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name.  For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1.  You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Equifax:          1-800-525-6285     www.equifax.com
- Experian:        1-888-397-3742     www.experian.com
- TransUnion:    1-800-680-7289     www.transunion.com

An <u>initial fraud alert</u> stays in your file for at least one year.  An <u>extended alert</u> stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an <u>extended alert</u>, you will have to provide an <u>identity theft report</u>. An <u>identity theft report</u> includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the <u>identity theft report</u>, visit www.consumerfinanace.gov/learnmore.

**2.  You have the right to free copies of the information in your file (your "file disclosure")**. An <u>initial fraud alert</u> entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an <u>extended alert</u> entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information**. A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

000000268-FLT                                             5054561949-J6G-0e7b017300000445-02242025

**EIS-RODGERS-000839**

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file**. An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7.** The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**
**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

000000268-FLT                                            5054561949-J6G-0e7b01730000445-02242025

EIS-RODGERS-000840

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

## Fraudulent Addresses:

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

## Demand for Compliance:

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This serves as **final notice before legal action.** Govern yourselves accordingly.

**Sincerely,**
**Asanti Rodgers**

**EIS-RODGERS-000841**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0447

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

---

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. **Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report**
2. **Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry**
3. **Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report**
4. **Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report**
5. **Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report**
6. **Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report**
7. **Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry**
8. **Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report**
9. **Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry**
10. **Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report**
11. **Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report**
12. **Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry**

**EIS-RODGERS-000842**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0448

13. **Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report**
14. **Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report**
15. **Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report**
16. **Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report**
17. **Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report**
18. **Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report**
19. **Aug 09, 2024 COMCAST - CHICAGO Credit Report**
20. **Aug 09, 2024 COMCAST-ATLANTA ID Report**
21. **Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report**
22. **Aug 06, 2024 CREDIT KARMA, INC. Credit Report**
23. **Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report**
24. **Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report**
25. **Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report**
26. **Jul 23, 2024 COMCAST Account Review Inquiry**
27. **Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report**
28. **Jul 02, 2024 CREDIT KARMA, INC. Credit Report**

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

**I demand the following actions be taken within 15 days:**

1. **Immediate removal of all unauthorized and fraudulent inquiries listed above.**
2. **Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.**
3. **Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.**

**EIS-RODGERS-000843**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0449

4.  A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000844

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts – Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the following accounts from my credit file, as they represent clear violations of my consumer rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act (12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028), and other applicable laws.Additionally, I am demanding compensation for Equifax's violations and data breach, which have resulted in financial loss, employment setbacks, emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy and integrity of my credit report.

---

## I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May 2024.
- On May 28, 2024, I received an official letter from the Department of Education confirming the discharge and directing all credit bureaus, including Equifax, to remove these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating 15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to these accounts, further violating 15 U.S.C. § 1681e(b)

**EIS-RODGERS-000845**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0451

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

**EIS-RODGERS-000846**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0452

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE  CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000847**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0453

**DEMAND:**

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

**DEMAND:**

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- FCRA (15 U.S.C. § 1681n & § 1681o)
- Fair Debt Collection Practices Act (15 U.S.C. § 1692)
- Financial Privacy Act (12 U.S.C. § 3401 et seq.)
- Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000848

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0454

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000849**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0455

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan..
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

**EIS-RODGERS-000850**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0456

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

## 5. Emotional Distress & Human Trafficking

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

# IV. Legal Violations Committed by Equifax

## Federal Violations:

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

## State Violations (Illinois Laws):

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

# V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
    - **$24,000** – Housing denial damages.
    - **$25,630** – Auto loan denial damages.
    - **$8,214.51** – Unfair rental car fees due to loan denial.
    - **$12,537.89** – Credit repair & identity theft damages.

**EIS-RODGERS-000851**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0457

- $10,000 – Emotional distress & human trafficking
- Total: $80,382.40

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

**EIS-RODGERS-000852**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0458

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
175724060

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Asanti | | Rodgers | |

| Address: | Phone: | Email: |
|---|---|---|
| 1128 burr st<br>gary , IN 46406<br>USA | 832-622-5147 | hello@asantirodgers.com |

## Personal Statement

Victim of several counts of identity theft. reporting the names, addresses, phone numbers, and accounts mentioned below as well as these addresses 7218 hillside ave apt 207 Los Angeles ca 90046, 753 e 79th st Chicago IL 60619, 1128 N 1st gary in 46406 and these collection accounts that resulted from Identity theft NCB Management services, Caine Weiner, Credit Control Services INC, Credit Collection Service. I demand all fraudulent items be removed from each credit report permanently, all collection activities cease pursuant to my rights.

## Accounts Affected by the Crime

### Credit Card Opened by the Thief

| Company or Organization: | Discover Bank | |
|---|---|---|
| Account Number: | 6762 | |

| Date that I discovered it: | Total fraudulent amount: | |
|---|---|---|
| 4/2023 | $ 3000 | |

### Fraudulent Auto Loan or Lease

| Company or Organization: | Credit Acceptance | |
|---|---|---|
| Account Number: | 105212990 | |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 4/2022 | 4/2023 | $ 56856 |

8/2/24, 2:16 AM
Page 1 of 3

**EIS-RODGERS-000853**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0459

**Fraudulent Insurance**

| Company or Organization: | Credit Collections Liberty Mutual |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 573 |

**Fraudulent Insurance**

| Company or Organization: | Caine & Weiner Progressive |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 383 |

**Fraudulent Insurance**

| Company or Organization: | CREDIT COLLECTIONs All State |
|---|---|

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 4/2023 | $ 252 |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Personal Information | Names: Asanti rodgels,asanti rogers<br>Addresses: 1705 HARBOR DR SHREVEPORT LA and more<br>Phone numbers: 3124339010,3122416008<br>Employment Information: black tie formal wear,rodgers transportation |
| Credit Inquiries | all credit karma inquiries, discover bank, bank of america |

**Suspect Information**

| Name | kani mckinley |
|---|---|
| Contact Information | Address: 18505 torrence ave apt lansing IL 60438 USA |
| Relationship | Other |
| Additional Details | breach |

EIS-RODGERS-000854

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0460

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Asanti Rodgers**                                    **8/2/2024**
Asanti Rodgers                                        Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

**EIS-RODGERS-000855**

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0461



U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND, IN 46322
FEB 04, 2025

**Retail**

**$11.26**

30309

S2322W500336-71

RDC 99



9589 0710 5270 1031 8919 16

Asonti Rodgers
1125 Bum St,
Gary, IN 41440

Equifax
Attn; Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30004

EIS-RODGERS-000856

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462



EIS-RODGERS-000857

EFX ORIGINAL DOCUMENT 5 02\20\2025 00566776 028 0462

**SSN  :** ▬▬▬▬▬

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|------|-------------|----------|--------|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID  :  5057556009**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|------|----------------|-------------|-------|---------|
| 02/26/2025 | 5057556009-999 | I5X | CREATION | |

EIS-RODGERS-000858

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

ASANTI RODGERS

000002541-FLT                                    5057556009-I5X-0e7e01060000003f-02272025

**EIS-RODGERS-000859**

ASANTI RODGERS  February 26, 2025

Hi ASANTI RODGERS,

You recently contacted us because you may have been a victim of fraud or identity theft. We have included a copy of "Remedying the Effects of Identity Theft" prepared by the Consumer Financial Protection Bureau (CFPB) that contains important information that may be helpful to you.

5057556009-I5X-0e7e01060000003f-02272025

EIS-RODGERS-000860

*Para infomacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft.  Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud.  For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name.  For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1.  You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Equifax:        1-800-525-6285    www.equifax.com
- Experian:      1-888-397-3742    www.experian.com
- TransUnion:    1-800-680-7289    www.transunion.com

An <u>initial fraud alert</u> stays in your file for at least one year.  An <u>extended alert</u> stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an <u>extended alert</u>, you will have to provide an <u>identity theft report</u>. An <u>identity theft report</u> includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the <u>identity theft report</u>, visit www.consumerfinanace.gov/learnmore.

**2.  You have the right to free copies of the information in your file (your "file disclosure").** An <u>initial fraud alert</u> entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an <u>extended alert</u> entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information**. A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

000002541-FLT                                                    5057556009-I5X-0e7e01060000003f-02272025

**EIS-RODGERS-000861**

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file**. An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your <u>identity theft report</u>. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an <u>identity theft report</u>.

**7.** The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**
**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

000002541-FLT                                5057556009-I5X-0e7e01060000003f-02272025

EIS-RODGERS-000862



An official website of the United States Government

cfpb Consumer Financial
Protection Bureau

‹ Active complaints

# 250204-18559418

## Primary consumer information

**FULL NAME**
Asanti Rodgers

**PHONE**
8326225147

**EMAIL ADDRESS**
hello@asantirodgers.com

**ADDRESS**
1128 burr st gary, Indiana 46406 United
States

## Product information

**PRODUCT OR SERVICE**
Credit reporting or other personal
consumer reports (Credit reporting)

**CONSUMER IDENTIFIED COMPANY
NAME**
EQUIFAX

**ISSUE**
Problem with a company's investigation
into an existing problem
Their investigation did not fix an error
on your report

EIS-RODGERS-000863

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 88    filed 06/14/26    page 71 of 266

# What happened

Equifax has failed to correct inaccuracies on my credit report, despite multiple disputes, violating FCRA (15 U.S.C. § 1681 et seq.) and Illinois/Indiana consumer protection laws. Equifax's failure to secure my personal data in the 2017 data breach has directly led to identity theft, fraudulent accounts, and severe financial damages. Harm Suffered: Denied housing (lease valued at $24,000). Loss of employment and income (previously earning $120,000/year, now reduced to $50,000-$60,000). Denied an auto loan ($25,630), forcing me to rent a car at $405-$407 per week. Fraudulent Exeter Finance auto loan ($5,665) and Discover credit card ($2,676 lawsuit) due to identity theft. $4,196 lost on credit repair services, which failed to remove inaccurate information. Emotional distress, loss of sleep, and exposure to human trafficking due to housing/Job instability. I have provided a detailed breakdown and additional information in the attached the attached supporting documents.

**ALREADY ATTEMPTED TO FIX THIS ISSUE WITH THE COMPANY?**

Yes

**ATTACHMENTS**

NCB Daily Harassment.PNG (554.6 KB)

Equifax Data Breach Confimation.PNG (595.9 KB)

_Equifax Accounts.pdf (98 KB)

ExpressDriveExpenses.jpg (36.3 KB)

Department of Education Letter.jpg (4.9 MB)

Equifax2025creditReport.pdf (260.8 KB)

Equifax Personal Info.pdf (59.5 KB)

Equifax Personal Loss.pdf (101.7 KB)

Equifax Inquiries.pdf (80.2 KB)

Download all attachments

EIS-RODGERS-000864

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 88    filed 06/14/26    page 72 of 266

# Desired resolution

Requested Resolution: Immediate removal of fraudulent accounts and credit inaccuracies. Written confirmation of compliance. Financial compensation $80,382.40 for damages and $60,000 for violations. Investigation into Equifax's continued failure to protect consumer data and maintain reporting accuracy. Equifax's ongoing negligence and willful FCRA violations have caused me significant financial harm. I request an immediate resolution or will pursue further legal action. I have provided detailed breakdown and information in the attached the attached supporting documents.

# Response recipients

**SUBMITTED BY**

Primary consumer

**WHO WILL RECEIVE RESPONSES?**

Primary consumer

# What is the company's response?

Response categories

○ In progress

○ Closed with explanation

○ Closed with monetary relief

○ Closed with non-monetary relief

○ Alerted CFPB

○ Duplicate CFPB complaint reported

○ Incorrect company

○ Sent to regulator

**EIS-RODGERS-000865**

## COMPLAINT STATUS

### ALERTS

📄 Files attached

### COMPLAINT STATUS

Pending Action By Company

### SENT TO COMPANY

02/04/2025 15:57 ET

### DUE DATE

02/19/2025

### ACTIONS

✏ Respond

🖨 Print

Terms of service (terms-of-service)

An official website of the United States Government

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts –
Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other
Federal Protections**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws**

**Dear Equifax Compliance Officer,**

This formal notice serves as a final demand for the immediate and permanent deletion of the
following accounts from my credit file, as they represent clear violations of my consumer rights
under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), the Financial Privacy Act
(12 U.S.C. § 3401 et seq.), the Identity Theft and Assumption Deterrence Act (18 U.S.C. §
1028), and other applicable laws.Additionally, I am demanding compensation for Equifax's
violations and data breach, which have resulted in financial loss, employment setbacks,
emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes
willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy
and integrity of my credit report.

---

## I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May
  2024.
- On May 28, 2024, I received an official letter from the Department of Education
  confirming the discharge and directing all credit bureaus, including Equifax, to remove
  these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating
  15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable
  reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to
  these accounts, further violating 15 U.S.C. § 1681e(b)

EIS-RODGERS-000867

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

EIS-RODGERS-000868

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

### DEMAND:

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

EIS-RODGERS-000869

DEMAND:

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

DEMAND:

- Immediate and permanent deletion of this account.
- $2,000 in compensation for violations.

---

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- FCRA (15 U.S.C. § 1681n & § 1681o)
- Fair Debt Collection Practices Act (15 U.S.C. § 1692)
- Financial Privacy Act (12 U.S.C. § 3401 et seq.)
- Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000870





```
000455303   000791   **********AUTO**MIXED AADC 200
ASANTI I RODGERS
1128 BURR ST
GARY IN 46406-2158
```

May 28, 2024

ACCOUNT #: 1031882703

Subject:   Discharge Based on Borrower Defense Evidence

Dear ASANTI I RODGERS,

The U.S. Department of Education (ED) recently determined that your loans to attend Art Institutes will be discharged.

## WHAT YOU NEED TO KNOW

We discharged 100% of the loans listed below. As a result, these loans have no remaining balance to be paid.

**Note:** This discharge notice applies only to the loans identified below. Any payments made that are determined to be eligible for refund will be refunded to you once that determination is made. You may still have a remaining balance to be paid on other federal loans you borrowed to attend a different institution of higher education. This notice also does not affect any private loans you took out to pay for your (or your child's) education. You can review your federal student loan and servicer information on StudentAid.gov by logging in using your FSAID.



| Loan Type or Program | First Disbursement Date | Original Principal Balance |
| --- | --- | --- |
| Direct Stafford Unsubsidized | 11/18/2016 | $ 2,000.00 |
| Direct Stafford Subsidized | 12/09/2016 | $ 1,523.00 |

## Credit Reporting

Within 45 days of this notification, we will request credit reporting agencies to remove any credit status previously reported for the identified loans.

