**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| ASANTI RODGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 2:25-cv-242-PPS-AZ |
| | ) |
| TRANSUNION, LLC, EQUIFAX, INC. | ) |
| and EQUIFAX INFORMATION SERVS., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On June 15, 2026, the Court held a status hearing in this case to address the status of discovery and Defendants' Equifax Information Services, LLC and Trans Union LLC's pending motion for extension of time to complete discovery [DE 76]. For the reasons discussed on the record, Defendants' Joint Motion to Extend the Discovery deadline is **GRANTED** over Plaintiff's objection. The deadline to complete discovery in this case is **EXTENDED** to **October 22, 2026**. Furthermore, in order to facilitate discovery and efficient case management, the Court **ORDERS** as follows:

By **July 6, 2026**, Defendants must respond in writing to Plaintiff, addressing all current issues previously raised by the parties in their meet and confer efforts regarding responses and objections to written discovery. If the parties are unable to resolve their issues, any motion relating to previously served written discovery must be filed by **July 31, 2026**.

Plaintiff was previously granted leave to file an amended complaint by **June 24, 2026** that complied with the Court's previous rulings. DE 67, 74. Specifically, she

has been granted leave to plead the following claims which were included in her proposed first amended complaint:

- Count I: Negligence (against Equifax Inc.);

- Count II: Invasion of Privacy/Breach of Confidentiality (against Equifax Inc.);

- Count III: Unjust Enrichment (against Equifax Inc.);

- Count IV: FCRA Violations (against Trans Union);

- Count V: FCRA Violations (against EIS); Count VI: FRCA Violations (against Experian);

- Count VII: Declaratory and Injunctive Relief (against Capital One);

- Count VIII: Violations of FCRA (against Capital One);

- Count IX: Invasion of Privacy/Breach of Confidentiality (against Capital One); and

- Count X: Unjust Enrichment (against Capital One)

*Id.* To the extent Plaintiff wishes to assert any additional claims beyond those that she was granted leave to plead in the Court's prior orders, she must file a motion seeking leave to amend no later than **June 24, 2026**.

The Court **SETS** this matter for an in- videoconference hearing on **September 1, 2026** at **10:30 a.m.** central time. To the extent not already ruled upon by then, the Court will address any remaining discovery disputes between the parties at this hearing.

So ORDERED this 15th day of June 2026.

*/s/ Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT

cc: Plaintiff Asanti Rodgers (U.S. Mail)