## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF INDIANA

ASANTI RODGERS )
) CASE NO. 2:25-cv-00242-PPS-AZ
   Plaintiff, )
   V. )
TRANSUNION, LLC )
EQUIFAX, INC )
EQUIFAX INFORMATION SERVICES, LLC )
)
   Defendants. )

**-FILED-**

JUN 2 4 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENED COMPLAINT

Plaintiff respectfully moves for leave to file the attached Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

In support, Plaintiff states:

1. The Court previously granted Plaintiff leave to amend.

2. Since that time, Plaintiff has further refined the proposed pleading by removing the class allegations, clarifying the factual allegations, incorporating facts learned during discovery, and narrowing certain claims and issues.

3. The proposed amendments are made in good faith and are intended to promote judicial efficiency by ensuring that the operative complaint accurately reflects the claims and facts presently at issue.

4. Defendants have long been aware of the substance of Plaintiff's proposed amendments. Plaintiff's prior Motion for Leave and Proposed Amended Complaint were filed in

January 2026, and the current amendments largely clarify, narrow, and update those allegations.

5.  Justice requires that leave be freely granted under Rule 15(a)(2).

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached Amended Complaint and for all other just and proper relief.

DATE: 06/24/2026

Respectfully Submitted,

Asanti Rodgers, PRO SE
1128 Burr ST,
Gary, IN 46406

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, I served a true and correct copy of the foregoing Plaintiff's motion to leave and it's Exhibits the proposed amended complaint upon counsel via:

Via Email:
Defendant Equifax, Inc and Equifax
Information Services, LLC
Neil R. Peluchette,
Taft Stettinius &amp; Hollister, LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
npeluchette@taftlaw.com

VIA Mail:
Defendant Transunion, LLC
Scott E. Brady and Nermy J. Winner,

10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
E-Mail: sbrady@qslwm.com
E-Mail: nermy.winner@qslwm.com


Asanti Rodgers, Pro Se
1128 Burr St,
Gary, IN 46406
24princesslove@gmail.com