## Potential Tax Consequences

With respect to any tax consequences relating to your borrower defense discharge, the IRS says borrower defense discharges are "not considered gross income as a result of the discharge, and the taxpayer should not report the amount of the discharged loan in gross income on his or her Federal income tax return." https://www.irs.gov/pub/irs-drop/rp-20-11.pdf. You may wish to contact a tax advisor about how this might affect your state taxes.

## WHAT YOU NEED TO DO

You do not need to do anything else at this time. We recommend you keep this notification for your records and watch for other communications from us. Those communications will provide you with information about the loans we service for you on ED's behalf and inform you when action is needed. In the event you wish to reinstate your loan balance(s) contact us at the information below.

EIS-RODGERS-000871

# Thank You

Based on the information you provided, our records indicate your personal information was impacted by this incident.

For more information, visit the FAQ page.

**FILE A CLAIM**

For Assisted Identity Restoration Services, please call Experian at 1-888-397-0079 and provide engagement number B023677.

EIS-RODGERS-000872

Asanti Rodgers
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

**To: Equifax**
**Attn: Legal & Compliance Department**

**Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law**

**Dear Equifax Compliance Officer,**

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

---

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. **Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report**
2. **Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry**
3. **Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report**
4. **Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report**
5. **Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report**
6. **Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report**
7. **Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry**
8. **Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report**
9. **Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry**
10. **Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report**
11. **Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report**
12. **Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry**

**EIS-RODGERS-000873**

13. Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report
14. Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report
15. Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report
16. Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report
17. Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report
18. Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report
19. Aug 09, 2024 COMCAST - CHICAGO Credit Report
20. Aug 09, 2024 COMCAST-ATLANTA ID Report
21. Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report
22. Aug 06, 2024 CREDIT KARMA, INC. Credit Report
23. Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report
24. Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report
25. Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report
26. Jul 23, 2024 COMCAST Account Review Inquiry
27. Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report
28. Jul 02, 2024 CREDIT KARMA, INC. Credit Report

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

I demand the following actions be taken within 15 days:

1. Immediate removal of all unauthorized and fraudulent inquiries listed above.
2. Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.
3. Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.

EIS-RODGERS-000874

4. A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000875

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Immediate Removal of Fraudulent Address**

**To: Equifax**
**Attn: Legal & Compliance Department**

Dear Equifax Compliance Officer,

I am formally demanding the **immediate removal** of the following **fraudulent, undeliverable, and inaccurate** address from my credit file. The continued presence constitutes **defamation of character** by falsely portraying me as fraudulent and high-risk. This violates **15 U.S.C. § 1681e(b),** which requires credit reporting agencies to maintain **maximum possible accuracy.**

**Fraudulent Addresses:**

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

**Demand for Compliance:**

1. **Immediate and permanent deletion** of the fraudulent address.
2. **$1,000 in compensation per violation, totaling $1,000.**

Failure to comply within **15 days** will result in formal complaints with the **CFPB, FTC, and State Attorney General,** as well as legal action to recover damages

Please issue the compensation check payable to:

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This serves as **final notice before legal action.** Govern yourselves accordingly.

**Sincerely,**
**Asanti Rodgers**

**EIS-RODGERS-000876**

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

01/31/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000877**

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan.
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

EIS-RODGERS-000878

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

## 5. Emotional Distress & Human Trafficking

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking due to housing instability.

# IV. Legal Violations Committed by Equifax

## Federal Violations:

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

## State Violations (Illinois Laws):

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

# V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
    - **$24,000** – Housing denial damages.
    - **$25,630** – Auto loan denial damages.
    - **$8,214.51** – Unfair rental car fees due to loan denial.
    - **$12,537.89** – Credit repair & identity theft damages.

EIS-RODGERS-000879

- $10,000 – Emotional distress & human trafficking
- **Total: $80,382.40**

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

EIS-RODGERS-000880



# CREDIT REPORT

---

**ASANTI RODGERS**

Report Confirmation

**5535457672**

EIS-RODGERS-000881



## Dear ASANTI RODGERS:

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at:
  **https://www.equifax.com/personal/credit-report-services/credit-dispute/**

- Please mail the dispute information to:
  **Equifax Information Services LLC**
  **P.O. Box 740241**
  **Atlanta, GA 30374**

- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

EIS-RODGERS-000882

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Feb 04, 2025 |
| **Credit File Status** | Fraud Victim (associated with trade) |
| | File Blocked For Promotional Purposes |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 4 Years, 5 Months |
| **Length of Credit History** | 8 Years, 3 Months |
| **Accounts with Negative Information** | 7 |
| **Oldest Account** | MOHELA/DEPT OF ED (Opened Nov 18, 2016) |
| **Most Recent Account** | FINGERHUT (Opened Apr 12, 2022) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 0 | 0 | | | | | |
| Mortgage | | | | | | | |
| Installment | 0 | 0 | | | | | |
| Other | 0 | 0 | | | | | |
| Total | 0 | 0 | | | | | |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 5 Items Found |
| **Inquiries** | 32 Inquiries Found |
| **Most Recent Inquiry** | EQUIFAX INC (0100) Feb 03, 2025 |
| **Public Records** | 0 Records Found |
| **Collections** | 4 Collections Found |

**EIS-RODGERS-000883**

# 2. Revolving Accounts

Revolving accounts are those that generally include a credit limit and require a minimum monthly payment, such as credit cards.

## 2.1 DISCOVER BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxx xxx xxxx xx 6762 | Reported Balance | $2,676 |
|---|---|---|---|
| Account Status | CHARGE_OFF | Available Credit | -$676 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $2,024 | $2,097 | $2,188 | $2,280 | $2,376 | $2,472 | $2,573 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2024 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2025 | $2,676 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $64 | $148 | $88 | $92 | $96 | $99 | $103 | $108 | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

**EIS-RODGERS-000884**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| 2024 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| 2025 | $2,000 | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | $148 | $236 | $328 | $424 | $523 | $626 | $2,676 | $2,676 | $2,676 |
| 2024 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2025 | $2,676 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | 60 | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 |
| 2021 | | | | | | | | | ✓ | ✓ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $2,000 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $2,676 | Date Opened | Sep 09, 2021 |
| Amount Past Due | $2,676 | Date Reported | Jan 22, 2025 |
| Actual Payment Amount | | Date of Last Payment | Feb 2023 |

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

EIS-RODGERS-000885

| | | | |
|---|---|---|---|
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 40 | Delinquency First Reported | Oct 2023 |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | $2,676 |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | |
| Date of First Delinquency | Mar 22, 2023 | | |

## Comments

Charged off account
Credit card

## Contact

DISCOVER BANK
PO BOX 30939
SALT LAKE CITY, UT  84130-0939
(800) 347-7000

**EIS-RODGERS-000886**

## 2.2 LEAD BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 8223 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $386 | $397 | $408 | $407 | $366 | $451 | $462 | $426 | $436 | $486 | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $55 | $28 | $26 | $26 | $26 | $26 | $26 | $52 | $26 | $52 | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $55 | $50 | $40 | $26 | $50 | $50 | | $83 | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | |
| 2024 | | | | | | | | | | | | |

**EIS-RODGERS-000887**

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 |     |     |     |     |     |     |     |     |     |     | $26 |     |
| 2024 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2025 |     |     |     |     |     |     |     |     |     |     |     |     |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✗ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | >‹›‹ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $501 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 08, 2020 |
| Amount Past Due | | Date Reported | Dec 29, 2023 |
| Actual Payment Amount | $501 | Date of Last Payment | Dec 2023 |
| Date of Last Activity | Dec 2023 | Scheduled Payment Amount | |
| Months Reviewed | 37 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |

EQUIFAX                ASANTI RODGERS | Feb 04, 2025                Page 8 of 46

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

**EIS-RODGERS-000888**

| | | | |
|---|---|---|---|
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Secured Credit Card | Date Closed | Dec 2023 |
| Date of First Delinquency | | | |

## Comments

Account closed at consumer's request

Closed or paid account/zero balance

Secured credit card

## Contact

LEAD BANK
515 CONGRESS AVE SUITE 2200
AUSTIN, TX 78723
(877) 883-0999

**EIS-RODGERS-000889**

## 2.3 FINGERHUT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxx xxx xxxx xx 7847 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $0 | $0 | $0 | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $400 | $400 | $400 | | | | | | | | |
| 2024 | | | | | | | | | | | | |

**EIS-RODGERS-000890**

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | ✓ | | | | | | | | |
| 2022 | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $0 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Apr 12, 2022 |
| Amount Past Due | | Date Reported | May 12, 2023 |
| Actual Payment Amount | | Date of Last Payment | |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 13 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |

EQUIFAX                        ASANTI RODGERS | Feb 04, 2025                        Page 11 of 46

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

**EIS-RODGERS-000891**

| Loan Type | Charge Account | Date Closed | Jan 2023 |
|---|---|---|---|

**Date of First Delinquency**

## Comments

Closed or paid account/zero balance

Account closed by credit grantor

Charge

## Contact

FINGERHUT
6250 Ridgewood Ro
St. Cloud, MN  56303
(866) 734-0342

**EIS-RODGERS-000892**

## 2.4 FINGERHUT/WEBBANK (CLOSED)

## Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxx xxx xxxx xx 9947 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | |
| 2021 | | | | | | | | | | | ✓ | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $109 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 19, 2021 |
| Amount Past Due | | Date Reported | Jun 13, 2022 |
| Actual Payment Amount | | Date of Last Payment | Mar 2022 |
| Date of Last Activity | Mar 2022 | Scheduled Payment Amount | |
| Months Reviewed | 7 | Delinquency First Reported | |

EIS-RODGERS-000893

| | | | |
|---|---|---|---|
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Charge Account | Date Closed | Apr 2022 |
| Date of First Delinquency | | | |

## Comments

Closed or paid account/zero balance

Account closed by credit grantor

## Contact

FINGERHUT/WEBBANK
6250 Ridgewood Ro
St. Cloud, MN 56303
(866) 734-0342

EIS-RODGERS-000894

# 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

You currently do not have any Mortgage Accounts in your file.

EQUIFAX    ASANTI RODGERS | Feb 04, 2025    Page 15 of 46

Summary  〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

EIS-RODGERS-000895

# 4. Installment Accounts

Installment accounts are loans that require payment on a monthly basis until the loan is paid off, such as auto or student loans.

## 4.1 CREDIT ACCEPTANCE CORPORAT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 2990 | Reported Balance | $23,400 |
|---|---|---|---|
| Account Status | REPOSSESSION | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $28,969 | $28,744 | $28,513 | $28,323 | $28,128 | $27,927 | $28,476 | $29,021 | $28,949 | $29,453 | $29,950 |
| 2024 | $30,442 | $31,382 | $32,590 | $22,560 | $22,644 | $22,739 | $22,832 | $22,928 | $23,023 | $23,116 | $23,211 | $23,304 |
| 2025 | $23,400 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 |
| 2024 | $754 | $754 | $754 | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $754 | $800 | $800 | $754 | $754 | $754 | | | $1,080 | | |
| 2024 | | | | $8,900 | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

Summary 〉 Revolving 〉 Mortgage 〉 **Installment** 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

**EIS-RODGERS-000896**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | $1,623 | $853 | $1,593 | $1,623 | $1,653 | $1,683 | $2,468 | $3,253 | $3,258 | $4,013 | $4,768 |
| 2024 | $5,523 | $6,279 | $7,034 | $22,560 | $22,644 | $22,739 | $22,832 | $22,928 | $23,023 | $23,116 | $23,211 | $23,304 |
| 2025 | $23,400 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | R | R | R | R | R | R | R | R | R | R | R | R |
| 2023 | 60 | 60 | 30 | 30 | 60 | 60 | 60 | 90 | 120 | 120 | 150 | 180 |
| 2022 | No Data | No Data | No Data | No Data | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | 30  30 Days Past Due | 60  60 Days Past Due | 90  90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V   Voluntary Surrender | F   Foreclosure | C   Collection Account |
| CO Charge-Off | B   Included in Bankruptcy | R   Repossession | TN  Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $29,355 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 72 MONTHS |
| Balance | $23,400 | Date Opened | Apr 02, 2022 |
| Amount Past Due | $23,400 | Date Reported | Jan 15, 2025 |
| Actual Payment Amount | | Date of Last Payment | Mar 2024 |
| Date of Last Activity | | Scheduled Payment Amount | |

EIS-RODGERS-000897

| | | | |
|---|---|---|---|
| Months Reviewed | 32 | Delinquency First Reported | Feb 2024 |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Auto | Date Closed | |
| Date of First Delinquency | Nov 01, 2022 | | |

## Comments

Involuntary repossession

Auto

Fixed rate

## Contact

CREDIT ACCEPTANCE CORPORAT
PO BOX 5070
Southfield, MI 48086-5070
(800) 634-1506

**EIS-RODGERS-000898**

## 4.2 AUSTIN CAPITAL BANK SSB (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxx 9174 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | xxxx | xxxx | xxxx | xxxx | xxxx | xxxx | xxxx | xxxx |
| 2021 | xxxx | xxxx | xxxx | xxxx | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Paid on Time    30 30 Days Past Due    60 60 Days Past Due    90 90 Days Past Due    120 120 Days Past Due

150 150 Days Past Due    180 180 Days Past Due    V Voluntary Surrender    F Foreclosure    C Collection Account

CO Charge-Off    B Included in Bankruptcy    R Repossession    TN Too New to Rate    >≤≤ No Data Available

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $1,000 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 12 MONTHS |
| Balance | $0 | Date Opened | May 11, 2021 |
| Amount Past Due | | Date Reported | May 31, 2022 |
| Actual Payment Amount | | Date of Last Payment | May 2022 |
| Date of Last Activity | May 2022 | Scheduled Payment Amount | |
| Months Reviewed | 12 | Delinquency First Reported | |

Summary  Revolving  Mortgage  **Installment**  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000899**

| | | | |
|---|---|---|---|
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Secured | **Date Closed** | May 2022 |
| **Date of First Delinquency** | | | |

## Comments

Closed or paid account/zero balance

Secured

Fixed rate

## Contact

AUSTIN CAPITAL BANK SSB
8100 Shoal Creek Blvd
Austin, TX  78757-8041
(512) 693-3600

EQUIFAX          ASANTI RODGERS | Feb 04, 2025          Page 20 of 46

Summary  〉 Revolving  〉 Mortgage  〉 **Installment**  〉 Other  〉 Statements  〉 Personal Info  〉 Inquiries  〉 Public Records 〉 Collections

**EIS-RODGERS-000900**

## 4.3 SUNRISE BANKS C/O SELF FINANCIAL INC (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | xxxxxx 19 | Reported Balance | $0 |
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | | | | | | | | | | |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $520 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 24 MONTHS |
| Balance | $0 | Date Opened | Apr 19, 2020 |
| Amount Past Due | | Date Reported | Mar 31, 2022 |
| Actual Payment Amount | $50 | Date of Last Payment | Mar 2022 |
| Date of Last Activity | Mar 2022 | Scheduled Payment Amount | |

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

EIS-RODGERS-000901

| | | | |
|---|---|---|---|
| **Months Reviewed** | 23 | **Delinquency First Reported** | |
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Secured | **Date Closed** | Mar 2022 |
| **Date of First Delinquency** | | | |

## Comments

Closed or paid account/zero balance

Secured

Fixed rate

## Contact

SUNRISE BANKS C/O SELF FINANCIAL INC
515 CONGRESS AVE SUITE 2200
SIOUX FALLS, SD  57108
(877) 883-0999

EIS-RODGERS-000902

## 4.4 CREDIT ACCEPTANCE CORPORAT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxx 54 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | | | | | | | | | | |
| 2021 | 30 | 60 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | | | | | | | | ✓ | ✓ | ✓ | 30 | 30 |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30  30 Days Past Due | 60  60 Days Past Due | 90  90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V  Voluntary Surrender | F  Foreclosure | C  Collection Account |
| CO Charge-Off | B  Included in Bankruptcy | R  Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $14,739 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 72 MONTHS |
| Balance | $0 | Date Opened | Jul 17, 2020 |
| Amount Past Due | | Date Reported | Mar 31, 2022 |
| Actual Payment Amount | | Date of Last Payment | Feb 2022 |
| Date of Last Activity | Feb 2022 | Scheduled Payment Amount | |

EIS-RODGERS-000903

| | | | |
|---|---|---|---|
| Months Reviewed | 19 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Auto | Date Closed | Mar 2022 |
| Date of First Delinquency | | | |

## Comments

Closed or paid account/zero balance

Auto

Fixed rate

## Contact

CREDIT ACCEPTANCE CORPORAT
PO BOX 5070
Southfield, MI  48086-5070
(800) 634-1506

EQUIFAX          ASANTI RODGERS | Feb 04, 2025          Page 24 of 46

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

**EIS-RODGERS-000904**

## 4.5 MOHELA/DEPT OF ED (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxx xxx xxxx xx 0001 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | OVER_120_DAYS_PAST_DUE | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | ✓ | | | | | | | | |
| 2018 | | | | | | | 90 | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $2,000 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 18, 2016 |

**EIS-RODGERS-000905**

| | | | | |
|---|---|---|---|---|
| Amount Past Due | | Date Reported | | Dec 23, 2021 |
| Actual Payment Amount | $2,185 | Date of Last Payment | | Apr 2019 |
| Date of Last Activity | | Scheduled Payment Amount | | |
| Months Reviewed | 33 | Delinquency First Reported | | |
| Activity Designator | | Creditor Classification | | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | | |
| Balloon Payment Date | | Balloon Payment Amount | | |
| Loan Type | Education Loan | Date Closed | | Sep 2019 |
| Date of First Delinquency | Oct 2018 | | | |

## Comments

## Contact

MOHELA/DEPT OF ED
633 Spirit Dr
Chesterfield, MO  63005-1243
(888) 866-4352

**EIS-RODGERS-000906**

## 4.6 MOHELA/DEPT OF ED (CLOSED)

## Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxx xxx xxxx xx 0002 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | OVER_120_DAYS_PAST_DUE | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | ✔ | | | | | | | | |
| 2018 | | | | | | | 90 | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $1,523 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Dec 09, 2016 |

**EIS-RODGERS-000907**

| | | | |
|---|---|---|---|
| Amount Past Due | | Date Reported | Dec 23, 2021 |
| Actual Payment Amount | $1,621 | Date of Last Payment | Apr 2019 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 32 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Education Loan | Date Closed | Sep 2019 |
| Date of First Delinquency | Oct 2018 | | |

## Comments

## Contact

MOHELA/DEPT OF ED
633 Spirit Dr
Chesterfield, MO  63005-1243
(888) 866-4352

EIS-RODGERS-000908

# 5. Other Accounts

Other accounts are those that are not already identified as Revolving, Mortgage or Installment Accounts such as child support obligations or rental agreements.

## 5.1 NCB MANAGEMENT SERVICES, I (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | | xxxxx 41 | Reported Balance | $5,665 |
|---|---|---|---|---|
| Account Status | | COLLECTION | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 |
| 2024 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 |
| 2025 | $5,665 | | | | | | | | | | | |

Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

Credit Limit

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000909**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2025 |     |     |     |     |     |     |     |     |     |     |     |     |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|---------|---------|---------|
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     |     |     |     |     |     | $5,665 | $5,665 | $5,665 | $5,665 |
| 2025 | $5,665 |     |     |     |     |     |     |     |     |     |     |     |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 |   |   |   | C | C | C | C | C | C | C | C | C |
| 2022 |   |   |   |   |   |   |   |   |   |   |   |   |
| 2021 |   |   |   |   |   |   |   |   |   |   |   |   |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $5,665 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | OTHER |
| Terms Frequency | UNKNOWN | Term Duration | |
| Balance | $5,665 | Date Opened | Oct 06, 2021 |
| Amount Past Due | $5,665 | Date Reported | Jan 07, 2025 |
| Actual Payment Amount | | Date of Last Payment | |

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

**EIS-RODGERS-000910**

| | | | |
|---|---|---|---|
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 38 | Delinquency First Reported | Nov 2021 |
| Activity Designator | | Creditor Classification | AUTOMOTIVE |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Debt Buyer Account | Date Closed | |
| Date of First Delinquency | Jan 08, 2020 | | |

## Comments

Collection account

## Contact

NCB MANAGEMENT SERVICES, I
1 Allied Dr
Trevose, PA  19053-6945
(215) 244-4200

EIS-RODGERS-000911

# 6. Consumer Statements

Consumer Statements are explanations of up to 100 words you can attach to your credit file to provide more information on an item you may disagree with or would like to provide details on. Consumer statements are voluntary and have no impact on your credit score.

You currently do not have any Consumer Statements in your file.

EIS-RODGERS-000912

# 7. Personal Information

Creditors use your personal information primarily to identify you. This information has no impact on your credit score.

## Identification

Identification is the information in your credit file that indicates your current identification as reported to Equifax. It does not affect your credit score or rating.

| | |
|---|---|
| Name | ASANTI I RODGERS |
| Formerly known as | |
| Social Security Number | xxxxx 6010 |
| Age or Date of Birth | Sep 24, 1997 |

## Other Identification

You currently do not have any Other Identifications in your file.

## Alert Contact Information

You currently do not have any Alert Contacts in your file.

## Contact Information

Contact information is the information in your credit file that indicates your former and current addresses as reported to Equifax. It does not affect your credit score or rating.

| Address | Status | Date Reported |
|---|---|---|
| 807 S POST OAK LN APT 2114 HOUSTON, TX 77056 | Current | Jan 18, 2025 |
| 1128 BURR ST GARY, IN 46406 | Former | Feb 01, 2025 |

## Employment History

Employment history is the information in your credit file that indicates your current and former employment as reported to Equifax. It does not affect your credit score or rating.

| Company | Occupation |
|---|---|
| RODGERS TRANSPORTATI | |
| BLACK TIE FORMALWEAR | |

EIS-RODGERS-000913

# 8. Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

## Hard Inquiries

Inquiries that may impact your credit rating/score

These are inquiries made by companies with whom you have applied for a loan or credit. They may remain on your file up to 2 years.

You currently do not have any Hard Inquiries in your file.

## Soft Inquiries

Inquiries that do not impact your credit rating/score

These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

| Date | Company | Request Originator | Description |
|---|---|---|---|
| Feb 03, 2025 | EQUIFAX INC (0100) | | ID Report |
| Sep 13, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 10, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Sep 10, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 08, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 07, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 06, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 03, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 30, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 27, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 23, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 22, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 20, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 20, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 16, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 15, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 13, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |

EQUIFAX    ASANTI RODGERS | Feb 04, 2025    Page 34 of 46

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

**EIS-RODGERS-000914**

| Aug 13, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
|---|---|---|
| Aug 12, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 10, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 09, 2024 | COMCAST - CHICAGO | Credit Report |
| Aug 09, 2024 | COMCAST-ATLANTA | ID Report |
| Aug 08, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 06, 2024 | CREDIT KARMA, INC. | Credit Report |
| Aug 06, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 05, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 01, 2024 | EQUIFAX | Direct to Consumer Report |
| Jul 30, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 23, 2024 | COMCAST | Account Review Inquiry |
| Jul 18, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 02, 2024 | CREDIT KARMA, INC. | Credit Report |
| Mar 26, 2024 | EQUIFAX | Credit Report |

**EIS-RODGERS-000915**

# 9. Public Records

This section includes public record items Equifax obtained from local, state and federal courts through a third party vendor, LexisNexis. They can be contacted at: https://equifaxconsumers.lexisnexis.com

LexisNexis Consumer Center
P.O. Box 105615
Atlanta, GA 30348-5108

## Bankruptcies

Bankruptcies are a legal status granted by a federal court that indicates you are unable to pay off outstanding debt. Bankruptcies stay on your credit report for up to 10 years, depending on the chapter of bankruptcy you file for. They generally have a negative impact on your credit score.

You currently do not have any Bankruptcies in your file.

## Judgments

Judgments are a legal status granted by a court that indicates you must pay back an outstanding debt. Judgments stay on your credit report up to 7 years from the date filed and generally have a negative impact on your credit score.

You currently do not have any Judgments in your file.

## Liens

A lien is a legal claim on an asset, and Equifax only collects tax related liens. Liens stay on your credit report up to 10 years and generally have a negative impact on your credit score.

You currently do not have any Liens in your file.

EQUIFAX                ASANTI RODGERS | Feb 04, 2025                Page 36 of 46

Summary  >  Revolving  >  Mortgage  >  Installment  >  Other  >  Statements  >  Personal Info  >  Inquiries  >  Public Records  >  Collections

**EIS-RODGERS-000916**

# 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

## Date Reported: Jan 28, 2025

| | | | |
|---|---|---|---|
| Collection Agency | CREDIT COLLECTIONS | Balance Date | Jan 28, 2025 |
| Original Creditor Name | LIBERTY MUTUAL IN CO | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Jan 11, 2023 | Account Number | xxxxx 14 |
| Original Amount Owed | $573 | Creditor Classification | Insurance |
| Amount | $573 | Last Payment Date | |
| Status Date | Jan 28, 2025 | Date of First Delinquency | |
| Status | UNPAID | | |

## Comments

## Contact

CREDIT COLLECTIONS
725 Canton St
Norwood, MA  02062-2679
(603) 570-4784

**EIS-RODGERS-000917**

**Date Reported: Jan 28, 2025**

| | | | |
|---|---|---|---|
| Collection Agency | CREDIT COLLECTIONS | Balance Date | Jan 28, 2025 |
| Original Creditor Name | ALLSTATE PROP CASUALTY CO | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Oct 17, 2023 | Account Number | xxxxxx 07 |
| Original Amount Owed | $252 | Creditor Classification | Insurance |
| Amount | $252 | Last Payment Date | |
| Status Date | Jan 28, 2025 | Date of First Delinquency | |
| Status | UNPAID | | |

## Comments

## Contact

CREDIT COLLECTIONS
725 CANTON ST
NORWOOD, MA 02062-2679
(617) 965-2000

EIS-RODGERS-000918

**Date Reported: Dec 26, 2024**

| | | | |
|---|---|---|---|
| Collection Agency | CAINE & WEINER COMPANY INC | Balance Date | Dec 26, 2024 |
| Original Creditor Name | PROGRESSIVE | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Dec 28, 2020 | Account Number | xxxxxx 58 |
| Original Amount Owed | $383 | Creditor Classification | Insurance |
| Amount | $383 | Last Payment Date | |
| Status Date | Dec 26, 2024 | Date of First Delinquency | |
| Status | UNPAID | | |

## Comments

Consumer disputes this account information

## Contact

CAINE & WEINER COMPANY INC
5805 SEPULVEDA BLVD FL 4
VAN NUYS, CA 91411-2532
(877) 495-5603

**EIS-RODGERS-000919**

**Date Reported: Oct 08, 2024**

| | | | |
|---|---|---|---|
| Collection Agency | SEQUIUM ASSET SOLUTIONS, L | Balance Date | Oct 08, 2024 |
| Original Creditor Name | COMCAST | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Jul 22, 2024 | Account Number | xxxxxx 87 |
| Original Amount Owed | $127 | Creditor Classification | Cable or Cellular |
| Amount | $127 | Last Payment Date | |
| Status Date | Oct 08, 2024 | Date of First Delinquency | |
| Status | UNPAID | | |

**Comments**

**Contact**

SEQUIUM ASSET SOLUTIONS, L
1130 NCHASE PKWY SE STE 150
MARIETTA, GA 30067-6429
(678) 228-3054

EIS-RODGERS-000920

# 11. Dispute File Information

If you believe that any of the information found on this report is incorrect, there are 3 ways to launch an investigation about the information in this report.

When you file a dispute, the credit bureau you contact is required to investigate your dispute within 30 days. They will not remove accurate data unless it is outdated or cannot be verified.

To initiate a dispute online please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

To check the status or view the results of your dispute please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

EIS-RODGERS-000921

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la*

*Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

# 12. A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to** www.consumerfinance.gov/learnmore **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  o   a person has taken adverse action against you because of information in your credit report;

  o   you are the victim of identity theft and place a fraud alert in your file;

  o   your file contains inaccurate information as a result of fraud;

  o   you are on public assistance;

  o   you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

EIS-RODGERS-000922

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, www.consumerfinance.gov/learnmore

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact (see next page):**

EIS-RODGERS-000923

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a.Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552<br><br>b.Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2.To the extent not included in item 1 above:<br>a.National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b.State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c.Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d.Federal Credit Unions | a.Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b.Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c.Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d.National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3.Air carriers | Asst. General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4.Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street, SW<br>Washington, DC 20423 |
| 5.Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6.Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7.Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8.Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |

EIS-RODGERS-000924

| 9.Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
|---|---|

EIS-RODGERS-000925

# Your Rights Under State Law

## State of Texas - Notice to Texas Consumers

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year security alert. To obtain a copy of your credit file from Equifax call 1-800-685-1111 or write to PO Box 740241, Atlanta, Georgia, 30374-0241.

You have a right to place a "security alert" in your credit file. This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in the your name. Placement or removal of a security alert may be requested by calling 1-800-525-6285 or, you may send a written request to Equifax Information Services, PO Box 105069, Atlanta, GA 30348. With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after the you have followed all dispute procedures in Section 20.06 of the Texas Business and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

EIS-RODGERS-000926

EIS-RODGERS-000927

+1 (346) 601-6044
NCB MGT Srv INC
8:15 AM ⓘ

(877) 322-8228
↳ unknown
Yesterday ⓘ

+1 (346) 601-6180
NCB MGT Srv INC
Yesterday ⓘ

**Mom**
↳ phone
Yesterday ⓘ

**Mom**
↳ phone
Sunday ⓘ

+1 (415) 704-4709
San Francisco, CA
Sunday ⓘ

+1 (312) 922-2206
↳ Chicago, IL
Sunday ⓘ

1 (415) 523-9131
↳ San Francisco, CA
Sunday ⓘ

SSN : ███████

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|------|-------------|----------|--------|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID : 5068502350**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|------|----------------|-------------|-------|---------|
| 03/09/2025 | 5068502350-999 | FRA | CREATION | |

EIS-RODGERS-000929

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

March 9, 2025

ASANTI RODGERS
807 S POST OAK LN APT 2114
HOUSTON, TX 77056-2270

EIS-RODGERS-000930

ASANTI RODGERS
807 S POST OAK LN APT 2114
HOUSTON, TX 77056-2270

March 9, 2025

Hi ASANTI RODGERS,

You recently contacted us because you may have been a victim of fraud or identity theft. We have included a copy of "Remedying the Effects of Identity Theft" prepared by the Consumer Financial Protection Bureau (CFPB) that contains important information that may be helpful to you.

000013923-FLT                              5068502350-FRA-0e8801360000334-03092025

**EIS-RODGERS-000931**

*Para infomacion en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1. You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Equifax:       1-800-525-6285    www.equifax.com
- Experian:      1-888-397-3742    www.experian.com
- TransUnion:    1-800-680-7289    www.transunion.com

An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinanace.gov/learnmore.

**2. You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information**. A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

000013923-FLT                                              5068502350-FRA-0e8801360000334-03092025

**EIS-RODGERS-000932**

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file**. An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7.** The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**
**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

000013923-FLT                                    5068502350-FRA-0e8801360000334-03092025

EIS-RODGERS-000933

**SSN** : ▇▇▇▇▇▇

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|---|---|---|---|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID** : **5069553436**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|---|---|---|---|---|
| 03/10/2025 | 5069553436-999 | ME1 | CREATION | |

EIS-RODGERS-000934

Equifax Information Services LLC
P.O. Box 105874
Atlanta, GA 30348

March 11, 2025

ASANTI RODGERS

█████████
████████████

**EIS-RODGERS-000935**

ASANTI RODGERS

███████████

███████████

March 11, 2025



Confirmation # 5069553436

Re: FIRST Notice & Attempt to Resolve Deficiency with your request to block information due to Human Trafficking

Dear ASANTI  RODGERS,

We completed our review of your request to remove information from your Equifax credit file due to the information being the result of human trafficking.

Based on our review of your request and accompanying documents, the following additional information or documentation is necessary to complete your submission under section 605C of the Fair Credit Reporting Act and 12 C.F.R. 1022.142:

You did not provide sufficient documentation to confirm that you are a victim of human trafficking, which includes (1) a determination that you are victim of human trafficking made by a Federal, State, or Tribal, governmental entity; **or** (2) a determination by a non-governmental entity or task force authorized by a governmental agency to make a human trafficking determination; **or** (3) a self-attestation signed or certified by a representative authorized by an entity described in 1 or 2 in this paragraph; **or** (4) a determination by court in a case where a central issue is, whether you are a victim of human trafficking (which could be made up of several documents from the court case that together show that the court accepted as true or found no genuine dispute that you were a victim of human trafficking).

So that we can complete processing your request, you need to please contact us as quickly as possible to provide the above additional information. You may mail the information to us at P.O. Box 105874, Atlanta GA 30348 or you may call us toll free at (833) 240-3461 for more information and to learn about other ways to promptly send us the requested documents.  If you contact us by mail, please include a copy of this letter or provide the confirmation number with your submission.

We are required to resolve your request within 25 business days of when we receive it, but we need the above required documentation. However, if we do not receive the necessary documents in time to meet the deadline, we will have to decline and close your request. If that happens, we will notify you, and you may resubmit your request with the necessary information and documents.

We look forward to hearing from you to complete your request or answer questions that you may have.

Thank you for the opportunity to assist you.

Equifax Information Services LLC

**EIS-RODGERS-000936**

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

02/19/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: SECOND ATTEMPT Formal Demand for Immediate Removal of Inaccurate and Unlawful Accounts – Violations of the Fair Credit Reporting Act (FCRA), Financial Privacy Act, and Other Federal Protections**

To: Equifax
Attn: Legal & Compliance Department

Re: Unlawful Reporting of Accounts & Violations of Consumer Protection Laws

Dear Equifax Compliance Officer,

This formal notice serves as a final demand for the immediate and permanent deletion of the following accounts from my credit file, as they represent clear violations of my consumer rights under the Fair Credit Reporting Act (FCRA), the Financial Privacy Act, the Identity Theft and Assumption Deterrence Act, and other applicable laws.Additionally, I am demanding compensation for Equifax's violations and data breach, which have resulted in financial loss, employment setbacks, emotional distress, and identity theft. Equifax's continued reporting of these accounts constitutes willful noncompliance, fraudulent misrepresentation, and reckless disregard for the accuracy and integrity of my credit report.

## I. MOHELA / DEPARTMENT OF EDUCATION – ACCOUNT NOS. 0001 & 0002

- My student loans were fully discharged by the U.S. Department of Education in May 2024.
- On May 28, 2024, I received an official letter from the Department of Education confirming the discharge and directing all credit bureaus, including Equifax, to remove these accounts immediately.
- Equifax has knowingly and willfully failed to comply with this directive, directly violating 15 U.S.C. § 1681i(a)(1)(A), which requires credit bureaus to conduct a reasonable reinvestigation and remove inaccurate information.
- Prior to discharge, Equifax knowingly reported false and inaccurate information related to these accounts, further violating 15 U.S.C. § 1681e(b)

**EIS-RODGERS-000937**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0202

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0202

EIS-RODGERS-000938

Equifax's refusal to remove these discharged student loans constitutes fraudulent misrepresentation, deceptive trade practices, and a willful violation of the FCRA

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$1,000 per account for inaccuracies and $1,000 per month that the accounts remained on the report beyond the allowed timeframe.**
- **Total compensation: $11,000 (for two accounts remaining from July 12, 2024, to February 12, 2025 plus inaccuracy violations).**

---

## II. 1 NCB MANAGEMENT SERVICES, I – ACCOUNT NO. 41

- NCB is attempting to collect an alleged debt from Exeter Finance, which was previously reported as fraudulent.
- Under 15 U.S.C. § 1692g(b) (Fair Debt Collection Practices Act), NCB was required to validate the debt with an original signed contract proving I owe this amount. They failed to do so.
- NCB illegally obtained and used my personal information without permissible purpose (15 U.S.C. § 1681b), violating the Financial Privacy Act and constituting aggravated identity theft (18 U.S.C. § 1028).
- NCB has been harassing me non-stop for approximately two years (15 U.S.C. § 1692c).
- NCB account contains several inaccuracies

**DEMAND:**

- **Immediate and permanent deletion of this account and all associated records.**
- **$7,000 in compensation for violations.**

---

## III. CAINE & WEINER COMPANY INC – ACCOUNT NO. 58

- Caine & Weiner failed to validate this alleged debt with an original signed contract (15 U.S.C. § 1692g(b)).
- They are in violation of the Financial Privacy Act and 15 U.S.C. § 1681b by illegally accessing and using my personal information.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

**EIS-RODGERS-000939**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0203

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0203

EIS-RODGERS-000940

- **Immediate and permanent deletion of this account.**
- **$3,000 in compensation for violations.**

---

## IV. CREDIT COLLECTIONS – ACCOUNT NOS. 14 & 07

- Both accounts contain inaccurate information and lack a validated original contract with my signature.
- Credit Collection Services has no permissible purpose to retain or report this information under 15 U.S.C. § 1681b.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

- **Immediate and permanent deletion of these accounts.**
- **$4,000 in compensation for violations.**

---

## V. SEQUIUM ASSET SOLUTIONS L – ACCOUNT NO. 87

- Sequium Asset Solutions failed to validate the debt with an original signed contract under 15 U.S.C. § 1692g(b).
- Sequium Asset Solutions illegally obtained and used my personal data, violating 15 U.S.C. § 1681b and the Financial Privacy Act.
- This constitutes aggravated identity theft under 18 U.S.C. § 1028.
- Account contains inaccurate information.

**DEMAND:**

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VI. CREDIT ACCEPTANCE CORPORAT – ACCOUNT NO. 2990

- This account is currently involved in active litigation.
- In 2023, Credit Acceptance was served a Cease & Desist order prohibiting them from accessing my credit files.
- Equifax's continued reporting of this account is a direct violation of that order and the FCRA (15 U.S.C. § 1681s-2).
- Account contains inaccuracies.

**EIS-RODGERS-000941**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0204

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0204

EIS-RODGERS-000942

**DEMAND:**

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## VII. DISCOVER BANK – ACCOUNT NO. 6762

- This account is a result of identity theft and is actively involved in litigation.
- contains inaccurate information.

**DEMAND:**

- **Immediate and permanent deletion of this account.**
- **$2,000 in compensation for violations.**

---

## FINAL DEMAND

Equifax is hereby formally notified that your continued failure to remove the above-referenced accounts constitutes willful noncompliance with:

- **FCRA (15 U.S.C. § 1681n & § 1681o)**
- **Fair Debt Collection Practices Act (15 U.S.C. § 1692)**
- **Financial Privacy Act (12 U.S.C. § 3401 et seq.)**
- **Identity Theft and Assumption Deterrence Act (18 U.S.C. § 1028)**

I am demanding a compensation check for $31,000 mailed to the address listed below within 15 days of receipt of this letter.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

ENCLOSURE: COPY OF 2 FORMS OF IDENTIFICATION, ASANTI RODGERS EQUIFAX CREDIT REPORT, DEPARTMENT OF EDUCATION DISCHARGE LETTER, EQUIFAX DATA BREACH CONFIRMATION.

**EIS-RODGERS-000943**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0205

EIS-RODGERS-000944



000455303   000791   **********AUTO**MIXED AADC 200
ASANTI I RODGERS
1128 BURR ST
GARY IN 46406-2158

May 28, 2024

ACCOUNT #: 1031882703

Subject:   Discharge Based on Borrower Defense Evidence

Dear ASANTI I RODGERS,

The U.S. Department of Education (ED) recently determined that your loans to attend Art Institutes will be discharged.

## WHAT YOU NEED TO KNOW

We discharged 100% of the loans listed below. As a result, these loans have no remaining balance to be paid.

**Note:** This discharge notice applies only to the loans identified below. Any payments made that are determined to be eligible for refund will be refunded to you once that determination is made. You may still have a remaining balance to be paid on other federal loans you borrowed to attend a different institution of higher education. This notice also does not affect any private loans you took out to pay for your (or your child's) education. You can review your federal student loan and servicer information on StudentAid.gov by logging in using your FSAID.



| Loan Type or Program | First Disbursement Date | Original Principal Balance |
|---|---|---|
| Direct Stafford Unsubsidized | 11/18/2016 | $ 2,000.00 |
| Direct Stafford Subsidized | 12/09/2016 | $ 1,523.00 |

## Credit Reporting

Within 45 days of this notification, we will request credit reporting agencies to remove any credit status previously reported for the identified loans.

## Potential Tax Consequences

With respect to any tax consequences relating to your borrower defense discharge, the IRS says borrower defense discharges are "not considered gross income as a result of the discharge, and the taxpayer should not report the amount of the discharged loan in gross income on his or her Federal income tax return." https://www.irs.gov/pub/irs-drop/rp-20-11.pdf. You may wish to contact a tax advisor about how this might affect your state taxes.

## WHAT YOU NEED TO DO

You do not need to do anything else at this time. We recommend you keep this notification for your records and watch for other communications from us. Those communications will provide you with information about the loans we service for you on ED's behalf and inform you when action is needed. In the event you wish to reinstate your loan balance(s) contact us at the information below.

L7NNDV01                    myeddebt.ed.gov                    000791

**EIS-RODGERS-000945**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0206

## HOW TO CONTACT US

We're available to help you understand this information. You can contact us using the contact information below:

**We're here to help**

Visit us online at myeddebt.ed.gov. We're here to help you Monday through Friday 8 a.m. to 10 p.m., and 8 a.m. to 6 p.m. ET on Saturday.

Sincerely,

Default Resolution Group

EIS-RODGERS-000946

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0206

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

02/19/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: SECOND ATTEMPT Formal Demand for Immediate Removal of Unauthorized and Fraudulent Credit Inquiries – Violations of the Fair Credit Reporting Act (FCRA) and Other Applicable Laws**

To: Equifax
Attn: Legal & Compliance Department

Re: Unauthorized and Fraudulent Credit Inquiries in Violation of Federal Law

Dear Equifax Compliance Officer,

This letter serves as a formal demand for the immediate removal of the following unauthorized and fraudulent credit inquiries from my consumer credit file. Their continued presence constitutes a willful violation of my rights under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), specifically under 15 U.S.C. § 1681b(f), which requires a permissible purpose for accessing a consumer's credit report.

Additionally, certain entities—including Credit Karma and Comcast have repeatedly accessed my credit file without authorization or permissible purpose, further violating 15 U.S.C. § 1681b(a). Their continued inquiries are an egregious breach of my rights.

---

## I. Unauthorized and Fraudulent Inquiries to Be Removed Immediately

1. **Sep 13, 2024 CREDIT KARMA, INC Direct to Consumer Report**
2. **Sep 10, 2024 CREDIT KARMA, INC. Promotional Inquiry**
3. **Sep 10, 2024 CREDIT KARMA, INC Direct to Consumer Report**
4. **Sep 08, 2024 CREDIT KARMA, INC Direct to Consumer Report**
5. **Sep 07, 2024 CREDIT KARMA, INC Direct to Consumer Report**
6. **Sep 06, 2024 CREDIT KARMA, INC Direct to Consumer Report**
7. **Sep 03, 2024 CREDIT KARMA, INC. Promotional Inquiry**
8. **Aug 30, 2024 CREDIT KARMA, INC Direct to Consumer Report**
9. **Aug 27, 2024 CREDIT KARMA, INC. Promotional Inquiry**
10. **Aug 23, 2024 CREDIT KARMA, INC Direct to Consumer Report**
11. **Aug 22, 2024 CREDIT KARMA, INC Direct to Consumer Report**

**EIS-RODGERS-000947**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C207

EIS-RODGERS-000948

12. **Aug 20, 2024 CREDIT KARMA, INC. Promotional Inquiry**
13. **Aug 20, 2024 CREDIT KARMA, INC Direct to Consumer Report**
14. **Aug 16, 2024 CREDIT KARMA, INC Direct to Consumer Report**
15. **Aug 15, 2024 CREDIT KARMA, INC Direct to Consumer Report**
16. **Aug 13, 2024 CREDIT KARMA, INC Direct to Consumer Report**
17. **Aug 12, 2024 CREDIT KARMA, INC Direct to Consumer Report**
18. **Aug 10, 2024 CREDIT KARMA, INC Direct to Consumer Report**
19. **Aug 09, 2024 COMCAST - CHICAGO Credit Report**
20. **Aug 09, 2024 COMCAST-ATLANTA ID Report**
21. **Aug 08, 2024 CREDIT KARMA, INC Direct to Consumer Report**
22. **Aug 06, 2024 CREDIT KARMA, INC. Credit Report**
23. **Aug 06, 2024 CREDIT KARMA, INC Direct to Consumer Report**
24. **Aug 05, 2024 CREDIT KARMA, INC Direct to Consumer Report**
25. **Jul 30, 2024 CREDIT KARMA, INC Direct to Consumer Report**
26. **Jul 23, 2024 COMCAST Account Review Inquiry**
27. **Jul 18, 2024 CREDIT KARMA, INC Direct to Consumer Report**
28. **Jul 02, 2024 CREDIT KARMA, INC. Credit Report**

## II. Legal Basis for Removal

Under the FCRA (15 U.S.C. § 1681b(a)), a consumer reporting agency may only furnish a credit report for specific permissible purposes. Any inquiry that does not fall under one of the statutorily defined permissible purposes is unauthorized and must be removed immediately.

Additionally, 15 U.S.C. § 1681b(f) prohibits any person from obtaining a consumer report unless they have a legitimate reason to do so. Any company that has pulled my credit without my authorization is in violation of federal law and subject to legal action.

Furthermore, continued unauthorized access to my credit file, particularly by Credit Karma and Comcast, constitutes a pattern of willful noncompliance under 15 U.S.C. § 1681n, making Equifax liable for statutory damages, actual damages, and potential punitive damages.

## III. Demands and Remedies

I demand the following actions be taken within 15 days:

1. Immediate removal of all unauthorized and fraudulent inquiries listed above.
2. Written confirmation of compliance stating that these inquiries have been permanently removed from my credit file.
3. Permanent blocking of Credit Karma and Comcast from accessing my credit file in the future.

**EIS-RODGERS-000949**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0208

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0208

EIS-RODGERS-000950

4. A compensation check of $28,000 for the violations, as provided for under 15 U.S.C. § 1681n(a)(1)(A), which allows for $1,000 in statutory damages per violation.

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This letter serves as final notice before legal action is taken. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

ENCLOSURE: COPY OF 2 FORMS OF IDENTIFICATION, ASANTI RODGERS EQUIFAX CREDIT REPORT.

**EIS-RODGERS-000951**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C209

EIS-RODGERS-000952

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

02/19/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

Subject: SECOND ATTEMPT Immediate Removal of Fraudulent Address

To: Equifax
Attn: Legal & Compliance Department

Dear Equifax Compliance Officer,

I am formally demanding the immediate removal of the following fraudulent, undeliverable, and inaccurate address from my credit file. The continued presence constitutes defamation of character by falsely portraying me as fraudulent and high-risk. This violates 15 U.S.C. § 1681e(b), which requires credit reporting agencies to maintain maximum possible accuracy.

Fraudulent Addresses:

- 807 S POST OAK LN APT 2114, HOUSTON, TX 77056-2270

Demand for Compliance:

1. Immediate and permanent deletion of the fraudulent address.
2. $1,000 in compensation per violation, totaling $1,000.

Failure to comply within 15 days will result in formal complaints with the CFPB, FTC, and State Attorney General, as well as legal action to recover damages

Please issue the compensation check payable to:

Asanti Rodgers
1128 Burr St, Gary, IN

This serves as final notice before legal action. Govern yourselves accordingly.

Sincerely,
Asanti Rodgers

ENCLOSURE: COPY OF 2 FORMS OF IDENTIFICATION, ASANTI RODGERS EQUIFAX CREDIT REPORT, EQUIFAX DATA BREACH CONFIRMATION.

EIS-RODGERS-000953

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C210

EIS-RODGERS-000954

**Asanti Rodgers**
1128 Burr St,
Gary, IN 46406

02/19/2025

**Equifax**
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

**Subject: Legal Demand for Compensation and Removal of Inaccurate Information Due to Equifax Data Breach, Identity Theft, and Failure to Maintain Accuracy in Credit Reporting**

**Dear Equifax Compliance Officer,**

I am writing to formally demand immediate corrective action and financial compensation for the severe financial, professional, and emotional damages I have suffered due to Equifax's failure to secure my personal data in the 2017 data breach, ongoing inaccuracies in my credit report, and violations of state and federal consumer protection laws. Equifax's negligence has led to identity theft, financial loss, employment setbacks, housing denial, and exposure to human trafficking.

## I. Equifax's Data Breach and Failure to Protect Consumer Information

In 2017, Equifax suffered a massive data breach, compromising the personal and financial data of approximately 147 million consumers. My personal identifying information (PII) was exposed, leading to identity theft that directly resulted in fraudulent accounts, credit denials, and severe financial damage.

Under the Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.), Equifax was required to:

- Promptly notify me of any unauthorized access to my data.
- Implement security measures to prevent unauthorized access.
- Protect my financial and personal information from identity theft.

Equifax failed to do so, violating both Illinois state law and federal laws, including the Fair Credit Reporting Act (FCRA) and the Federal Trade Commission Act (FTCA).

## II. Equifax's Failure to Maintain Accurate Credit Reporting & Reinvestigate Errors

In addition to exposing my information to identity theft, Equifax has willfully and negligently failed to maintain accurate information on my credit report, violating the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)

**EIS-RODGERS-000955**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0211

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0211

EIS-RODGERS-000956

- **Failure to Ensure Maximum Possible Accuracy (15 U.S.C. § 1681e(b))**
  - Equifax knowingly allowed fraudulent and inaccurate information to remain on my report, despite multiple disputes.
- **Failure to Reinvestigate and Correct Errors (15 U.S.C. § 1681i(a))**
  - I disputed inaccurate and fraudulent accounts over the past four years, yet Equifax failed to conduct a proper investigation or remove invalidated accounts.
- **Failure to Protect Consumer Privacy (15 U.S.C. § 1681b)**
  - Due to Equifax's breach, fraudulent entities accessed my credit report without my consent.

## III. Direct Financial and Professional Losses Due to Equifax's Negligence

### 1. Housing Denial ($24,000 Loss)

- In 2022, I was denied an apartment lease valued at $24,000 annually due to fraudulent and inaccurate information Equifax refused to remove.
- This violates Illinois' Personal Information Protection Act (815 ILCS 530/1 et seq.) and FCRA's requirements for accurate reporting (15 U.S.C. § 1681e(b)).

### 2. Loss of Employment & Income Reduction ($120,000 → $50,000-$60,000)

- I was unable to work from January 26, 2024, to August 26, 2024, due to an illegal repossession appearing on my credit report, which led to the denial of an auto loan..
- Before this, I worked as a rideshare driver for Uber and Lyft, earning $120,000 annually.
- Because I was denied an auto loan, I was forced to rent a car through Lyft's Express Drive program for $405-$407 per week, which only allows me to drive for Lyft, reducing my earnings to $50,000-$60,000 per year.

### 3. Auto Loan Denial ($25,630 Loss & Unfair Rental Car Costs of $405-$407/Week)

- I was denied an auto loan for $25,630 due to Equifax's failure to correct my credit report.
- As a result, I have paid $405-$407 per week for a rental vehicle through Lyft Express Drive, totaling thousands of dollars in unnecessary expenses.

### 4. Credit Repair Expenses ($4,196 Lost) & Identity Theft Costs ($8,341.89 Lost)

As a direct result of Equifax's data breach and identity theft, fraudulent accounts were opened in my name, which led to:

- Exeter Finance Auto Loan ($5,665 Fraudulent Debt) Equifax initially removed this fraudulent account from my credit report but then added a collections account from NCB Management, the company that purchased the fraudulent Exeter Finance debt.
- This caused further credit damage and financial loss.
- A fraudulent Discover Card account was opened under my name.

EIS-RODGERS-000957

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0212

EIS-RODGERS-000958

- Discover Bank is now suing me for $2,676.89, even though this debt resulted from identity theft.
- Equifax failed to remove these fraudulent accounts, further harming my creditworthiness
- Over four years, I have paid $4,196 to credit repair specialists to remove inaccuracies and fraudulent accounts.

## 5. Emotional Distress & Human Trafficking Exposure

The housing denial, financial hardship, and loss of employment caused by Equifax's negligence resulted in:

- Extreme stress, loss of sleep, and emotional distress.
- Human trafficking exposure due to housing instability.

# IV. Legal Violations Committed by Equifax

## Federal Violations:

- FCRA (15 U.S.C. § 1681e(b)): Failure to ensure maximum possible accuracy.
- FCRA (15 U.S.C. § 1681i): Failure to conduct a reasonable reinvestigation.
- FCRA (15 U.S.C. § 1681b): Unlawful sharing and access to my credit file.
- Federal Trade Commission Act (15 U.S.C. § 45): Deceptive and unfair business practices.
- Gramm-Leach-Bliley Act (15 U.S.C. § 6801): Failure to safeguard my financial data.

## State Violations (Illinois Laws):

- Illinois Personal Information Protection Act (PIPA) (815 ILCS 530/1 et seq.) – Failure to protect my personal data.
- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.) – Misrepresentation of data security measures.

# V. Formal Demand for Compensation and Corrective Action

Due to Equifax's gross negligence, failure to correct fraudulent information, and data breach that led to my financial and emotional harm, I am demanding the following within 15 days:

- Immediate removal of all inaccurate, fraudulent, and derogatory accounts, inquiries, and repossession records from my Equifax credit file.
- Written confirmation of compliance, listing all corrections made to my credit report.
- **Financial compensation check for $80,382.40,** covering:
    - **$24,000** – Housing denial damages.
    - **$25,630** – Auto loan denial damages.
    - **$8,214.51** – Unfair rental car fees due to loan denial.
    - **$12,537.89** – Credit repair & identity theft damages.

**EIS-RODGERS-000959**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0213

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0213

EIS-RODGERS-000960

- ○ **$10,000** – Emotional distress & human trafficking
- ○ **Total: $80,382.40**

If Equifax fails to comply within 15 days, I will escalate this matter by:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and both Illinois and Indiana Attorney General.
- Initiating civil litigation under FCRA § 1681n & § 1681o for actual and punitive damages.

**Please issue the compensation check payable to:**

**Asanti Rodgers**
**1128 Burr St, Gary, IN**

This letter serves as final notice before legal action. Please govern yourselves accordingly.

Sincerely,
Asanti Rodgers

ENCLOSURE: COPY OF 2 FORMS OF IDENTIFICATION, ASANTI RODGERS EQUIFAX CREDIT REPORT, DEPARTMENT OF EDUCATION DISCHARGE LETTER, EQUIFAX DATA BREACH CONFIRMATION.

**EIS-RODGERS-000961**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0214

EIS-RODGERS-000962



10:54

# EQUIFAX DATA BREACH SETTLEMENT

Please select one option...

## Thank You

Based on the information you provided, our records indicate your personal information was impacted by this incident.

For more information, visit the FAQ page.

**FILE A CLAIM**

For Assisted Identity Restoration Services, please call Experian at 1-888-397-0079 and provide engagement number B023677.

AA   🔒 quifaxbreachsettlement.com   ↻

EIS-RODGERS-000963

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C215

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0215

EIS-RODGERS-000964



# CREDIT REPORT

---

**ASANTI RODGERS**

**Report Confirmation**

**5535457672**

EIS-RODGERS-000965

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0216



Dear ASANTI RODGERS:

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at:
  **https://www.equifax.com/personal/credit-report-services/credit-dispute/**

- Please mail the dispute information to:
  **Equifax Information Services LLC**
  **P.O. Box 740241**
  **Atlanta, GA 30374**

- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

EIS-RODGERS-000966

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0216

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Feb 04, 2025 |
| **Credit File Status** | Fraud Victim (associated with trade) |
| | File Blocked For Promotional Purposes |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 4 Years, 5 Months |
| **Length of Credit History** | 8 Years, 3 Months |
| **Accounts with Negative Information** | 7 |
| **Oldest Account** | MOHELA/DEPT OF ED (Opened Nov 18, 2016) |
| **Most Recent Account** | FINGERHUT (Opened Apr 12, 2022) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 0 | 0 | | | | | |
| Mortgage | | | | | | | |
| Installment | 0 | 0 | | | | | |
| Other | 0 | 0 | | | | | |
| Total | 0 | 0 | | | | | |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 5 Items Found |
| **Inquiries** | 32 Inquiries Found |
| **Most Recent Inquiry** | EQUIFAX INC (0100) Feb 03, 2025 |
| **Public Records** | 0 Records Found |
| **Collections** | 4 Collections Found |

EIS-RODGERS-000967

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C217

# 2. Revolving Accounts

Revolving accounts are those that generally include a credit limit and require a minimum monthly payment, such as credit cards.

## 2.1 DISCOVER BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | xxxxxxxxxxxx 6762 | Reported Balance | $2,676 |
| Account Status | CHARGE_OFF | Available Credit | -$676 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

**Balance**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $2,024 | $2,097 | $2,188 | $2,280 | $2,376 | $2,472 | $2,573 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2024 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2025 | $2,676 | | | | | | | | | | | |

**Scheduled Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $64 | $148 | $88 | $92 | $96 | $99 | $103 | $108 | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

**Actual Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

**Credit Limit**

Revolving

**EIS-RODGERS-000968**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0217

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| 2024 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| 2025 | $2,000 | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | $148 | $236 | $328 | $424 | $523 | $626 | $2,676 | $2,676 | $2,676 |
| 2024 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 | $2,676 |
| 2025 | $2,676 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | 60 | ✔ | ✔ | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 |
| 2021 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ✔ | ✔ | ✔ | ✔ |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ▨ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $2,000 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $2,676 | Date Opened | Sep 09, 2021 |
| Amount Past Due | $2,676 | Date Reported | Jan 22, 2025 |
| Actual Payment Amount | | Date of Last Payment | Feb 2023 |

Revolving

**EIS-RODGERS-000969**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C218

| | | | |
|---|---|---|---|
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 40 | Delinquency First Reported | Oct 2023 |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | $2,676 |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | |
| Date of First Delinquency | Mar 22, 2023 | | |

## Comments

Charged off account

Credit card

## Contact

DISCOVER BANK
PO BOX 30939
SALT LAKE CITY, UT  84130-0939
(800) 347-7000

Revolving

EIS-RODGERS-000970

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C218

## 2.2 LEAD BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 8223 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $386 | $397 | $408 | $407 | $366 | $451 | $462 | $426 | $436 | $486 | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $55 | $28 | $26 | $26 | $26 | $26 | $26 | $52 | $26 | $52 | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $55 | $50 | $40 | $26 | $50 | $50 | | $83 | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | |
| 2024 | | | | | | | | | | | | |

Revolving

**EIS-RODGERS-000971**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0219

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | $26 | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | ✖ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | 30 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✔ | ✔ |

| | | | |
|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ✖ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $501 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 08, 2020 |
| Amount Past Due | | Date Reported | Dec 29, 2023 |
| Actual Payment Amount | $501 | Date of Last Payment | Dec 2023 |
| Date of Last Activity | Dec 2023 | Scheduled Payment Amount | |
| Months Reviewed | 37 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |

Revolving

**EIS-RODGERS-000972**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0219

**Deferred Payment Start Date**

**Balloon Payment Date**

**Loan Type**                                              Secured Credit Card

**Date of First Delinquency**

**Charge Off Amount**

**Balloon Payment Amount**

**Date Closed**                                            Dec 2023

## Comments

Account closed at consumer's request

Closed or paid account/zero balance

Secured credit card

## Contact

LEAD BANK
515 CONGRESS AVE SUITE 2200
AUSTIN, TX 78723
(877) 883-0999

**EIS-RODGERS-000973**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C220

## 2.3 FINGERHUT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | xxxxxxxxxxxx 7847 | Reported Balance | $0 |
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | $0 | $0 | $0 | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | $400 | $400 | $400 | | | | | | | | |
| 2024 | | | | | | | | | | | | |

Revolving

**EIS-RODGERS-000974**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C220

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | ✔ | | | | | | | | |
| 2022 | | | | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $0 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Apr 12, 2022 |
| Amount Past Due | | Date Reported | May 12, 2023 |
| Actual Payment Amount | | Date of Last Payment | |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 13 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |

Summary    Revolving

**EIS-RODGERS-000975**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0221

| Loan Type | Charge Account | Date Closed | Jan 2023 |
|---|---|---|---|

**Date of First Delinquency**

## Comments

Closed or paid account/zero balance

Account closed by credit grantor

Charge

## Contact

FINGERHUT
6250 Ridgewood Ro
St. Cloud, MN  56303
(866) 734-0342

Revolving

**EIS-RODGERS-000976**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0221

## 2.4 FINGERHUT/WEBBANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxxxxxxxx 9947 | **Reported Balance** | $0 |
| **Account Status** | PAYS_AS_AGREED | **Available Credit** | $400 |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2021 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✔ | ✔ |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ✗✗✗ No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $109 | **Payment Responsibility** | INDIVIDUAL |
| **Credit Limit** | $400 | **Account Type** | REVOLVING |
| **Terms Frequency** | MONTHLY | **Term Duration** | |
| **Balance** | $0 | **Date Opened** | Nov 19, 2021 |
| **Amount Past Due** | | **Date Reported** | Jun 13, 2022 |
| **Actual Payment Amount** | | **Date of Last Payment** | Mar 2022 |
| **Date of Last Activity** | Mar 2022 | **Scheduled Payment Amount** | |
| **Months Reviewed** | 7 | **Delinquency First Reported** | |

Revolving

**EIS-RODGERS-000977**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0222

| | | | | |
|---|---|---|---|---|
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | | |
| Balloon Payment Date | | Balloon Payment Amount | | |
| Loan Type | Charge Account | Date Closed | | Apr 2022 |
| Date of First Delinquency | | | | |

## Comments

Closed or paid account/zero balance

Account closed by credit grantor

## Contact

FINGERHUT/WEBBANK
6250 Ridgewood Ro
St. Cloud, MN  56303
(866) 734-0342

**EIS-RODGERS-000978**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0222

# 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

You currently do not have any Mortgage Accounts in your file.

**EIS-RODGERS-000979**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0223

# 4. Installment Accounts

Installment accounts are loans that require payment on a monthly basis until the loan is paid off, such as auto or student loans.

## 4.1 CREDIT ACCEPTANCE CORPORAT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 2990 | Reported Balance | $23,400 |
|---|---|---|---|
| Account Status | REPOSSESSION | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $28,969 | $28,744 | $28,513 | $28,323 | $28,128 | $27,927 | $28,476 | $29,021 | $28,949 | $29,453 | $29,950 |
| 2024 | $30,442 | $31,382 | $32,590 | $22,560 | $22,644 | $22,739 | $22,832 | $22,928 | $23,023 | $23,116 | $23,211 | $23,304 |
| 2025 | $23,400 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 | $754 |
| 2024 | $754 | $754 | $754 | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $754 | $800 | $800 | $754 | $754 | $754 | | | $1,080 | | |
| 2024 | | | $8,900 | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

Installment

**EIS-RODGERS-000980**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0223

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | $1,623 | $853 | $1,593 | $1,623 | $1,653 | $1,683 | $2,468 | $3,253 | $3,258 | $4,013 | $4,768 |
| 2024 | $5,523 | $6,279 | $7,034 | $22,560 | $22,644 | $22,739 | $22,832 | $22,928 | $23,023 | $23,116 | $23,211 | $23,304 |
| 2025 | $23,400 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | R | R | R | R | R | R | R | R | R | R | R | R |
| 2023 | 60 | 60 | 30 | 30 | 60 | 60 | 60 | 90 | 120 | 120 | 150 | 180 |
| 2022 | ✗ | ✗ | ✗ | ✗ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | 60 |

| | | | |
|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V  Voluntary Surrender | F  Foreclosure | C  Collection Account |
| CO Charge-Off | B  Included in Bankruptcy | R  Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $29,355 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 72 MONTHS |
| Balance | $23,400 | Date Opened | Apr 02, 2022 |
| Amount Past Due | $23,400 | Date Reported | Jan 15, 2025 |
| Actual Payment Amount | | Date of Last Payment | Mar 2024 |
| Date of Last Activity | | Scheduled Payment Amount | |

Summary   Installment

**EIS-RODGERS-000981**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0224

| | | | |
|---|---|---|---|
| **Months Reviewed** | 32 | **Delinquency First Reported** | Feb 2024 |
| **Activity Designator** | | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Auto | **Date Closed** | |
| **Date of First Delinquency** | Nov 01, 2022 | | |

**Comments**

Involuntary repossession

Auto

Fixed rate

**Contact**

CREDIT ACCEPTANCE CORPORAT
PO BOX 5070
Southfield, MI  48086-5070
(800) 634-1506

Installment

**EIS-RODGERS-000982**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C224

## 4.2 AUSTIN CAPITAL BANK SSB (CLOSED)

## Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxx 9174 | **Reported Balance** | $0 |
| **Account Status** | PAYS_AS_AGREED | **Available Credit** | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✔ | ✔ | ✔ | ✔ | | | | | | | | |
| 2021 | | | | | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✔ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge-Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $1,000 | **Payment Responsibility** | INDIVIDUAL |
| **Credit Limit** | | **Account Type** | INSTALLMENT |
| **Terms Frequency** | MONTHLY | **Term Duration** | 12 MONTHS |
| **Balance** | $0 | **Date Opened** | May 11, 2021 |
| **Amount Past Due** | | **Date Reported** | May 31, 2022 |
| **Actual Payment Amount** | | **Date of Last Payment** | May 2022 |
| **Date of Last Activity** | May 2022 | **Scheduled Payment Amount** | |
| **Months Reviewed** | 12 | **Delinquency First Reported** | |

**EIS-RODGERS-000983**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0225

| | | | |
|---|---|---|---|
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Secured | **Date Closed** | May 2022 |
| **Date of First Delinquency** | | | |

## Comments

Closed or paid account/zero balance

Secured

Fixed rate

## Contact

AUSTIN CAPITAL BANK SSB
8100 Shoal Creek Blvd
Austin, TX  78757-8041
(512) 693-3600

EIS-RODGERS-000984

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C225

## 4.3 SUNRISE BANKS C/O SELF FINANCIAL INC (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxx 19 | **Reported Balance** | $0 |
| **Account Status** | PAYS_AS_AGREED | **Available Credit** | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✔ | ✔ | | | | | | | | | | |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | | | | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

- ✔ Paid on Time
- **30** 30 Days Past Due
- **60** 60 Days Past Due
- **90** 90 Days Past Due
- **120** 120 Days Past Due
- **150** 150 Days Past Due
- **180** 180 Days Past Due
- **V** Voluntary Surrender
- **F** Foreclosure
- **C** Collection Account
- **CO** Charge-Off
- **B** Included in Bankruptcy
- **R** Repossession
- **TN** Too New to Rate
- No Data Available

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $520 | **Payment Responsibility** | INDIVIDUAL |
| **Credit Limit** | | **Account Type** | INSTALLMENT |
| **Terms Frequency** | MONTHLY | **Term Duration** | 24 MONTHS |
| **Balance** | $0 | **Date Opened** | Apr 19, 2020 |
| **Amount Past Due** | | **Date Reported** | Mar 31, 2022 |
| **Actual Payment Amount** | $50 | **Date of Last Payment** | Mar 2022 |
| **Date of Last Activity** | Mar 2022 | **Scheduled Payment Amount** | |

**EIS-RODGERS-000985**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0226

| | | | | |
|---|---|---|---|---|
| Months Reviewed | 23 | Delinquency First Reported | | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | | |
| Balloon Payment Date | | Balloon Payment Amount | | |
| Loan Type | Secured | Date Closed | | Mar 2022 |
| Date of First Delinquency | | | | |

## Comments

Closed or paid account/zero balance

Secured

Fixed rate

## Contact

SUNRISE BANKS C/O SELF FINANCIAL INC
515 CONGRESS AVE SUITE 2200
SIOUX FALLS, SD  57108
(877) 883-0999

Installment

**EIS-RODGERS-000986**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0226

## 4.4 CREDIT ACCEPTANCE CORPORAT (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | xxxxxx 54 | Reported Balance | $0 |
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✔ | ✔ | | | | | | | | | | |
| 2021 | 30 | 60 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | | | | | | | | ✔ | ✔ | ✔ | 30 | 30 |

| | | | |
|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $14,739 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 72 MONTHS |
| Balance | $0 | Date Opened | Jul 17, 2020 |
| Amount Past Due | | Date Reported | Mar 31, 2022 |
| Actual Payment Amount | | Date of Last Payment | Feb 2022 |
| Date of Last Activity | Feb 2022 | Scheduled Payment Amount | |

Summary     Installment

**EIS-RODGERS-000987**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0227

| | | |
|---|---|---|
| Months Reviewed | 19 | Delinquency First Reported |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount |
| Balloon Payment Date | | Balloon Payment Amount |
| Loan Type | Auto | Date Closed | Mar 2022 |
| Date of First Delinquency | | |

**Comments**

Closed or paid account/zero balance

Auto

Fixed rate

**Contact**

CREDIT ACCEPTANCE CORPORAT
PO BOX 5070
Southfield, MI  48086-5070
(800) 634-1506

Installment

EIS-RODGERS-000988

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0227

## 4.5 MOHELA/DEPT OF ED (CLOSED)

## Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxxxxx 0001 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | OVER_120_DAYS_PAST_DUE | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | ✔ | | | | | | | | |
| 2018 | | | | | | | 90 | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ✔ Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO Charge-Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $2,000 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Nov 18, 2016 |

Installment

**EIS-RODGERS-000989**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0228

| | | | |
|---|---|---|---|
| Amount Past Due | | Date Reported | Dec 23, 2021 |
| Actual Payment Amount | $2,185 | Date of Last Payment | Apr 2019 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 33 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Education Loan | Date Closed | Sep 2019 |
| Date of First Delinquency | Oct 2018 | | |

**Comments**

**Contact**

MOHELA/DEPT OF ED
633 Spirit Dr
Chesterfield, MO  63005-1243
(888) 866-4352

Installment

**EIS-RODGERS-000990**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0228

## 4.6 MOHELA/DEPT OF ED (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxxxxxxxxx 0002 | **Reported Balance** | $0 |
| **Account Status** | OVER_120_DAYS_PAST_DUE | **Available Credit** | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | ✔ | | | | | | | | |
| 2018 | | | | | | | 90 | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $1,523 | **Payment Responsibility** | INDIVIDUAL |
| **Credit Limit** | | **Account Type** | INSTALLMENT |
| **Terms Frequency** | MONTHLY | **Term Duration** | |
| **Balance** | $0 | **Date Opened** | Dec 09, 2016 |

**EIS-RODGERS-000991**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0229

| | | | |
|---|---|---|---|
| Amount Past Due | | Date Reported | Dec 23, 2021 |
| Actual Payment Amount | $1,621 | Date of Last Payment | Apr 2019 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 32 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Education Loan | Date Closed | Sep 2019 |
| Date of First Delinquency | Oct 2018 | | |

## Comments

## Contact

MOHELA/DEPT OF ED
633 Spirit Dr
Chesterfield, MO  63005-1243
(888) 866-4352

Installment

EIS-RODGERS-000992

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C229

# 5. Other Accounts

Other accounts are those that are not already identified as Revolving, Mortgage or Installment Accounts such as child support obligations or rental agreements.

## 5.1 NCB MANAGEMENT SERVICES, I (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | | xxxxx 41 | Reported Balance | | $5,665 |
|---|---|---|---|---|---|
| Account Status | | COLLECTION | Available Credit | | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 |
| 2024 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 | $5,665 |
| 2025 | $5,665 | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

Summary    Revolving    Mortgage    Other

**EIS-RODGERS-000993**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0230

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | $5,665 | $5,665 | $5,665 | $5,665 |
| 2025 | $5,665 | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 | | | | C | C | C | C | C | C | C | C | C |
| 2022 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $5,665 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | OTHER |
| Terms Frequency | UNKNOWN | Term Duration | |
| Balance | $5,665 | Date Opened | Oct 06, 2021 |
| Amount Past Due | $5,665 | Date Reported | Jan 07, 2025 |
| Actual Payment Amount | | Date of Last Payment | |

Other

EIS-RODGERS-000994

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0230

| | | | |
|---|---|---|---|
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 38 | Delinquency First Reported | Nov 2021 |
| Activity Designator | | Creditor Classification | AUTOMOTIVE |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Debt Buyer Account | Date Closed | |
| Date of First Delinquency | Jan 08, 2020 | | |

## Comments

Collection account

## Contact

NCB MANAGEMENT SERVICES, I
1 Allied Dr
Trevose, PA  19053-6945
(215) 244-4200

Summary · Revolving · Installment · Other

EIS-RODGERS-000995

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C231

# 6. Consumer Statements

Consumer Statements are explanations of up to 100 words you can attach to your credit file to provide more information on an item you may disagree with or would like to provide details on. Consumer statements are voluntary and have no impact on your credit score.

You currently do not have any Consumer Statements in your file.

Statements

**EIS-RODGERS-000996**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0231

# 7. Personal Information

Creditors use your personal information primarily to identify you. This information has no impact on your credit score.

## Identification

Identification is the information in your credit file that indicates your current identification as reported to Equifax. It does not affect your credit score or rating.

| | |
|---|---|
| **Name** | ASANTI I RODGERS |
| **Formerly known as** | |
| **Social Security Number** | xxxxx 6010 |
| **Age or Date of Birth** | Sep 24, 1997 |

## Other Identification

You currently do not have any Other Identifications in your file.

## Alert Contact Information

You currently do not have any Alert Contacts in your file.

## Contact Information

Contact information is the information in your credit file that indicates your former and current addresses as reported to Equifax. It does not affect your credit score or rating.

| Address | Status | Date Reported |
|---|---|---|
| 807 S POST OAK LN APT 2114 HOUSTON, TX 77056 | Current | Jan 18, 2025 |
| 1128 BURR ST GARY, IN 46406 | Former | Feb 01, 2025 |

## Employment History

Employment history is the information in your credit file that indicates your current and former employment as reported to Equifax. It does not affect your credit score or rating.

| Company | Occupation |
|---|---|
| RODGERS TRANSPORTATI | |
| BLACK TIE FORMALWEAR | |

**EIS-RODGERS-000997**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0232

# 8. Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

## Hard Inquiries

Inquiries that may impact your credit rating/score

These are inquiries made by companies with whom you have applied for a loan or credit. They may remain on your file up to 2 years.

You currently do not have any Hard Inquiries in your file.

## Soft Inquiries

Inquiries that do not impact your credit rating/score

These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

| Date | Company | Request Originator | Description |
|---|---|---|---|
| Feb 03, 2025 | EQUIFAX INC (0100) | | ID Report |
| Sep 13, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 10, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Sep 10, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 08, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 07, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 06, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 03, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 30, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 27, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 23, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 22, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 20, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 20, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 16, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 15, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 13, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |

**EIS-RODGERS-000998**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0232

| Aug 13, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
|---|---|---|
| Aug 12, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 10, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 09, 2024 | COMCAST - CHICAGO | Credit Report |
| Aug 09, 2024 | COMCAST-ATLANTA | ID Report |
| Aug 08, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 06, 2024 | CREDIT KARMA, INC. | Credit Report |
| Aug 06, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 05, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Aug 01, 2024 | EQUIFAX | Direct to Consumer Report |
| Jul 30, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 23, 2024 | COMCAST | Account Review Inquiry |
| Jul 18, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jul 02, 2024 | CREDIT KARMA, INC. | Credit Report |
| Mar 26, 2024 | EQUIFAX | Credit Report |

Inquiries

EIS-RODGERS-000999

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C233

# 9. Public Records

This section includes public record items Equifax obtained from local, state and federal courts through a third party vendor, LexisNexis. They can be contacted at: https://equifaxconsumers.lexisnexis.com

LexisNexis Consumer Center
P.O. Box 105615
Atlanta, GA 30348-5108

## Bankruptcies

Bankruptcies are a legal status granted by a federal court that indicates you are unable to pay off outstanding debt. Bankruptcies stay on your credit report for up to 10 years, depending on the chapter of bankruptcy you file for. They generally have a negative impact on your credit score.

You currently do not have any Bankruptcies in your file.

## Judgments

Judgments are a legal status granted by a court that indicates you must pay back an outstanding debt. Judgments stay on your credit report up to 7 years from the date filed and generally have a negative impact on your credit score.

You currently do not have any Judgments in your file.

## Liens

A lien is a legal claim on an asset, and Equifax only collects tax related liens. Liens stay on your credit report up to 10 years and generally have a negative impact on your credit score.

You currently do not have any Liens in your file.

**EIS-RODGERS-001000**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0233

# 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

## Date Reported: Jan 28, 2025

| | | | |
|---|---|---|---|
| Collection Agency | CREDIT COLLECTIONS | Balance Date | Jan 28, 2025 |
| Original Creditor Name | LIBERTY MUTUAL IN CO | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Jan 11, 2023 | Account Number | xxxxx 14 |
| Original Amount Owed | $573 | Creditor Classification | Insurance |
| Amount | $573 | Last Payment Date | |
| Status Date | Jan 28, 2025 | Date of First Delinquency | |
| Status | UNPAID | | |

**Comments**

**Contact**

CREDIT COLLECTIONS
725 Canton St
Norwood, MA  02062-2679
(603) 570-4784



**EIS-RODGERS-001001**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C234

**Date Reported: Jan 28, 2025**

| | | | |
|---|---|---|---|
| Collection Agency | CREDIT COLLECTIONS | Balance Date | Jan 28, 2025 |
| Original Creditor Name | ALLSTATE PROP CASUALTY CO | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Oct 17, 2023 | Account Number | xxxxxx 07 |
| Original Amount Owed | $252 | Creditor Classification | Insurance |
| Amount | $252 | Last Payment Date | |
| Status Date | Jan 28, 2025 | Date of First Delinquency | |
| Status | UNPAID | | |

**Comments**

**Contact**

CREDIT COLLECTIONS
725 CANTON ST
NORWOOD, MA  02062-2679
(617) 965-2000

EIS-RODGERS-001002

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C234

**Date Reported: Dec 26, 2024**

| | | | |
|---|---|---|---|
| Collection Agency | CAINE & WEINER COMPANY INC | Balance Date | Dec 26, 2024 |
| Original Creditor Name | PROGRESSIVE | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Dec 28, 2020 | Account Number | xxxxxx 58 |
| Original Amount Owed | $383 | Creditor Classification | Insurance |
| Amount | $383 | Last Payment Date | |
| Status Date | Dec 26, 2024 | Date of First Delinquency | |
| Status | UNPAID | | |

**Comments**

Consumer disputes this account information

**Contact**

CAINE & WEINER COMPANY INC
5805 SEPULVEDA BLVD FL 4
VAN NUYS, CA  91411-2532
(877) 495-5603

Summary    Revolving    Installment/Other    Mortgage    Collections

**EIS-RODGERS-001003**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0235

**Date Reported: Oct 08, 2024**

| | | | |
|---|---|---|---|
| Collection Agency | SEQUIUM ASSET SOLUTIONS, L | Balance Date | Oct 08, 2024 |
| Original Creditor Name | COMCAST | Account Designator Code | INDIVIDUAL_ACCOUNT |
| Date Assigned | Jul 22, 2024 | Account Number | xxxxxx 87 |
| Original Amount Owed | $127 | Creditor Classification | Cable or Cellular |
| Amount | $127 | Last Payment Date | |
| Status Date | Oct 08, 2024 | Date of First Delinquency | |
| Status | UNPAID | | |

**Comments**

**Contact**

SEQUIUM ASSET SOLUTIONS, L
1130 NCHASE PKWY SE STE 150
MARIETTA, GA  30067-6429
(678) 228-3054

Collections

**EIS-RODGERS-001004**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0235

# 11. Dispute File Information

If you believe that any of the information found on this report is incorrect, there are 3 ways to launch an investigation about the information in this report.

When you file a dispute, the credit bureau you contact is required to investigate your dispute within 30 days. They will not remove accurate data unless it is outdated or cannot be verified.

To initiate a dispute online please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

To check the status or view the results of your dispute please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

**EIS-RODGERS-001005**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C236

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la*

*Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

# 12. A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to** www.consumerfinance.gov/learnmore **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  o   a person has taken adverse action against you because of information in your credit report;

  o   you are the victim of identity theft and place a fraud alert in your file;

  o   your file contains inaccurate information as a result of fraud;

  o   you are on public assistance;

  o   you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

**EIS-RODGERS-001006**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 C236

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, www.consumerfinance.gov/learnmore

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact (see next page):**

**EIS-RODGERS-001007**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0237

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a.Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552<br><br>b.Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2.To the extent not included in item 1 above:<br>a.National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b.State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c.Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br><br><br>d.Federal Credit Unions | a.Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b.Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br><br>c.Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d.National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3.Air carriers | Asst. General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4.Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street, SW<br>Washington, DC 20423 |
| 5.Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6.Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7.Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8.Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |

**EIS-RODGERS-001008**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0237

| | |
|---|---|
| 9.Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |

**EIS-RODGERS-001009**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0238

# Your Rights Under State Law

## State of Texas - Notice to Texas Consumers

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding twelve dollars ($12.00). There is no fee, however, if your request for a copy of your credit file is made not later than the 60th day after the date on which adverse action is taken against you; or made before the expiration of an initial one year security alert. To obtain a copy of your credit file from Equifax call 1-800-685-1111 or write to PO Box 740241, Atlanta, Georgia, 30374-0241.

You have a right to place a "security alert" in your credit file. This notice alerts a recipient of a consumer report involving your credit file that your identity may have been used without your consent to fraudulently obtain goods or services in the your name. Placement or removal of a security alert may be requested by calling 1-800-525-6285 or, you may send a written request to Equifax Information Services, PO Box 105069, Atlanta, GA 30348. With your request, you may include a daytime and evening telephone number so a person who receives a copy of your credit report can verify your identity before approving a transaction.

You have the right to file an action to enforce an obligation of a consumer reporting agency to you under this chapter in any court as provided by the Fair Credit Reporting Act (15 U.S.C. Section 1681 et seq.), as amended, or, if agreed to by both parties, the action may be submitted to binding arbitration after the you have followed all dispute procedures in Section 20.06 of the Texas Business and Commercial Code and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.

**EIS-RODGERS-001010**

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0238

Asant Rodgers
1126 Burr St
Gary, IN 46406

CERTIFIED MAIL

7018 3090 0000 1663 9180

Retail

U.S. POSTAGE PAID
FCM LG ENV
MUNSTER, IN 46321
FEB 25, 2025

30309

$12.10

RDC 99

S2324H503289-40

Equifax
Attn: Legal & Compliance Department
1550 Peachtree St, N.W
Atlanta, GA 30309

EIS-RODGERS-001011

EIS-RODGERS-001012

EFX ORIGINAL DOCUMENT 4 03\06\2025 00569387 030 0239

SSN  :  ▮▮▮▮▮▮

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|---|---|---|---|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID  :  5086534901**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|---|---|---|---|---|
| 03/27/2025 | 5086534901-999 | ME1 | CREATION | |

EIS-RODGERS-001013

Equifax Information Services LLC
P.O. Box 105874
Atlanta, GA 30348

ASANTI RODGERS

███████████

██████████████

000016629-FLT                                5086534901-ME1-0e9a013600001219-03272025

EIS-RODGERS-001014

ASANTI RODGERS                                                                    March 27, 2025

████████████
████████████



Confirmation # 5086534901

Re: SECOND Notice & Attempt to Resolve Deficiency with your request to block information due to Human Trafficking

Dear ASANTI  RODGERS,

**This is our SECOND notice attempting to resolve deficiencies with the documents that you provided to support your request to remove information from your Equifax credit file due to the information being the result of human trafficking.**  A copy of our initial notice is below.  We must hear from you and resolve these issues in order to complete your request and remove the information.

***If you have already reached out to us in response to the first notice, please disregard this notice.***

Based on our review of your request and accompanying documents, the following additional information or documentation is necessary to complete your submission under section 605C of the Fair Credit Reporting Act and 12 C.F.R. 1022.142:

You did not provide sufficient documentation to confirm that you are a victim of human trafficking, which includes (1) a determination that you are victim of human trafficking made by a Federal, State, or Tribal, governmental entity; **or** (2) a determination by a non-governmental entity or task force authorized by a governmental agency to make a human trafficking determination; **or** (3) a self-attestation signed or certified by a representative authorized by an entity described in 1 or 2 in this paragraph; **or** (4) a determination by court in a case where a central issue is, whether you are a victim of human trafficking (which could be made up of several documents from the court case that together show that the court accepted as true or found no genuine dispute that you were a victim of human trafficking).

So that we can complete processing your request, please contact us as quickly as possible to provide the above additional information. You may mail the information to us at P.O. Box 105874, Atlanta GA 30348 or you may call us toll free at (833) 240-3461 for more information and to learn about other ways to promptly send us the requested documents.  If you contact us by mail, please include a copy of this letter or provide the confirmation number with your submission.

We are required to resolve your request within 25 business days of when we receive it, but we need the above required documentation. However, if we do not receive the necessary documents in time to meet the deadline, we will have to decline and close your request. If that happens, we will notify you, and you may resubmit your request with the necessary information and documents.

We look forward to hearing from you to complete your request or answer questions that you may have.

Thank you for the opportunity to assist you.

Equifax Information Services LLC

000016629-FLT                                         5086534901-ME1-0e9a013600001219-03272025

**EIS-RODGERS-001015**

SSN   :   ████████

## ACIS NOTES

**No Data Found for ACIS NOTES.**

## CONTACT LOGS

| DATE | OPERATOR ID | COMMENTS | REASON |
|---|---|---|---|
| 07/18/2025 | CBT | Completed | Legal Package Generation |
| 04/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: Final Block Rejection - INVALID determination letter received - Reference CONF # 5100521080 | |
| 03/27/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 2nd additional information sent - INVALID determination letter received - Reference CONF # 5086534901 | |
| 03/10/2025 | ME1 | HUMAN TRAFFICKING CASE # 5069553436: 1st additional information sent - INVALID determination letter received - Reference CONF # 5069553436 | |

## INTERNAL COMMENTS

**CASE ID   :   5169508089**

| DATE | CONTROL NUMBER | OPERATOR ID | STAGE | COMMENT |
|---|---|---|---|---|
| 06/18/2025 | 5169508089-999 | X9N | CREATION | |

EIS-RODGERS-001016

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

June 18, 2025

ASANTI RODGERS

██████████
████████████████

EIS-RODGERS-001017

ASANTI RODGERS

█████████
████████████

June 18, 2025

Hi ASANTI RODGERS,

You recently contacted us because you may have been a victim of fraud or identity theft. We have included a copy of "Remedying the Effects of Identity Theft" prepared by the Consumer Financial Protection Bureau (CFPB) that contains important information that may be helpful to you.

000014388-FLT                          5169508089-X9N-0eed0178000006ef-06182025

**EIS-RODGERS-001018**

*Para infomacion en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft.  Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud.  For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name.  For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1.  You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Equifax:        1-800-525-6285    www.equifax.com
- Experian:      1-888-397-3742    www.experian.com
- TransUnion:    1-800-680-7289    www.transunion.com

An <u>initial fraud alert</u> stays in your file for at least one year.  An <u>extended alert</u> stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an <u>extended alert</u>, you will have to provide an <u>identity theft repor</u>t. An <u>identity theft report</u> includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the <u>identity theft report</u>, visit www.consumerfinanace.gov/learnmore.

**2.  You have the right to free copies of the information in your file (your "file disclosure")**. An <u>initial fraud alert</u> entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an <u>extended alert</u> entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information**. A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

000014388-FLT                                          5169508089-X9N-0eed0178000006ef-06182025

**EIS-RODGERS-001019**

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file**. An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7.** The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**
**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

000014388-FLT                                          5169508089-X9N-0eed0178000006ef-06182025

EIS-RODGERS-001020

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200027

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | | |
|---|---|---|
| Name: | RODGERS, ASANTI I, MAHN | |
| Address: | ██████████ | |
| City/State/Zip: | ██████████ | |
| SSN: ████████ | DOB: ██████ | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 07/06/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001021

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200028

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ███████████ |
| City/State/Zip | ███████████ |

| SSN ███████ | DOB: ███████ | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 06/06/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001022

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200011

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address | ████████████ |
| City/State/Zip: | ████████████ |

| SSN: ████████ | DOB: ██████ | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 11/06/2024 |

EFX ORIGINAL DOCUMENT

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 88    filed 06/14/26    page 230 of 266

EIS-RODGERS-001023

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473320012

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| Name: | RODGERS, ASANTI I, MAHN | |
|---|---|---|
| Address: | ███████████ | |
| City/State/Zip: | ███████████ | |
| SSN: ████████ | DOB ████████ | Phone: |

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 10/07/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001024

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200I3

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address | ███████████ |
| City/State/Zip: | ███████████ |

| SSN: ███████ | DOB ████████ | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 09/05/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001025

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200014

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| Name: | RODGERS, ASANTI I, MAHN | |
|---|---|---|
| Address: | ███████████ | |
| City/State/Zip: | ███████████ | |
| SSN: ████████ | DOB: ███████ | Phone: |

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 08/06/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001026

# BLOCK REFERRAL COLLECTION/TRADE

Originator Bureau:

EXP

Control Number:

RA33194601016563473200036

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ▮▮▮▮▮▮▮▮ |
| City/State/Zip: | ▮▮▮▮▮▮▮ |
| SSN: ▮▮▮▮ | DOB: ▮▮▮▮ | Phone: |

## Additional Information



| | |
|---|---|
| Disputed Data Furnisher Name: | CREDIT ACCEPTANCE CORP |
| Disputed Consumer Account Number: | ▮▮▮▮▮ |
| Disputed Portfolio Type: | |
| Disputed Account Type: | 00 |
| Disputed Date Opened: | 07/17/2020 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001027

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200037

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ███████ |
| City/State/Zip | ███████ |

| SSN: ████ | DOB: ████ | Phone: |
|---|---|---|

## Additional Information

| Disputed Data Furnisher Name: | NCCINC/NISSAN OF SOUTH |
|---|---|
| Disputed Inquiry Date: | 03/10/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001028

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320038

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ■■■■■■■■ |
| City/State/Zip: | ■■■■■■■ |

| SSN: ■■■■■ | DOB ■■■■■ | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | CAPITAL ONE AUTO FIN |
| Disputed Inquiry Date: | 03/10/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001029

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563 47320039

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025



Consumer's Information

| Name: | RODGERS, ASANTI I, MAHN | |
|---|---|---|
| Address: | ███████ | |
| City/State/Zip: | ███████ | |
| SSN: ███████ | DOB ███████ | Phone: |

Additional Information

| Disputed Data Furnisher Name: | BK OF AMER |
|---|---|
| Disputed Inquiry Date: | 09/14/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001030

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601016563473200003

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

### Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ███████████ |
| City/State/Zip: | ███████████ |
| SSN: ████████ | DOB: ████████ | Phone: |

### Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 1128 N 1ST |
| Disputed City/State/Zip: | GARY, IN 46406 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001031

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA3319460101656347320004

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: RODGERS, ASANTI I, MAHN | |
| Address: ▮▮▮▮▮ | |
| City/State/Zip ▮▮▮▮▮ | |
| SSN: ▮▮▮▮  DOB ▮▮▮▮ | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 06/05/2025 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-001032**

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200005

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ████████ |
| City/State/Zip | ████████ |

| | | |
|---|---|---|
| SSN: ████ | DOB ████ | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 05/05/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001033

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200006

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| Name: | RODGERS, ASANTI I, MAHN | | |
|---|---|---|---|
| Address: | ▮▮▮▮▮▮ | | |
| City/State/Zip | ▮▮▮▮▮▮▮ | | |
| SSN: ▮▮▮▮▮ | DOB: ▮▮▮▮▮ | Phone: | |

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 04/05/2025 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-001034**

# BLOCK REFERRAL ID

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200001

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ████████ |
| City/State/Zip: | ████████ |
| SSN: ████ | DOB ████ | Phone: |



## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 7218 HILLSIDE AVE APT207 |
| Disputed City/State/Zip: | LOS ANGELES, CA 900462395 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001035

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601016563473320002

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ███████████ |
| City/State/Zip | ████████████ |

| SSN: | ██████ | DOB: | ██████ | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 753 E 79TH ST |
| Disputed City/State/Zip: | CHICAGO, IL 606193143 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001036

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473320023

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025



### Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ████████ |
| City/State/Zip: | ████████ |
| SSN: ████ | DOB: ████ | Phone: |

### Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 11/07/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001037

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200024

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address | ███████████ |
| City/State/Zip: | ███████████ |

| SSN: ███████ | DOB: ██████ | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 10/04/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001038

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473220025

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ▮▮▮▮▮ |
| City/State/Zip: | ▮▮▮▮▮ |
| SSN: ▮▮▮▮ | DOB ▮▮▮▮ Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 09/06/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001039

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200026

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information



Name: RODGERS, ASANTI I, MAHN

Address:

City/State/Zip:

SSN:     DOB:     Phone:

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 08/04/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001040

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200007

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address | ████████ |
| City/State/Zip: | ████████ |

| SSN: | DOB: | Phone: |
|---|---|---|
| ████ | ████ | |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 03/31/2025 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-001041**

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563437320008

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| Name: | RODGERS, ASANTI I, MAHN | |
|---|---|---|
| Address: | ████████ | |
| City/State/Zip: | ████████ | |
| SSN ████████ | DOB: ████████ | Phone: |

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 03/05/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001042

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200009

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address | ███████████ |
| City/State/Zip: | ████████████ |

| SSN: ████████ | DOB: ███████ | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 02/07/2025 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001043

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200010

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

### Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ██████████ |
| City/State/Zip: | ██████████ |

| SSN: ██████ | DOB: ██████ | Phone: |
|---|---|---|

### Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 12/06/2024 |

EFX ORIGINAL DOCUMENT

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 88    filed 06/14/26    page 251 of 266

EIS-RODGERS-001044

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200015

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ██████████ |
| City/State/Zip: | ██████████ |

| SSN: ████████ | DOB: ███████ | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 07/08/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001045

# BLOCK REFERRAL INQUIRY

**Originator Bureau:**

EXP

**Control Number:**

RA33194601016563473200019

**Date Created:**

06/14/2025

**Block Date:**

06/14/2025

**Date Received:**

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ███████████ |
| City/State/Zip: | ███████████ |

| SSN: | DOB: | Phone: |
|---|---|---|
| ███████ | ██████ | |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 03/05/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001046

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016565347320016

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025



### Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ███████ |
| City/State/Zip: | ███████ |
| SSN ███████ | DOB ███████ Phone: |

### Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 06/10/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001047

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200020

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address | ███████████ |
| City/State/Zip: | ███████████ |
| SSN: ████ | DOB: ████ | Phone: |

Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 02/06/2024 |

EFX ORIGINAL DOCUMENT

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 88    filed 06/14/26    page 255 of 266

EIS-RODGERS-001048

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200017

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ▮▮▮▮▮ |
| City/State/Zip: | ▮▮▮▮▮ |
| SSN: ▮▮▮▮ | DOB ▮▮▮▮ | Phone: |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 05/07/2024 |

EFX ORIGINAL DOCUMENT

USDC IN/ND case 2:25-cv-00242-PPS-AZ    document 88    filed 06/14/26    page 256 of 266

EIS-RODGERS-001049

# BLOCK REFERRAL INQUIRY

USDC IN/ND case 2:25-cv-00242-PPS-AZ  document 88  filed 06/14/26  page 257 of 266

Originator Bureau:

EXP

Control Number:

RA33194601016563473320021

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ███████ |
| City/State/Zip | ███████ |
| SSN: ████  DOB ████  Phone: | |

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 01/06/2024 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001050

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016563473200018

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ███████████ |
| City/State/Zip | ███████████ |

| SSN | ██████ | DOB | ██████ | Phone: |
|---|---|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 04/08/2024 |

EFX ORIGINAL DOCUMENT

**EIS-RODGERS-001051**

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA3319460101656347320022

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



Name: RODGERS, ASANTI I, MAHN

Address: ▮▮▮▮▮▮▮

City/State/Zip: ▮▮▮▮▮▮▮

SSN: ▮▮▮▮▮   DOB ▮▮▮▮▮   Phone:

## Additional Information

| Disputed Data Furnisher Name: | DISCOVER |
|---|---|
| Disputed Inquiry Date: | 12/06/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001052

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA3319460101656347320040

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ██████████ |
| City/State/Zip | ██████████ |

| SSN ████████ | DOB ██████ | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 1029 E 156TH ST |
| Disputed City/State/Zip: | DOLTON, IL 604192776 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001053

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601011656347320041

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

### Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ██████████ |
| City/State/Zip: | ████████████ |

| SSN: ███████ | DOB: ██████ | Phone: |
|---|---|---|

### Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 807 S POST OAK LN |
| Disputed City/State/Zip: | HOUSTON, TX 770562200 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001054

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601016563473 20042

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

### Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address | ▇▇▇▇▇▇ |
| City/State/Zip: | ▇▇▇▇▇▇ |

| SSN: ▇▇▇▇ | DOB ▇▇▇▇ | Phone: |
|---|---|---|

### Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 1919 JOFFRE AVE |
| Disputed City/State/Zip: | TOLEDO, OH 436071617 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001055

# BLOCK REFERRAL ID

Originator Bureau:

EXP

Control Number:

RA33194601011656347320043

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ████████ |
| City/State/Zip: | ████████ |

| SSN: ████ | DOB: ████ | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Name | |
| Disputed SSN: | |
| Disputed Date of Birth: | |
| Disputed Telephone Number: | |
| Disputed Address: | 11280 BURR ST |
| Disputed City/State/Zip: | GARY, IN 46406 |
| Disputed Employer Name: | |
| Disputed Employer Address: | |
| Disputed Employer City/State/Zip: | |
| Disputed Occupation: | |
| Disputed Spouse Name: | |
| Disputed Driver's License State: | |
| Disputed Driver's License ID: | |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001056

# BLOCK REFERRAL INQUIRY

Originator Bureau:

EXP

Control Number:

RA33194601016556347320029

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025



### Consumer's Information

| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ████████████ |
| City/State/Zip | ████████████ |

| | | |
|---|---|---|
| SSN: ███████ | DOB: ██████ | Phone: |

### Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVER |
| Disputed Inquiry Date: | 05/05/2023 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001057

# BLOCK REFERRAL COLLECTION/TRADE

Originator Bureau:

EXP

Control Number:

RA3319460101656347320030

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

### Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address | ████████████ |
| City/State/Zip | ████████████ |
| SSN: ████████ | DOB ████████ | Phone: |

### Additional Information



| | |
|---|---|
| Disputed Data Furnisher Name: | DISCOVERC |
| Disputed Consumer Account Number: | ████████████ |
| Disputed Portfolio Type: | |
| Disputed Account Type: | 18 |
| Disputed Date Opened: | 09/09/2021 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001058

# BLOCK REFERRAL COLLECTION/TRADE

Originator Bureau:

EXP

Control Number:

RA3319460101656347320001

Date Created:

06/14/2025

Block Date:

06/14/2025

Date Received:

06/15/2025

## Consumer's Information



| | |
|---|---|
| Name: | RODGERS, ASANTI I, MAHN |
| Address: | ███████████ |
| City/State/Zip: | ███████████ |

| SSN ██████ | DOB ██████ | Phone: |
|---|---|---|

## Additional Information

| | |
|---|---|
| Disputed Data Furnisher Name: | CAINE & WEINER |
| Disputed Consumer Account Number: | ████████ |
| Disputed Portfolio Type: | I |
| Disputed Account Type: | 48 |
| Disputed Date Opened: | 12/28/2020 |

EFX ORIGINAL DOCUMENT

EIS-RODGERS-001059